# Exhibit 1



Exhibit 1-1



Exhibit 1-2

Exhibit 1-3



Exhibit 1-4



Exhibit 1-5



Exhibit 1-6



Exhibit 1-7



Exhibit 1-8



Exhibit 1-9



Exhibit 1-10



Exhibit 1-11



Exhibit 1-12



Exhibit 1-13



Exhibit 1-14



Exhibit 1-15



Exhibit 1-16



Exhibit 1-17



Exhibit 1-18



Exhibit 1-19



Exhibit 1-20



Exhibit 1-21



Exhibit 1-22



Exhibit 1-23



Exhibit 1-24

Exhibit 1-25



Exhibit 1-26



Exhibit 1-27



Exhibit 1-28



Exhibit 1-29



Exhibit 1-30



Exhibit 1-31



Exhibit 1-32