Exhibit 32



# ENFIELD BOARD OF EDUCATION
## REGULAR MEETING MINUTES
### FEBRUARY 26, 2008

A regular meeting of the Enfield Board of Education was held at Town Hall in Council Chambers, located at 820 Enfield Street, Enfield, CT on February 26, 2008. The meeting was called to order by Chairman Greco at 7:30PM.

1.  **CALL TO ORDER**   The meeting was called to order at 7:30 PM by Chairman Greco.

2.  **INVOCATION OR MOMENT OF SILENCE**   Tom Arnone

3.  **PLEDGE OF ALLEGIANCE**   Tom Arnone

4.  **FIRE EVACUATION ANNOUNCEMENT**   Chairman Greco announced the fire evacuation announcement.

5.  **ROLL CALL**

   **MEMBERS PRESENT**   Joyce Hall, Vincent Grady, Judy Apruzzese-Desroches, Tom Arnone, Patrick Droney, Greg Stokes, Susan Lavelli-Hozempa, Charles Johnson III, and Andre Greco

   **MEMBERS ABSENT**   None

   **ALSO PRESENT**   Dr. John Gallacher, Superintendent of Schools, Anthony Torre, Assistant Superintendent of Schools, EHS Student Representative Arianne Dilzer

6.  **APPROVAL OF MINUTES**

Ms. Hall moved, seconded by Mr. Droney that the Special Meeting Minutes of February 5, 2008, Regular Meeting Minutes of February 12, 2008 and Special Meeting Minutes – February 19, 2008 be approved. There was one correction made on the February 12, 2008 Regular Meeting Minutes – on page 8, Mr. Grady left at 10:37 not Mr. Arnone. Motion passed by a **show of hands 9-0-0.**

7.  **BOARD GUESTS**

a.  **EHS Graduation Committee**



Principal Duffy and EHS seniors: Allison Grigley, Katie Reed, Ashley Grady, Chelsea Tallarita and Christie Fijikowski addressed Board members regarding the EHS Graduation Committee survey results and possible location sites for the EHS 2008 graduation. EHS graduation committee is recommending that the graduation be held on site at EHS in the front of the school and in the event of inclement weather, the alternative site would be to use the FHS gym. Principal Duffy thanked Board members for giving them the opportunity to address Board members.

Chairman Greco asked if EHS gym would be completed in time. Dr. Gallacher responded that Dr. Pongratz stated not to plan on using the gym for the EHS graduation.

Mrs. Apruzzese-Desroches asked if they would be using tents and how many students would be graduating. Principal Duffy stated that tents would be used and the number of graduates is around 210.

Mr. Grady asked if the bids could be waived for the EHS gym. Dr. Gallacher responded that the insurance company will receive bids in late March and that this is all part of the process.

CCLE000048

Mr. Droney asked about the fire lanes, access for emergency vehicles, police vehicles and the offsite parking issue. Mr. Duffy stated that offsite parking would be needed if the graduation is held on EHS grounds. Mr. Duffy stated they would like to use the mall with shuttle buses and they have not spoken to anyone regarding fire lanes yet.

Mr. Stokes stated that he knows the EHS field went out to bid, but can we look at making changes so that we would be able to use the field for other than athletic events. Mr. Stokes also inquired about purchasing a product that colleges use to protect the fields. The protective surface rolls out. We would be able to use it at both fields so it would be a one time expenditure.

Mr. Duffy stated that when colleges use their astro-turf fields, they put down a protective covering, special chairs are used, no one is allowed to wear high heels and no one is allowed to walk on the track. Mr. Stokes stated this would be a worthwhile investment.

Ms. Hall asked the EHS Graduation Committee students about the surveys and student responses. The EHS students commented that they went into each senior homeroom and spoke to the students objectively, not to sway them one way or the other. The EHS students stated that the overall response from students is that they want to stay in Enfield. They would like their graduation to be held at Enfield High.

Mrs. Lavelli-Hozempa thanked the students for the work put into looking at possible sites.

Mr. Johnson asked Mr. Duffy where parents would sit. Mr. Duffy stated they would use the faculty parking area.

Mr. Arnone asked if anyone has spoken to Asnuntuck Community College. They setup a tent every year. Mr. Duffy stated he spoke to them and Trinity College for prices. Large tents can cost around $20K and smaller tents can cost around $6K. The smaller tents would need to be daisy chained together.

Mr. Johnson asked about the cost for the shuttle buses and how many shuttle buses would be needed. Mr. Duffy stated Smyth Bus charges by the hour and we would like to use around 6 buses. The cost could run around $1,800.

Mr. Duffy does not recommend parking across the street at St. Joseph's. We could use Enfield Street, but we would be limited to around 50 parking spots.

The EHS graduation committee stated that the students are willing to help out with the setup and cleanup; anything to help keep the costs down.

Chairman Greco stated that there are some large obstacles with holding the graduation at EHS. Chairman Greco stated we are still waiting for some information from the Town regarding using the fields.



Chairman Greco thanked Principal Duffy and the students for their presentation.

**b.     Connecticut Health Foundation Grant**

Mr. Torre stated that Pam Brown, Director of Social Services; Jean Haughey, Director of Youth Services; Matt LeMaster, Director of Child Guidance, Community Health Resources; Tim Neville, Principal at John F. Kennedy Middle School; Bob Fenton, Principal at Harriet Beecher Stowe School and Nancy Hayes, Principal at Henry Barnard School will give Board members a brief introduction regarding the Connecticut Health Foundation Grant they were awarded. Ms. Jean Haughey thanked Board members, Dr. Gallacher and Mr. Torre for allowing them to present at the Board meeting. Ms. Haughey stated that the community was awarded a $125K planning grant from the Connecticut Health Foundation. This grant is for our community to

Mrs. Beaulieu commented that we are engaging students in higher order of thinking and decision making.  Not all students will learn at the same pace.  Ms. Hall stated that some students test better than other students.  Ms. Hall further stated that learning must be developmentally appropriate for students.

**8.    CORRESPONDENCE AND COMMUNICATIONS**

    a.   Enfield High School Graduation Site Information;
    b.   Buzz Robotics Invitation;
    c.   March 2008 BOE Calendar of Events;
    d.   Alcorn Winter 2008 Newsletter.

**9.    AUDIENCES**

<u>Gina Reale, North Maple Street</u> -- Mrs. Reale stated she is here in support of schools of choice. Mrs. Reale stated we have great public schools in Enfield.  Mrs. Reale asked Board members to continue to support participation at Cheney Tech, Suffield Vo-Ag, MLC and Big Picture High School.  Mrs. Reale has two children at MLC and commented that are doing very well there. Mrs. Reale would like the Board to fill seats when students leave MLC mid year.  Mrs. Reale would like the Board to send 10 additional students each year.  Mrs. Reale thanked Board members for keeping education a priority.

<u>Mary Lombardo, Northfield Road</u> – Mrs. Lombardo stated that she is here to clear the air.  Mrs. Lombardo stated she would like to put aside the partisan politics and work together.  It has been reported in the papers that the Republican Town party has reviewed the teacher surveys. The ETA is not hiding anything.  Mrs. Lombardo stated that the ETA leadership is here to serve the children of Enfield.  Mrs. Lombardo stated she is here to extend an olive branch and hopes that the Board will accept it.   The Board, teachers and administration need to work together for the next two years.

<u>Ken Hilinski, Beverly Street</u> -- Mr. Hilinski stated he is here regarding the controversy surrounding the Board.  Mr. Hilinski urged Board members to resolve the low moral issue with employees.   Mr. Hilinski stated that the Board never should have hired someone with the reputation like Dr. Fusco.  By hiring Dr. Fusco, the Board sent a message of mistrust whether you meant to or not.  Mr. Hilinski asked Board members to reach out to employees and get their suggestions and work with them.  Board members need to avoid the perception that the Republican Town Chair is speaking for them.  Board members need to make improvements to the schools and move forward.  Mr. Hilinski wished Board members good luck.



<u>Pam Leito, Steele Road</u> – Mrs. Leito is a parent of a graduating senior at EHS.  Mrs. Leito spoke to FHS seniors who graduated at Cathedral and if the students were allowed to, they would have preferred to graduate in their home town.  Mrs. Leito stated the perception was for us to be able to use the fields when the renovations were being done for future graduations.  Mrs. Leito urged Board members to let the students graduate in Enfield.  Mrs. Leito thanked Board members.



<u>Bob Tkacz, Bernadino Avenue</u> – Mr. Tkacz stated when you put a letter in the paper, you need to be careful.  Community members will read what you wrote and there is such a thing as freedom of speech.  People do not have the right to criticize what other people have written. You are entitled to your opinion.  Mr. Tkacz stated Board guests should not be bashed and this needs to stop. Mr. Tkacz thanked Board members.

<u>Maureen Brennan, Sandpiper Road</u> – Mrs. Brennan stated the CMT Rally website was helpful for her children and hopes that it can be used each year.  Mrs. Brennan stated she attended the Town Council Community Conversation and was glad to see Mr. Stokes and Mrs. Apruzzese-Desroches there.  Mrs. Brennan asked Council members what they can do to help with the unfunded mandates.  Mrs. Brennan stated she is moving forward with this quest on her own.  Mrs. Brennan stated she contacted Joe Courtney's office and they urged community

members to attend the April 7, 2008 Conversation that will be held. Mrs. Brennan urged Board members to have round table conversations with parents and talk to them. Mrs. Brennan thanked Board members.

Jack Sheridan, Buchanan Road – Mr. Sheridan stated that he has followed the Board's budget process and the Board's commitment to the students is commendable but he is worried that rising costs will cause seniors to leave Enfield. Mr. Sheridan stated we need to be careful with spending. Mr. Sheridan stated the ideas from the Budget Advisory Committee were not implemented. Mr. Sheridan thanked Board members for trying to implement some of their campaign ideas and urged them to keep a balance in line. Mr. Sheridan stated that some olive branches that are extended have briers on them. Mr. Sheridan thanked Board members.

Bob Tkacz, Bernadino Avenue – Mr. Tkacz stated that the survey results are public information. If the results were being shared with the Republican Town committee or the Democratic Town committee is not an issue. Mr. Tkacz stated he is seeing a lot of defects in the budget and has questions. The Audit Committee has a lot of questions that need to be answered. Mr. Tkacz stated that this is not a witch hunt. Dr. Fusco's training is over and we will have some good results when we are done. Mr. Tkacz stated that the union needs to stop interfering with this Board.

## 10.    BOARD MEMBER COMMENTS

Mr. Arnone stated he would like clarify his comments from the February 12th Board meeting. Mr. Walt Shermer does a great job behind the scenes taping our meetings. Mr. Arnone publicly thanked him. Mr. Arnone thanked Councilman Bill Lee, ETV and Henry Dutcher for getting the bulletin board up. Events can be put on ETV and as a community we should be extremely proud of this. Mr. Arnone thanked A.W. Hastings Company for donating $1,500 of non-fiction textbooks for the Book Buddy Program. Mr. Arnone thanked 360 Federal Credit Union for sponsoring Junior Achievement. They do a lot for the students in Enfield and recreation programs.

Mrs. Apruzzese-Desroches commented that she attended the Town Council Community Conversation and she brought up the issue of the fields. When the referendum was passed, she also was under the impression that the fields would be used for what ever they were previously used for and that included graduations. Mrs. Apruzzese-Desroches would like to know since we have not started the construction on the EHS fields, can we change the type of turf that is used so we will be able to use the fields as before for non-sports related events. At the Town Council community conversation, Councilman Bosco commented that there was some left over money from the FHS fields and maybe we can use this money towards purchasing something to cover the field with. Mrs. Apruzzese-Desroches thanked everyone for coming out. Mrs. Apruzzese-Desroches stated that she expects when people come and address the Board, they need to give respect to the Board. Mrs. Apruzzese-Desroches stated that respect is something you earn.

Mr. Grady stated he attended the Parkman assembly and was impressed with the one book per family and the trivia questions. Mr. Grady was not sure of the name of the book. Mr. Grady thanked the EHS students for coming tonight. Mr. Grady thanked the Board for their kindness expressed and the sympathy cards sent to his family during his grandmother's passing.

Ms. Hall stated that we pay for transportation for students who attend Cheney Tech. Ms. Hall stated the name of the book is the Trumpet of the Swan. Ms. Hall questioned if the fields committee has restricted the field use or are we reading into what we are being told. Ms. Hall stated she would like to know.

Mr. Droney stated that on March 8th the FHS Band will compete in their 17th Jazz Festival at Fermi and invites everyone to attend. Mr. Droney congratulated Tim Jensen for partially sponsoring the 25th EHS Hockey Division I State Championship Anniversary and Fermi

will attend the March 3, 2008 Town Council meeting regarding additional funding for the project.

Mr. Stokes reported that the Curriculum Committee met on February 25, 2008. Mr. Stokes stated that the committee will need to present curriculum items to the Board at a later time. The Curriculum Committee has information regarding Board Objectives for 2008-09 and can present to the Board at any time.

Mrs. Lavelli-Hozempa reported that the Audit Committee has met several times and the committee is deciding on their priorities and what areas to work on first. Mrs. Lavelli-Hozempa stated that she is extremely impressed with their dedication. The committee would like to present their findings to date, to the Board in June 2008.

Mr. Johnson reported that the Policy Committee met and discussed several policies. Policy #2112.4 Employment of Administrators was tabled until the Personnel Committee can review it. They will report back to the Policy Committee for our next meeting.

Ms. Hall reported that she attending a listening tour with Commissioner McQuillan and has a lengthy report but will hold off with the high school reform report until later.

**13.**    **APPROVAL OF ACCOUNTS AND PAYROLL** - None

**14.**    **UNFINISHED BUSINESS**

    **a.**    **FY08-09 School Calendar & Action, if any**

Mrs. Lavelli-Hozempa moved, seconded by Mr. Droney that the Enfield Board of Education forgoes policy #6111 School Calendar and adopt FY08-09 Draft School Calendar #2 as prepared by the administration.

**Clarification on the Motion:**

Chairman Greco asked for a clarification on the motion. Is the motion for Draft School Calendar #2 as is or is it Draft Calendar #2 with the spring vacation being held on April 6-10? Mrs. Lavelli-Hozempa stated the motion is with the spring vacation being held on April 6-10.

**Discussion:**

Ms. Hall stated she is not prepared to vote. She would like some additional information.

Mrs. Apruzzese-Desroches stated she has mixed emotions regarding eliminating the February vacation. Parents have expressed concerns regarding students getting out earlier in June poses a daycare issue. Some parents want the February vacation.

A vote by **roll call 6-3-0**, motion passes with Mrs. Apruzzese-Desroches, Mr. Arnone and Ms. Hall in dissent.



    **b.**    **Enfield High School Graduation Site 2008**

Chairman Greco stated that Board members need additional information. We need to hear from the Police and Fire Departments. Chairman Greco stated parking is a big issue.

Mr. Grady would like Dr. Gallacher to check with Smyth bus regarding shuttle buses and the cost for the shuttle buses. Mrs. Apruzzese-Desroches stated that we need to check with the Enfield Square regarding parking vehicles there during the EHS graduation.

Chairman Greco stated that we need to receive information from Geoff McAlmond regarding a protective covering for the fields.

Mr. Stokes would like us to look into temporary and permanent plans for getting our graduations back in our town. Mr. Arnone and Mr. Droney agree with Mr. Stokes. Mr. Droney is also concerned with the liability issues with parking cars at the Enfield Square. This needs to be looked into.

 Chairman Greco stated that he would like Dr. Gallacher to look into these concerns and place the EHS Graduation Site on the next regular Board agenda.

**Motion to Table:**

Mr. Arnone moved, seconded by Mr. Grady to table Item 14b. Enfield High School Graduation Site 2008.

A vote by **roll call 8-1-0**, motion passes with Mr. Johnson in dissent.

**15.    NEW BUSINESS**

    **a.    Public Schools of Choice – Set Tentative Number of New Seats**

Chairman Greco commented that currently we participate with the following schools of choice: Suffield Vo-Ag (Vo-Ag), Cheney Tech, Metropolitan Learning Center (MLC), Hartford Academy of the Arts (HAPA) and the Big Picture High School (BPHS). Chairman Greco stated that we currently have 47 students at Suffield Vo-Ag, 60 students at Cheney Tech, 40 students at MLC, 7 students at HAPA and 0 at BPHS.

Dr. Gallacher discussed Bruce Douglas's letter regarding projected tuition increases for CREC schools of choice we participate with. MLC will hold a lottery for incoming six graders. They have received 12 applications for students entering six grade and 41 applications for students in grades 7-9.

Mr. Stokes asked if the rate with Suffield Vo-Ag is negotiable. Chairman Greco stated we did try to renegotiate with Suffield Vo-Ag last year. Mrs. Lavelli-Hozempa stated that the Vo-Ag curriculum is expensive to administer and that it delivers a quality education to some very dedicated students.

Mr. Stokes stated all the students work hard, but we are struggling with our budget in Enfield and need to deliver quality education to our students. They need to meet us half way.

Mr. Arnone asked if there are any other Vo-Ag programs that Enfield could participate with. Dr. Gallacher stated that Bloomfield has a half day program that is setup similar to the HAPA program. Students would receive their curriculum courses at either Enfield or Fermi high school and the students would then receive their Vo-Ag curriculum in the afternoon. The tuition is lower than Suffield Vo-Ag. Dr. Gallacher stated that he would look into this. The Vo-Ag tuition is set by the State of Connecticut.

Mrs. Lavelli-Hozempa asked if the transportation costs would be higher if we bused the students to Bloomfield? Dr. Gallacher commented that he believes the transportation would be a wash.

Mrs. Apruzzese-Desroches stated this would be worth looking into. Mrs. Apruzzese-Desroches stated that she is a strong advocate for schools of choice. The tuition increases are a big concern.

Chairman Greco stated we need to set a tentative number of new seats. Mrs. Apruzzese-Desroches stated that if we set a tentative number, parents will expect us to send at least that many students.

**Motion to Table:**

Mr. Grady moved, seconded by Mr. Arnone to Table Item 15a. Public Schools of Choice – Set Tentative Number of New Seats until we receive information regarding the Bloomfield Vo-Ag program.

A vote by **show of hands, 7-2-0**, motion passed with Mrs. Lavelli-Hozempa and Mr. Johnson in dissent.

> **b.    Approve Revised Job Description for Director of School Facilities Position**

Mr. Grady moved, seconded by Mr. Droney to approve the revised job description for Director of School Facilities Position as presented.

A vote by **show of hands, 9-0-0**, motion passed unanimously.

**16.    EXECUTIVE SESSION**

Ms. Hall moved, seconded by Mr. Grady to enter into Executive Session to discuss the following:

> a.  Matter(s) Related to Personnel
> b.  Matter(s) Related to Pending Claims and Litigation

A vote by **show of hands, 8-1-0**, with Mrs. Apruzzese-Desroches in dissent, motion passes.

The Board adjourned to the Staff Lounge for Executive Session at 10:35 PM.  Dr. Gallacher, Mr. Torre, Dr. Cooke, Mr. Drezek and Attorney Monasterski joined the Board in Executive Session.

Mr. Drezek was excused at 11:00 PM.

Ms. Hall moved, seconded by Mr. Grady to end Executive Session at 11:19 PM and return to open session.  All ayes, motion passes.  There were no other actions while in Executive Session.

**17.    ADJOURNMENT**

Mr. Stokes moved, seconded by Mr. Grady to adjourn the Regular Meeting of February 26, 2008.  All ayes, motion passed unanimously.

Meeting stood adjourned at 11:20 PM.

Joyce P. Hall                                         Respectfully Submitted,
Secretary
Enfield Board of Education

                                                     Kathy Zalucki, Recording
                                                     Secretary

CCLE000057

Exhibit 33

Ms. Hall asked about replacing the school finance system.  Mr. Russell stated the ITPC will research this.  We are looking at an 18 month implementation phase for replacing the finance system.

Mr. Arnone asked if the financial software would be a third phase.  Mr. Russell stated that it would be along with the large ticket items that include the network infrastructure upgrade, edge points for the school system and then the finance software.

Mr. Arnone asked if there is any information when the teachers, students and parents will be able to communicate through the computer school system.   Mr. Russell stated that they will discuss this with three companies.  Estimates are coming in regarding the infrastructure upgrade.  Security will be enhanced.

Mrs. Lavelli-Hozempa asked about the time frame for the financial software that will be more user friendly.  Mr. Russell stated we are looking to start around July 1st.

Mr. Stokes stated that the current Town Charter restricts lease agreements and can impact future maintenance agreements.  Mr. Russell stated this is something that the Town Council will need to look into.

Mrs. Apruzzese-Desroches thanked Mr. Russell for the accomplishments that have been made and moving the district in the right direction.  Mr. Russell commented that his team deserves the credit.  They have done an outstanding job.  Mr. Arnone would like Mr. Russell to let his team know how grateful the Board is.

Ms. Hall asked if we will be moving towards a computer for every teacher in every classroom.  Mr. Russell stated we are moving towards that goal and once the infrastructure upgrade is in place, the computers will be faster.

Chairman Greco asked what the infrastructure upgrades will include.  Mr. Russell stated servers, switches and routers.  Chairman Greco asked what our current speed is.  Mr. Russell stated our current speed is 10 megs. and with the network upgrade, we will be 1000 megs. or a gigabyte.

Chairman Greco asked about the quality in funding and what is the plan to get the funding for the improvements.  Mr. Russell stated that we will approach Town Council as part of a CIP request for $1 million dollars.

Chairman Greco asked if technology will have there own line item in the 08/09 budget.  Mr. Russell stated that it will for the CIP portion.  The school will still need to budget for operational needs.

Chairman Greco asked if they can receive periodic updates regarding communication.  Mr. Russell stated that we have the ITPC committee currently in place and meet monthly.  Mr. Russell stated that we are moving towards creating school and town steering committees.

Chairman Greco echoed Mrs. Apruzese-Desroches sentiments regarding the tremendous amount of accomplishments that have been made and moving the district forward.  Chairman Greco thanked Mr. Russell.

**8.    CORRESPONDENCE AND COMMUNICATIONS**

    a.  Invitation to attend the Memorial Day Parade on May 25 @ 1:00 PM;
    b.  Invitation to attend Enfield Street School HOT Celebration;
    c.  Memo from A. Prongratz re: Radon Testing at Thirteen Schools;
    d.  Information re: Suffield and Bloomfield Vo-Ag Programs;

Mr. Stokes reported that the Personnel Committee has been meeting for the last several months and have been working on Policy #2112.4 Employment of Administrators. Last week we had a joint policy/personnel committee meeting and we made a policy change that everyone agrees with.

Mr. Droney reported that the Safety Committee met last week. Guests from GE gave a presentation on the security systems for the secondary schools. The systems are phenomenal and will be useable by the Police and Fire Departments. They will integrate the systems so the fields can be monitored as well as the schools. We will start installing in June and will have everything in place for the start of school in September. Mr. Droney and Mr. Grady will visit the elementary schools to discuss concerns/issues with the some of the elementary school cameras.

Ms. Hall reported that the Head Start Policy Committee met. They have purchased a vision testing machine through a grant. This will let them know how well the preschool students can see.

Ms. Hall stated that Wednesday, March 12 is CABE Day on the Hill. It will be held at the Bushnell starting at 8:30 AM. Last year students attended and are looking forward to attending again.

Mr. Arnone reported that the Fields Committee is ready to roll with the renovations at EHS. They will be removing the stands and old field box.

**13.**    **APPROVAL OF ACCOUNTS AND PAYROLL** - None

**14.**    **UNFINISHED BUSINESS**



   **a.**    **Enfield High School Graduation Site 2008**

Chairman Greco stated that Board members received a lot of information regarding graduation scenarios and thanked the administration.

Mr. Arnone discussed covering the FHS field with a protective covering. The Bonding commission will need to review this to see if the protective covering can be purchased. Mr. Arnone asked Board members to review the minutes from September 12, 2006, on page 7, under new business – AND WHEREAS, it is the expressed desire of the Enfield Board of Education to continue cooperation of the Enrico Fermi High School Athletic/Physical Education playing fields for substantially the same nature and purpose; this is the charge to bring the fields back to the same nature and purpose they were before.

Chairman Greco stated it was the Fields Committee intent to bring graduations back to the fields. We need to cover the fields or we will void the warranty.

Mr. Grady stated that the students at Enfield High want to graduate in Enfield. We owe it to them. Mr. Grady stated this is the right thing to do and he supports the student's decision.

Mrs. Lavelli-Hozempa stated that realistically we are strapped by our budget constraints and First Cathedral is a less expensive option. Mrs. Lavelli-Hozempa stated that a lot of parents and students were happy with the FHS graduation at First Cathedral. Mrs. Lavelli-Hozempa stated that she would like Enfield High to give First Cathedral a chance.

Mr. Grady stated that he understands about the costs, but he has never seen anything previously regarding graduation costs. Mr. Grady commented that he would like to see the students graduate from their school.

Regular Board of Education Meeting
March 11, 2008
Page 6

CCLE000062

Mrs. Apruzzese-Desroches stated that the additional cost for the EHS students to graduate in town is not that much. We let the Fermi students make the decision where they would graduate from. Mrs. Apruzzese-Desroches stated we should find the additional money somewhere and let the student's graduate in Enfield.

Mr. Stokes agreed that we all want to save money. Mr. Stokes stated that he is concerned with the logistics of holding the EHS graduation on a parking lot. EHS has many obstacles to overcome besides the costs. Mr. Stokes would like to hold the EHS graduation at First Cathedral this year and make a commitment to bring the graduations back into our town.

Mr. Droney commented about no additional increases in police costs. Mr. Droney stated that is correct only if it is sunny. If it rains, it will cost more plus the fields will be wet. The sliding time share of the FHS gymnasium will also create problems. Mr. Droney stated that if we have a few rainy days prior to the graduations, using the field at Enfield Street School would be a concern. It does not drain properly. Mr. Droney stated that the parking lot can get extremely hot and is also a concern. Mr. Droney stated that he would also like to see the students graduate at their school, but it is not practical this year.

Mrs. Apruzzese-Desroches asked if First Cathedral is available. Dr. Gallacher commented that they are available June 25, 26 & 27. Mr. Duffy stated the current alignment for graduations would be for EHS to graduate on Tuesday, June 24 and FHS to graduate on June 25.

Chairman Greco asked if there would be any areas of concern with holding both graduations on the same day. Mr. Duffy stated it could be done but it would be difficult. If the graduations were held on our fields, we would need a minimum number of hours between graduations. If the graduations are held at First Cathedral, we would also need time to clean up between graduations.

Chairman Greco stated in the past SAFE Grad always prohibited us from doing this. Mr. Duffy stated the students at EHS addressed this and would plan to hold some kind of event (dinner & a movie) before they could attend their SAFE Grad party. Dr. Gallacher asked if both schools were holding their SAFE Grad events at the same facility. Mrs. Leito commented that FHS seniors are going to Nomads and the EHS seniors are going to Healthtrax.

Chairman Greco asked Mrs. Leito for her thoughts about holding graduations on the same day. Mrs. Leito stated it would be an extremely long day for one school. The students are not allowed to go home after the graduation. Mrs. Leito stated that SAFE Grad party is a long evening for the students and her concern is that the students would opt out of going to the SAFE Grad party.

Mrs. Apruzzese-Desroches stated that you would need at least a three hour window between graduations if they are held on the same day.

Mr. Duffy stated that the students understand there are many obstacles to overcome. The students would prefer to have their own day at First Cathedral.

FHS Student Representative Brittany Dyer stated that the EHS students want to graduate in their own town. Holding the graduations on the same day is not a good idea. Students from both schools attend each others graduations and if they are held on the same day, they wouldn't be able to.

Chairman Greco asked Ms. Dyer about the mood of the students at FHS graduating at First Cathedral. Ms. Dyer stated that some students are complaining but overall, the FHS students are happy to graduate at First Cathedral.

Mr. Arnone commented about the traditions for graduating at our high schools. Mr. Arnone stated this has been one of the hardest decisions he has had to make as a Board member. Mr. Arnone commends the students for getting involved with the decision of where to hold graduations.

Mr. Stokes agrees that this is hard on all of us. Dealing with the variables creates many obstacles. Mr. Stokes asked if Dr. Gallacher had any recommendations. Dr. Gallacher stated that he doesn't. The Towns' crew can set up for the graduation anywhere. Dealing with the weather is always a concern. We do not have the Enfield High gym to use and both schools would need to use Fermi's gym. Dr. Gallacher stated that he attended the graduation at First Cathedral and it was very nice, a good venue to use.

Mr. Torre stated that with Fermi's experience at First Cathedral, they now feel comfortable going there.

Mr. Duffy stated the EHS senior class respects the Board decision. Mr. Duffy stated he is afraid of dealing with rain this year. If we have rain, we would need to reconfigure the seating arrangements in the FHS gym and this would create additional concerns. Mr. Duffy would prefer not to use Fermi's gym.

Mr. Arnone asked if we could possibly use the EHS gym. Dr. Gallacher stated we can not use the EHS gym.

Mr. Droney asked what the drop dead date is for letting the Cathedral know. Dr. Gallacher stated that he is not sure, but our graduations are later than the other towns. Mr. Droney commented that if we use the Head Start facility, is there any way we can talk to Mr. Tuttle to find out how the rain affects the fields and could the fields accommodate this kind of an event.

Chairman Greco commented that he is concerned with getting handicapped individuals through the grass at Head Start.

Chairman Greco stated that Town Council members would also like to see the graduations be held in town. Chairman Greco stated that he is in favor of having both graduations held at their own fields for next year. Chairman Greco would like us to go to the Bond commission to see if we can purchase the materials needed to protect the fields for graduation use. If this did not work, Chairman Greco would like to ask the Town Council for the additional money to help defray the cost. Chairman Greco stated this year we have a lot of logistical items to consider. If we have the graduation at EHS, we will also have to plan for the rain which would mean using FHS gym. Chairman Greco would like to have both schools graduate at First Cathedral this year with the understanding that next year they will be held on their own athletic fields.

Mr. Stokes moved that Enfield High graduation be at First Cathedral this year with an agreement that we will commit to bring both schools home to their fields for the future.

Mrs. Apruzzese-Desroches commented that we do not have anything on the agenda for permanent placements for graduations.

Mr. Stokes clarified his motion. Mr. Stokes moved, seconded by Mrs. Lavelli-Hozempa to have the Enfield High School Graduation at the First Cathedral.

Mr. Stokes stated that we are committed to bring the students home.

Chairman Greco stated that the graduation would be on separate days.



A vote by **roll call 5-3-0**, motion passes with Mrs. Apruzzese-Desroches, Mr. Arnone and Mr. Grady in dissent.

**15.** **NEW BUSINESS**

    **a.** **Receipt of and Action Upon Recommendation of Superintendent of Schools Concerning Teacher Contract Non-Renewals in Accordance with Connecticut General Statutes 10-151**

Chairman Greco stated this is a practice we do every year and is not a pleasant thing to do. Due to our Budget cycle, we are not sure what the allocation will be from the Town Council. Chairman Greco stated in the past five years, we have been able to bring back all of the teachers once we received our budget allocation.

Ms. Hall moved, seconded by Mrs. Apruzzese-Desroches that the contract of employment for Caroline Adams, Megan Anyzeski, Emily Bass, Heather Brunelle, Vanessa Donovan, Lisa Doughney, Barbara Hallak, Bethany Holland, Amber Hovland, Kimberly Jackle, Stephen Jewell, Katherine Lancaster, Kimberly Pedersen, Melissa Pelletier, Carolanne Pinto, Shannon Robar, Colleen Russell, Jill Sahlin, Kathleen Schermerhorn, Jennifer Scioscio, Laurie Somma, Sarah Szotak, Christine Turcote-White, Emily Weed not be renewed for the following year upon its expiration at the end of 2007-08 school year and that the superintendent of schools be directed to advise each person in writing of this action.

A vote by **roll call 7-1-0**, motion passes with Chairman Greco in dissent.

    **b.** **Approve Resolution for State of Connecticut Capital Community College EMT-Paramedic Program**

Mrs. Lavelli-Hozempa moved, seconded by Mr. Grady that the Enfield Board of Education approves the resolution for State of Connecticut Capital Community College EMT-Paramedic Program.

A vote by **roll call 8-0-0**, motion passes.

**16.** **EXECUTIVE SESSION** - None

**17.** **ADJOURNMENT**

Mr. Grady moved, seconded by Mr. Stokes to adjourn the Regular Meeting of March 11, 2008. All ayes, motion passed unanimously.

Meeting stood adjourned at 9:50 AM.

Joyce P. Hall                           Respectfully Submitted,
Secretary
Enfield Board of Education

                                        Kathy Zalucki, Recording Secretary

Exhibit 34

**ENFIELD BOARD OF EDUCATION**
**REGULAR MEETING MINUTES**
**OCTOBER 14, 2008**

A regular meeting of the Enfield Board of Education was held at Town Hall in Council Chambers, located at 820 Enfield Street, Enfield, CT on October 14, 2008.

1.  **CALL TO ORDER**    The meeting was called to order at 7:32 PM by Chairman Greco.

2.  **INVOCATION OR MOMENT OF SILENCE**   Andre V. Greco

3.  **PLEDGE OF ALLEGIANCE**   Andre V. Greco

4.  **FIRE EVACUATION ANNOUNCEMENT**      Chairman Greco announced the fire evacuation announcement.

5.  **ROLL CALL**

> **MEMBERS PRESENT**    Joyce Hall, Vincent Grady, Tom Arnone, Patrick Droney, Greg Stokes, Charles Johnson, Susan Lavelli-Hozempa and Andre Greco

> **MEMBERS ABSENT**    Judy Apruzzese-Desroches

> **ALSO PRESENT**    Dr. John Gallacher, Superintendent of Schools; Anthony Torre, Assistant Superintendent of Schools; Samantha Reid, Enrico Fermi High School Student Representative; Bryan William Dague, Enfield High School Alternate Student Representative

6.  **APPROVAL OF MINUTES**

Ms. Hall moved, seconded by Mr. Stokes that the Regular Meeting Minutes of September 23, 2008 and Special Meeting Minutes of September 30 be approved.  There was a correction on the September 23, 2008 minutes on page 9, Mr. Johnson was not in dissent and the heading for the September 30, 2008 needs to be change to a special meeting.  Motion passed by a **show of hands 8-0-0**.

7.  **BOARD GUESTS**

a.  **CUNO – A 3M Company**

Chairman Greco introduced Mr. Keith Wesner from CUNO.  CUNO has donated 34 digital media projectors to the Enfield public schools.  Chairman Greco further stated that Enfield Public Schools Chief Technology Officer Mr. Russell will discuss the use of the projectors as our next Board guest.  Chairman Greco recognized Mr. Wesner and 3M for their generous donation of just under $100K and presented Mr. Wesner with a certificate of appreciation.

Mr. Arnone stated that the Enfield Division of 3M produces water filters.  Mr. Wesner stated that is correct.  Mr. Arnone further stated that 3M water filters have helped many people out with their water systems and polluted wells throughout the years.  Mr. Arnone thanked Mr. Wesner.

Ms. Hall asked Mr. Wesner how 3M decided to donate to the Enfield Public Schools.  Mr. Wesner stated as a plant, we decided to reach out to communities and make donations.  Mr. Wesner

Chairman Greco urges everyone to support the referendum on energy/energy conservations. This is a wonderful program ttthat will give us new equipment in our buildings without a tax increase.  Chairman Greco stated that we will be contributing towards the green effort and urges community members to support this referendum.

Ms. Hall stated there will be a second referendum question.  The State is looking for support regarding a constitution convention.  Every 20 years this question comes up.

Ms. Hall stated that Fermi is sending students to work with students one-on-one at Prudence Crandall and Barnard.  The Fermi students will earn ½ a credit for 60 hours of service provided per semester.

Ms. Hall stated that the Jack-O-Lantern Festival is this Saturday on the Town Green from 4:00 – 8:00 PM.

## 11.    SUPERINTENDENT'S REPORT

a.   Parent Seminar – as presented
b.   Youth Vote Activities – as presented
c.   Fermi High School Homecoming – as presented
d.   Jack-O-Lantern Festival – as presented
e.   Fermi National Honor Society Induction – as presented
f.   Grant Report

## 12.    BOARD COMMITTTEE REPORTS

Mr. Arnone reported that the Fields Committee is wrapping up.  Enfield High's grass is growing and the committee is confident that the grass will be strong enough for spring sports.

Mr. Grady asked about the drainage issue at Fermi High school.  Mr. Arnone stated this has been corrected.  They have addressed the rock issue on the varsity baseball field.

Mr. Droney reported that the security cameras at JFK are just about ready to go live, Fermi is progressing and they started at Enfield High.  Mr. Droney stated that the second security grant has been submitted with the help of Chris Drezek.  Mr. Droney stated the Building Security Committee met with some of the secretaries regarding camera locations.  Mr. Droney stated that a policy is needed concerning the security cameras.

Mr. Stokes reported that the Personnel Committee met regarding the Audit Committee recommendations.  We discussed the list of teacher absences.  There is a list in your packet.  If you have any questions, please contract Dr. Cooke.  Regarding the Teacher Internship program, we would like to see if there is any interest by providing a seminar or workshop.

Mrs. Lavelli-Hozempa has spoken to Nick Maiorino from the University of New Haven and they will work with the Personnel Committee regarding setting up a forum.

Mr. Johnson reported that the Policy Committee met previously and a policy will be brought up on the agenda for a revision tonight.  Mr. Johnson asked Mr. Droney to send him the Building Committee's policy concerns and they will add them to the next Policy agenda.

## 13.    APPROVAL OF ACCOUNTS AND PAYROLL - None

## 14.    UNFINISHED BUSINESS - None

a.      **2009 Graduation Site** *(Tabled on 09-09-08)*

Ms. Hall moved, seconded by Mr. Stokes that the Enfield Board of Education removes the 2009 Graduation Site from being tabled.

A vote by **show of hands 7-1-0**, motion to remove the 2009 Graduation Site from being tabled passes with Mrs. Lavelli-Hozempa in dissent.

Ms. Hall moved, seconded by Mrs. Lavelli-Hozempa that Enfield Board of Education have both the Enrico Fermi and Enfield High School Graduations at the First Cathedral in Bloomfield.

**Discussion:**

Mr. Grady stated that the Mayor was in favor of bringing the graduations back to Enfield.  The fields are done and we have the money to purchase a protective cover.  Mr. Grady stated he can see the concern for bringing all your family to the Cathedral but what about the students that can't or won't go to the Cathedral.  This is not fair to the student even if it is just one student.  Mr. Grady mentioned an article in the paper regarding State and Church and their auditing process.  Mr. Grady is not comfortable going back to the Cathedral.

Ms. Hall stated that she did not attend the graduation ceremony at the Cathedral last year but was able to watch it on TV and received many positive e-mails regarding the graduations being held at First Cathedral.

Mrs. Lavelli-Hozempa echoed Ms. Hall.  She heard from students and parents and they prefer the Cathedral.  Mrs. Lavelli-Hozempa stated it also saves us money.

FHS Student Representative Reid stated that the majority of Fermi students would like to go back to First Cathedral.

EHS Student Representative Dague stated that 60% of the students want to graduate at EHS and 40% would like to go to First Cathedral.

Ms. Hall asked about the FHS student last year that came before the Board and stated she would not attend her graduation if it was held at the Cathedral.  Did she attend?

Mr. Grady stated that the Cathedral has its advantages.  The financial issue was never a problem.  We are throwing tradition out the door.  Mrs. Lavelli-Hozempa stated that we have discovered a less expensive way to do something.   Ms. Hall stated when we first looked at the Cathedral it was not for saving money, but in our current economic situation, saving money anywhere will help.  Ms. Hall stated by saving money we can purchase grade level reading books.  Mr. Droney stated this does not have anything to do with saving money.

Chairman Greco stated by having the graduations at the Cathedral you do not have to worry about the weather or the number of people that can attend.  This has nothing to do with money.  Family members have earned the right to share the graduation experience also.

A vote by **roll call 6-2-0**, motion passes with Mr. Stokes and Mr. Grady in dissent.

       **b.**     **Approve CIP Request for Visual Arts Instructional Equipment**

Chairman Greco thanked Dr. Gallacher for getting the list from Mr. Fahey.  Chairman Greco asked which high school will receive a kiln?  Mr. Drezek stated the quote is for 11 but they will receive 12 kilns.

Mrs. Goldberg was excused from Executive Session at 10:35 PM and left the building.

At 10:35 PM, Mr. Torre and Dr. Gallacher were excused from Executive Session and were asked to remain in the building.

At 10:55 PM, Mr. Torre and Dr. Gallacher were recalled to Executive Session.

At 11:06 PM, Mr. Stokes moved, seconded by Mr. Droney to end the Executive Session and return to Public Session.  Motion passed unanimously by a show of hands.  No other action was taken in Executive Session.

**17.**   **ADJOURNMENT**

Mr. Arnone moved, seconded by Mr. Grady to adjourn the Regular Meeting of October 14, 2008. All ayes, motion passed unanimously.

Meeting stood adjourned at 11:07 PM.

Joyce P. Hall                                                        Respectfully Submitted,
Secretary
Enfield Board of Education

Kathy Zalucki, Recording Secretary

Exhibit 35

**ENFIELD BOARD OF EDUCATION**
**REGULAR MEETING MINUTES**
**OCTOBER 28, 2008**

A regular meeting of the Enfield Board of Education was held at Town Hall in Council Chambers, located at 820 Enfield Street, Enfield, CT on October 28, 2008.

**1.** <u>**CALL TO ORDER**</u>     The meeting was called to order at 7:32 PM by Chairman Greco.

**2.** <u>**INVOCATION OR MOMENT OF SILENCE**</u>   Joyce P. Hall

**3.** <u>**PLEDGE OF ALLEGIANCE**</u>   Joyce P. Hall

**4.** <u>**FIRE EVACUATION ANNOUNCEMENT**</u>      Chairman Greco announced the fire evacuation announcement.

**5.** <u>**ROLL CALL**</u>

| | |
|---|---|
| **MEMBERS PRESENT** | Joyce Hall, Vincent Grady, Judy Apruzzese-Desroches, Tom Arnone, Patrick Droney, Greg Stokes, Charles Johnson, Susan Lavelli-Hozempa and Andre Greco |
| **MEMBERS ABSENT** | None |
| **ALSO PRESENT** | Dr. John Gallacher, Superintendent of Schools; Anthony Torre, Assistant Superintendent of Schools; Enrico Fermi Student Representative Samantha Reid; Timothy Neville, John F. Kennedy Middle School Principal; Sarah Collins, John F. Kennedy House Master; Andy Longey, John F. Kennedy House Master; John Coleman, John F. Kennedy House Master; Maureen Sampl, Edgar H. Parkman Principal; Robert Fenton, Harriet Beecher Stowe Principal and Timothy Van Tasel, Eli Whitney Principal |

**6.** <u>**APPROVAL OF MINUTES**</u>

Mr. Droney moved, seconded by Mr. Grady that the Regular Meeting Minutes of October 14, 2008 be approved.  There was a correction on Page 3 – Mr. Grady asked about the Rockville Bank logo.  Motion passed by a **show of hands 9-0-0**.

**7.** <u>**BOARD GUESTS**</u>

**a.** **2008 Connecticut Mastery Test Performance – JFK, Parkman, Stowe, Whitney**

Chairman Greco stated that Mr. Neville, Mrs. Sampl, Mr. Fenton and Mr. Van Tasel will present their school's CMT results and plans for improvement for the CMT's next year. Chairman Greco stated that the remaining elementary and high school principals will present at a subsequent Board meeting.

Mr. Neville thanked Board members for allowing them to present their results and introduced JFK Housemasters Mrs. Sarah Collins – Red House, Mr. Andrew Longey – Blue House and Mr. John Coleman – White House to Board members.  Mr. Neville stated that JFK did not make Adequate Yearly Progress (AYP) and has been identified as a school in need of improvement – Year 3.  Mr. Neville addressed subgroups at JFK; targets to make AYP in Math and Reading; whole school targets that were met in Participation, Mathematics, Reading and Writing;

Ms. Hall asked about Mr. Van Tasel's request for additional non-fiction reading materials. Mr. Van Tasel stated materials are needed for all elementary grade levels for guided reading.

Mr. Stokes thanked all the principals for their presentations and their hard work.

Chairman Greco thanked Mr. Neville, Mrs. Sampl, Mr. Fenton and Mr. Van Tasel for their presentations.

## 8.  CORRESPONDENCE AND COMMUNICATIONS

a.  Invitation to attend the CABE/CAPSS Leadership Awards Reception. *Ms. Hall stated that the Enfield Board of Education will be award a leadership award – this will be our ninth time receiving this award. Mrs. Apruzzese-Desroches and Ms. Hall will accept the award for the BOE.*

**Recess:**

The Board will take a brief recess at 9:25 PM and returned to open session at 9:35 PM.

## 9.  AUDIENCES

Kathy Thomson, Duff Drive – Mrs. Thomson discussed her dissatisfaction with the decision to hold graduations at First Cathedral. Board members stated last year that the graduations being held out of town were a temporary solution. Mrs. Thomson applauds Mr. Stokes and Mr. Grady for voting against holding the graduations at First Cathedral. The students were not asked where they would like to hold their graduations. Why wasn't a protective covering purchased as part of the field renovations? Mrs. Thomson stated the money spent on Dr. Fusco could help to offset graduation costs. Why was only one set of bleachers replaced at Enfield High? There used to be two sets. Mrs. Thomson stated that we keep hearing that it is cheaper to hold graduations at the Cathedral. Why after over 4 decades is it too expensive to hold graduations in Enfield? Enfield High School has a phrase – dignity, pride and tradition. Ms. Thomson stated her graduation was held outside on the fields at EHS. Mrs. Thomson asked Board members to reconsider their decision and hold the graduations in town. Mrs. Thomson thanked Board members.

Roger LeBlanc, Birchwood Road – Mr. LeBlanc stated that he is a retired educator and parent of two teachers and is currently a volunteer. He is the president of the Enfield Food Shelf. Mr. LeBlanc is proud of the student volunteers, faculty and administrators for their donations over the years and applauds them. Mr. LeBlanc is truly thankful for traditional standards received from students that volunteer at the Enfield Food Shelf. Students learn immeasurable and far beyond proficient lessons by volunteering at the Enfield Food Shelf. Mr. LeBlanc stated that we average 300 families each week. Mr. LeBlanc stated that the Enfield Food Shelf needs 500 turkeys to service families in Enfield. Mr. LeBlanc encourages everyone to come to the Food Shelf during their food drive that starts on November 19th ending on November 23rd and please bring a frozen turkey. Thank you for everything you have done in the past.

Donna Dubanoski, Betty Road – Mrs. Dubanoski stated that both she and her husband were extremely upset when they read in the papers the graduations would be held at First Cathedral. Mrs. Dubanoski stated that the cost of the graduations costs twice as much if they are held in town and would like someone to explain this to her. Mrs. Dubanoski stated that her son and his friends would like the graduation to be held in town. Mrs. Dubanoski asked if it is the administration or the students that do not want have the graduations in town. Students want to have their graduations in their home town. The economy in Enfield can benefit from graduations being held in town. Mrs. Dubanoski is very disappointed with the Board's decision and asked what can be done to change the decision. Mrs. Dubanoski

graduated from Enfield High and would like her son to graduate from his school – Enrico Fermi.  Mrs. Dubanoski thanked Board members.

<u>Carol Hall, Long Hollow Road</u> – Mrs. Hall stated that her son is graduating this year from Fermi and has two other children that graduated from Fermi.  Mrs. Hall stated that her son did not know that he would not be graduating from Fermi as well as his friends.  Mrs. Hall stated the last thing she heard was that the Board was committed to bringing graduations back to Enfield and was surprised to learn differently.  Mrs. Hall stated it is a shame not to have the student's graduate from their schools.  The blogs are a very easy way for people to express their concerns and can see why more people do not come to Board meetings.  To wait two and a half hours to speak to Board members is a bit much and she would like to see the public communications be placed first on the agenda.  Mrs. Hall asked Board members to reconsider their decision and hopes that people that are watching will e-mail Board members.  Mrs. Hall thanked Board members.

<u>David Wawer, Carriage Drive</u> – Mr. Wawer stated he is speaking as the Registrar of Voters in Enfield.  Mr. Wawer thanked Dr. Gallacher for his support and cooperation.  The new facilities director has been helping us visit polling sites.  Mr. Wawer thanked Lori Grigley for all that she does.  Without her as the sergeant, nothing would get done.  Mr. Wawer stated that our projected turnout is 16,000 to 20,000 people.  Mr. Newton, Mr. Duffy and Doc Taylor have 16 high school seniors to help work the polls.  The custodial staff at the schools does a great job helping us set up and Mr. Wawer thanked them for their efforts.  Stowe & Enfield Street School will hold bake sales this year.  Mr. Wawer is asking staff to park in areas away from where the voters will park.  We do not want the voters to be inconvenienced.  Mr. Wawer stated that legislation has changed the way youth voting can be done.  The youth vote can not be held in the same room as the tabulators.  Mr. Wawer stated that a place holder will be placed at the end of the line at 8:00 PM so that everyone in the line will be able to vote.  Mr. Wawer appreciates your assistance.  Mr. Wawer thanked everyone

<u>Bob Tkacz – Bernardino Avenue</u> – Mr. Tkacz stated that he attended a tournament at Foxwoods and they have a different theme each month.  The theme was Mad Scientists to promote science.  This might be something the schools might want to look into to motivate students.  Mr. Tkacz stated the demographics are showing 400 students graduate each year.  The numbers are declining and should be looked into.  The drop out rate is larger than what is being reported.  Mr. Tkacz commends the Board for holding graduations at First Cathedral.  Mr. Tkacz attended Enfield High's Graduation last year at the Cathedral and it was first rate.  The cost factor is amazing.  Mr. Tkacz stated for $7,000 you get an amazing graduation ceremony and commends the Board for their decision.  Mr. Tkacz thanked the Board.

## 10.    **BOARD MEMBER COMMENTS**

Mr. Droney stated that the Fermi student representative stated that the majority of Fermi students want to go to the Cathedral.  Mr. Droney spoke to 100 students and this gave him a good pulse of the school.  Mr. Droney was not aware of any opposition at Fermi.  Mr. Droney further stated that if we conducted all of our business by polls and popular opinion, we would never get anything done.  Mr. Arnone and Mr. Droney attended the National Honor Society Induction at Fermi and congratulated the students and Mr. Newton.  Mr. Droney stated the Fermi Band attended a competition last Saturday - USSBA New England Championship and the Marching Falcons won the Division 4a Championship.  The students will perform this again at the Saturday football game.  Mr. Droney would like to have Mr. Reppucci and some of the students attend the next Board meeting to show off their awards.  Mr. Droney expressed his concern for the CIAC realignment and stated that this is a big mistake.  Students will be traveling longer distances next year to compete in athletic contests.

Mr. Stokes thanked everyone that came to the Board meeting and spoke about graduations. Mr. Stokes complimented the EHS and FHS students for the debates. The students conducted themselves very professionally and the questions were not soft.

Mrs. Lavelli-Hozempa thanked everyone for coming tonight and agrees that the audience portion of the meeting should be first. Mrs. Lavelli-Hozempa stated that she has a spreadsheet from last year with the costs for graduations and will get a copy for Mrs. Dubanoski. Dr. Fusco donated his time and we reimbursed him $30 for expenses. Mrs. Lavelli-Hozempa stated that the graduation decision is something that the Board can possibly revisit. A decision needs to be made as to where the money is going to spent. Education needs to get the majority of the money budgeted. Ms. Hall and Mrs. Lavelli-Hozempa worked at the Jack-O-Lantern Festival and had a great time. Kudos to the parents that were involved at this event. Mrs. Lavelli-Hozempa stated the students did a great job at both debates. Mrs. Lavelli-Hozempa thanked Mr. LeBlanc for his request for turkeys.

Mr. Johnson stated that we appreciate everything Mr. LeBlanc does and your request was well taken. There are a lot of sentimental reasons for holding graduations in town. Mr. Johnson was lucky to walk down the hill for his graduation but was not able to attend his two brother's graduation due to rain. Mr. Johnson stated by having graduations at the Cathedral, everyone in your family can attend. Mr. Johnson stated the debates were great. The students did a wonderful job.

Mr. Arnone asked if Board members have a say regarding the CIAC decision. Dr. Gallacher stated that he does not believe there is anything that can be done except to petition the two representatives to vote no. Mr. Arnone stated that this is academically wrong. Dr. Gallacher stated the Nutmeg league has disbanded and EHS will be looking at a new league. They are long commutes and maybe the games could start earlier. Mr. Arnone stated by starting games earlier, parents will not be able to attend. Mr. Bernstein can look into other conferences for Enfield to compete with.

Mrs. Apruzzese-Desroches stated that the start times for athletic games need to be looked at. Students are not getting home until late in the evening. Dr. Gallacher stated that we can have Mr. Bernstein and the two high school principals attend the next BOE meeting to address this topic. Mrs. Apruzzese-Desroches stated that there is a problem with the volleyball post in the EHS gym floor. Mrs. Apruzzese-Desroches stated that she is amazed with how many parents do not attend parent/teacher conferences. Parents need to be involved at all levels. Mrs. Apruzzese-Desroches asked if the question asked by the Audit Committee Members regarding the resolution of the missing funds has been addressed. Mrs. Lavelli-Hozempa stated that the Finance Committee is still looking into this and will bring the results forward once they are completed. Mrs. Apruzzese-Desroches asked the parliamentarian for the correct way to bring an item back up for reconsideration. Mrs. Apruzzese-Desroches was not present for the graduation location vote.

Mr. Stokes stated that if a Board member was absent at a vote, reconsideration of a vote can be brought up at the next meeting by a Board member that was not present at the previous meeting. Therefore, Mrs. Apruzzese-Desroches can make a motion to reconsider the vote of the high school graduation site and it can be seconded by any Board member.

Mr. Johnson asked if Board members need to take a vote to add the item to the agenda. Mr. Stokes stated no. This is to reconsider a vote and it does not need to be added to the agenda.

Mrs. Apruzzese-Desroches moved, seconded by Mr. Grady to reconsider the vote for the location of the graduations.

A vote by **roll call, 5-4-0**, motion to reconsider passes with Ms. Hall, Mr. Droney, Mr. Johnson and Chairman Greco in dissent.

Mrs. Apruzzese-Desroches moved, seconded by Mr. Grady that each senior class is allowed to vote on the location of their graduation.

**Discussion:**

Mrs. Apruzese-Desroches stated that her son will want to graduate on the fields at his school in two years. The students believe it is their graduation and they want to do it at their school. Both schools do not have to do the same things. Enfield high is very traditional. If Fermi wants to graduate at the Cathedral, it should be their decision.

Mr. Stokes stated that he will vote in favor of the motion, but the idea of bringing this back up is a disservice to future boards. This becomes an emotional issue and this is not a good way to govern. Mr. Stokes would prefer the motion be to bring the students back home for their graduations. No matter what, someone will disagree with this and Mr. Stokes is concerned that taking polls is not a good decision.

Mr. Arnone would like amend the motion to have the Town Council put graduations as a referendum question for next year, seconded by Mr. Droney.

Mr. Arnone stated that this is a cost issue. The parents and taxpayers need to make this decision until the graduation location is decided permanently.

**Discussion:**

Mr. Stokes stated we will be taking an emotional issue and compounding it. Making this a referendum questions will create a heated debate and is not in favor of this.

Mr. Droney addressed the first motion. We are getting into management by blog and this is wrong. We can not let anoymous postings govern the way Board members conduct business.

Mr. Grady aggress with Mr. Droney and asked who are we to change tradition. Last year EHS did everything they could to hold their graduation at Enfield high. There are other options, if there is a will there is a way.

Ms. Hall stated she read some of the items in the blog. The comments in the blog that the Board decided they would bring graduations back to Enfield this year are not true facts. This was not a motion or a formal decision of the Board. Regarding the cover for the field, this was never raised by the fields committee to protect the fields before the fields could be used for graduations. Ms. Hall stated that her personal opinion is that graduations are an important step in a student's life and should be a serious occasion. The graduations that are held at the Cathedral are well done, serious and solemn occasion. Ms. Hall stated that Mr. Duffy has done an exceptional job with the graduations at EHS by keeping the students under control and can not say the same for the ceremony at FHS. Students got the message at the First Cathedral that this is a serious occasion and it is not just another day at the beach. This is a Board of Education event. Diplomas could be mailed home to students. This is something that Board members could cancel at any time. Parents and grandparents want to see their child/grandchild graduate.

Mr. Stokes appreciates Ms. Hall's opinion regarding the graduation ceremony being dignified. Mr. Stokes stated graduations are for the community. This event can bring a community together. By sending this event to another Town, it contradicts what we stand for. Mr. Stokes

further stated that he is not against bringing up the issue for reconsideration but is against the idea of polling the students. Board members should make one decision final.

Mrs. Lavelli-Hozempa stated we are flying blind and are not aware if the Town can provide the materials for the fields. Mr. Stokes stated the Town can provide the protective covering.

Ms. Hall stated that she is concerned that we have two motions on the table. Mr. Stokes stated that according to Roberts Rules of Order, you can have two motions on the table at the same time. Ms. Hall stated only if they are related and they are not. Mr. Stokes stated they are related in the subject area.

Mr. Arnone stated that he withdraws his motion to have the Town Council put graduations as a referendum question for next year. Mr. Droney withdrew his second.

Mrs. Apruzzese-Desroches does not want to manage by blog, but she was not here for the original vote.

Chairman Greco asked if we have given a deposit to First Cathedral yet. Dr. Gallacher stated that he is not sure and will need to check with Mr. Drezek. Dates at the Cathedral are booked. Chairman Greco stated if we were to take a poll, the dates at the Cathedral will still be locked in.

Chairman Greco stated that the motion on the table is for each senior class member to be polled on the location of their graduation being on the fields or at the Cathedral.

Mr. Grady moved to amend the motion, seconded by Mrs. Apruzzese-Desroches to have the graduations moved back to the fields permanently.

A vote on the amendment **by roll call, 3-6-0** motion fails with Ms. Hall, Mr. Arnone, Mr. Droney, Mrs. Lavelli-Hozempa, Mr. Johnson and Chairman Greco in dissent.

Chairman Greco stated the main motion on the table is to poll Enfield and Fermi Seniors on the location of the graduation being either at the fields or at the First Cathedral.

Mr. Johnson moved to amend the motion to poll the parents as well as the students. There was no second on the amendment.

A vote on the main motion to poll Enfield and Fermi Seniors on the location of the graduation being either at the fields or at the First Cathedral **by roll call, 5-4-0** motion passes with Ms. Hall, Mr. Arnone, Mr. Droney and Mr. Johnson in dissent.

**Extend Meeting Past 11:00 PM:**

Mr. Droney moved, seconded by Mr. Stokes to extend the meeting past 11:00 PM. A vote **by show of hands 9-0-0**. Motion passes.

Mr. Grady stated that he attended the Jack-O-Lantern Festival and Parkman won, Montessori came in second and Memorial came in third. Congratulations to all three schools. Mr. Grady stated that he attended the Teacher of the Year Award. Mr. Crane is extremely passionate about his job and it is nice to see this. Mr. Grady attend the EHS DECA induction ceremony. There were 41 students that were inducted and Mrs. Stone is another passionate teacher. Mr. Grady attended Ms. Buck's Kindergarten class at Alcorn and viewed the Lively Letters program that starts in Kindergarten thru grade 1. If you have a few minutes, stop by visit them. The program is amazing.

Mr. Johnson stated that 18 year olds can get married, vote, go to war or even sign contracts. Mr. Johnson disagrees with this decision.

Ms. Hall stated that when it comes to drinking 18 year olds do not always behave appropriately. We currently use a breathalyzer policy and half of the senior class would be able to drink and this would create problems.

A vote by **roll call, 7-2-0**, motion passes Mrs. Apruzzese-Desroches and Mr. Johnson in dissent.

## 16.    EXECUTIVE SESSION

Mr. Droney moved, seconded by Mr. Johnson to enter into executive session to discuss Matter(s) Related to Personnel. A vote by **show of hands, 6-3-0** motion passes with Mrs. Apruzzese-Desroches, Mr. Grady, Ms. Hall and Mr. Grady in dissent.

Mr. Torre and Dr. Gallacher joined the Board in Executive Session at 11:30 PM.

At 11:53 PM, Mr. Stokes moved, seconded by Mr. Droney to end the Executive Session and return to Public Session. Motion passed unanimously by a show of hands. No other action was taken in Executive Session.

## 17.    ADJOURNMENT

Mr. Droney moved, seconded by Mr. Grady to adjourn the Regular Meeting of October 28, 2008. All ayes, motion passed unanimously.

Meeting stood adjourned at 11:54 PM.

Joyce P. Hall                                                Respectfully Submitted,
Secretary
Enfield Board of Education

                                                             Kathy Zalucki, Recording Secretary

# Exhibit 36

**ENFIELD BOARD OF EDUCATION**
**REGULAR MEETING MINUTES**
**NOVEMBER 18, 2008**

A regular meeting of the Enfield Board of Education was held at Town Hall in Council Chambers, located at 820 Enfield Street, Enfield, CT on November 18, 2008.

1.  **CALL TO ORDER**    The meeting was called to order at 7:32 PM by Chairman Greco.

2.  **INVOCATION OR MOMENT OF SILENCE**   Chuck L. Johnson III

3.  **PLEDGE OF ALLEGIANCE**   Chuck L. Johnson III

4.  **FIRE EVACUATION ANNOUNCEMENT**      Chairman Greco announced the fire evacuation announcement.

5.  **ROLL CALL**

    **MEMBERS PRESENT**   Joyce Hall, Vincent Grady, Judy Apruzzese-Desroches, Tom Arnone, Patrick Droney, Greg Stokes, Charles Johnson, Susan Lavelli-Hozempa and Andre Greco

    **MEMBERS ABSENT**   None

    **ALSO PRESENT**   Dr. John Gallacher, Superintendent of Schools; Anthony Torre, Assistant Superintendent of Schools; Athletic Coordinator Barry Bernstein; Enrico Fermi Principal Paul Newton; Enfield High School Principal Tom Duffy; Enfield High School Assistant Principal's Yvette Santiesteban & Steve Sargalski

6.  **APPROVAL OF MINUTES**

Ms. Hall moved, seconded by Mr. Grady that the Regular Meeting Minutes of October 28, 2008 be approved.  There was one correction on Page 8 - Mr. Stokes further stated that he is not against bringing up the issue for reconsideration but is against the idea of polling the students. Board members should make one decision final; and on Page 9 – Mr. Grady moved to amend the motion, seconded by Mrs. Apruzzese-Desroches.  Motion passed by a **show of hands 9-0-0**.

7.  **BOARD GUESTS**

a.  **Athletic Conferences**

Chairman Greco stated Mr. Bernstein and the two high school principals are here to discuss the conference changes for Enfield's sports teams.

Mr. Bernstein stated that Enfield High's football league, "the Nutmeg League" is disbanding. There were 8 teams in this league.  Six teams will now be put in the CCC league.  Enfield will play in the Pequot League.  We have petitioned the Pequot League to allow Enfield to continue its longstanding tradition of playing Fermi on Thanksgiving day.

Mr. Bernstein stated Enrico Fermi plays in the CCC East League.  There are 4 divisions with 32 teams in the CCC.

stated we started with CMT data and then we review benchmark data. All formative data is reviewed each month.

Mr. Duffy reviewed long term plans & goals and additional needs – additional staff in Reading, curriculum revisions, updated technology, curriculum related software and professional development.

Ms. Hall asked if wireless technology is helping. Mr. Duffy stated in some cases it is helpful. Teachers are using their own laptops.

Mr. Arnone asked what the timeline is for laptops at the High Schools. Dr. Gallacher stated Mr. Russell presented a leasing plan to Board members and was going to take the request to the Town Council next week when they meet.

Mr. Droney likes the idea of looking outside of the box for scheduling. Some schools are using Block Scheduling. Mr. Duffy stated there will be some built in limitations but maybe we can address some of the scheduling concerns.

Ms. Hall stated this is an ongoing discussion with many schools around the State. Ms. Hall asked about the CMT goals being set higher each year, where are we now with the CAPT. Mr. Sargalski stated that we are early in the 3rd generation. The next generation includes science.

Ms. Hall asked how the students are doing in science. Mr. Duffy stated that we have limitations and the scores were flat and slightly down. Our preparation time last year was affected due to the flood. Science literacy is a big focus.

Mr. Sargalski stated that we are extremely proud of teachers at EHS as well as Mr. Newton is of his teachers. Our teachers have been reviewing assessments and data that are making our students better.

Chairman Greco thanked Mr. Duffy, Mr. Sargalski and Mrs. Santiestaban.

Dr. Gallacher stated that Leann Beaulieu is present if any Board members have any questions for her regarding Nathan Hale's CMT scores.

**8.     CORRESPONDENCE AND COMMUNICATIONS** - None

Dr. Gallacher stated that in the Board packet is the 2007-08 Strategic School Profiles. These can be found at the Central Library, Central Office and on the website for public viewing.

**9.     AUDIENCES**

Ross Davis, Iroquis Road – Mr. Davis referred to two siblings that needed TLC services and only one received them. They only had room for the sibling that scored higher. What is expected for students to know in each grade in order to pass on to the next grade? This needs to be shared with parents. Mr. Davis asked what was done with the other student that did not receive services in reading. Full day kindergarten can address problems at an earlier level and there is proven fact that students that receive full day kindergarten are more successful in school. Mr. Ross urged Board members to involve parents in your plans. The information obtained by the demographic advisory committee two years ago can be used as a guide. Make your information transparent to the public. Mr. Davis thanked Board members.

Donna Dubanoski, Betty Road – Mrs. Dubanoski stated she is here regarding graduations and asked Board members how are they going to govern? Is it by e-mail to only a select few, by people coming before the Board or is it by blogging? What are the procedures for your decisions,

parents and students need to know. Mrs. Dubanoski stated that students need to know that it is important to be involved in their community. Students are listening to what decisions Board members are making. If the reason graduations are to be outsourced is because of the weather or the number that can attend, Board members should form a committee to solve the issues regarding this subject. Mr. Grady is correct, where there is a will, there is a way. Mrs. Dubanoski would like to be part of the solution. Graduations should be held in town and urged Board members to return the tradition back to our Town.

Kathy Thomson, Duff Drive – Mrs. Thomson stated she is a former EHS graduate and the students overwhelming voted to hold their graduation in Enfield. Mr. Stokes and Mr. Grady voted the right way. Graduations were held at the Cathedral in Bloomfield because the fields were being renovated and we were told in the spring that a cover was going to be purchased as a fix. The covering has not been purchased yet, but that is not a concern according to the blog from Councilman Kaupin. How have we survived all of these years with our graduations being held inside and out? Graduations are a celebration of 13 years of student's accomplishments. It will be interesting to find out where surrounding Towns will be holding their graduations since they have also undergone field renovations. Last year, SAFE Grad activities started one hour later due to travel time from the Cathedral. How will snow days affect graduations this year at the Cathedral? Mrs. Thomson urged Board members to listen to EHS students and let them graduate in Enfield. It is a tradition.

Maureen Brennan, Sandpiper Road – Mrs. Brennan thanked everyone who donated money from the check off box on the tax bills. We received $5,600. Last year, Board members stated that they would purchase books or library books. Mrs. Brennan would like Board members make those purchases to show the community that their donations have made a positive impact on education in our schools. This was not widely publicized and it was a great success. Has the Board received the money from the Town yet and do you have a plan for spending the money. Mrs. Brennan thanked Board members.

Monica Moncrieffe, Steele Road – Mrs. Moncrieffe addressed the Board regarding her son who will enter Kindergarten next year. They have visited their local elementary school and do not feel that the program that is offered will meet their son's educational needs. We believe our son is gifted & talented and this program was cut due to budgetary needs. We have been looking at magnet schools and Enfield does not participate with them. Mrs. Moncrieffe would like to know what they can do so Enfield will participate with the magnet school they are looking at. They would like to keep him in Enfield.

Bob Tkacz, Bernadino Avenue – Mr. Tkacz stated that the elections are over and all you heard was change is needed. Change is needed in the Enfield Schools. We will not have the money that we had last year. Every nickel counts. Budgets will be tight. Mr. Tkacz stated that a lot of parents and students wanted to go to the Cathedral last year. It is a cost savings to hold the graduations at the Cathedral. Traditions for graduation ceremonies for the first 100 years in Enfield were to hold the graduation ceremony down town in Franklin Hall. You can go to proms that are held out of town but it is a major problem to go to Bloomfield. We need to watch our dollars.

## 10.    **BOARD MEMBER COMMENTS**

Mr. Arnone asked about the kindergarten study program that was presented two years ago. Dr. Gallacher stated that Andrea Brinnel presented recommendations from the Early Intervention Committee. Dr. Gallacher will provide Board members with a copy of that presentation. Mr. Stokes stated the Curriculum Committee will address full day kindergarten in January and will present their findings to Board members. Mr. Torre will provide Board members with a copy of the Harvard Study on early childhood education. There is a lot of data available.

Mr. Johnson moved, seconded by Mr. Grady to enter into executive session to discuss Matter(s) Related to Personnel. A vote by **show of hands, 8-1-0** motion passes with Mrs. Apruzzese-Desroches in dissent.

Mr. Torre, Dr. Gallacher, Dr. Cooke joined the Board in Executive Session at 10:10 PM.

At 11:16 PM, Mr. Droney moved, seconded by Mr. Grady to end the Executive Session and return to Public Session. Motion passed unanimously by a show of hands. No other action was taken in Executive Session.

**PUBLIC SESSION:**

Upon returning to Public Session, Mr. Grady moved, seconded by Mr. Droney to add an item to the agenda, Supplementing the Military Pay of An Active Military Duty. A vote by **show of hands, 9-0-0**, all ayes, motion passed unanimously.

Mr. Droney moved, seconded by Mr. Grady to pay Daniel Bade, on a per pay basis, the difference between Mr. Bade's annual salary as a teacher at Enfield High School and his annual salary from the Army National Guard during his period of active military duty in the FY08-09 school year. In addition, it was proposed that the Board of Education send a letter of appreciation to all employees currently serving in the Guards or Reserves. A **vote by roll call, 9-0-0**, motion passed unanimously.

## 17.  ADJOURNMENT

Mr. Grady moved, seconded by Mr. Stokes to adjourn the Regular Meeting of November 18, 2008. All ayes, motion passed unanimously.

Meeting stood adjourned at 11:19 PM.

Joyce P. Hall                                    Respectfully Submitted,
Secretary
Enfield Board of Education


                                                 Kathy Zalucki, Recording Secretary

# Exhibit 37

**ENFIELD BOARD OF EDUCATION**
**ORGANIZATIONAL MEETING MINUTES**
**NOVEMBER 17, 2009**

A special organizational meeting of the Enfield Board of Education was held at the Enfield Town Hall in Council Chambers located at 820 Enfield Street, Enfield, CT on November 17, 2009.

| | | |
|---|---|---|
| **1.** | **CALL TO ORDER** | Charles Johnson III |
| **2.** | **PLEDGE OF ALLEGIANCE** | Charles Johnson III |
| **3.** | **OATH OF OFFICE** | Suzanne Olechnicki, Town Clerk |

Mrs. Olechnicki swore in the 2009-11 Board of Education members: Vincent M. Grady; Charles L. Johnson III; Peter A. Jonaitis, Jr.; Thomas James Sirard; Gregory T. Stokes; Sr.; Donna H. Szewczak and Stacy Lynn Thurston. Mrs. Olechnicki stated that Mrs. Apruzzese-Desroches was sworn in earlier today. Mrs. Olechnicki congratulated Board members and wished them a successful two years.

**4.** __ROLL CALL__

| | |
|---|---|
| **MEMBERS PRESENT** | Peter Jonaitis, Tom Sirard, Donna Szewczak, Charles Johnson, Joyce Hall, Vincent Grady, Stacy Thurston and, Greg Stokes |
| **MEMBERS ABSENT** | Judy Apruzzese-Desroches |
| **ALSO PRESENT** | Dr. John Gallacher, Superintendent of Schools; Mr. Anthony Torre, Assistant Superintendent of Schools; Suzanne Olechnicki, Town Clerk and Enrico Fermi High Student Representative Meghan Ruff |

**5.    ELECTION OF OFFICERS:**

**a.    Chairperson of the Board of Education**

Mr. Johnson opened up the floor for nominations for Chairperson.

Mr. Sirard nominated Greg Stokes as the Chairman for the Enfield Board of Education, seconded by Mr. Grady. There were no other nominations for Chairperson. Ms. Hall moved to close the nominations for Chairperson, seconded by Mr. Sirard. All ayes, motion passed unanimously.

A vote by __roll call 7-0-1__ passed with Mr. Stokes abstaining.

Chairman Stokes thanked everyone and Mrs. Olechnicki, our Town Clerk for her services.

**b.    Vice-Chairperson of the Board of Education**

Chairman Stokes opened up the floor for nominations for Vice Chairman.

Mr. Sirard moved to open up nominations for Vice Chairman, seconded by Mr. Grady. Mrs. Szewczak moved to nominate Chuck Johnson as Vice Chairman for the Enfield Board of

all work together as a nine Board team and is confident that we can do it. It won't be easy and we probably will have some disagreements but at the end of the day we all want the same thing. Thank you.

Chairman Stokes welcomed Mrs. Szewczak to the Board. Mrs. Szewczak thanked everyone that showed their support and the Republican Town Committee for backing her as a candidate and everyone in the Town of Enfield for voting for her. This is an honor and a pleasure to serve. This will get me back into something that is very important to me – education and the children in Enfield. If we educate our children and do it well, everything else will follow in suit.

Vice Chairman Johnson stated that he is truly grateful to be here again. Mr. Johnson will continue to strive for an equal balance for the student's needs and the needs of the taxpayer. Schools are in place to education our young. They are our future. The Board of Education needs to find the best balance for our students. We need to provide our students the best education that is affordable. The nine Board members each will bring their own special talents to this Board. We all want to provide a positive impact on the lives of the students currently here and those that will follow them. Mr. Johnson thanked the voters of Enfield, the Board for their support in him as Vice Chairman and his wife and family. Mr. Johnson stated that it is important for him to give back something to his community

Chairman Stokes thanked the audience for coming tonight and for supporting the Board. We look forward to working with the Administration and the Town Council. Times will be challenging but we have the talent and the energy to meet that challenge.

## 9. **ADJOURNMENT**

Mr. Grady moved, seconded by Mr. Sirard to adjourn the Special Meeting of November 17, 2009. All ayes, motion passed unanimously.

Meeting stood adjourned at 8:58 PM.

Joyce P. Hall                                                Respectfully Submitted,
Secretary
Enfield Board of Education

Kathy Zalucki, Recording Secretary

Exhibit 38

**ENFIELD BOARD OF EDUCATION**
**REGULAR MEETING MINUTES**
**JANUARY 26, 2010**

A regular meeting of the Enfield Board of Education was held at Town Hall in Council Chambers, located at 820 Enfield Street, Enfield, CT on January 26, 2010.

1. **CALL TO ORDER**    The meeting was called to order at 7:30 PM by Chairman Stokes.

2. **INVOCATION OR MOMENT OF SILENCE**  Chuck Johnson

3. **PLEDGE OF ALLEGIANCE**  Chuck Johnson

4. **FIRE EVACUATION ANNOUNCEMENT**    Chairman Stokes announced the fire evacuation announcement.

5. **ROLL CALL**

> **MEMBERS PRESENT**   Peter Jonaitis, Tom Sirard, Donna Szewczak, Charles Johnson, Judy Apruzzese-Desroches, Joyce Hall, Vincent Grady, Stacy Thurston and Greg Stokes

> **MEMBERS ABSENT**   None

> **ALSO PRESENT**   Dr. John Gallacher, Superintendent of Schools; Mr. Anthony Torre, Assistant Superintendent of Schools and Enrico Fermi High Student Representative Meghan Ruff

6. **BOARD GUESTS**

   a. **Enfield Foundation for Excellence in Education**

Chairman Stokes welcomed Enfield Foundation for Excellence in Education (EFEE) members Maureen Brennan, Shannon Roberto and Jennifer Rancourt.  Mrs. Brennan reviewed facts about EFEE, their mission statement, fundraising, distributing funds they raise and who they are.  Mrs. Brennan discussed the fundraiser at the July 4th Celebration, Ice Staking on Veteran's Day, Staff Dress Down Day and donations.

Ms. Roberto reviewed the grant process, what they look for and the two grant recipients.  Fermi Teacher Bill Schultz and Barnard/Parkman/Hale Teacher Amanda Furey were both awarded $500 each for their grants.   Ms. Roberto explained how EFEE benefits Enfield.

Ms. Roberto reviewed some upcoming fundraising events in 2010.  Ms. Roberto stated EFEE has just celebrated their first anniversary on January 18th.  Ms. Roberto urged everyone to get involved with EFEE.  We are always looking to improve EFEE, the grant process and the kinds of grants they award.

Mrs. Brennan stated they are always looking for help.  You can contact them at www.efeeofenfield.org.  Mrs. Brennan thanked Board members for inviting EFEE to the Board meeting.

Chairman Stokes thanked EFEE members for coming to the Board meeting and for their presentation.

Mr. Jonaitis invited EFEE members to come to the next Talented and Gifted (TAG) meeting.

Chairman Stokes stated he has attended EFEE meetings and the fundraiser event at the Twin Rinks and it was a lot of fun.  Chairman Stokes asked Mrs. Brennan to keep Board members informed with any new developments.

7.   **APPROVAL OF MINUTES**

Ms. Hall moved, seconded by Mr. Grady that the Special & Regular Meeting Minutes of January 12, 2010 be approved.  Motion passed with the clarification by a **show of hands 9-0-0**.

8.   **CORRESPONDENCE AND COMMUNICATIONS**

   a.  Information regarding a Bullying, Cyberbullying & Youth Depression presentation by John Halligan on February 17, 2010

9.   **AUDIENCES**

Ray Peabody, Washington Road – Mr. Peabody complimented Student Representative Meghan Ruff for her opinions regarding graduation at the First Cathedral.  Mr. Peabody stated at first he had concerns with holding graduations at the First Cathedral. He has since changed his views and stated the First Cathedral is a fantastic venue for indoor graduations.  He does not believe this is a constitutional issue.  The ACLU is threatening us to not hold graduations there.  We should not allow someone to tell us what to do.  If the School Board decides to hold graduations in another venue, that is our choice.  There is funding and legal organizations available to fight this.  Mr. Peabody stated we need principles and we need to stand strong and fight this.  This is the Town of Enfield.  We have our rights also.  Mr. Peabody urged Board member to have a contingency plan in place and represent the citizens, taxpayers and students of Enfield.  Mr. Peabody thanked EFEE for their efforts.  Mr. Peabody thanked Board members.

Joe Saroce, Briarwood Drive – Mr. Saroce stated he is also here regarding the ACLU lawsuit and is hoping the Board will fight them.  The ACLU is a communist group that makes life difficult for people.  At first many students were opposed to the First Cathedral but have changed their minds after being there.  Mr. Saroce would like to see the Board fight this.  The Board is more concerned with the welfare of the administrators and the teachers.  The primary concern should be for the community.  Mr. Saroce stated many of us are struggling.  Mr. Saroce would like to see graduations held at the First Cathedral.

Lisa Reda, Oakwood Street – Ms. Reda thanked the members of EFEE.  Mr. Schultz is her daughter's chemistry teacher and she is excited about the program.  Mr. Schultz is a phenomenal teacher.  Ms. Reda is the Fermi Safe Grad Chairperson.  She has spoken with Mr. Jonaitis and would like to share some points before the Board makes a decision.  If both graduations were held on the same date, Healthtrax could not hold both Safe Grad events.  We could send one group to the Healhtrax in Bristol, but this would mean traveling and additional costs.  Combining Enfield and Fermi Safe Grads would cost additional costs also and is not recommended.  Nomads is not a valid option either.  Ms. Reda stated it would be difficult to raise additional funds at this time.  Ms. Reda urged Board members to hold graduations on separate day.  Ms. Reda thanked Board members.

Jack Sheridan, Buchanan Road – Mr. Sheridan stated the doors at the outside of the building are always locked.  They should be unlocked.  Mr. Sheridan stated he reviewed Dr. Gallacher's recommendations for budget cuts.  They seem to be the same ones and they usually are not used.  Mr. Sheridan asked what happened with the Demographic Committee's suggestion to close a school.  Enrollments are going down.  Mr. Sheridan spoke to someone he knows at Hamilton Standard and their pensions would be coming to an end.  Social Security did not give out increases.  Mr. Sheridan reviewed last year's school budget and grants that totaled $88,235,000 divided by 6,082 students equals $14,508 per student.  This is a lot of money to

spend when you compare it to what other Towns are spending.  We have great teachers and programs like EFEE.  Mr. Sheridan is here to remind Board members what we are spending.

Tricia Wright, Oakwood Street – Ms. Wright is hoping that the Board will fight the ACLU.  She has 3 children and one will graduate this year from Fermi.  It does not seem fair that our kids and the future graduate's voices do not count.  She attended a previous Board meeting and was encouraged that the Board was looking into other venues that could house large numbers.  Ms. Wright would like to know if we can rent tents like they do at Asnuntuck.  If the Board goes off site and holds both events on the same day this will cause many conflicts.  Ms. Wright asked if anyone has contacted the First Cathedral.  They are now being prevented from making money due to the ACLU lawsuit.

Jack Sheridan, Buchanan Road – Mr. Sheridan stated that there are organizations that will fight the ACLU.  This is what we need to do.  We should look into this.

Ray Peabody, Washington Road – Mr. Peabody stated tents at Fermi might pose a problem with the remediation soil work that was done.  Mr. Johnson honored our Veteran's earlier tonight.  Mr. Peabody believes it would be a dishonor to all the Veteran's in Enfield if we roll over and perpetuate.  We have an obligation and Board members have heard this from many.  We need to make this work.

## 10.    **BOARD MEMBER COMMENTS**

FHS Student Representative Meghan Ruff thanked Mr. Peabody for his kind words and for being here.  It is an honor being here.  Ms. Ruff also agrees with Ms. Reda that it would not be a good idea to have both high schools at the same Safe Grad event.  Ms. Ruff stated mid terms are ending and it has been a very successful first half.  Ms. Ruff has also heard that we should fight the ACLU, but there is the monetary aspect.  This is something the Board should take into consideration.

Mr. Jonaitis agreed with Mr. Peabody about the soil at Fermi.  Mr. Jonaitis stated there is a lot more to the ACLU lawsuit than you have seen and heard.  Mr. Jonaitis stated we will not please everyone.

Mr. Johnson stated the EHS Instrumental Music concert is on January 30th.  It is a great opportunity to see how well our kids have come.  They are tremendous musicians and encouraged everyone to attend a musical concert performance.

Mr. Grady thanked everyone for coming and sharing your views.  Mr. Grady stated we need to make a decision regarding graduations regardless of the ACLU lawsuit.  There are a lot of things that are going on behind the scenes that we can not discuss.  We are not rolling over.  Thank you all for coming.

Ms. Hall stated CMT's will be coming up.  Students are tested on what will be on the CMT.  Barnard will hold a Parent CMT night on Wednesday, January 27th at 5:30 PM with dinner and a CMT presentation at 6:00 PM.  Crandall will also hold a CMT night on February 11th at 5:15 PM and a CMT presentation at 6:00 PM.  Ms. Hall attended the Alcorn and Enfield Street School After School Learning Advisory Group meeting.  Claire Hall presented an overview of the After School program.  They will hold a friendly basketball game with cheerleaders between the Alcorn and Enfield Street program and the Barnard and Crandall program on January 29th.  They also hold other activities for parents.  To find out about programs or additional information you can contact them at www.erfc.us.

Chairman Stokes thanked everyone for coming out tonight.  Our next budget workshop will be on February 2nd.  Board members were going to discuss graduation sites even before the ACLU became involved.  Board members have received many e-mails regarding this.  Whatever

decision is made has been done with legal counsel. Board members have agonized over this. Chairman Stokes stated we have taken the economy into consideration and the long term effects of a potential lawsuit. We will not please everyone. Board members will give the graduating students a wonderful graduation ceremony.

Chairman Stokes was quite impressed with the band concert at Hazardville Memorial School for 5 & 6th graders he attended. The jazz band was amazing.

## 11.    SUPERINTENDENT'S REPORT

a.   Early Release Day – as presented
b.   ITPC Update – as presented
c.   Personnel Report – as presented

## 12.    BOARD COMMITTTEE REPORTS

Ms. Hall reported that she attended a CREC Council meeting last week where they saw a video about the Sound Bridge Program for hearing impaired students. It was very impressive. The Associate Commissioner gave an overview of the RTTT program. Ms. Hall stated that 29 out of 35 CREC regions have signed on. The legislative report for RESC Alliance will be provided to Board members at a later time. There is a possibility that there will be a reduction in some of the unfunded mandates in 2011. Ms. Hall urged everyone to keep their legislators apprized and make your letters to them simple and let them know before their session starts. The suspension mandate was discussed and there is a strong possibility that it will be modified. This is something we should also let our legislators know about. It was also discussed that CABE is an important lobbying group.

Mr. Jonaitis reported that Talented and Gifted (TAG) Committee will meet on February 24, 2010 at 3:00 PM in the JFK Principal's Conference Room. We are planning to have a speaker from UCONN share some ideas and former Enfield teacher Brian Jurkowski will also attend.

Mr. Sirard reported that the Finance Committee met and we will move our meetings to the third Tuesday of the month and will meet in the Business Office at 5:00 PM.

Mr. Sirard reported that Munis will be live on July 1, 2010 and the payroll section will be live on January 1, 2011. Munis will provide us with greater accountability and responsibility for our finances. Munis will provide a platform that will allow us to complete State Regulations and Compliances. Mr. Sirard thanked the Town for purchasing Munis. It is a tremendous investment.

Mrs. Szewczak reported that the Curriculum Committee met last week. It was extremely informative. The elementary reading benchmark assessment committee developed a testing program in conjunction with SRBI that is mandated by the State and will be implemented on July 1, 2010. The committee will present their Tier I and Tier II interventions at an upcoming Board meeting.

Mr. Johnson reported that the Policy Committee met earlier this evening and we have a Policy up for rescinding that will be addressed later on the agenda. This was our first meeting with new Board members and Mr. Johnson is looking forward to another productive Policy Committee.

## 13.    APPROVAL OF ACCOUNTS AND PAYROLL

a.    **For the Month of December FY2008-09**

Mr. Sirard moved, seconded by Ms. Hall that the Enfield Board of Education accepts the superintendent's certification as follows: "I hereby certify that in the month of December FY2008-09, total expenditures amount to $56,257.78 broken down between payroll totaling $0 and other accounts totaling $56,257.78.  All payments have been made in accordance with the approved budget and are properly accounted for within the books of accounts.  Copies of approval for check invoices are properly documented."

A vote by **show of hands 9-0-0**, motion passes.

> **b.      For the Month of December FY2009/10**

Mr. Sirard moved, seconded by Ms. Hall that the Enfield Board of Education accepts the superintendent's certification as follows: "I hereby certify that in the month of December FY2009-10, total expenditures amount to $7,531,971.65, broken down between payroll totaling $6,506,939.82 and other accounts totaling $1,025,031.83.  All payments have been made in accordance with the approved budget and are properly accounted for within the books of accounts.  Copies of approval for check invoices are properly documented."

A vote by **show of hands 9-0-0**, motion passes.

> **c.      Line Item Transfers, if any**

Mr. Sirard moved, seconded by Ms. Hall that the following Line Item Transfers be made

| | | |
|---|---|---|
| **From:** | Certified Salaries | $ 505,909.00 |
| | Certified Salary Related | $ 97,683.00 |
| | Non-Certified Salary Related | $ 18,955.00 |
| | Employee Benefits | $ 234,441.00 |
| | Educational Supplies | $ 113,233.00 |
| | New Equipment | $ 166,792.00 |
| | Educational Services Programs | $ 392,105.00 |
| | Plant Maintenance | $ 176,200.00 |
| | Admin/Board Expenses | $ 48,275.00 |
| | Equipment Maintenance | $ 23,887.00 |
| | Health Services/Supplies | $ 5,880.00 |
| | **Total** | **$1,783,360.00** |
| | | |
| **To:** | Non-Certified Salaries | $ 444,957.00 |
| | Supplemental Certified Salaries | $ 237,819.00 |
| | Student Transportation | $ 201,406.00 |
| | Utilities | $ 373,992.00 |
| | Special Education Tuition | $ 356,982.00 |
| | Technology | $ 168,204.00 |
| | **Total** | **$1,783,360.00** |

Mrs. Apruzzese-Desroches stated these are line item transfers for 2008/09 not 2009/2010.
A vote by **show of hands 9-0-0**, motion passes.

**14.     UNFINISHED BUSINESS**

> **a.      Continue Discussion 2010 Graduation Site(s), and Action if any**

Chairman Stokes stated we started this discussion at the last Board meeting. Mr. Jonaitis has some additional information for Board members. Chairman Stokes thanked the Town Council for the information they provided.

Mr. Jonaitis reviewed numbers for graduations to be held at the Mass Mutual Center - $11,700 (this does not include the jumbo-tron and curtain backdrop - $4,000). Both graduations could be held on the same day.

Mrs. Szewczak asked if this could be available for two separate days for graduations. Mr. Jonaitis stated at a greater price.

Mr. Jonaitis stated the Town provided us with figures for graduations on the artificial turf for $16,500 (this does not include chairs or sound equipment). Mr. Jonaitis went to EHS and he believes we could do something with artificial bleachers without covering the fields. If the weather is inclement or too hot, graduations would need to be held indoors with limited tickets.

Mr. Jonaitis reviewed the prices for graduations to be held at LaRenaissance - $11,000 for two days. The number of seats are limited to 5 seats for FHS plus 150 lottery seats and 6 seats plus 100 lottery seats for EHS. Due to the numbers, we would be required to have 2 fire watch personnel present.

Chairman Stokes asked if the Mass Mutual Center is open two consecutive nights. Mr. Jonaitis stated they were available the last time he checked.

Mr. Grady asked how many chairs we rented for graduations in the past. Dr. Gallacher would need to check on this. Mrs. Apruzzese-Desroches stated at one time it was a $1 a chair. We set up a total of 5,000 folding chairs at both locations indoor and outdoors.

Mrs. Apruzzese-Desroches looked at previous numbers for graduations on grass fields, football fields, LaRenaissance and the Mass Mutual Center. She also included the costs associated with diplomas, invitations, printing, flowers, police, chair rentals, port-a-lets, music & video, sound systems, busing, rental, extras and town custodial services for both graduations. The cost for graduations on Grass fields - $40,500; Football fields - $51,000; Mass Mutual Center - $32,000; and LaRenaissance - $36,900. Mrs. Apruzzese-Desroches stated she assumes the rental for police and fire watch personnel would be the same. There will be some fluctuation.

Mr. Jonaitis stated LaRenaissance requires 2 police officers. On-site graduations would require 8-10 for a minimum of 4 hours.

Mrs. Apruzzese-Desroches stated the cost for graduations could be anywhere from $32,000 to $50,000.

Mrs. Apruzzese-Desroches stated the cost for graduations at the First Cathedral was $32,000.

Mr. Grady stated based on the information we received from Ms. Reda, we can not hold graduations on the same day. This would cause problems with Safe Grad. Mrs. Apruzzese-Desroches and Chairman Stokes agreed. Chairman Stokes stated that Board members need to look at future graduations after we finish with the budget.

Mr. Sirard stated from his point of view, it is not how much we are spending; it is what we are going to get for our money. If we have it in town, we will need to limit the number of seats available if it is raining.

Mr. Grady asked what the numbers each auditoriums would hold for overflow. Mr. Jonaitis stated the gyms would hold approximately 1,000 and the auditoriums would hold 500 and 600 respectively. Mr. Grady stated our numbers would be similar to LaRenaissance.

Mrs. Apruzzese-Desroches does not believe LaRenaissance would be any more comfortable than the gyms and the auditoriums. She has never seen it setup for this kind of an event at LaRenaissance. We would still have to limit the number of tickets.

Mr. Jonaitis moved that the Enfield Board of Education hold graduations at LaRenaissance based on the contingency that we can get 1,300 people on the tiered seating.

No one seconded the motion, motion failed.

Mr. Jonaitis moved, seconded by Mrs. Apruzzese-Desroches that the Enfield Board of Education hold graduations at the Mass Mutual Center.

**Discussion:**

Mr. Jonaitis stated he does not believe we can go to the Mass Mutual Center. It would be a one day event for both graduations and the costs would be prohibitive and would mess up Safe Grad events.

Mrs. Apruzzese-Desroches asked if it would add $11,700 or something else. Mrs. Szewczak stated we would add it. Mr. Jonaitis stated it would be close to the fee for holding graduations on the field. It would not include the transition/cleanup fees from one graduation to another.

Mrs. Apruzzese-Desroches stated by her calculations it would be $43,800. Mrs. Szewczak stated this does not include the score board or the curtain. Student Representative Ruff stated we would need to add in $4,000 for a total of $47,800.

Mr. Johnson moved, seconded by Mrs. Thurston to table the motion that the Enfield Board of Education hold graduations at the Mass Mutual Center.

A vote by **roll call 7-2-0** motion to table passed with Ms. Hall and Mr. Jonaitis in dissent.

Mr. Jonaitis moved, seconded by Mr. Grady that the Enfield Board of Education hold graduations at the two high schools.

**Discussion:**

Mr. Jonaitis likes the tradition of holding graduations at both high schools. If the weather is too hot or the grounds are too wet this can cause problems and if it rains we will only be able to give two tickets per each graduating senior.

Mr. Sirard stated we will be liable if we hold graduations in town. Chairman Stokes stated the liability will follow wherever the students are. The insurance follows the event.

Mr. Grady asked about setting up in the auditorium for extra seating. Mr. Jonaitis stated we have looked at this. Video and sound would need to be set up. Are you really watching your child graduate. You could just stay home and watch it on TV. The concept makes sense and it is easy to do.

Mr. Sirard stated when you talk about expanding, you are increasing custodial services and it will raise the price. Mr. Sirard does not want to spend $40,000 for a party in town that most people do not want to go to. The general consensus he received is they do not want to hold graduations here.

Mrs. Szewczak would like to expand the motion to hold the graduation at Asnuntuck that could be held on multiple nights. Mr. Jonaitis stated he would not expand his motion.

Mr. Grady stated that Asnuntuck was looked at but it was turned down.

Mrs. Apruzzese-Desroches stated the e-mails she has received are to hold graduations in town on their fields. Board members can not win. We will not be able to satisfy everyone. This was going to be an issue whether the ACLU was involved or not. When we originally held graduations at the First Cathedral, it was done with the idea of one year for Fermi at the Cathedral and one year for Enfield High at the Cathedral, and then we would come home for all future graduations. The community is divided. This is an important event, but there are other areas that need our attention. We need to pick a location and turn it over to the administration for them to make it work.

Mr. Johnson moved, seconded by Mr. Sirard to table the motion that the Enfield Board of Education hold graduations at the two high schools.

A vote by **roll call 2-7-0** motion to table fails with Mrs. Apruzzese-Desroches, Ms. Hall, Mr. Grady, Mrs. Thurston, Mr. Jonaitis, Mrs. Szewczak and Mr. Stokes in dissent.

Mrs. Thurston appreciates hearing from everyone but would like the students to let us know what they want. It is their graduation and we should get their opinion. We are hearing from the parents not the students. Mrs. Thurston would like to hear from the students.

Mr. Jonaitis stated we have done surveys before and we got nowhere. Let the parents and the students sit down and decide what they want to do.

FHS Student Representative Ruff has spoken to a lot of students and is concerned with what the Board listens to when the students speak. This is a general concern. There is not a lot of discussion regarding fighting the lawsuit. Mrs. Szewczak stated if the students came, Board members would know that they care.

Mrs. Apruzzese-Desroches stated it is difficult for us to discuss the ACLU lawsuit due to Attorney-Client Privilege. It has been discussed but not in a public forum.

Mr. Johnson moved, seconded by Mr. Sirard to postpone the discussion to the second meeting in February.

Chairman Stokes is not sure what percentage of the vote is needed to postpone the discussion to another time.

**Recess:**

Mr. Jonaitis moved, seconded by Mrs. Apruzzese-Desroches to Recess at 9:25 PM. Motion passed unanimously by show of hands.

The Board returned from recess at 9:35 PM. Chairman Stokes stated he received clarification regarding a motion to postpone. The motion to postpone must be made for a specific time and date and requires a majority vote. This is debatable.

Mr. Johnson clarified his motion to postpone, that the motion for the Enfield Board of Education to hold graduations at the two high schools be postponed until the second Board meeting on February 23rd at 7:30 PM.

No one seconded the motion to postpone, motion failed.

Mr. Johnson moved, seconded by Mrs. Apruzzese-Desroches to adjourn the Regular Board of Education Meeting.

A vote by **roll call 1-8-0**, motion failed with Mr. Johnson in dissent.

Chairman Stokes gave his final opinion and stated it is time to end this discussion and called for a vote by roll call.

Mr. Grady asked to amend the motion.  Chairman Stokes stated he has called for a vote.  Mr. Grady stated he can make a motion after the vote.

A vote by **roll call 6-3-0**, motion passed with Mr. Johnson, Mr. Jonaitis and Mr. Sirard in dissent.

Mr. Grady stated he would like to make a motion to make this a policy of the Board.  Chairman Stokes stated it would be improper to do at this time.

**Motion to Suspend the Rules**:

Mr. Sirard moved, seconded by Mrs. Thurston to suspend the rules to add comments.

A vote by **show of hands 4-5-0** fails with Mrs. Apruzzese-Desroches, Ms. Hall, Mr. Grady, Mrs. Thurston and Mr. Johnson in dissent.

15.  **NEW BUSINESS**

   a.   **Rescind Board Policy #5117.1 Public Schools of Choice**

Mr. Johnson stated we discussed this at the Policy Committee meeting today and the Policy Committee recommends this policy be rescinded.

Mr. Johnson moved, seconded by Mrs. Thurston that the Enfield Board of Education Rescind Board Policy #5117.1 Public Schools of Choice.

**Discussion:**

Mr. Johnson stated the State changed the law approximately 18 months ago and this policy is no longer relevant.

A vote by **roll call 9-0-0** passed unanimously.

   b.   **Approve New Job Descriptions for Non-Union Business Office Positions**

Mr. Jonaitis stated the Personnel Subcommittee met last week with Business Manager Chris Chemerka regarding the three non-union business office positions.  Duties were shuffled around.  This will not cost us any additional money.  The personnel committee agrees with realigning the job descriptions for the Bookkeeper, the Accounting Supervisor and the Payroll Accountant.

Mrs. Apruzzese-Desroches stated this will not increase the hours or any additional money.  It will all balance out.  Chairman Stokes stated that is correct.

Mr. Jonaitis moved, seconded by Mr. Grady that the Enfield Board of Education realigns the job descriptions for the Bookkeeper, the Accounting Supervisor and the Payroll Accountant.

**Discussion:**

Ms. Hall asked if the gate receipts for athletic events are included in the Bookkeeper job

description.

Ms. Chemerka stated that they are included in the other duties as assigned.

A vote by **roll call 9-0-0** passed unanimously.

## 16.    EXECUTIVE SESSION

Chairman Stokes stated the Board has the need to enter into executive Session prior to acting on Item 15c.

Mr. Sirard moved, seconded by Mrs. Szewczak that the Enfield Board of Education enters into executive session to discuss:

      a.   Matter(s) Related to Collective Bargaining – TA for Nurses' Contract

Motion passed by a **show of hands 5-4-0**, with Mrs. Thurston, Mr. Grady, Ms. Hall and Mrs. Apruzzese-Desroches in dissent.

Dr. Gallacher, Mr. Torre and Mrs. Parmelee-Blancato joined the Board in Executive Session.

Mr. Johnson moved, seconded by Mrs. Szewczak that the Enfield Board of Education returns to Public Session.

A vote by **show of hands 9-0-0,** passed unanimously.  No actions were taken while in executive session.

## 15.    NEW BUSINESS CONTINUED

      **c.    Ratification Vote on New Contract with the Enfield School Nurses' Association**

Mr. Jonaitis stated we have negotiated a Tentative Agreement with the Nurses' Association. The nurses have ratified it unanimously.  Mr. Jonaitis thanked Mrs. Parmelee-Blancato and the nurses for participating.  This is a 3 year contract.

Mr. Jonaitis moved, seconded by Mrs. Szewczak that the Enfield Board of Education approve the ratified Nurses' Contract.

A vote by **roll call 8-1-0** passed with Mr. Jonaitis in dissent.

## 17.    ADJOURNMENT

Mr. Grady moved, seconded by Mrs. Apruzzese-Desroches to adjourn the Regular Meeting of January 26, 2010.  All ayes, motion passed unanimously.

Meeting stood adjourned at 10:07 PM.

Joyce P. Hall                                              Respectfully Submitted,
Secretary
Enfield Board of Education


                                       Kathy Zalucki, Recording Secretary

Exhibit 39

**ENFIELD BOARD OF EDUCATION**
**REGULAR MEETING MINUTES**
**FEBRUARY 23, 2010**

A regular meeting of the Enfield Board of Education was held at Town Hall in Council Chambers, located at 820 Enfield Street, Enfield, CT on February 23, 2010.

**1.**    **CALL TO ORDER**    The meeting was called to order at 7:30 PM by Chairman Stokes.

**2.**    **INVOCATION OR MOMENT OF SILENCE**   Tom Sirard

**3.**    **PLEDGE OF ALLEGIANCE**   Tom Sirard

**4.**    **FIRE EVACUATION ANNOUNCEMENT**      Chairman Stokes announced the fire evacuation announcement.

**5.**    **ROLL CALL**

| | |
|---|---|
| **MEMBERS PRESENT** | Tom Sirard, Donna Szewczak, Chuck Johnson, Judy Apruzzese-Desroches, Joyce Hall, Vincent Grady, Peter Jonaitis and Greg Stokes |
| **MEMBERS ABSENT** | Stacy Thurston |
| **ALSO PRESENT** | Dr. John Gallacher, Superintendent of Schools; Mr. Anthony Torre, Assistant Superintendent of Schools; Enrico Fermi High School Student Representative Meghan Ruff and Enfield High Student Representative Connor Spain |

**6.**    **APPROVAL OF MINUTES**

Ms. Hall moved, seconded by Mrs. Apruzzese-Desroches that the Regular Meeting Minutes of February 9, 2010, Special Meeting Minutes of February 13, 2010 and Special Meeting Minutes of February 17, 2010 be approved.  Motion passed by a **show of hands 8-0-0**.

Ms. Hall moved, seconded by Mrs. Apruzzese-Desroches that the Special Meeting Minutes of February 2, 2010 be approved.  Motion passed by a **show of hands 7-0-1** with Ms. Hall abstaining.

**7.**    **BOARD GUESTS** – Carol Parmelee-Blancato, Interim Director of Human Resources

Chairman Stokes welcomed Carol Parmelee-Blancato and thanked her for the superb job she has done as our Interim Director of Human Resources.  Ms. Parmelee-Blancato's last day is Wednesday, February 24, 2010.

Chairman Stokes presented Ms. Parmelee-Blancato with a gift and appreciation for her outstanding help to the Enfield District.

Ms. Parmelee-Blancato thanked the Enfield Board of Education for the opportunity to work with them and the administration.  It has been an extremely rewarding experience.  Ms. Parmelee-Blancato also thanked Maureen Jewel, Personnel Specialist; Jeanette Lamontagne, Personnel Assistant and Barbara Deni, Benefits Specialist.  They have been a tremendous assistance to me.  It has truly been an honor to serve here in Enfield.  Thank you.

**8.**    **CORRESPONDENCE AND COMMUNICATIONS** - None

**9.**    **AUDIENCES**

<u>Rachel Zeni, Farmstead Circle</u> – Ms. Zeni stated she is here as the Enfield High Senior Class President and is here on behalf of the seniors. We have collected over 425 signatures regarding graduations at an off campus venue. Both high schools have this same view and Ms. Zeni hopes the Board will take this into consideration. Ms. Zeni thanked the Board

<u>Glenn Hart – Cynthia Circle</u> – Mr. Hart has watched the Board meetings on E-TV. Mr. Hart does not believe the Board is putting enough emphasis on education. At the last budget workshop, a Board member stated we need to fight for education. This is not being done. Class sizes are growing. Supplies are limited. Libraries do not have any books coming in. The boutique or ala carte classes are what make a community strong. Times are different now. We are falling behind educationally. We are not asking for level funding. The Demographic Study does not make sense. The Town should know what the conditions of the buildings are in. Mr. Hart does not trust that this Board has education on their minds. Mr. Hart thanked the Board.

<u>Debbie Serafin, Yale Drive</u> – Ms. Serafin does not want JFK or Freshman Sports eliminated. Sports have benefited her children as well as many other students. Low participation numbers for the EHS Girls' Basketball program was due to the coaching. Ms. Serafin is sure this program will excel again. Pay to park for everyone including staff would be a way to gain much needed revenue. A lot of working people need to pay to park.

<u>Bill Bowker, Gary Road</u> – Mr. Bowker is here regarding graduations. This is a hot topic. The parents and students have come before the Board and they want it held at either the First Cathedral or an off campus location. The decision was made in haste. Western New England College is another location site to be considered for graduations. Board members need to take into consideration the courses students need to go onto college. Mr. Bowker thanked Board members.

<u>Andrew Silva, Wagon Road</u> – Mr. Silva thanked the Board for listening to the students concerns. The students will be voters in the near future. All the students were approached at Fermi in the same manner. Students are concerned with inclement weather and graduations being moved indoors. Mr. Silva spoke to the event manager at the Mass Mutual Center. Mr. Silva believes the Mass Mutual Center is the best location and is cost efficient. Holding graduations at each school is like buying a lottery ticket. This topic is important to students. Mr. Silva thanked the Board.

<u>Patrick Cotnoir, Circle Drive</u> - Mr. Cotnoir stated the FHS/EHS students do not want to hold graduations at our schools. Mr. Cotnoir would like his family members to attend his graduation. Traditions can change. Mr. Cotnoir would like to see his sister at his graduation. Mr. Cotnoir has not seen any dollar amounts regarding the costs for graduations. The citizens in Enfield deserve to know exactly how their money is being spent. Mr. Cotnoir believes the Board should standup to the ACLU. Mr. Cotnoir thanked the Board members.

<u>Jane Polaski, Jewel Street</u> – Ms. Polaski has been a resident in Enfield for 47 years. She was unable to attend her eldest grandson's graduation because it rained. Her next grandson's graduation was on the field and it was too far to walk. The third grandchild graduated at the First Cathedral and it was wonderful. Everyone could attend. Ms. Polaski has read the entire constitution and there is nothing in there to prevent us from holding graduations at the venue we want. Ms. Polaski hopes the Board will fight for this.

James Bailey Brislan, Oakwood Street –Mr. Brislan is in favor of rescinding the Board's decision for high school graduations.  Mr. Brislan encourages the Board to take on the ACLU.  The reality is the ACLU does not have a case.  The ACLJ will defend the Board for free.  If it is constitutional to hold religious events in our schools and how can it be unconstitutional for us to hold an event in a religious building.  We need to draw a line in the sand and stand up to the ACLU.  Mr. Brislan thanked the Board.

Shantae Shaw, Rockland Street – Ms. Shaw came from Jamaica and has been in our schools for 9 years.  She ushered at the First Cathedral last year for Enfield High's graduation.  Ms. Shaw has family coming from Jamaica to attend her graduation to share this moment in her life.  She would like them all to attend her graduation.  Ms. Shaw thanked Board members.

Stephanie Erickson, Elm Street – Ms. Erickson stated she pays taxes from every paycheck she earns.  Ms. Erickson urged Board members to not make their decision based on what has been done in the past.  It is time to change and our class wants to do something different.  Ms. Erickson thanked Board members.

Maureen Brennan, Sandpiper Road – Ms. Brennan is impressed with the students that spoke tonight.  Ms. Brennan urges Board members to support a budget that will support education.  Education can affect home buyers coming to Enfield.  Education can have a negative impact on a community.  Ms. Brennan agrees with Mrs. Apruzzese-Desroches and Mr. Grady that we should be fighting for education.  It is the Board's job to ask for a budget that supports education.  It is the Town Council's job to decide the budget allotment.  The proposed cuts will be detrimental to our school system.  Ms. Brennan thanked Board members for their time.

Rachel Barillari, Flicker Lane – Ms. Barillari stated she spoke at the last Board meeting and hopes that you will consider what the students have said.  Ms. Barillari also stated we will be voting in the next election and your decisions will influence our voting decisions.

Ann Contracky, Sherman Road – Ms. Contracky is impressed with the students here.  The students have made it clear and Ms. Contracky asked Board members to consider their request.

Sarah Leventhal-O'Farrell, David Street – Ms. Leventhal-O'Farrell has attended many Board meetings.  She attended the last Budget workshop and left feeling dismayed with the party-line politics.  Ms. Leventhal-O'Farrell urged Board members to fight for education.  Board members lack of knowledge will jeopardize the Enfield Public School System.  Class sizes will burst at the seams.  How do you know what you won't get if you don't ask for it.  Board members need to fight for the budget we need.  Ms. Leventhal-O'Farrell asked for Board members to step down if they can not do the job that is needed.  Fight for a budget we need.  Ms. Leventhal-O'Farrell thanked the Board.

Judy Simpleton, Abbe Road – Ms. Simpleton stated her granddaughter will graduate from Fermi.  Ms. Simpleton thanked everyone that has worked with her and she appreciates the help she has received.  This is the children's graduation and we should support their decisions.

Lawrence Clark, South Road – Mr. Clark stated he has learned many lessons regarding government.  This teacher also taught us about town politics.  The budget gets approved by the Town Council.  Why are Board members only concerned with just the taxpayers when students and parents have a larger concern with your decisions?  If programs are cut, students will never get the chance to love art, music, etc.  Mr. Clark stated the students should be your first priority.

Patrick Droney, Bobolink Lane – Mr. Droney stated the crowed has answered the question – it is a one school issue.  The constitution does not mention the separation of church and State.

The ACLU has twisted this document. Mr. Droney would like Board members to look at an alternative site for graduations. Mr. Droney thanked Board members.

Trisha Wright, Oakwood Street – Ms. Wright is a proud Fermi parent and has attended the last 4 board meetings. Ms. Wright would like the Board to support holding graduations at an off campus location. Ms. Wright stated the schools need to be competitive. In order to do this, AP classes should not be cut. Ms. Wright would also like freshman sports to remain in the budget. It would be a shame to take these from the students. Ms. Wright thanked Board members.

Frances Tracy, Mitchell Drive – Ms. Tracy stated she is a proud Fermi student. Students want their family to attend the graduation. She would like her entire family to be present.

Bob Tkacz, Bernadino Avenue – Mr. Tkacz stated he is for a graduation ceremony. It was a big fight to move graduations to the Cathedral. The auditorium and gyms only hold so many people. Graduations can be done respectfully. The reality is our budget can not afford expensive graduations. Every dollar needs to count. We are losing students every year. We have too many buildings and classrooms. The Board is working hard to make it work. Mr. Tkacz is for graduations. Mr. Tkacz thanked Board members.

Shannel Heath, Thompson Court – Ms. Heath is looking forward to her graduation. She came to Enfield from Bridgeport in eighth grade. It is the Board's job to make the students happy. Ms. Heath does not want to graduate indoors at Fermi. Ms. Heath thanked Board members.

Dominick Alaimo, New Street – Mr. Alaimo stated if the churches can rent our buildings for CCD classes, why can't the schools rent the churches. Mr. Alaimo thanked Board members.

Kayla Map, Alden Avenue – Ms. Map needs to get a job to pay for college. Sacrifices need to be made. Why can't we borrow Asnuntuck's chairs and tent for graduation? What if the students fund raised for graduations to help with the costs? Ms. Map thanked Board members.

Mike Spano, Shermer Road – Mr. Spano is here regarding graduations. Mr. Spano attended his sister's graduation at the First Cathedral and was not bothered by the venue. Mr. Spano stated he feels nothing but shame for the people his parents voted for because they are allowing the ACLU to cripple us by making us do what they want. Mr. Spano thanked the Board.

## 10. **BOARD MEMBER COMMENTS**

EHS Student Representative Conner Spain stated people are afraid of change. Students have experienced graduations at both indoor, outdoors and off campus. Students have gained valuable knowledge from this. Both the parents and the students would like to hold graduations at an off-campus location. The students represent the majority and we would like graduations held at another venue. Students understand there are other topics Board members need to address like in-school suspensions. Maybe we can charge a minimal fee for people to attend graduations. We could make up some revenue. We could also add an additional fee to class dues. Mr. Spain believes the Board can lead us to solution. Mr. Spain stated in 40 years we will have the memory of our graduation.

Mr. Grady thanked everyone for coming and voicing your opinion. Mr. Grady stated Buzz Robotics held a pasta dinner and they raised $1,729. They will have a competition coming up on April 1st in Hartford. They are a lot of fun to watch. Mr. Grady stated the Parkman School will hold a fund raiser at Red Robin on February 24th from 5-8:00 PM. Mr. Grady stated that he along with Mrs. Apruzzese-Desroches and Ms. Hall attended the EHS Safe Grad fund raiser at Chicago Sam's and urged everyone to support school programs.

Mr. Sirard stated there are too many minority students at Alcorn. Dr. Gallacher stated that is correct.

**12. BOARD COMMITTTEE REPORTS**

Mr. Jonaitis stated the TAG committee will meet on Thursday, February 25th at 3:00- 5:00 PM at JFK in the library.

Mr. Grady asked if the TAG committee can meet at a later time so parents can attend. Mr. Jonaitis stated the committee is just starting to form. A big component will be to have teachers part of this committee. Having it after school is easier for the teachers.

**13. APPROVAL OF ACCOUNTS AND PAYROLL** - None

**14. UNFINISHED BUSINESS** - None

   **a. Amend/Rescind a Previous Decision – To Hold High School Graduations at Local High Schools**

Mr. Jonaitis reviewed parliamentary procedures to rescind a previous decision.

Mr. Jonaitis moved, seconded by Mr. Johnson that the Enfield Board of Education rescind the previous decision to hold high school graduation ceremonies on the grounds of the high schools.

**Discussion:**

Mr. Jonaitis stated the Board has given the charge to further investigate off campus graduations to the superintendent. The budget is our primary concern. The Town is also putting together figures for us for graduations in town.

Mrs. Szewczak stated graduations are something she likes to attend. Board members should not have to organize it, arrange the seating or who can attend. If we vote to rescind, can we make it a school function and not a Board of Education function.

Mrs. Apruzzese-Desroches asked what is the budget number appropriated for graduations. Dr. Gallacher believes it is $17K for Fermi and $15K for Enfield High.

A vote by **roll call 5-3-0** passed with Mrs. Apruzzese-Desroches, Ms. Hall and Mr. Grady in dissent.

**Recess:**

The Board took a brief recess at 9:00 PM returning to open session at 9:12 PM.

**15. NEW BUSINESS**

   **a. Approve Graustein Memorial Fund Grant**

Chairman Stokes welcomed Mrs. Amy Witbro and Ms. Chris Gomeau the Kite coordinator. Mrs. Witbro stated they are looking for the Board's endorsement. They are applying for a two-year grant through the William Casper Graustein Memorial Fund for $50K. This would be for developing a large community plan. The Town Council has already endorsed this.

Mrs. Apruzzese-Desroches moved, seconded by Mr. Grady that the Enfield Board of Education

**Recess:**

Mr. Jonaitis asked for a recess at 10:22 PM.  The Board returned at 10:26 PM.

A vote by **roll call 8-0-0**, motion to call the question passed unanimously.

A vote by **roll call 4-4-0** motion failed with Mrs. Apruzzese-Desroches, Ms. Hall, Mr. Grady, and Mr. Jonaitis in dissent.

Mr. Grady moved, seconded by Mrs. Apruzzese-Desroches that the Enfield Board of Education adopt Dr. Gallacher's proposed budget of 3.64% increase.

A vote by **roll call 4-4-0** failed with Mr. Sirard, Mrs. Szewczak, Mr. Johnson and Mr. Stokes in dissent.

Mrs. Apruzzese-Desroches asked what will happen if we do not have a budget.  Dr. Gallacher stated that has never happened.  By Town Charter we need to present a budget to the Town Manager by February 28th.  We have been denied an extension in previous years.

Mr. Johnson moved, seconded by Mr. Sirard that the Board of Education offers a 1.24% increase.

**Discussion:**

Chairman Stokes stated you can not make a motion with the same number.

Mr. Jonaitis asked if the 1.24% increase is not based on the proposed cuts Dr. Gallacher just reviewed.  Mr. Johnson stated that is correct.

Mrs. Apruzzese-Desroches stated we are proposing a budget like we did last year - a number with no details.  Mr. Johnson stated unless you have another proposal

A vote by **roll call 4-3-1** passed with Mrs. Apruzzese-Desroches, Ms. Hall and Mr. Grady in dissent and Mr. Jonaitis abstaining.

**16.   EXECUTIVE SESSION** - None

**17.   ADJOURNMENT**

Mrs. Szewczak moved, seconded by Mr. Sirard to adjourn the Regular Meeting of February 23, 2010.  All ayes, motion passed unanimously.

Meeting stood adjourned at 10:40 PM.

Joyce P. Hall                                          Respectfully Submitted,
Secretary
Enfield Board of Education


                                                      Kathy Zalucki, Recording Secretary

Exhibit 40

**ENFIELD BOARD OF EDUCATION**
**REGULAR MEETING MINUTES**
**MARCH 23, 2010**

A regular meeting of the Enfield Board of Education was held at Town Hall in Council Chambers, located at 820 Enfield Street, Enfield, CT on March 23, 2010.

1. **CALL TO ORDER**    The meeting was called to order at 7:30 PM by Chairman Stokes.

2. **INVOCATION OR MOMENT OF SILENCE**   Chairman Stokes

3. **PLEDGE OF ALLEGIANCE**   Chairman Stokes

4. **FIRE EVACUATION ANNOUNCEMENT**     Chairman Stokes announced the fire evacuation announcement.

5. **ROLL CALL**

   **MEMBERS PRESENT**    Peter Jonaitis, Donna Szewczak, Charles Johnson, Judy Apruzzese-Desroches, Joyce Hall, Vincent Grady, Stacy Thurston and Greg Stokes

   **MEMBERS ABSENT**    Tom Sirard

   **ALSO PRESENT**    Dr. John Gallacher, Superintendent of Schools; Mr. Anthony Torre, Assistant Superintendent of Schools; Enrico Fermi High Student Representative Meghan Ruff and Enfield High School Student Representative Connor Spain

6. **APPROVAL OF MINUTES**

Ms. Hall moved, seconded by Mrs. Apruzzese-Desroches that the Regular Meeting Minutes of February 23, 2010 be approved.  Motion passed unanimously by a **show of hands 8-0-0**.

Mrs. Apruzzese-Desroches moved, seconded by Ms. Hall that the Special Meeting Minutes of March 2, 2010 be approved.  Motion passed unanimously by a **show of hands 8-0-0**.

7. **BOARD GUESTS**

   a. **Senator Kissel**

Chairman Stokes welcomed Senator John Kissel to the Board meeting.  Mr. Johnson invited Senator Kissel.  Next month, our State Representatives will address the Board.

Mr. Johnson stated he started inviting our State Senators and Representatives during his last term and would like to continue this.

Senator Kissel thanked Mr. Johnson and members of the Board for inviting him.  Senator Kissel gave the Board, administration and audience members an overview of the state of the State of Connecticut, where we stand and what you may anticipate this year and in coming years.  Senator Kissel also discussed some of the bills currently being discussed by the Education Commission.  Senator Kissel distributed handouts regarding proposed Education Bills.  Senator Kissel also discussed the Race to the Top (RTTT) and funding initiatives.

and Boards of Education?  Senator Kissel stated they are predicting a jobless recovery in Connecticut.  It will take approximately 10 years to recover the jobs that we have lost.  There is no pot of gold.  There will be less money in the years to come for local municipalities.  There will be less money for education.  Cutting is extremely hard.  The State can not absorb any revenue increases.  The money from Washington will not keep coming.  Enfield and other Towns need to get their houses in order and prepare for what is coming.

Chairman Stokes thanked Senator Kissel for coming.  Chairman Stokes asked Senator Kissel for no new mandates and urged support for bill #280 An Act Concerning School Transportation.  This bill would help us save money on transportation costs.

8.   **CORRESPONDENCE AND COMMUNICATIONS**

   a.  Revised Non-Renewal List;
   b.  An Appendix for the RFP.

9.   **AUDIENCES**

Nikki Price, Enfield Street – Mrs. Price is in favor of closing schools and reconfiguring providing it brings the school system forward.  Mrs. Price is not in favor if the funds saved are not reinvested in our school system.  Mrs. Price would like to receive a copy of the RFP.  Mrs. Price distributed copies of an article from the Hartford Courant regarding a court ruling for quantifying education quality.  Mrs. Price thanked Board members.

Sue Braun, Light Street – Mrs. Braun stated that the past Board gave the members from the DAC a revised charge.  DAC was willing to give the Board another recommendation.  We should use the DAC's presentations.  The only item needed was the purchase of bus software.  The Board really only has until the end of April to get this done properly.  Last year we were told it would take 18 months to close a school and to do it correctly.  Using the DAC's recommendations can help.  Let's not delay any further.  Look at one of the four plans they presented.  Our elementary system is excellent.  Our secondary system flounders.  We need Board members to get down and dirty and do the work that is needed.  Mrs. Braun thanked Board members.

Bill Ballard, Abbe Road – Mr. Ballard has watched the meetings on E-TV.  The Board has some tough decisions to make and he appreciates the job being done.  The sooner you make your decision, the better for the entire school system.  Mr. Ballard does not support the Board fighting the ACLU.  Mr. Ballard thanked everyone for being here.  Mr. Ballard urged Board members to try to save as many jobs as possible.  Mr. Ballard thanked Board members.

John Lambert, Oakwood Street – Mr. Lambert stated he has 7 children that are moving or moved through the school system.  Mr. Lambert would like the Board to fight the ACLU.  All countries have their beliefs and we should not run away from it or be embarrassed about our religious values.  This is Enfield's decision not the ACLU's decision.  We should not compromise our values.  Mr. Lambert is a small business owner.  Mr. Lambert thanked Board members.

Kathy Parrow, Thompson Court – Mrs. Parrow shared a story with Board members regarding her experiences with her neighbors helping her out in time of need.  Mrs. Parrow stated when you are in panic mode; you can not see the forest through the trees.  Community members have known this is coming.  Look to your neighbors for help.  Mrs. Parrow stated she is going to home school her children next year.  Mrs. Parrow urged Board members to come up with the best plan to educate our children.

Peter Wolfgang, Executive Director of the Family Institute of CT (Hartford, CT) – Mr. Wolfgang stated he is here to urge Board members to return to the First Cathedral for graduations. You would not need to use any money to fight the ACLU. Mr. Wolfgang distributed information regarding pro-bono work. The ACLJ only takes suits they are sure they can win. The ACLU is bluffing. Stand up for religious rights. Stand up for the constitution and our first amendment rights. Mr. Wolfgang urged Board members to fight the ACLU. This will not cost Enfield financially. Return graduations back to the First Cathedral. Mr. Wolfgang thanked Board members.

James Brislan, Oakwood Street – Mr. Brislan urged Board members to bring graduations back to the First Cathedral in Bloomfield. Mr. Brislan has watched the Board members and the testimony. He is in favor of bringing graduations back to the cathedral. The community is in favor of this. Enfield needs to be part of this. Mr. Brislan urged Board members to return graduations back to the First Cathedral.

Jill Cunningham & Jan Lipomi, Elementary Secretaries – Mrs. Cunningham stated she is here tonight in favor of keeping the elementary secretary assistants. Mrs. Lipomi and she are here as senior elementary secretaries. The secretary assistants are an intrigal part of the smooth daily operations at each elementary school. Without the secretary assistants, the secretary would not be able to do their jobs. Someone needs to be in the office at all times. Each elementary school uses their secretary assistants differently. Mrs. Cunningham and Mrs. Lipomi urged Board members to reconsider eliminating the elementary secretary assistants.

Ashley Buck, Homestead Drive – Ms. Buck stated she has grown up in Enfield and is a Kindergarten teacher at Alcorn. Alcorn has a full day kindergarten program. Students have benefited from this program. Ms. Buck would like the Board to reconsider and keep a full day kindergarten program at Alcorn. A half day program will do a disservice to our students. Ms. Buck thanked Board members.

Martin Clayman & Pastor Leroy Bailey III (Northridge Drive, WH) – Mr. Clayman stated Pastor Bailey is from the First Cathedral Church in Bloomfield. Mr. Clayman is the attorney for the First Cathedral. The First Cathedral is supportive of graduations being held. They also hold many other functions at the First Cathedral. They serve the community. Cost is a major issue and he has spoken to Vincent McCarthy from ACLJ and they will represent Enfield if they choose to return back to the First Cathedral for graduations. Mr. Clayman thanked Board members and urged them to fight the ACLU.

Tricia Wright, Oakwood Street – Mrs. Wright urged the Board to forgo party politics and come together as one and stand up for our children's education. Mrs. Wright would like Board members to reconsider Dr. Gallacher's proposed budget recommendation. The budget cuts will affect potential families coming to Enfield. Mrs. Wright urged Board members to not cut elective or boutique classes. Cutting sports is not the answer. Our students will have just the basics, how will they be able to compete with other students trying to get into colleges. Please do not take our students choices away. Stand up to the Town Council and ask them to find the money somewhere else.

Ross Davis, Iroquois Road – Mr. Davis stated none of the budgets presented are adequate. We are currently suffering a slow painful death by cutting. We need to plant a new tree. This is the opportunity we have to reconstruct the system and to provide a unique education for our students. We need to make our schools more efficient. We do not have any more time. This town needs 1 high school. We need a plan to get there. Make a decision and stick with it. Present a plan to the Town Council and let them know this is why we need the money. This is Mr. Davis' challenge to Board members.

Jack Sheridan, Buchanan Road – Mr. Sheridan stated the per pupil cost is $14,507. Everyone wants the students to get a good education. Past increases have not benefited the students. It has gone towards benefits and salaries. Mr. Sheridan stated the education budget has gone up every year. The Town Council used CIP funds to purchase books but we can not receive a list of these books. Mr. Sheridan stated people are under employed and unemployed, hours cut and Hamilton Standard machinist have taken an hourly pay cut to keep their jobs. Mr. Sheridan thinks it is great that the ACLJ is willing to fight for us.

Tina Leblanc, David Street – Ms. Leblanc stated last year she was a planner, this year she has been more of an observer. The budget is bleak in the State of Connecticut. She attended the Town Council meeting and Representative Tallarita and Jarmoc basically said what Senator Kissel stated. We know there is a problem and the cuts will get deeper. We have not heard anything about making it better. We are losing good families in Enfield. We need to rethink. We need to figure out a way the best we can to make the necessary cuts while providing a good education for our students.

Bob Tkacz, Bernadino Avenue – Mr. Tkacz stated the budget has been the same for the past few years. The spending has remained the same. The school has been kept at an even level. Graduations are not a requirement. We really do not have the money for graduations. We need to close the budget gap. Mr. Tkacz stated West Haven will close 2 elementary schools. Enrollments are dropping. Mr. Tkacz stated the school board is under school law and under the Attorney General. School law is the major issue.

## 10. **BOARD MEMBER COMMENTS**

Mrs. Thurston stated she was absent during the budget vote. She had planned a vacation prior to her decision to run for the Board of Education. Mrs. Thurston stated she was in favor of Dr. Gallacher's proposed budget recommendation.

Mr. Grady stated Parkman held a "one book, one school" assembly. Each family received a book to read. Parkman students raised $2,100.22 for Haiti. They will present the check next week. Kudos to Parkman for the donation and their "one book, one school" drive. Board members will receive an invitation from Stowe School for a career fair. Mr. Grady is looking forward to this.

Mr. Grady stated he is disappointed that Board members took more time discussing graduations than the budget. Mr. Grady asked for the budget to be placed on the agenda tonight but was turned down by the Chairman. Mr. Grady liked the process of discussing the budget. Mr. Grady was not if favor of cutting Dr. Gallacher's proposed budget and to cut our budget another 1.24% will do us even more harm.

Mr. Grady stated the Board had a meeting prior to us starting to work together as a Board. This is not happening – we are not working together. Mr. Grady agrees with Mrs. Wright to take away the party politics. Mr. Grady is disappointed that we did not fight for the budget. We did not do the students or the public justice. Parents are frustrated and tired of fighting and not being heard. Mr. Grady stated we do not like mandates. What is going to happen to the students if we go to a zero percent budget? Mr. Grady supports the people in pink. How can we support a budget if we are going to make cuts? Mr. Grady urged audience members to contact Town Council members and tell them you do not like the budget.

Mr. Grady stated we have cancelled Board meetings because members were not going to be present but when came to the voting on the budget and a member was absent that was ok.

Mr. Grady responded to an audience member by stating the cost per student is $12,800 and asked what the cost per student was when your children went to school?  Times are different.  Students rely on their teachers and counselors.

Chairman Stokes asked Mr. Grady not to address the audience by name and called for a brief recess.

**Recess:**

Board members took a Recess at 9:22 PM.  The Board returned from recess at 9:30 PM.  Chairman Stokes stated we need to show decorum and respect for each other.  Board members deal with many hot topics.  We need to respect each other and listen to each other.

Mr. Grady stated costs years ago compared to today are different.  Mr. Grady agrees with Mr. Davis regarding inadequate budget.  There was a speaker here tonight regarding the ACLJ representing us.  What happens if we lose?  We would be liable for those costs.  We need guarantees.

Mr. Grady asked about the price tag on education.  What do we say to our children, that we do not care enough?  We need to find the money.  Isn't it important to give our children what they need to succeed in life?

Mr. Grady agrees about not cutting the elementary secretary assistants.  Security will become an issue.  Who will be responsible?  Times are different.  There are many problems.  Students come to school for safety.

Mr. Grady stated presenting a budget with a zero increase is an insult.  We should present a budget that presents a quality education in Enfield.  Mr. Grady thanked everyone.

Ms. Hall agrees with Mr. Grady.  If we choose to go to the First Cathedral, the ACLU would seek a court injunction to keep us from there.  The article from the Hartford Courant makes reference to the Connecticut Coalition for Justice in Education Funding.  The goal of this organization is to see that every school in CT is adequately funded.

Ms. Hall stated if we were to make no changes to our budget from last year, we would need around an 8% increase.  The Board passed a 1.24% budget.  It has been many years since we have received a level funded budget with no changes.  We have been making cuts to the point of being at bare bones.

Ms. Hall stated there is no way to have education without teachers.  We are paying for salaries and benefits in order to do this.

Ms. Hall stated a parent at the Town Council meeting explained why parents are not at meetings.  The meetings are held at night and they have small children that can not be left alone.

Mrs. Hall stated a lobbyist that works for the RESC Alliance had indicated the appropriations committee will produce their budget.  There is a gap of $19 million in the 2011 budget and there would be a significant loss to IDEA funding.  This is another indication of the amount of trouble the school system is in.

Ms. Hall stated the current 1.24% budget is just a number until we receive the final allocation from the Town Manager.  The superintendent has made 2 recommendations.  No decisions have been made yet by this Board until we receive our allocation.

Mr. Jonaitis asked about Mr. Grady's ideas. Tell us where the money will come from. Mr. Jonaitis believes it is time to stop grand standing. Mr. Jonaitis sympathizes with everyone. He has spent many years in the classroom. Mr. Jonaitis wished we had more money, but we don't. We need to do the best we can with what we have. This will mean making changes. Just don't keep saying we need to do for the kids. Come up with some ideas.

Mr. Jonaitis asked when Board members will start the process. There are things we can do now. Some things will take longer. It is time that we have some meaningful discussions on what we are going to do.

Mrs. Szewczak stated she sat on the other side fighting for grade 4 music. She learned a lot. Education is big business. It is touchy and feely because our children are involved. We transmit a lot of our feelings onto the teachers and the administration. The bottom line is it is big business and we have no control over salaries. If we were a regular business we would have controlled salaries and kept what we had. We now have to work on what we have to do and have a little less control than a Board should have.

Mr. Johnson stated Enfield Street held their CMT Family Night and it was very well received. More than 125 people attended. Mr. Johnson applauded everyone involved. The Enfield String Festival was held and it was truly amazing.

Mr. Johnson thanked Senator Kissel. Both of our State Representatives will here on April 13. That should also be interesting.

Mr. Johnson supports going back to the First Cathedral. We have been threatened by bullies and it is reprehensible that we are listening to them. We have attorneys that are willing to represent us at no cost. This would be money well spent.

Chairman Stokes stated we appreciate everyone speaking about the budget. We do need systemic change. We need to address some items to lower class sizes for fall and to level out class sizes. We also need to look at our high schools. Our caucus has been meeting and putting together information and hopes the other Board members are doing the same. All Board members want to make changes that are positive, that will be better for education and will be fiscally sound. Past Boards have said there is no money. There is no bluff games being played – there is no money. The State is in trouble. We are in deficit by billions of dollars. Only school districts that are putting their house in order will be able to maintain and sustain themselves in the future. If you have any suggestions, please contact us.

Chairman Stokes stated we have always been able to address audience members by their names. Due to the climate in the room, Chairman Stokes thought it would be best not to do this tonight.

Chairman Stokes welcomed Pastor Bailey from the First Cathedral Church. We appreciate your staff and your facility. Thank you for what you have offered.

Chairman Stokes contacted the ACLJ in the spring. At that time, they were not interested in representing us. When Chairman Stokes was on vacation he was contacted by the ACLJ and they wanted to represent us pro-bono. Chairman Stokes thanked the ACLJ for their offer. This is not an easy decision regarding graduations. Chairman Stokes agrees with Mr. Johnson that they look for weaker opponents and they go after them. Morally, ethically and spiritually each Board member will get their vote.

Mr. Grady commented that he would like to address Mr. Jonaitis. Chairman Stokes would prefer this not be done now. Mr. Grady stated this has been done in the past. Chairman

Ms. Hall moved, seconded by Mrs. Szewczak that the Enfield Board of Education that the contract of employment of…

| | | | |
|---|---|---|---|
| Caroline Adams | Pamela Estes | Tracy Langevin | Christopher Scioscio |
| Heather Aselton | Rachel Fadziewicz | Kristen Lavelle | Jennifer Scioscio |
| James Barrett | Carrie Fleischer | Jennifer Ann Lewis | Joel Senior |
| Maureen Bechard | Kyllie Freeman | Nicole Long | Patrick Smith |
| Melinda Bedner | Matthew Gaffney | Dawn Marchese | Amy Snyder |
| Judith Behling | Giselle Richards- | Caroline Martin | Laurie Somma |
| Melissa Bergeron | Genece | Melanie McCann | Christine Spelman |
| Danielle Bourassa | Colleen Guertin | Emily Miarecki | Laura Stalgaitis |
| Leigh-An Boyer | Karen Gustafson | David Mourad | Krista Sullivan |
| Heather Brunelle | Barbara Hallak | Michelle Pansius | Sarah Szotak |
| Jenny Bunick | Jessica Hildahl | Tracy Pell | Ruth Thomas |
| Jon Butterick | Bethany Holland | Melissa Pelletier | Jeanne Tornatore |
| Megan Champion | Mary Horn | Michael Pescitelli | Christine Turcotte- |
| Gregory Chandler | Amber Hovland | Kara Petrucci | White |
| Erin Clark | Kimberly Jackle | Michael Petrucci | Brendan Walsh |
| Daniel Clement | Kimberly Jacques | Christopher Ponte | Tyler Wells |
| Michelle Crawford | Stephen Jewell | Alexandra Pyznar | Laura Wisnesky |
| Justin Cote | Melissa Karwoski | Shannon Robar | Jennifer Wood |
| DeCormier | Karen King | Danielle Ruggiero | Doris Wyse |
| Carole Donahue | Rachel Klein | Kathleen Ruggiero | Todd Zenczak |
| Vanessa Donovan | Alexa Kulinski | Jill Sahlin | Michelle Zimmer |
| Lisa Doughney | Jason LaMesa | Yvette Santiesteban | |
| Jenifer Egan | Katherine Lancaster | Donna Schroyer | |

…not be renewed for the following year upon its expiration at the end of the 2009-2010 school year, and that the Superintendent of Schools be directed to advise such person in writing of this action.

A vote by **roll call 6-2-0** passed with Mr. Grady and Mrs. Thurston in dissent.

> **b.** **Discussion on RFP for Reorganization and Action(s), if any**

Chairman Stokes asked Dr. Gallacher explain the RFP.  Dr. Gallacher would like to call upon Chris Chemerka since she is the point person on this.  Dr. Gallacher would like Board members to look at the RFP and let us know if there are any changes needed.

**Motion to Table Discussion on RFP for Reorganization and Action(s), if any**

Ms. Hall moved, seconded by Mrs. Apruzzese-Desroches to table the RFP discussion.  We need to address graduation sites.  Board members were in agreement to table this item until the next meeting.

**14.** **UNFINISHED BUSINESS**

> **a.** **Discussion on Graduation Site(s), and Action if any**

Dr. Gallacher stated in your packets is information prepared by Mr. Newton, Mr. Duffy and the Town Council regarding graduation sites.   Dr. Gallacher would recommend both high school principals address any questions from Board members.

Chairman Stokes welcomed both Mr. Newton and Mr. Duffy.  Mr. Duffy shared Chairman Stokes sentiments regarding using the First Cathedral.  They have been courteous,

professional and top rated. The entire process was 100% professional. We appreciate them as an organization.

Mr. Duffy stated the Connecticut locations he contacted all said that it would be a far better deal to hold both graduations on the same day. The price doubles for two days. They could not meet our budget allotment for two days.

Mr. Newton gave a brief overview for each site and a glance overview. Each site has their strengths. Mr. Newton agrees with Mr. Duffy. The First Cathedral served us well and they were extremely hospitable. Any of the sites in Massachusetts would be suitable. Mr. Newton also provided information for two separate graduation dates or two on the same day. Mr. Newton can answer any questions the Board may have but the decision is up to the Board.

Mr. Grady asked if we are considering a one day graduation for both high Schools. We spoke with the SAFE Grad Committees and this would not work since they both are using the same site and deposits may have been made. Mr. Newton did not interface with the SAFE Grad Committees. Mr. Duffy stated we were asked to get the prices for one or two days not the information regarding SAFE Grads.

Ms. Hall inquired about the handicapped accessibility at the Springfield Symphony Hall. Mr. Newton stated they are fully handicapped accessible. Mrs. Apruzzese-Desroches has indicated that it is not that easy to get to. The elevator only holds one person at a time. If we have numbers it could be a problem.

Mr. Jonaitis stated it is an inconvenience to go up to the top level. They could be accommodated on the lower levels. Mrs. Apruzzese-Desroches stated it is handicapped accessible but not conveniently accessible.

Mrs. Apruzzese-Desroches stated the Mass Mutual Center was impersonable and using the jumbo-tron was not clear according to a parent she spoke to. Has anyone seen how a graduation has been done?

Mr. Jonaitis stated if we want coziness, we can use La Renaissance. They were also accommodating for holding two graduations on the same day.

Mr. Newton does not believe we need the curtain at the Mass Mutual Center. The price listed is inclusive.

Mrs. Thurston stated she has attended a graduation at the Mass Mutual Center for a college graduation. The students sat on the floor and there was a stage for them to cross.

Mrs. Apruzzese-Desroches asked about the costs for the diplomas. Mr. Newton did not bring the figures. Mr. Duffy stated the money has been encumbered with the business office. Any of these options in Massachusetts would work if we did them on one day.

Mr. Jonaitis stated on back-to-back days, they would leave everything set up. Mrs. Szewczak commented that it would be a small savings.

Chairman Stokes would like graduations held on two nights because SAFE Grad has already made plans. Graduations should be held on June 23 & 24th.

The Mass Mutual Center would be around $28K. Mr. Newton stated Symphony Hall would not give students unlimited tickets. They would receive around 7-8 tickets. The draw back to WNEC & Symphony Hall is the room for the students is small. We would not be able to have them sit in the order they would be assembled. We would need to work around this.

Mr. Duffy stated there is a lot to do during and after a graduation.  Mr. Newton stated we can make it work.

Mrs. Apruzzese-Desroches stated WNEC is not available on both nights.  Mr. Newton stated they could not give me firm numbers.  There is no guarantee.

Mrs. Apruzzese-Desroches stated tickets at WNEC would be unlimited.  Video services would be needed.  Mr. Duffy stated most places have some kind of video services.

Mr. Newton stated the Mass Mutual Center can video tape this.  At WNEC, we would need to sub contract with them.  Symphony Hall is a closed union shop and Mr. Newton is not sure if they would let us video tape.  Mr. Jonaitis stated they would video tape.  Henry Dutcher told Mr. Newton the quality might not be that good.

Mr. Johnson stated the Mass Mutual Center is also a union shop and we would need to use their personnel.

Mrs. Apruzzese-Desroches reviewed bringing the graduations back home and asked if this is not being considered.  We need this information.  We are not seeing anything that will please everyone.

Mr. Duffy stated we could go to Mohegan Sun.

Chairman Stokes stated he is looking at the $32K and we can not go over it.  Can you guarantee these prices?  Mr. Newton is confident.

Mrs. Apruzzese-Desroches would still like to use the grass.  Mr. Duffy stated there were costs associated with holding the graduations outside.  The chairs would be a big concern.

**Extend Meeting Past 11:00 PM:**

Chairman Stokes stated by our by-laws, we need to make a motion to extend the meeting past 11:00 PM.

Mrs. Szewczak moved, seconded by Mr. Johnson to extend the meeting past 11:00 PM.

A vote by **roll call 4-4-0**, motion fails with Mrs. Apruzzese-Desroches, Ms. Hall, Mr. Grady and Mrs. Thurston in dissent.

       **c.**    **Ratify Clerical & Library Aides Contract**

       **d.**    **Ratify Cafeteria Employee's Contract**

**16.**    **EXECUTIVE SESSION**

**17.**    **ADJOURNMENT**

Mr. Grady moved, seconded by Mrs. Thurston to adjourn the Regular Meeting of March 23, 2010.  All ayes, motion passed unanimously.

Meeting stood adjourned at 11:00 PM.

Joyce P. Hall                    Respectfully Submitted,
Secretary
Enfield Board of Education

                                  Kathy Zalucki, Recording Secretary

# Exhibit 41

**ENFIELD BOARD OF EDUCATION**
**REGULAR MEETING MINUTES**
**APRIL 13, 2010**

A regular meeting of the Enfield Board of Education was held at Town Hall in Council Chambers, located at 820 Enfield Street, Enfield, CT on April 13, 2010.

**1.**     **CALL TO ORDER**     The meeting was called to order at 7:30 PM by Chairman Stokes.

**2.**     **INVOCATION OR MOMENT OF SILENCE**    Donna Szewczak

**3.**     **PLEDGE OF ALLEGIANCE**    Donna Szewczak

**4.**     **FIRE EVACUATION ANNOUNCEMENT**     Chairman Stokes announced the fire evacuation announcement.

**5.**     **ROLL CALL**

      **MEMBERS PRESENT**     Peter Jonaitis, Tom Sirard, Donna Szewczak, Charles Johnson, Judy Apruzzese-Desroches, Joyce Hall, Vincent Grady, Stacy Thurston and Greg Stokes

      **MEMBERS ABSENT**     None

      **ALSO PRESENT**     Dr. John Gallacher, Superintendent of Schools; Mr. Anthony Torre, Assistant Superintendent of Schools; Enrico Fermi High Student Representative Meghan Ruff and Enfield High School Student Representative Regina Casale

**6.**     **APPROVAL OF MINUTES**

Ms. Hall moved, seconded by Mr. Grady that the Regular Meeting Minutes of March 23, 2010 be approved.  Motion passed unanimously by a **show of hands 9-0-0**.

**7.**     **BOARD GUESTS** - None

**8.**     **CORRESPONDENCE AND COMMUNICATIONS** - None

**9.**     **AUDIENCES**

Bill Ballard, Abbe Road – Mr. Ballard thanked Board members for serving on the Board and everything they do. Mr. Ballard does not support the Board fighting the ACLU.  Mr. Ballard would like the Board to address the items you were elected to do.  Concessions are needed by our unions.  Mr. Ballard lost his insurance just like everyone else facing hard times.  Mr. Ballard was disappointed that the Board did not extend the meeting past 11:00 PM.  Issues still needed to be addressed.  Redistricting should be first and foremost.  The law suit is the wrong decision at this time.  Mr. Ballard thanked Board members.

Josh Hamre, New King Street – Mr. Hamre stated changes are going to be made.  It is the same story.  The budget will cut more jobs and possibly crossing guards.  The cars travel too quickly on the roads and streets in Enfield.  Liability concerns will arise without crossing guards.  Board members are all doing a volunteer job that many do not want to do.  Mr. Hamre thanked Board members for doing a good job.  The art work in the room is amazing.  Redistricting is

another topic that will be coming up.  Mr. Hamre did not like the idea last year, but we need to make the best decision we can for the children.  Mr. Hamre thanked Board members.

James Brislan, Oakwood Street – Mr. Brislan urged Board members to bring graduations back to the First Cathedral.  Mr. Brislan stated the First Cathedral is the most fiscally responsible location to hold graduations.  Mr. Brislan stated the injunction that the ACLU may impose was denied in a past case. Mr. Brislan urged Board members to fight the ACLU and return graduations back to the First Cathedral.

Michelle Nassau, Vernon Street – Mrs. Nassau is a teacher at Enfield High for the past 8 years and was at Parkman Elementary school for 6 years.  Mrs. Nassau is here to support the art program in Enfield.  Students that follow through the program will take portfolio art in hopes to pursue their career in the arts at the collegiate level.   Mrs. Nassau stated Richard Fahey, the Visual Arts Department Chair challenges the students far beyond their expectations.  The transformation the students attain when they take portfolio art is truly amazing.  Mrs. Nassau urged Board members to support the arts.

Derrick Wright, Oakwood Street – Mr. Wright stated he is here regarding graduations.  Mr. Wright would like to know why Board members would not want to use the most cost effective location for graduations.  Other sites will cost more than what has been budgeted for.

Lisa Reda, Oakwood Street – Mrs. Reda thanked Board members and the Administration for your continued support for the music program in Enfield.  These programs are needed.  She attended the All State Program last weekend and was impressed with the students.  Mrs. Reda thanked Mark Reppucci and Richard Sullivan for the many hours of support they give the students.  Mrs. Reda is the FHS Safe Grad Chair and would like the Board to hold graduations on two separate days and asked the Board for their support.  Mrs. Reda thanked Board members.

Lena Mack, North Maple Street – Mrs. Mack stated redistricting needs to happen in Enfield.  The home school for her children is farther away from where she lives which is next to a school.  She is currently providing transportation to and from school for her children.  Mrs. Mack stated the school her children attend is a well run school and she would like to continue having her children attend this school.  To popcorn and throw students around when redistricting, concerns Mrs. Mack.  Closing smaller schools also concerns Mrs. Mack.  Smaller schools can be a better school.  Mrs. Mack would like the Board to include administration in your decisions regarding redistricting.  They know what works best in the schools.  Mrs. Mack thanked Board members.

Laura Montigny, Middle Road – Mrs. Montigny attended the TC/BOE Strategic Planning Committee meeting last week.  Mrs. Montigny stated a question was asked at this meeting if the software can pinpoint how many children live at each house.  Will students that are home schooled and parochial students be taken into consideration?  It was also said at this meeting that students should attend their home schools so when they go home they can play with children they go to school with.  Mrs. Montigny stated she lives across from Eli Whitney.  The Eli Whitney district is in the presidential and Thompsonville sections.  Mrs. Montigny liked what she heard at the meeting.  Mrs. Montigny asked if the transportation software will take into considerations concerns for safety issues at bus stops like sex offenders.  Mrs. Montigny would like the Board to redistrict first before closing any schools.

Chairman Stokes asked Dr. Gallacher to address the Bus Software during his Superintendent's Report.

## 10.    **BOARD MEMBER COMMENTS**

Mr. Sirard agrees with everyone, but changes are needed. Mr. Sirard is not out to gut the school system or fire teachers. Mr. Sirard cares about education for our children. Mr. Sirard further stated he is a steward to look out for the taxpayer's money. Changes are needed in our education system.

Ms. Hall disagrees with some of the information Mr. Sirard has made but does not have the information needed to dispute them. Ms. Hall stated State employees no longer have extraordinary pensions, they are now contributory pensions and are not guaranteed. Ms. Hall stated the current curriculum is based on developmental learning K-12. Each level is built on the prior level because students like repetition and they learn better because of this. The same curriculum is expected to be done in every grade school to school. The delivery of the curriculum may be delivered differently.

Ms. Hall stated grade 2 students were also included in the arts festival. The grade 2 students made pictures of different ways of water conservation.

Ms. Hall stated ERfC has a special offer for Alcorn and Enfield Street parents only. From now until the end of the school year any new students wanting to participate can do so for only $35.00 a week. This is a bargain especially when you think of what daycare costs.

Ms. Hall agreed with Mr. Jonaitis that the crossing guards are not part of our budget. Ms. Hall is extremely enthusiastic about the arts in our schools.

Mrs. Szewczak also attended the Woman's Club Arts Festival and was lucky enough to win one of the paintings in raffle. This will be cherished. Mrs. Szewczak supports the arts. Mrs. Szewczak further stated that Board members do not want to make any cuts.

Mrs. Apruzzese-Desroches thanked everyone that came out tonight. Mrs. Apruzzese-Desroches asked Dr. Gallacher to have some of the artwork displayed in Council Chambers and thanked Mr. Fahey and Dr. Gallacher for arranging this. Mrs. Apruzzese-Desroches thanked all of the students for participating in the 44th annual art festival. Mrs. Apruzzese-Desroches stated Mr. Fahey does a great job with our art students by challenging them. Students also sang at the arts festival and they did a great job too. It was a phenomenal event that everyone should attend if you can.

Mr. Johnson stated several audience members spoke about graduation sites and the First Cathedral. Board members have looked at several locations and this will be discussed later on the agenda. Mr. Johnson stated at the end of the last meeting, Board members took a vote to extend the meeting. This was the first time such a vote failed since he has been a Board member. There were a lot of issues that still needed to be addressed. Mr. Johnson stated this was an outrageous thing to do. The budget for the First Cathedral was also addressed by an audience member. We budgeted for the First Cathedral last year anticipating that we would be going there. Anything above that budgeted amount will need to come out of our current budget and we need to save every penny that we can.

Chairman Stokes addressed an audience member's comments about the Joint Strategic Planning Committee. The committee will meet every Thursday night at 6:30 PM in the Board Conference Room located at Henry Barnard Elementary School. It is open to the public. We held our first organizational meeting last week. We may take the meetings on the road if we need to walk through a particular school. Any recommendations made by the Strategic Planning Committee would be brought back to the Board for approval. If you have any questions or comments, please either call us or e-mail us.

Chairman Stokes thanked the members of the Personnel Committee and all negotiating committees on all sides.

A vote by **roll call 9-0-0** passed unanimously.

> **c.** **Discussion on RFP for Reorganization and Action(s), if any** *(Tabled 03-23-10)*

Ms. Hall moved, seconded by Mrs. Apruzzese-Desroches that the Enfield Board of Education continues tabling the RFP due to the ongoing discussions with the Town Council.

**Discussion:**

Mr. Johnson asked if this would be an indefinite tabling. Ms. Hall stated that is correct. Any tabled item can be brought back up at any time.

A vote by **roll call 8-1-0** passed with Mr. Jonaitis in dissent.

> **d.** **Discussion on Graduation Site(s), and Action if any**

Mr. Jonaitis moved, seconded by Mr. Johnson that the Enfield Board of Education holds graduations at the First Cathedral.

**Discussion:**

Mrs. Apruzzese-Desroches stated we need to spend smart. Going to the First Cathedral is a reasonable cost but it opens up other financial concerns for liability and associated costs with a potential injunction.

Chairman Stokes stated we have budgeted $32K for graduations. Board members have looked at other sites and options. The First Cathedral can provide us with one stop shopping. One price for a full service facility with everything we have been provided with before. The public response is in favor of this. The accommodations are wonderful.

Chairman Stokes stated Board members have been threatened by an organization (the ACLU) and we have been contacted by an organization (the ACLJ) that will represent us in any potential lawsuit from the ACLU. The ACLJ does not believe we are violating any rules. We are renting a location. The ACLJ is confident that they can win this case.

Chairman Stokes stated Board members are limited by budget constraints. We want to honor our graduates. We have dealt with attorneys on other areas. Chairman Stokes stated this will not distract Board members from redistricting. If we are contacted by the ACLU, we will contract the ACLJ and will meet in executive session to clarify and retain counsel. The ACLJ will report to us and we will give them guidance.

Mrs. Apruzzese-Desroches stated the ACLJ will represent us but there will be more associated costs like court fees. Do we know what these other costs might be? Chairman Stokes stated dispositions and paper filings are minimal fees. Chairman Stokes believes the costs would be a fair investment of the Board.

Mrs. Apruzzese-Desroches stated we have already spent money on legal fees. Do we know where we stand in our current budget for legal fees. This is above and beyond the norm.

Chairman Stokes states the blame is on the ACLU. It is the right thing to do. The First Cathedral can meet our financial needs. If we don't go to the First Cathedral, what would you recommend? Mrs. Apruzzese-Desroches suggests finding the money to go somewhere else.

Mrs. Apruzzese-Desroches would rather look at something without unknown risks.

Mr. Johnson stated the fees would be minimal.  He asked for a specific number from the ACLJ and they estimate around $7-8K for the paperwork that needs to be filed.

Mr. Grady stated the guesstimate is around $7-8K.  There is a possibility of an injunction.  We had a slam-dunk case with another court case and it cost the fund a lot of money.  We can possibly lose $5K in deposits at the First Cathedral.  If we win the first round, they can appeal the case and we do not know what those fees will be.  Mr. Grady believes it is not a prudent decision to put ourselves on the hook for that much money.  Mr. Grady stated attorneys will tell you one thing, but they are out for their money.  Chairman Stokes stated we did see first hand what can happen in some court cases.

Chairman Stokes stated we want to honor our students.  We have a budget with financial constraints.  If an injunction is placed on us, Chairman Stokes will speak loud that this is not a long term thing.  Next year we will look at one day graduations.  Our students deserve a graduation site that is good for them.

Mr. Grady agrees but do we take the chance and gamble on this.  Our students will be left with no graduation site.  Do we want to take this chance.

Chairman Stokes does not believe that they will give an injunction with it being this close to the graduations.

Mr. Jonaitis stated the original suit evolved around two issues – a house of worship and did we look at other venues.  Mr. Jonaitis stated we have done extensive work looking at other venues and no one comes close to what the First Cathedral can offer for the price.

Mr. Jonaitis further stated we can always setup the gyms at both schools.  Mr. Jonaitis asked if we can ask the First Cathedral for an agreement regarding the deposit should we receive an injunction.

Mrs. Apruzzese-Desroches stated we have received two different opinions from two different attorneys regarding holding graduations at the First Cathedral.  The attorney's will tell you what you want to hear.

Mrs. Apruzzese-Desroches stated the ACLJ offered to represent us.  This is something the Board would need to approve.  Chairman Stokes stated that is correct.  First we need to decide if we are going to go to the First Cathedral.  The ACLJ attorney would meet with the Board in executive session and the vote would be taken in public session.

Mr. Jonaitis stated we have listened to parents and students regarding this process.  Mr. Jonaitis liked the process and the First Cathedral is the first place they would like to go to.  This will truly save us money.

Mrs. Thurston stated she does not want to fight the ACLU and does not believe that we have the funds to fight the ACLU.  Mrs. Thurston stated she has said from the start that she wanted to hear from the students.  The students have spoken.  If there is a vote, she will have to make her decision.

Mrs. Apruzzese-Desroches stated she does not have any problems with the First Cathedral.  The graduations were beautiful.  From the very beginning she has stated that the graduations belong back home, on our school grounds.  My son wants to graduate on the fields at Enfield High as do many students at both Enfield and Enrico Fermi want to graduate on their fields.  It

was never intended to keep graduations at the First Cathedral. Graduations were to be held at the Cathedral for each building for one year during field renovations. Board members do not know what will be done for graduations next year. There has been no decision regarding this. This is all speculation at this time.

A vote by **roll call 6-3-0** passed with Mrs. Apruzzese-Desroches, Ms. Hall and Mr. Grady in dissent.

## 15.   NEW BUSINESS

### a.     Approve Head Start COLA Grant

Ms. Hall moved, seconded by Mr. Grady that the Enfield Board of Education accepts the Head Start application for the COLA Grant.

**Discussion:**

Mr. Jonaitis and Mrs. Apruzzese-Desroches both asked if this will cost us any money. Ms. Hall stated no, we just need to apply.

Mrs. Apruzzese-Desroches stated this is a one year grant and asked if it will reduce salary costs. Ms. Hall stated when the grant ends it can reduce salaries if it is not picked up by another grant.

Mr. Torre stated the Board subsidizes salary costs. It helps to offset salary costs incurred by the Board.

A vote by **roll call 9-0-0** passed unanimously.

## 16.   EXECUTIVE SESSION - None

## 17.   ADJOURNMENT

Mr. Grady moved, seconded by Mrs. Thurston to adjourn the Regular Meeting of April 13, 2010. All ayes, motion passed unanimously.

Meeting stood adjourned at 9:00 PM.

Joyce P. Hall                                              Respectfully Submitted,
Secretary
Enfield Board of Education


                                                          Kathy Zalucki, Recording Secretary

Exhibit 42

# Alternative Facilities for Enfield High School and Enrico Fermi High School Graduations

**May 3, 2010**

## A. Background

Heidi Lewis, located in Avon, Connecticut, was contracted by the American Civil Liberties Union of Connecticut in April 2010 to provide research services regarding alternative facilities for 2010 commencement ceremonies of Enfield High School and Enrico Fermi High School. Ms. Lewis holds a B.A. in Sociology from the George Washington University and a J.D. from Suffolk University Law School.

## B. Methodology

Heidi Lewis was requested to conduct research on facilities that would be available to host graduation ceremonies on June 23rd and June 24th of 2010. Ms. Lewis was requested to contact facilities that met the following requirements

- Located within a 40 minute driving distance from the high schools
- Minimum capacity of 1500 seats
- No religious affiliation/no religious iconography

Ms. Lewis started with a master call list of venues provided by the American Civil Liberties Union of Connecticut.  Ms. Lewis contacted the facilities on the list by telephone to determine their fit with the criteria listed above. These calls were made on or between April 19, 2010 and May 3, 2010. All of the information contained in this report is based on representations made by sales staff at the respective facilities, written communications from the facilities, when provided, and material available on the facilities' websites.  Distances were calculated by using Mapquest.

## C. Findings

Of the 21 venues that Ms. Lewis contacted, 11 are not included as options either because the facility did not meet the requirements or because necessary details about the facility could not be confirmed at the time of the report.  Below is a chart providing basic data for each of the venues that have been included as options.  This is followed by a narrative description detailing each of these venues. Costs are approximate as certain prices will require further refinement for some venues. Information about advance-notice requirements is based on the venues' standard policies.  Some of the venues may ultimately be willing to host the graduations on less notice than what their standard policies require.

| Venue | Availability* | Total Cost Estimate for Both Graduations if Held on One Day** | Total Cost Estimate for Both Graduations if Held on Separate Days** | Seating Capacity | Distance from Enfield High School in Minutes | Distance from Enfield High School in Miles | Distance from Enrico Fermi High School in Minutes | Distance from Enrico Fermi High School in Miles |
|---|---|---|---|---|---|---|---|---|
| MassMutual Center | June 23 June 24 | $16,700-$20,700 | $20,400- $28,400 | 6,650 + | 12 minutes | 9.61 miles | 17 minutes | 10.74 miles |
| Symphony Hall | June 23 June 24 | $8500 | $11,300 | 2,610 | 12 minutes | 9.53 miles | 16 minutes | 10.66 miles |
| Big E Coliseum | June 23 June 24 | $8912*** | $10,412*** | 5,000 | 17 minutes | 11.14 miles | 21 minutes | 12.27 miles |
| Comcast Theater | June 22 June 24 June 25 June 28-30 July 1 July 2 | $28,556 | $36,800 | 7,000 | 19 minutes | 15.79 miles | 26 minutes | 20.23 miles |
| Connecticut Convention Center Ballroom | June 21 June 28 June 29 June 30 July 1 July 2 | $20,490 | $25,880 | 2,500 | 20 minutes | 17.15 miles | 27 minutes | 21.59 miles |
| XL Center | June 24- June 27 | $16,770.76 | $19,320.76 | 3,300 | 20 minutes | 16.68 miles | 27 minutes | 21.11 miles |
| Connecticut Expo Center | June 14- June 16 June 19 June 20 | $16,250 | $21,000 | Not confirmed | 18 minutes | 15.50 miles | 25 minutes | 19.93 miles |

3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | June 24<br>June 26–<br>June 30 | | | | | | | 22.24 miles |
| Bushnell<br>Center for<br>the<br>Performing<br>Arts<br>(Mortensen<br>Center) | June 21<br>July 1<br>July 2 | $15,505 –<br>$16,005 | $18,340–$19,340 | 2,800 | 21 minutes | 17.81 miles | 28 minutes | 22.24 miles |
| Chase Arena<br>at University<br>of Hartford | June 23<br>June 24 | N/A | $44,000 | 2,500 + | 25 minutes | 18.32 miles | 33 minutes | 22.75 miles |
| Welte<br>Auditorium<br>at Central<br>Connecticut<br>State<br>University | June 22<br>June 23<br>June 28<br>June 29<br>June 30 | $4,400 | $4,400 | 1,820 | 33 minutes | 26.44 miles | 40 minutes | 30.97 miles |

* Additional dates may be available. See body of report.

** Extra fees are not included.

*** This does not include the cost of the stage or stage seating.

4

**MassMutual Center**

1277 Main Street, Springfield, MA
Melissa Voutour
413.271.3229

This facility is available on June 23 and June 24. There may also be availability within the week before and the week after these dates as well. The arena has 6,650 seats plus space on stage for the graduates and others. The "floor" can be set up for as many as 1,000 seats for the graduates. The function space includes the Arena and Exhibition Hall A. The Arena would be used for the ceremony, and the Exhibition Hall could be used as a gathering room for the graduates before procession into the Arena. The stage can be made as large as necessary. The facility has unobstructed views of the stage as there are no posts. The facility is fully air-conditioned and complies with ADA requirements. Parking is available in the Civic Center Garage adjacent to the facility, and the charge is $7.00 per car for the entire event. The Center has experience hosting high school graduations: graduations within the past few years have included West Springfield High School and Windsor High School. Local college graduations are also held at this venue. The following pricing obtains: if the graduations are held on two separate days: Rental charge is $6,000 for the first event, and House Expenses are $5,700 (includes set up of arena, stage, event staff, EMT, police, fire watch, and cleaning). The second event would cost $3,000 for rental and $5,700 for expenses, and thus would realize a cost savings of $3,000 for the two events. Optional extras are an audio/video monitor and screen at $2,000 and a curtain backdrop for $2,000. If the two graduations are held on the same day, there is a further cost savings. In that case, the rental charge is $6,000 and house expenses are $10,700. The prices quoted include a dedicated event manager on the day of the event. MassMutual requires a non-refundable $2,000 deposit and a signed contract in order to reserve the space. Approximately one month notice is required in order to make all necessary arrangements. Proof of insurance in an acceptable amount is required or a $1.00 per person charge will be assessed.

**Symphony Hall, Springfield, MA**

1 Columbus Center, Springfield, MA
Cindy Anzalotti
413.788.7646

Symphony Hall has availability on both June 23 and June 24. Audience seating capacity is 2,610. Apparently, a previous hold was put on the facility for these dates a few months ago by the Enfield School Board, but no deposit was put down and there is no record of communication from them since then. The venue is air-conditioned and has theatrical lighting and sound capability. Parking is available in a garage across the street which is run by the City of Springfield Parking Authority. The venue is fully accessible to those with disabilities. The cost for each graduation is $5,650 if held on two separate

days, and $8500 if they are held on the same day. The price quoted includes a stage and stage seating. It also includes ushers, an EMT, a police officer and stage hands.

**Big E Coliseum**

1305 Memorial Avenue, West Springfield, MA
Jessica Castro
413.205.5019

The Big E Coliseum has availability on both June 23rd and June 24th.  This venue has a seating capacity of 5,000 in stadium seating; a stage and stage seating if desired would need to be rented for an additional price; their preferred vendor is Taylor Rentals.  The venue has a small additional room which could be used as a staging area to hold diplomas, for example. There is a speaker cluster within the building and it is wired for video which would have to be outsourced.   The Coliseum is not air-conditioned. It does not have full ADA accessibility, but they are willing to help provide accessibility to the best of their ability.  There is open-air parking for an unlimited amount of cars. The parking charge is $5.00 per car and parking attendants are provided at no additional charge.  This facility has experience with high school graduations: it has previously hosted this event for West Springfield High School.  If the graduations are held on two separate days, the charge to rent the facility per day is estimated at $5,206, and as noted above, this does not include the cost of the stage or stage seating.  If both events are held on the same day, this cost is estimated at $4,456 per graduation. The facility needs approximately 30 days notice of booking in order to secure a license from the town. A deposit of $1500 is due at signing of the contract.

**Comcast Theatre**

61 Savitt Way, Hartford, CT
Cori Brennan
203.269.8721

June 24$^{th\ is}$ available; June 23rd is not. Other available dates include June 22, June 25, June 28-30th, and July 1st and 2nd.  This venue has a capacity of approximately 7,000.  It has a covered pavilion but is not air-conditioned. Its back walls open out to allow for breeze to enter the space. Spaces provided are the theatre, stage and main lobby. There is on-site self-parking for approximately 1,000 vehicles. The cost estimates are inclusive of a sound system and two jumbo screens and all staff required to operate them. Also included are house security and parking staff.  If the events are held on two separate days, the cost is estimated at $18,400 per event.  If the events are held on the same day, the cost for that day is estimated at $28,556.  The Theatre will need notice of rental by the end of May.

**Connecticut Convention Center Ballroom**

100 Columbus Blvd., Hartford, CT
Julia Miller
860.249.6000

This venue does not have availability on June 22, June 23, or June 24. Available dates are June 21, June 28, June 29, June 30, July 1 and July 2. The ballroom has a capacity of 2,500, is air-conditioned and ADA compliant. A stage would be provided and it is included in the estimate. The facility has audio/video available, and has pre-function space for registration, lining up and robing. There is an attached parking garage with 2300 spaces and the rate is $7.00 per car. Rental per day is $10,000 if the graduations were held on separate days, and $15,000 if the graduations are held on the same day. Operational costs are estimates depending on the amount of staff required and will be adjusted downward or upward as necessary. Operational cost if held on separate days is approximately $2,940.00, and if held on the same day, is approximately $5,490.00. Thirty days advance booking is required for this venue.

**XL Center**

One Civic Center Plaza, Hartford, CT
Keith Sheldon
860.541.4721

Available dates are June 24th through June 27th. June 23rd is not available. Alternative dates earlier and later may be available as well. The Exhibition Hall is able to accommodate 3,300 people. It is a theatre setup with a stage. There are clean sightlines throughout. The facility is fully air-conditioned and is handicapped accessible. There is audio-video capability. A parking garage is attached and it is operated by LAZ parking. The XL Center has offered to comp 30 spaces free of charge for VIPs such as principals and the superintendent. The actual parking charge for other attendees is not known at this time, but the Center states that it is willing to facilitate discussion with LAZ in order to arrive at a reasonable per event charge. The XL Center has experience hosting graduations: they have hosted Central Connecticut State University and other colleges. If the graduations are held on two separate days, the cost per event is estimated at $9,660.38, totaling $19,320.76 for the two events. If both events are held on the same day, the total estimate is $16,770.76. The Center would like at least three weeks notice in order to prepare for the event(s).

**Connecticut Expo Center**

265 Rev. Moody Overpass, Hartford, CT
Victor Dellaripa, Jr.
860.493.1300

This facility is possibly available on June 24th but is not available on June 23rd. Other available dates are June 14, 15, 16, 19, 20, and June 26th-30[th]. The Center is fully air-conditioned and ADA compliant and it has 2,600 feet of meeting rooms which can be used for staging and robing. There is unobstructed viewing from all seats. The cost includes the stage, tables, chairs, podium, etc. Costs for a sound and video system are additional. There is free parking for 600 cars in a lot and parking next door at the Meadows for another 1,000 vehicles. If the graduations are held on separate days, the cost is estimated at $10,550 per graduation. If the graduations are held on the same day, the cost is estimated at $8,125 per graduation. The Expo Center requires a $1 Million insurance certificate and would like to go to contract by mid-May.

**Bushnell Center for the Performing Arts**

166 Capitol Avenue, Hartford, CT
Lisa Lucente
860.987.6094

The only dates which are available at this time are June 21st, July 1st, and July 2nd, although other dates may become available May 1 when the holds on them could expire. Mortensen Hall has audience seating capacity of 2,800. It offers unobstructed views from the seats. This venue is air-conditioned and handicapped accessible. Free parking is available directly across the street in state owned and run lots and security is on duty in these lots for all events. There are additional lots nearby. The price per graduation if held on two separate days is $9,170. If a video screen and projector are desired, the cost is an additional $500.00. If the two graduations are held on the same day several hours apart, the cost is a total of $15,505 not including video. If the graduations were held on the same day, parking in the state lot would not be free and in general would be more difficult; however, the management did make the suggestion of shuttling both graduates and attendees to the hall to help with traffic flow. This venue requires a $2 million insurance policy and requests 2-3 weeks advance notice.

8

**Chase Arena, University of Hartford**

200 Bloomfield Avenue, West Hartford, CT
Ted Sirvapalous
860.768.4650

Chase Arena has availability on June 23 and June 24.   There is arena style seating for 2,500 spectators and space for up to 1,000 students on the floor with rented chairs. In addition to chairs, a stage would also have to be rented.  The arena is air-conditioned and there is free parking for 2,500 cars.  The figure quoted was $22,000 per event, all inclusive.  This facility will not host the two graduations on the same day.  $1M of liability insurance is required.  The Arena would need a contract by mid-May in order to proceed.

**Welte Auditorium, Central Connecticut State University**

1615 Stanley Street, New Britain, CT
Sue Kelly
860.832.2468

This facility is available on June 23 but is not available on June 24.  Alternative available dates include June 22, June 28, June 29 and June 30.  The auditorium seats 1,820.  It is air-conditioned and ADA compliant. There is audio video capacity but this may be complicated to effect.  There is a parking garage which offers free parking and an outdoor lot.  The estimated cost is $2200 per event; there is no cost savings offered if both graduations are held on the same day.  $1 million insurance is required per event.  This venue requires approximately 6 weeks advance booking.

**Venues which were contacted but are not included as options in this report:**

- Springfield Technical Community College – too small to accommodate our size
- Bow Tie Palace 17 and Odyssey Theatre- too small to accommodate our size
- Baypath College- too small to accommodate our size
- Springfield College - too small to accommodate our size
- American International College - too small to accommodate our size
- La Renaissance – is available but details for narrative not confirmed at time of report
- Asnuntuck Community College- too small to accommodate our size indoors and did not respond to call about outdoor viability.

- SummerWind Performing Arts Center-under construction
- Jorgensen Center for the Performing Arts, UConn-closed: under renovation
- Western New England College-under renovation and don't have enough staff
- Goodwin College-did not respond to call

Certification

I declare under penalty of perjury that the foregoing report is a true and correct reporting of the information provided to me, as described above in "Methodology," to the best of my knowledge.

Date: May 3, 2010

Signature:

*Heidi A. Lewis*

Heidi A. Lewis
45 Bayberry Hill Rd.
Avon, CT 06001

Exhibit 43



Sorry! When printing directly from the browser your directions
or map may not print correctly. For best results, try clicking the
Printer-Friendly button.

**Starting Location**
**1264 Enfield St**
Enfield, CT 06082-4947

**Ending Location**
**1151 Blue Hills Ave**
Bloomfield, CT 06002-2721

Total Travel Estimates: **16 minutes**  /  **13.14 miles**   Fuel Cost: **Calculate**



**1264 Enfield St**
Enfield, CT 06082-4947
 Directions from A to B:

| | | |
|---|---|---|
| START | **1:** Start out going **SOUTH** on **ENFIELD ST/US-5** toward **SOUTH RD**. Continue to follow **US-5**. | 1.9 mi |
| | **2:** Merge onto **I-91 S** toward **HARTFORD**. | 9.0 mi |
| | **3:** Take the **CT-178/PARK AVE** exit, **EXIT 36**. | 0.3 mi |
| | **4:** Turn **RIGHT** onto **PARK AVE/CT-178**. Continue to follow **CT-178**. | 1.8 mi |
| | **5:** Turn **RIGHT** onto **BLUE HILLS AVE/CT-187**. | 0.1 mi |
| END | **6: 1151 BLUE HILLS AVE** is on the **LEFT**. | 0.0 mi |

**1151 Blue Hills Ave**
Bloomfield, CT 06002-2721

All rights reserved. Use subject to License/Copyright    Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its
suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Exhibit 44



Sorry! When printing directly from the browser your directions
or map may not print correctly. For best results, try clicking the
Printer-Friendly button.

**Starting Location**
**124 N Maple St**
Enfield, CT 06082-3941

**Ending Location**
**1151 Blue Hills Ave**
Bloomfield, CT 06002-2721

Total Travel Estimates: **24 minutes** / **17.56 miles**   Fuel Cost: <u>Calculate</u>



**124 N Maple St**
Enfield, CT 06082-3941
▽ Directions from A to B:

| | | | |
|---|---|---|---|
| START | **1:** Start out going **SOUTH** on **N MAPLE ST/CT-192** toward **MAPLE HTS**. | | 0.5 mi |
| ↱ | **2:** Turn **RIGHT** onto **NORTH ST**. | | 0.4 mi |
| ↖ | **3:** Turn **SLIGHT LEFT** onto **ELM ST**. | | 0.1 mi |
| ↱ | **4:** Turn **RIGHT** onto **HAZARD AVE/CT-190**. | 190 | 2.2 mi |
| ⤴ | **5:** Merge onto **I-91 S** toward **HARTFORD**. | 91 | 12.1 mi |
| ⤓ | **6:** Take the **CT-178/PARK AVE** exit, **EXIT 36**. | | 0.3 mi |
| ↱ | **7:** Turn **RIGHT** onto **PARK AVE/CT-178**. Continue to follow **CT-178**. | 178 | 1.8 mi |
| ↱ | **8:** Turn **RIGHT** onto **BLUE HILLS AVE/CT-187**. | 187 | 0.1 mi |
| END | **9: 1151 BLUE HILLS AVE** is on the **LEFT**. | | 0.0 mi |

**1151 Blue Hills Ave**
Bloomfield, CT 06002-2721

All rights reserved. Use subject to License/Copyright    Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its
suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Exhibit 45

Search



Welcome **Guest!** **Login**

**Home**    **Schools**    **Delays & Closings**    **Calendar**    **Board of Education**    **District Departments**    **District Information**

**2009-10 School Calendar**

**Thomas Alcorn Calendar**

**Henry Barnard Calendar**

**Prudence Crandall Calendar**

**Enfield Street Calendar**

**Nathan Hale Calendar**

**Hazardville Memorial Calendar**

**Edgar Parkman Calendar**

**Harriet Beecher Stowe Calendar**

**Eli Whitney Calendar**

**Head Start Calendar**

**JFK Middle Calendar**

**Enfield High Calendar**

**Enrico Fermi Calendar**

**Enfield Public Schools** » **Calendar**

**Calendar**

**District Calendar** › EHS Graduation

**EHS Graduation**

| | |
|---|---|
| **Date and Time** | Jun 19 2009 6:00 PM -- Jun 19 2009 8:30 PM |
| **Location** | First Cathedral - 1151 Blue Hills Avenue, Bloomfield, CT |

Back

The Town of Enfield, Connecticut
820 Enfield Street
Enfield, CT 06082
http://www.enfield-ct.gov

© 2004 - 2009 **SharpSchool**

# Exhibit 46

Enrico Fermi High School - Calendar          http://enricofermi.sharpschool.com/cms/One.aspx?pageId=903406&porta...



Welcome **Guest**! **Login**

Home    Schools    Calendar    News/Alerts    Activities    Departments    School Contacts    About EFHS

Athletics
School Year Calendar

Enrico Fermi High School » Calendar

 **Calendar**

Calendar > FHS Graduation, The First Ca...

| **FHS Graduation, The First Cathedral, Bloomfield, CT. 6PM.** | | |
| --- | --- | --- |
| **Date and Time** | Jun 17 2009 6:00 PM -- Jun 17 2009 8:30 PM | |
| **Participants** | Members: | Guest |
| | Non-members: | |

Back

The Town of Enfield, Connecticut
820 Enfield Street
Enfield, CT 06082
http://www.enfield-ct.gov

© 2004 - 2009 **SharpSchool**

1 of 1                                              10/2/2009 5:37 PM

Exhibit 47



**USE OF FACILITY AGREEMENT**

THIS AGREEMENT is made as of Wednesday, December 13, 2006 by and between First Baptist Church of Hartford, Inc. (d/b/a The First Cathedral), a Connecticut corporation with its principal place of business at 1151 Blue Hills Avenue, Bloomfield, Connecticut 06002 (hereinafter referred to as "Licensor") and Enrico Fermi High School of 124 North Maple Street Enfield, CT. (hereinafter referred to as "Licensee").

WHEREAS, Licensor and/or its affiliates are the owners of certain improved real property in the Town of Bloomfield and County of Hartford and State of Connecticut, and which is identified for purpose of mail delivery as 1151 Blue Hills Avenue, Bloomfield, CT 06002.

WHEREAS, Licensee desires to use the Auditorium, Multipurpose Room, and Fellowship Hall at the facilities located on the Property of The First Cathedral on Thursday, June 21, 2007. In connection with Enrico Fermi High School's Class of 2007 Graduation Ceremony; and

WHEREAS, Licensor has agreed to permit Licensee to use the Property for the event during the period based on the terms and conditions contained herein.

NOW THEREFORE, in consideration of The First Cathedral's agreement to permit User to use the Property for the event, The First Cathedral and User agree as follows:

1.  License: Subject to the terms and conditions herein contained, Licensor grants to Licensee, and Licensee accepts from Licensor the right to use the premises maintained by Licensor at The First Cathedral, 1151 Blue Hills Avenue, Bloomfield, Connecticut on Thursday, June 21, 2007, from 9:00 a.m. to 12:00 noon and Thursday, June 21, 2007, from 4:00 p.m. to 9:00 p.m. for the following purposes:

    *   June 21st dress rehearsal at 9:30 a.m.
    *   June 121st graduation exercise at 6:00 p.m.

If a further description of this license is needed, see Exhibit A attached hereto and made a part hereof.

2.  Occupancy Charge: For Licensee's use as aforesaid, Licensee shall pay to Licensor a charge of $6,500 which includes Facility Rental, Audio Video Staff Coverage, Facility & Maintenance Coverage, Jo-Ryu Security & Bloomfield Police expenses, but does not include your security deposit or video reproduction expenses).

Should the licensee fail to exit the facility by 9:00 p.m. on Thursday, June 21, a $250.00 surcharge will be assess per ½ hour starting at 9:01 p.m. and every 30 minutes thereafter. Any package left in the facility after your event will be discarded within 24 hours unless arrangements were made prior to the event. If package(s) are stored within the facility more than 24 hours after the date of your event, a $100 surcharge will be assessed per day. Said charge shall constitute Licensee's payment for Licensee's use of Licensor's facility. Said sum shall be paid as follows:

    $3,000 within sixty days from the date of this agreement (which includes a refundable $1,000 Security Deposit.

    $4,500 no later than thirty (30) days prior to the date of the event.

If Licensee shall fail to make any of the above payments as required, this Agreement shall be terminated and shall be of no further force and effect, without notice. In addition, Licensor and Licensee acknowledge that a breach by Licensee will make it difficult for Licensor to effectively license the use of the facility. As a result, all payments made by Licensee to Licensor hereunder, (excluding security deposit) shall, in the event of a default by Licensee, be retained by Licensor as liquidated damages. Licensee acknowledges that this is not a penalty and is fair and reasonable.

3.  Security Deposit: To insure Licensee faithfully and fully performs its obligations hereunder, Licensee shall pay to Licensor a security deposit of $1,000.00. Said security deposit shall be paid at the time provided in Paragraph 2 hereof. If Licensee fails to pay said security deposit, this Agreement shall terminate, and be void and of no further force and effect, without notice, as provided in Paragraph 2.

After Licensee's use of Licensor's facility has terminated, Licensor shall inspect its facility to insure Licensee has performed its obligations hereunder. In the event Licensee has failed to perform its obligations hereunder, or in the event Licensor's facility has suffered damage as a result of Licensee's use thereof, Licensor shall be entitled to use said security deposit to restore its facility to the condition it was in prior to Licensee's use thereof or to enforce Licensee's obligations thereunder. In the event said security deposit is not sufficient to cure Licensee's default and/or restore the premises, Licensee shall remain liable to Licensor for the deficiency. If said security deposit is more than sufficient to cure Licensee's default and/or restore the premises,

Page 1

A:/FIRST.DOC 2005

Licensor shall refund the excess to Licensee within thirty (30) days after the License is terminated. If Licensee has performed all of its obligations hereunder, the security deposit shall be returned to Licensee within seven (7) days after the License is terminated.

4.  Maintenance of Facility:
   A.  Licensee shall keep Licensor's facility in a clean and sanitary condition, and yield up the facility to Licensor in as good condition as when Licensee took possession thereof, ordinary wear, tear and loss by unavoidable casualty excepted.
   B.  Licensor shall keep and maintain in a clean and operable condition, the common areas, lighting and heating and ventilating equipment.

5.  Use and Operation of Facility: Licensee shall use Licensor's facility with reasonable care for the safety and persons and property at Licensor's premises, the facility and Licensee's guests and invitees. Licensee shall comply with all laws, ordinances and regulations of all duly constituted authorities whether Federal, State or local, in its use of Licensor's facility.

6.  Security: Licensor shall provide staff the day of the event to assist Licensee so as to help insure a safe and successful event for the Licensee, its guests and invitees. Licensor, however, shall have no responsibility to Licensee, its guests or invitees, in the event of any damage or claim of damage to persons or property and Licensee shall indemnify and hold Licensor harmless of and from any such claims.

7.  Licensee agrees to obtain and provide Licensor at least two weeks prior to the start of the Event a certificate or certificates of insurance (the "Certificate") evidencing insurance in the following coverages and amounts:

**Worker's Compensation & Employer's Liability Insurance**
Workers' Compensation – Statutory
Employer's Liability:

| | |
|---|---|
| Bodily Injury by Accident: | $100,000 each accident |
| Bodily Injury by Disease: | $100,000 each employee |
| | $100,000 policy limit |

**Simplified ISO Commercial General Liability Insurance:** Coverage on a primary non-contributing, occurrence basis including:
Premises – Operations coverage
Blanket contractual coverage
Competed Operations coverage
Board Form Property Damage coverage

The following minimum limits will be in force:

**Bodily Injury and Property Damage**

$1,000,000 Bodily Injury
$100,000 Property Damage

**Commercial Automobile Liability Insurance:** Covering all owned, non-owned and hired automobiles of the Licensee and/or Licensee's employees attending the Event:

The Certificate of Insurance must state The First Cathedral and its affiliates are named as an additional insured per the terms and conditions of the required Commercial General Liability Insurance policy for their interest as owner of the Property.

8.  Indemnification

Indemnification: Licensee agrees to assume all risk of loss and to indemnify, defend and hold The First Cathedral and its affiliates, and its and their directors, officers, partners, against any and all losses, liabilities, claims, damages, cost, expenses, suits, administrative proceedings, penalties and judgments, including without limitation a) reasonable attorney's fees and costs; b) damages to vehicles participating in the Event, entering onto, driving on, exiting from or parking on the property during the period; c) losses attributed to theft or vandalism of vehicles located on the property during the period; e) personal injury (including death) to any or all of the participants in the Event during the period; f) damages or losses to or destruction of any property (real, personal or otherwise) owned, controlled or used by The First Cathedral or any of its affiliates where such damages, losses or destruction is attributable to or results from any activities, services or any other matters related directly or indirectly to the Event and g) personal injury (including death) to any employee of The First Cathedral or any of its affiliates or any other person or damages or losses to or destruction of any of their property where such damages, losses or destruction is attributable to or results from the actions of any person, vehicle or other instrumentality that is on the property as a direct or indirect result of the Event; incurred by The First Cathedral or any of its affiliates as a result of or in connection with the Event or any activities that take place at the Event, unless caused by the sole negligence or willful misconduct of The First Cathedral, its officers, agents, or employees.

A:FIRST.DOC 2005

CCLE284

9.     **Liens:** Licensee shall not permit any lien or liens to be placed upon Licensor's property during the term hereof. In the event of the filing of any such lien, Licensee shall promptly pay and discharge, obtain a waiver of, or bond over the same.

10.     **Licensor's Equipment:** All of Licensor's furniture, fixtures and kitchen equipment (if applicable) shall be maintained by Licensee in good condition and repair.

11.     **Licensee's Equipment:** Any and all fixtures, equipment and personal property of Licensee shall remain the property of Licensee during the term of this Agreement. Licensee shall remove the same from the Licensor's facility at the termination of this Agreement and shall repair all damage caused by such removal. If Licensee does not remove such property within ten (10) days after termination, such property shall be deemed abandoned, and Licensor may remove such property at Licensee's expense, and dispose of such property in such manner as Licensor deems appropriate.

12.     **Damage to Licensor's Facility:** If the Licensor's facility or any part thereof shall be damaged or destroyed by fire or other casualty, or if for any reason, Licensor shall be unable to provide its facility to Licensee as contemplated herein, Licensor's sole responsibility and liability to Licensee shall be to return the use charge and security deposit paid by Licensee. The return of such use charge and security deposit by Licensor to Licensee shall discharge, in every respect, Licensor's responsibility to Licensee hereunder. In no event shall Licensor be liable to Licensee for consequential damages or any damages whatsoever as a result of its inability to provide Licensee the use of its facility.

13.     **Assignment:** This Agreement may not be assigned by Licensee without the prior written consent of Licensor, which consent may be withheld for any reason whatsoever.

14.     **Non-Waiver:** One or more waivers of any covenant, condition or agreement herein contained shall not be construed as a waiver of a further breach of the same covenant, condition or agreement, or of any other covenant, condition or agreement, and the consent or approval by the Licensor to or of any act by the Licensee requiring the Licensor's consent or approval shall not be deemed to waive or render unnecessary the Licensor's consent or approval to any subsequent similar act by the Licensee. The receipt by Licensor of any payments with knowledge of breach by Licensee of any covenant of this Agreement shall not be deemed a waiver of such breach.

15.     **Notices:** All notices hereunder shall be in writing and shall be given by personal delivery, certified or registered mail or prepaid private mail carrier, to Licensor and Licensee at their respective address set forth above, or to such other address as the party to receive notice shall specify in writing to the other.

16.     **Severability:** The invalidity or unenforceability of any provision of this Agreement shall in no way affect the validity or enforceability of any other provision. Any invalid or unenforceable provision shall be deemed severed from this Agreement, and the balance of the Agreement shall be construed and enforced as if the Agreement did not contain the particular provisions held to be invalid and unenforceable.

17.     **Excuse:** Neither Licensor nor Licensee shall be required to perform any term, condition or covenant of this Agreement, so long as such performance is delayed or prevented by acts of God, strikes, lockouts, material or labor restrictions by any governmental authority, civil riot, floods, and any other cause not reasonably within the control of Licensor or Licensee and which by the exercise of due diligence, Licensor or Licensee is unable, wholly or in part, to prevent or overcome.

  \* In the event of snow days, Licensor and Licensee will work together to identify a mutual new date for the previous scheduled event.

18. **Relationship and Licensor's Right to Cancel:** This Agreement is a limited License and is not to be construed as a lease of any portion of Licensor's premises. This License is, by its terms, revocable and may be canceled by Licensor for any reason, whatsoever, with notice no later than sixty (60) days prior to the date Licensee's use of the facilities. In the event Licensor cancels this Agreement, its sole obligation to Licensee hereunder shall be to return to Licensee any and all sums paid for either use charge or security deposit as provided herein. In no event shall Licensor be liable for consequential damages or claims of any sort whatsoever by Licensee, based upon Licensor's cancellation hereof.

IN WITNESS WHEREOF, the parties have caused this Agreement to be signed in duplicate by their duly authorized representatives as of the date first above written.

(As Agent for First Cathedral)                          Enrico Fermi High School

By: Venton Forbes                                       By: _Christopher J. Dozak_

Title: Special Events Coordinator                       Title: _Business Manager_

Date: December 13, 2006                                 Date: _2/12/07_

Signature: _Venton Forbes_                              Signature: _[signature]_

Exhibit 48

USE OF FACILITY AGREEMENT

THIS AGREEMENT is made as of Monday, May 5, 2008 by and between First Baptist Church of Hartford, Inc. (d/b/a The First Cathedral), a Connecticut corporation with its principal place of business at 1151 Blue Hills Avenue, Bloomfield, Connecticut 06002 (hereinafter referred to as "Licensor") and Enfield Public Schools of 27 Shaker Road, Enfield, CT. (hereinafter referred to as "Licensee").

WHEREAS, Licensor and/or its affiliates are the owners of certain improved real property in the Town of Bloomfield and County of Hartford and State of Connecticut, and which is identified for purpose of mail delivery as 1151 Blue Hills Avenue, Bloomfield, CT 06002.

WHEREAS, Licensee desires to use the Auditorium, Multipurpose Room, and Fellowship Hall at the facilities located on the Property of The First Cathedral on Thursday, June 26, 2008. In connection with Enfield Public High School'a Class of 2008 Graduation Ceremony; and

WHEREAS, Licensor has agreed to permit Licensee to use the Property for the event during the period based on the terms and conditions contained herein.

NOW THEREFORE, in consideration of The First Cathedral's agreement to permit User to use the Property for the event, The First Cathedral and User agree as follows:

1.      License: Subject to the terms and conditions herein contained, Licensor grants to Licensee, and Licensee accepts from Licensor the right to use the premises maintained by Licensor at The First Cathedral, 1151 Blue Hills Avenue, Bloomfield, Connecticut on Thursday, June 26, 2008, from 9:00 a.m. to 12:00 noon and from 4:00 p.m. to 9:00 p.m. for the following purposes:

- June 26th dress rehearsal at 9:30 a.m.
- June 26th graduation exercise at 6:00 p.m.

If a further description of this license is needed, see Exhibit A attached hereto and made a part hereof.

2.      Occupancy Charge: For Licensee's use as aforesaid, Licensee shall pay to Licensor a charge of $7,500 which includes Facility Rental, Audio Video Staff Coverage, Facility & Maintenance Coverage, Jo-Ryu Security & Bloomfield Police expenses, but does not include your security deposit or video reproduction expenses).
Should the licensee fail to exit the facility by 9:00 p.m. on Thursday, June 26, a $500.00 surcharge will be assess per ½ hour starting at 9:01 p.m. and every 30 minutes thereafter. Any package left in the facility after your event will be discarded within 24 hours unless arrangements were made prior to the event. If package(s) are stored within the facility more than 24 hours after the date of your event, a $100 surcharge will be assessed per day. Said charge shall constitute Licensee's payment for Licensee's use of Licensor's facility. Said sum shall be paid as follows:
        $4,000 within twenty-one days from the date of this agreement (which includes a refundable $1,000 Security Deposit.
        $4,500 no later than fourteen (14) days prior to the date of the event.
If Licensee shall fail to make any of the above payments as required, this Agreement shall be terminated and shall be of no further force and effect, without notice. In addition, Licensor and Licensee acknowledge that a breach by Licensee will make it difficult for Licensor to effectively license the use of the facility. As a result, all payments made by Licensee to Licensor hereunder, (excluding security deposit) shall, in the event of a default by Licensee, be retained by Licensor as liquidated damages. Licensee acknowledges that this is not a penalty and is fair and reasonable.

3.      Security Deposit: To insure Licensee faithfully and fully performs its obligations hereunder, Licensee shall pay to Licensor a security deposit of $1,000.00. Said security deposit shall be paid at the time provided in Paragraph 2 hereof. If Licensee fails to pay said security deposit, this Agreement shall terminate, and be void and of no further force and effect, without notice, as provided in Paragraph 2.

After Licensee's use of Licensor's facility has terminated, Licensor shall inspect its facility to insure Licensee has performed its obligations hereunder. In the event Licensee has failed to perform its obligations hereunder, or in the event Licensor's facility has suffered damage as a result of Licensee's use thereof, Licensor shall be entitled to use said security deposit to restore its facility to the condition it was prior to Licensee's use thereof or to enforce Licensee's obligations thereunder. In the event said security deposit is not sufficient to cure Licensee's default and/or restore the premises, Licensee shall remain liable to Licensor for the deficiency. If said security deposit is more than sufficient to cure Licensee's default and/or restore the

Page 1                                                                    A:/FIRST.DOC 2005

premises, Licensor shall refund the excess to Licensee within thirty (30) days after the License is terminated.  If Licensee has performed all of its obligations hereunder, the security deposit shall be returned to Licensee within seven (7) days after the License is terminated.

4.    Maintenance of Facility:
    A.    Licensee shall keep Licensor's facility in a clean and sanitary condition, and yield up the facility to Licensor in as good condition as when Licensee took possession thereof, ordinary wear, tear and loss by unavoidable casualty excepted.
    B.    Licensor shall keep and maintain in a clean and operable condition, the common areas, lighting and heating and ventilating equipment.

5.    Use and Operation of Facility: Licensee shall use Licensor's facility with reasonable care for the safety and persons and property at Licensor's premises, the facility and Licensee's guests and invitees. Licensee shall comply with all laws, ordinances and regulations of all duly constituted authorities whether Federal, State or local, in its use of Licensor's facility.

6.    Security: Licensor shall provide staff the day of the event to assist Licensee so as to help insure a safe and successful event for the Licensee, its guests and invitees. Licensor, however, shall have no responsibility to Licensee, its guests or invitees, in the event of any damage or claim of damage to persons or property and Licensee shall indemnify and hold Licensor harmless of and from any such claims.

7.    Licensee agrees to obtain and provide Licensor at least two weeks prior to the start of the Event a certificate or certificates of insurance (the "Certificate") evidencing insurance in the following coverages and amounts:

**Worker's Compensation & Employer's Liability Insurance**
    Workers' Compensation – Statutory
    Employer's Liability:

    Bodily Injury by Accident:    $100,000 each accident
    Bodily Injury by Disease:    $100,000 each employee
        $100,000 policy limit

**Simplified ISO Commercial General Liability Insurance**: Coverage on a primary non-contributing, occurrence basis including:
    Premises – Operations coverage
    Blanket contractual coverage
    Competed Operations coverage
    Board Form Property Damage coverage

The following minimum limits will be in force:

**Bodily Injury and Property Damage**

    $1,000,000 Bodily Injury
    $100,000 Property Damage

**Commercial Automobile Liability Insurance**:  Covering all owned, non-owned and hired automobiles of the Licensee and/or Licensee's employees attending the Event:

The Certificate of Insurance must state The First Cathedral and its affiliates are named as an additional insured per the terms and conditions of the required Commercial General Liability Insurance policy for their interest as owner of the Property.

8.    Indemnification

Indemnification:  Licensee agrees to assume all risk of loss and to indemnify, defend and hold The First Cathedral and its affiliates, and its and their directors, officers, partners, against any and all losses, liabilities, claims, damages, cost, expenses, suits, administrative proceedings, penalties and judgments, including without limitation a) reasonable attorney's fees and costs; b) damages to vehicles participating in the Event, entering onto, driving on, exiting from or parking on the property during the period; c) losses attributed to theft or vandalism of vehicles located on the property during the period; c) personal injury (including death) to any or all of the participants in the Event during the period; f) damages or losses to or destruction of any property (real, personal or otherwise) owned, controlled or used by The First Cathedral or any of its affiliates where such damages, losses or destruction is attributable to or results from any activities, services or any other matters related directly or indirectly to the Event and g) personal injury (including death) to any employee of The First Cathedral or any of its affiliates or any other person or damages or losses to or destruction of any of their property where such damages, losses or destruction is attributable to or results from the actions of any person, vehicle or other instrumentality that is on the property as a direct or indirect result of the Event; incurred by The First Cathedral or any of its affiliates as a result of or in connection with the Event or any activities that take place at the Event, unless caused by the sole negligence or willful misconduct of The First Cathedral, its officers, agents, or employees.

CCLE281

9.  Liens: Licensee shall not permit any lien or liens to be placed upon Licensor's property during the term hereof. In the event of the filing of any such lien, Licensee shall promptly pay and discharge, obtain a waiver of, or bond over the same.

10.  Licensor's Equipment: All of Licensor's furniture, fixtures and kitchen equipment (if applicable) shall be maintained by Licensee in good condition and repair.

11.  Licensee's Equipment: Any and all fixtures, equipment and personal property of Licensee shall remain the property of Licensee during the term of this Agreement. Licensee shall remove the same from the Licensor's facility at the termination of this Agreement and shall repair all damage caused by such removal. If Licensee does not remove such property within ten (10) days after termination, such property shall be deemed abandoned, and Licensor may remove such property at Licensee's expense, and dispose of such property in such manner as Licensor deems appropriate.

12.  Damage to Licensor's Facility: If the Licensor's facility or any part thereof shall be damaged or destroyed by fire or other casualty, or if for any reason, Licensor shall be unable to provide its facility to Licensee as contemplated herein, Licensor's sole responsibility and liability to Licensee shall be to return the use charge and security deposit paid by Licensee. The return of such use charge and security deposit by Licensor to Licensee shall discharge, in every respect, Licensor's responsibility to Licensee hereunder. In no event shall Licensor be liable to Licensee for consequential damages or any damages whatsoever as a result of its inability to provide Licensee the use of its facility.

13.  Assignment: This Agreement may not be assigned by Licensee without the prior written consent of Licensor, which consent may be withheld for any reason whatsoever.

14.  Non-Waiver: One or more waivers of any covenant, condition or agreement herein contained shall not be construed as a waiver of a further breach of the same covenant, condition or agreement, or of any other covenant, condition or agreement, and the consent or approval by the Licensor to or of any act by the Licensee requiring the Licensor's consent or approval shall not be deemed to waive or render unnecessary the Licensor's consent or approval to any subsequent similar act by the Licensee. The receipt by Licensor of any payments with knowledge of breach by Licensee of any covenant of this Agreement shall not be deemed a waiver of such breach.

15.  Notices: All notices hereunder shall be in writing and shall be given by personal delivery, certified or registered mail or prepaid private mail carrier, to Licensor and Licensee at their respective address set forth above, or to such other address as the party to receive notice shall specify in writing to the other.

16.  Severability: The invalidity or unenforceability of any provision of this Agreement shall in no way affect the validity or enforceability of any other provision. Any invalid or unenforceable provision shall be deemed severed from this Agreement, and the balance of the Agreement shall be construed and enforced as if the Agreement did not contain the particular provisions held to be invalid and unenforceable.

17.  Excuse: Neither Licensor nor Licensee shall be required to perform any term, condition or covenant of this Agreement, so long as such performance is delayed or prevented by acts of God, strikes, lockouts, material or labor restrictions by any governmental authority, civil riot, floods, and any other cause not reasonably within the control of Licensor or Licensee and which by the exercise of due diligence, Licensor or Licensee is unable, wholly or in part, to prevent or overcome.

* In the event of snow days, Licensor and Licensee will work together to identify a mutual new date for the previous scheduled event.

18.  Relationship and Licensor's Right to Cancel: This Agreement is a limited License and is not to be construed as a lease of any portion of Licensor's premises. This License is, by its terms, revocable and may be canceled by Licensor for any reason, whatsoever, with notice no later than thirty (30) days prior to the date Licensee's use of the facilities. In the event Licensor cancels this Agreement, its sole obligation to Licensee hereunder shall be to return to Licensee any and all sums paid for either use charge or security deposit as provided herein. In no event shall Licensor be liable for consequential damages or claims of any sort whatsoever by Licensee, based upon Licensor's cancellation hereof.

IN WITNESS WHEREOF, the parties have caused this Agreement to be signed in duplicate by their duly authorized representatives as of the date first above written.

(As Agent for First Cathedral)                    Enfield Public School

By: Venton Forbes                                  By: _Christopher J Drozak_

Title: Special Events Coordinator                 Title: _Business Manager_

Date: May 5, 2008                                  Date: _5/14/08_

Signature: _Venton Forbes_                         Signature: _____

Page 3                                             A:/FIRST.DOC 2005

CCLE282

Exhibit 49



## USE OF FACILITY AGREEMENT

**THIS AGREEMENT** is made as of Monday, May 5, 2008 by and between First Baptist Church of Hartford, Inc. (d/b/a The First Cathedral), a Connecticut corporation with its principal place of business at 1151 Blue Hills Avenue, Bloomfield, Connecticut 06002 (hereinafter referred to as "Licensor") and Enfield Public Schools of 27 Shaker Road, Enfield, CT. (hereinafter referred to as "Licensee").

**WHEREAS,** Licensor and/or its affiliates are the owners of certain improved real property in the Town of Bloomfield and County of Hartford and State of Connecticut, and which is identified for purpose of mail delivery as 1151 Blue Hills Avenue, Bloomfield, CT 06002.

**WHEREAS,** Licensee desires to use the Auditorium, Multipurpose Room, and Fellowship Hall at the facilities located on the Property of The First Cathedral on Wednesday, June 25, 2008. In connection with Enrico Fermi High School's Class of 2008 Graduation Ceremony; and

**WHEREAS,** Licensor has agreed to permit Licensee to use the Property for the event during the period based on the terms and conditions contained herein.

**NOW THEREFORE,** in consideration of The First Cathedral's agreement to permit User to use the Property for the event, The First Cathedral and User agree as follows:

1.  License:  Subject to the terms and conditions herein contained, Licensor grants to Licensee, and Licensee accepts from Licensor the right to use the premises maintained by Licensor at The First Cathedral, 1151 Blue Hills Avenue, Bloomfield, Connecticut on Wednesday, June 25, 2008, from 9:00 a.m. to 12:00 noon and from 4:00 p.m. to 9:00 p.m. for the following purposes:

    - June 25th dress rehearsal at 9:30 a.m.
    - June 25th graduation exercise at 6:00 p.m.

If a further description of this license is needed, see Exhibit A attached hereto and made a part hereof.

$7,400

2.  Occupancy Charge: For Licensee's use as aforesaid, Licensee shall pay to Licensor a charge of ~~$7,500~~ which includes Facility Rental, Audio Video Staff Coverage, Facility & Maintenance Coverage, Jo-Ryu Security & Bloomfield Police expenses, but does not include your security deposit or video reproduction expenses).

Should the licensee fail to exit the facility by 9:00 p.m. on Wednesday, June 25, a $500.00 surcharge will be assess per ½ hour starting at 9:01 p.m. and every 30 minutes thereafter.  Any package left in the facility after your event will be discarded within 24 hours unless arrangements were made prior to the event.  If package(s) are stored within the facility more than 24 hours after the date of your event, a $100 surcharge will be assessed per day. Said charge shall constitute Licensee's payment for Licensee's use of facility.  Said sum shall be paid as follows:

    $4,000 within twenty-one days from the date of this agreement (which includes a refundable $1,000 Security Deposit.

    $4,500 no later than fourteen (14) days prior to the date of the event.

If Licensee shall fail to make any of the above payments as required, this Agreement shall be terminated and shall be of no further force and effect, without notice.  In addition, Licensor and Licensee acknowledge that a breach by Licensee will make it difficult for Licensor to effectively license the use of the facility.  As a result, all payments made by Licensee to Licensor hereunder, (excluding security deposit) shall, in the event of a default by Licensee, be retained by Licensor as liquidated damages.  Licensee acknowledges that this is not a penalty and is fair and reasonable.

3.  Security Deposit: To insure Licensee faithfully and fully performs its obligations hereunder, Licensee shall pay to Licensor a security deposit of $1,000.00.  Said security deposit shall be paid at the time provided in Paragraph 2 hereof.  If Licensee fails to pay said security deposit, this Agreement shall terminate, and be void and of no further force and effect, without notice, as provided in Paragraph 2.

After Licensee's use of Licensor's facility has terminated, Licensor shall inspect its facility to insure Licensee has performed its obligations hereunder.  In the event Licensee has failed to perform its obligations hereunder, or in the event Licensor's facility has suffered damage as a result of Licensee's use thereof, Licensor shall be entitled to use said security deposit to restore its facility to the condition it was in prior to Licensee's use thereof or to enforce Licensee's obligations thereunder.  In the event said security deposit is not sufficient to cure Licensee's default and/or restore the premises, Licensee shall remain liable to Licensor for the deficiency.  If said security deposit is more than sufficient to cure Licensee's default and/or restore the

Page 1                                                                                            A:/FIRST.DOC 2005

premises, Licensor shall refund the excess to Licensee within thirty (30) days after the License is terminated. If Licensee has performed all of its obligations hereunder, the security deposit shall be returned to Licensee within seven (7) days after the License is terminated.

4. Maintenance of Facility:
A. Licensee shall keep Licensor's facility in a clean and sanitary condition, and yield up the facility to Licensor in as good condition as when Licensee took possession thereof, ordinary wear, tear and loss by unavoidable casualty excepted.
B. Licensor shall keep and maintain in a clean and operable condition, the common areas, lighting and heating and ventilating equipment.

5. Use and Operation of Facility: Licensee shall use Licensor's facility with reasonable care for the safety and persons and property at Licensor's premises, the facility and Licensee's guests and invitees. Licensee shall comply with all laws, ordinances and regulations of all duly constituted authorities whether Federal, State or local, in its use of Licensor's facility.

6. Security: Licensor shall provide staff the day of the event to assist Licensee so as to help insure a safe and successful event for the Licensee, its guests and invitees. Licensor, however, shall have no responsibility to Licensee, its guests or invitees, in the event of any damage or claim of damage to persons or property and Licensee shall indemnify and hold Licensor harmless of and from any such claims. .

7. Licensee agrees to obtain and provide Licensor at least two weeks prior to the start of the Event a certificate or certificates of insurance (the "Certificate") evidencing insurance in the following coverages and amounts:

**Worker's Compensation & Employer's Liability Insurance**
Workers' Compensation – Statutory
Employer's Liability:

| | |
|---|---|
| Bodily Injury by Accident: | $100,000 each accident |
| Bodily Injury by Disease: | $100,000 each employee |
| | $100,000 policy limit |

**Simplified ISO Commercial General Liability Insurance**: Coverage on a primary non-contributing, occurrence basis including:
Premises – Operations coverage
Blanket contractual coverage
Competed Operations coverage
Board Form Property Damage coverage

The following minimum limits will be in force:

**Bodily Injury and Property Damage**

$1,000,000 Bodily Injury
$100,000 Property Damage

**Commercial Automobile Liability Insurance**: Covering all owned, non-owned and hired automobiles of the Licensee and/or Licensee's employees attending the Event:

The Certificate of Insurance must state The First Cathedral and its affiliates are named as an additional insured per the terms and conditions of the required Commercial General Liability Insurance policy for their interest as owner of the Property.

8. Indemnification

Indemnification: Licensee agrees to assume all risk of loss and to indemnify, defend and hold The First Cathedral and its affiliates, and its and their directors, officers, partners, against any and all losses, liabilities, claims, damages, cost, expenses, suits, administrative proceedings, penalties and judgments, including without limitation a) reasonable attorney's fees and costs; b) damages to vehicles participating in the Event, entering onto, driving on, exiting from or parking on the property during the period; c) losses attributed to theft or vandalism of vehicles located on the property during the period; e) personal injury (including death) to any or all of the participants in the Event during the period; f) damages or losses to or destruction of any property (real, personal or otherwise) owned, controlled or used by The First Cathedral or any of its affiliates where such damages, losses or destruction is attributable to or results from any activities, services or any other matters related directly or indirectly to the Event and g) personal injury (including death) to any employee of The First Cathedral or any of its affiliates or any other person or damages or losses to or destruction of any of their property where such damages, losses or destruction is attributable to or results from the actions of any person, vehicle or other instrumentality that is on the property as a direct or indirect result of the Event; incurred by The First Cathedral or any of its affiliates as a result of or in connection with the Event or any activities that take place at the Event, unless caused by the sole negligence or willful misconduct of The First Cathedral, its officers, agents, or employees.

Page 2                                                                 A:/FIRST.DOC 2005

CCLE278

9.    Liens: Licensee shall not permit any lien or liens to be placed upon Licensor's property during the term hereof. In the event of the filing of any such lien, Licensee shall promptly pay and discharge, obtain a waiver of, or bond over the same.

10.    Licensor's Equipment: All of Licensor's furniture, fixtures and kitchen equipment (if applicable) shall be maintained by Licensee in good condition and repair.

11.    Licensee's Equipment: Any and all fixtures, equipment and personal property of Licensee shall remain the property of Licensee during the term of this Agreement.  Licensee shall remove the same from the Licensor's facility at the termination of this Agreement and shall repair all damage caused by such removal. If Licensee does not remove such property within ten (10) days after termination, such property shall be deemed abandoned, and Licensor may remove such property at Licensee's expense, and dispose of such property in such manner as Licensor deems appropriate.

12.    Damage to Licensor's Facility: If the Licensor's facility or any part thereof shall be damaged or destroyed by fire or other casualty, or if for any reason, Licensor shall be unable to provide its facility to Licensee as contemplated herein, Licensor's sole responsibility and liability to Licensee shall be to return the use charge and security deposit paid by Licensee.  The return of such use charge and security deposit by Licensor to Licensee shall discharge, in every respect, Licensor's responsibility to Licensee hereunder.  In no event shall Licensor be liable to Licensee for consequential damages or any damages whatsoever as a result of its inability to provide Licensee the use of its facility.

13.    Assignment: This Agreement may not be assigned by Licensee without the prior written consent of Licensor, which consent may be withheld for any reason whatsoever.

14.    Non-Waiver: One or more waivers of any covenant, condition or agreement herein contained shall not be construed as a waiver of a further breach of the same covenant, condition or agreement, or of any other covenant, condition or agreement, and the consent or approval by the Licensor to or of any act by the Licensee requiring the Licensor's consent or approval shall not be deemed to waive or render unnecessary the Licensor's consent or approval to any subsequent similar act by the Licensee.  The receipt by Licensor of any payments with knowledge of breach by Licensee of any covenant of this Agreement shall not be deemed a waiver of such breach.

15.    Notices: All notices hereunder shall be in writing and shall be given by personal delivery, certified or registered mail or prepaid private mail carrier, to Licensor and Licensee at their respective address set forth above, or to such other address as the party to receive notice shall specify in writing to the other.

16.    Severability: The invalidity or unenforceability of any provision of this Agreement shall in no way affect the validity or enforceability of any other provision. Any invalid or unenforceable provision shall be deemed severed from this Agreement, and the balance of the Agreement shall be construed and enforced as if the Agreement did not contain the particular provisions held to be invalid and unenforceable.

17.    Excuse: Neither Licensor nor Licensee shall be required to perform any term, condition or covenant of this Agreement, so long as such performance is delayed or prevented by acts of God, strikes, lockouts, material or labor restrictions by any governmental authority, civil riot, floods, and any other cause not reasonably within the control of Licensor or Licensee and which by the exercise of due diligence, Licensor or Licensee is unable, wholly or in part, to prevent or overcome.
* In the event of snow days, Licensor and Licensee will work together to identify a mutual new date for the previous scheduled event.

18. Relationship and Licensor's Right to Cancel: This Agreement is a limited License and is not to be construed as a lease of any portion of Licensor's premises.  This License is, by its terms, revocable and may be canceled by Licensor for any reason, whatsoever, with notice no later than thirty (30) days prior to the date Licensee's use of the facilities.  In the event Licensor cancels this Agreement, its sole obligation to Licensee hereunder shall be to return to Licensee any and all sums paid for either use charge or security deposit as provided herein.  In no event shall Licensor be liable for consequential damages or claims of any sort whatsoever by Licensee, based upon Licensor's cancellation hereof.

IN WITNESS WHEREOF, the parties have caused this Agreement to be signed in duplicate by their duly authorized representatives as of the date first above written.

(As Agent for First Cathedral)                          Enfield Public School

By: Venton Forbes                                       By: _____

Title:  Special Events Coordinator                      Title:  Business Manager

Date: May 5, 2008                                       Date:  5/14/08

Signature: Venton Forbes                                Signature: Christopher J Drezek

CCLE279

# Exhibit 50



## USE OF FACILITY AGREEMENT

**THIS AGREEMENT** is made as of Wednesday, January 13, 2009 by and between First Baptist Church of Hartford, Inc., (d/b/a The First Cathedral) a Connecticut corporation with its principal place of business at 1151 Blue Hills Avenue, Bloomfield, Connecticut 06002 (hereinafter referred to as "Licensor") and Enfield Public Schools of 27 Shaker Road, Enfield, CT, (hereinafter referred to as "Licensee").

**WHEREAS,** Licensor and/or its affiliates are the owners of certain improved real property in the Town of Bloomfield and County of Hartford and State of Connecticut, and which is identified for purpose of mail delivery as 1151 Blue Hills Avenue, Bloomfield, CT 06002.

**WHEREAS,** Licensee desires to use the Main Auditorium, Multipurpose Room, Joint Board Room, and Room 2K at the facilities located on the Property of The First Cathedral on Monday, June 15, 2009. In connection with Enfield High School's Class of 2009 Graduation Ceremony; and

**WHEREAS,** Licensor has agreed to permit Licensee to use the Property for the event during the period based on the terms and conditions contained herein.

**NOW THEREFORE,** in consideration of The First Cathedral's agreement to permit User to use the Property for the event, The First Cathedral and User agree as follows:

1.     License:  Subject to the terms and conditions herein contained, Licensor grants to Licensee, and Licensee accepts from Licensor the right to use the premises maintained by Licensor at The First Cathedral, 1151 Blue Hills Avenue, Bloomfield, Connecticut on Monday, June 15, 2009, for the following purposes:
- Monday, June 15th 9:30 am dress rehearsal
- Monday, June 15th 6:00 pm to 9:00 pm graduation exercise in the main auditorium with a maximum seating capacity of 3,000

If a further description of this license is needed, see Exhibit A attached hereto and made a part hereof.
Note: In the event of snow days, both parties will work together to agree on a mutual date.

2.     Occupancy Charge: For Licensee's use as aforesaid, Licensee shall pay to Licensor a charge of $8,200 (This represent a prefer customer discount of $1,250.) Please note that the fee includes Facility Rental, Audio Video Staff Coverage, Facility & Maintenance Coverage, Jo-Ryu Security & Bloomfield Police expenses, but does not include your security deposit, pre-event reception or video duplication expenses).
Should the licensee fail to exit the facility by 9:00 p.m. on Monday, June 15, a $500.00 surcharge will be assessed per ½ hour starting at 9:01 p.m. and every 30 minutes thereafter.  Any package left in the facility after your event will be discarded within 24 hours unless arrangements were made prior to the event.  If package(s) are stored within the facility more than 24 hours after the date of your event, a $100 surcharge will be assessed per day. Said charge shall constitute Licensee's payment for Licensee's use of Licensor's facility.  Said sum shall be paid as follows:
$5,200 (which includes a $1,000 refundable security deposit) upon the signing of this agreement within thirty (30) days from the date of the letter.
$4,000 final payment on or before May 11, 2009

If Licensee shall fail to make any of the above payments as required, this Agreement shall be terminated and shall be of no further force and effect, without notice.  In addition, Licensor and Licensee acknowledge that a breach by Licensee will make it difficult for Licensor to effectively license the use of the facility.  As a result, all payments made by Licensee to Licensor hereunder, (excluding security deposit) shall, in the event of a default by Licensee, be retained by Licensor as liquidated damages.  Licensee acknowledges that this is not a penalty and is fair and reasonable.

3.     Security Deposit: To insure Licensee faithfully and fully performs its obligations hereunder, Licensee shall pay to Licensor a security deposit of $1,000.00.  Said security deposit shall be paid at the time provided in Paragraph 2 hereof.  If Licensee fails to pay said security deposit, this Agreement shall terminate, and be void and of no further force and effect, without notice, as provided in Paragraph 2.

After Licensee's use of Licensor's facility has terminated, Licensor shall inspect its facility to insure Licensee has performed its obligations hereunder.  In the event Licensee has failed to perform its obligations hereunder, or in the event Licensor's facility has suffered damage as a result of Licensee's use thereof, Licensor shall be entitled to use said security deposit to restore its facility to the condition it was in prior to Licensee's use thereof

or to enforce Licensee's obligations thereunder. In the event said security deposit is not sufficient to cure Licensee's default and/or restore the premises, Licensee shall remain liable to Licensor for the deficiency. If said security deposit is more than sufficient to cure Licensee's default and/or restore the premises, Licensor shall refund the excess to Licensee within thirty (30) days after the License is terminated. If Licensee has performed all of its obligations hereunder, the security deposit shall be returned to Licensee within fourteen (14) days after the License is terminated.

4. Maintenance of Facility:
A. Licensee shall keep Licensor's facility in a clean and sanitary condition, and yield up the facility to Licensor in as good condition as when Licensee took possession thereof, ordinary wear, tear and loss by unavoidable casualty expected.
B. Licensor shall keep and maintain in a clean and operable condition, the common areas, lighting and heating and ventilating equipment.

5. Use and Operation of Facility: Licensee shall use Licensor's facility with reasonable care for the safety and persons and property at Licensor's premises, the facility and Licensee's guests and invitees. Licensee shall comply with all laws, ordinances and regulations of all duly constituted authorities whether Federal, State or local, in its use of Licensor's facility.

6. Security: Licensor shall provide staff the day of the event to assist Licensee so as to help insure a safe and successful event for the Licensee, its guests and invitees. Licensor, however, shall have no responsibility to Licensee, its guests or invitees, in the event of any damage or claim of damage to persons or property unless such loss, damage or injury results from the gross negligence of the licensor, its officers, agent, employees or contractors.

7. Licensee agrees to obtain and provide Licensor at least two weeks prior to the start of the Event a certificate or certificates of insurance (the "Certificate") evidencing insurance in the following coverages and amounts:

**Worker's Compensation & Employer's Liability Insurance**
Workers' Compensation – Statutory
Employer's Liability:

Bodily Injury by Accident:     $100,000 each accident
Bodily Injury by Disease:      $100,000 each employee
                               $100,000 policy limit

**Simplified ISO Commercial General Liability Insurance:** Coverage on a primary non-contributing, occurrence basis including:
Premises – Operations coverage
Blanket contractual coverage
Completed Operations coverage
Broad Form Property Damage coverage

The following minimum limits will be in force:

**Bodily Injury and Property Damage**

$2,000,000 Bodily Injury
$200,000 Property Damage

**Commercial Automobile Liability Insurance:** Covering all owned, non-owned and hired automobiles of the Licensee and/or Licensee's employees attending the Event:

The Certificate of Insurance must state The First Cathedral and its affiliates are named as an additional insured per the terms and conditions of the required Commercial General Liability Insurance policy for their interest as owner of the Property.

8. Indemnification

Indemnification: Licensee agrees to assume all risk of loss and to indemnify, defend and hold The First Cathedral and its affiliates, and its and their directors, officers, partners, against any and all losses, liabilities, claims, damages, cost, expenses, suits, administrative proceedings, penalties and judgments, including without limitation a) reasonable attorney's fees and costs; b) damages to vehicles participating in the Event, entering onto, driving on, exiting from or parking on the property during the period; c) losses attributed to theft or vandalism of vehicles located on the property during the period; e) personal injury (including death) to any or all of the participants in the Event during the period; f) damages or losses to or destruction of any property (real, personal or otherwise) owned, controlled or used by The First Cathedral or any of its affiliates where such damages, losses or destruction is attributable to or results from any activities, services or any other matters related directly to the Event and g) personal injury (including death) to any employee of The First Cathedral or any of its affiliates or any other person or damages or losses to or destruction of any of their property where such damages, losses or destruction is attributable to or results from the actions of any person, vehicle or other instrumentality that is on the property as a direct or indirect result of the Event; except to the extent caused by the negligence or willful misconduct of licensor, its officers, agents or employees.

Page 2                                                                                      A:\FIRST.DOC 2009

9. **Liens:** Licensee shall not permit any lien or liens to be placed upon Licensor's property during the term hereof. In the event of the filing of any such lien, Licensee shall promptly pay and discharge, obtain a waiver of, or bond over the same.

10. **Licensor's Equipment:** All of Licensor's furniture, fixtures and kitchen equipment (if applicable) shall be maintained by Licensee in good condition and repair.

11. **Licensee's Equipment:** Any and all fixtures, equipment and personal property of Licensee shall remain the property of Licensee during the term of this Agreement. Licensee shall remove the same from the Licensor's facility at the termination of this Agreement and shall repair all damage caused by such removal. If Licensee does not remove such property within ten (10) days after termination, such property shall be deemed abandoned, and Licensor may remove such property at Licensee's expense, and dispose of such property in such manner as Licensor deems appropriate.

12. **Damage to Licensor's Facility:** If the Licensor's facility or any part thereof shall be damaged or destroyed by fire or other casualty, or Licensor shall be unable to provide its facility to Licensee as contemplated herein, Licensor's sole responsibility and liability to Licensee shall be to return the use charge and security deposit paid by Licensee. The return of such use charge and security deposit by Licensor to Licensee shall discharge, in every respect, Licensor's responsibility to Licensee hereunder.

13. **Assignment:** This Agreement may not be assigned by Licensee without the prior written consent of Licensor, which consent may be withheld for any reason whatsoever.

14. **Non-Waiver:** One or more waivers of any covenant, condition or agreement herein contained shall not be construed as a waiver of a further breach of the same covenant, condition or agreement, or of any other covenant, condition or agreement, and the consent or approval by the Licensor to or of any act by the Licensee requiring the Licensor's consent or approval shall not be deemed to waive or render unnecessary the Licensor's consent or approval to any subsequent similar act by the Licensee. The receipt by Licensor of any payments with knowledge of breach by Licensee of any covenant of this Agreement shall not be deemed a waiver of such breach.

15. **Notices:** All notices hereunder shall be in writing and shall be given by personal delivery, certified or registered mail or prepaid private mail carrier, to Licensor and Licensee at their respective address set forth above, or to such other address as the party to receive notice shall specify in writing to the other.

16. **Severability:** The invalidity or unenforceability of any provision of this Agreement shall in no way affect the validity or enforceability of any other provision. Any invalid or unenforceable provision shall be deemed severed from this Agreement, and the balance of the Agreement shall be construed and enforced as if the Agreement did not contain the particular provisions held to be invalid and unenforceable.

17. **Excuse:** Neither Licensor nor Licensee shall be required to perform any term, condition or covenant of this Agreement, so long as such performance is delayed or prevented by acts of God, strikes, lockouts, material or labor restrictions by any governmental authority, civil riot, floods, and any other cause not reasonably within the control of Licensor or Licensee and which by the exercise of due diligence, Licensor or Licensee is unable, wholly or in part, to prevent or overcome.

18. **Relationship and Licensor's Right to Cancel:** This Agreement is a limited License and is not to be construed as a lease of any portion of Licensor's premises. This License is, by its terms, revocable and may be canceled by Licensor for any reason, whatsoever, with notice no later than ninety (90) days prior to the date Licensee's use of the facilities. In the event Licensor cancels this Agreement, its sole obligation to Licensee hereunder shall be to return to Licensee any and all sums paid for either use charge or security deposit as provided herein. In no event shall Licensor be liable for consequential damages or claims of any sort whatsoever by Licensee, based upon Licensor's cancellation hereof. Notwithstanding the above, the licensor and licensee shall act in good faith to reschedule the Event to another mutually convenient date.

19. **Licensee's Right to Cancel:** In the event of a cancellation by the licensee, the fees to be paid hereunder will be refunded in accordance with the following terms:

a. A full refund of deposit shall be given if written request is received by the Licensor within thirty (30) days from the date of payment of the initial deposit, provided that the Agreement has been signed by Licensor;

b. A fifty (50%) percent refund of deposit plus any additional payment shall be made in the event that a written request is received by the Licensor more than ninety (90) days prior to the date of the Event;

c. Fifty (50%) percent of the total payment shall be refunded if a written request is received by the Licensor less than thirty (30) days prior to the date of the Event.

20. **Miscellaneous:**

a. Licensor recognizes that the Licensee is conducting an Educational/community event and Licensor does not consider the exercise thereof objectionable.

b. The The Licensee shall provide the Licensor with a certificate of insurance on or before May 8, 2009, and shall name the Licensor as an additional insured on the policy(ies).

A:FIRST.DOC 2009

c.  Licensor shall defend, indemnify and hold harmless Licensee, its agents, representatives, employees, and contractors from and against any compensatory damages, including reasonable attorney's fees and count costs, resulting from or relating to any third party claims against the Licensee unless due to the Licensee's negligence or willful misconduct or breach of contract.

d.  Notwithstanding anything to the contrary herein, the liability of both parties is limited to compensatory damages and all other remedies or damages (except for equitable remedies) are expressly waived.  In no event shall either party be liable to the other for any incidental, consequential or punitive damages, lost profits or other business interruption damages.

e.  The Licensor hereby approve video and audio recording and live streaming of the Event for any and all future purposes of the Licensee, provided that recording audio/video footage will not contain disparaging, derogatory, harmful, unlawful, or inappropriate statements or images that would discredit or reflect unfavorably upon the Licensor.  Licensee shall ensure that the Licensor receives proper audio and/or video credit for such use, as appropriate.

f.  In the event that there is any conflict between the terms and provisions of this Agreement, the terms and provisions of this Agreement and/ or any Addendum shall control.

g.  Except as otherwise expressly set forth herein, the Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, the parties hereunto have caused this Agreement to be signed in duplicate by their duly authorized representatives as of the date first above written.

(As Agent for The First Cathedral)                    Enfield Public Schools

By: Venton Forbes                                     By: _Christopher O'Dreck_

Title:  Special Events Coordinator                    Title: _Business Manager_
                        14 yr
Date: January 13, 2009                                Date: _2/17/09_

Signature: _Venton Forbes_                            Signature: _[signature]_

Page 4                                                A:/FIRST.DOC  2009

Exhibit 51



## USE OF FACILITY AGREEMENT

**THIS AGREEMENT** is made as of Wednesday, January 15, 2009 by and between First Baptist Church of Hartford, Inc., (d/b/a The First Cathedral) a Connecticut corporation with its principal place of business at 1151 Blue Hills Avenue, Bloomfield, Connecticut 06002 (hereinafter referred to as "Licensor") and Enfield Public Schools of 27 Shaker Road, Enfield, CT. (hereinafter referred to as "Licensee").

**WHEREAS,** Licensor and/or its affiliates are the owners of certain improved real property in the Town of Bloomfield and County of Hartford and State of Connecticut, and which is identified for purpose of mail delivery as 1151 Blue Hills Avenue, Bloomfield, CT 06002.

**WHEREAS,** Licensee desires to use the Main Auditorium, Multipurpose Room, Joint Board Room, and Room 2K at the facilities located on the Property of The First Cathedral on Wednesday, June 17, 2009. In connection with Fermi High School's Class of 2009 Graduation Ceremony; and

**WHEREAS,** Licensor has agreed to permit Licensee to use the Property for the event during the period based on the terms and conditions contained herein.

**NOW THEREFORE,** in consideration of The First Cathedral's agreement to permit User to use the Property for the event, The First Cathedral and User agree as follows:

1.       **License:** Subject to the terms and conditions herein contained, Licensor grants to Licensee, and Licensee accepts from Licensor the right to use the premises maintained by Licensor at The First Cathedral, 1151 Blue Hills Avenue, Bloomfield, Connecticut on Wednesday, June 17, 2009, for the following purposes:

- Wednesday, June 17th 9:30 am dress rehearsal
- Wednesday, June 17th 6:00 pm to 9:00 pm graduation exercise in the main auditorium with a maximum seating capacity of 3,000

If a further description of this license is needed, see Exhibit A attached hereto and made a part hereof.
Note: In the event of snow days, both parties will work together to agree on a mutual date.

2.       **Occupancy Charge:** For Licensee's use as aforesaid, Licensee shall pay to Licensor a charge of $8,200 (This represent a prefer customer discount of $1,250.) Please note that the fee includes Facility Rental, Audio Video Staff Coverage, Facility & Maintenance Coverage, Jo-Ryu Security & Bloomfield Police expenses, but does not include your security deposit, pre-event reception or video duplication expenses).

Should the licensee fail to exit the facility by 9:00 p.m. on Wednesday, June 17, a $500.00 surcharge will be assessed per ½ hour starting at 9:01 p.m. and every 30 minutes thereafter. Any package left in the facility after your event will be discarded within 24 hours unless arrangements were made prior to the event. If package(s) are stored within the facility more than 24 hours after the date of your event, a $100 surcharge will be assessed per day. Said charge shall constitute Licensee's payment for Licensee's use of Licensor's facility. Said sum shall be paid as follows:

$5,200 (which includes a $1,000 refundable security deposit) upon the signing of this agreement within thirty (30) days from the date of the letter.
$4,000 final payment on or before May 11, 2009

If Licensee shall fail to make any of the above payments as required, this Agreement shall be terminated and shall be of no further force and effect, without notice. In addition, Licensor and Licensee acknowledge that a breach by Licensee will make it difficult for Licensor to effectively license the use of the facility. As a result, all payments made by Licensee to Licensor hereunder, (excluding security deposit) shall, in the event of a default by Licensee, be retained by Licensor as liquidated damages. Licensee acknowledges that this is not a penalty and is fair and reasonable.

3.       **Security Deposit:** To insure Licensee faithfully and fully performs its obligations hereunder, Licensee shall pay to Licensor a security deposit of $1,000.00. Said security deposit shall be paid at the time provided in Paragraph 2 hereof. If Licensee fails to pay said security deposit, this Agreement shall terminate, and be void and of no further force and effect, without notice, as provided in Paragraph 2.

After Licensee's use of Licensor's facility has terminated, Licensor shall inspect its facility to insure Licensee has performed its obligations hereunder. In the event Licensee has failed to perform its obligations hereunder, or in the event Licensor's facility has suffered damage as a result of Licensee's use thereof, Licensor shall be entitled to use said security deposit to restore its facility to the condition it was in prior to Licensee's use thereof

Page 1

A:/FIRST.DOC 2009

or to enforce Licensee's obligations thereunder. In the event said security deposit is not sufficient to cure Licensee's default and/or restore the premises, Licensee shall remain liable to Licensor for the deficiency. If said security deposit is more than sufficient to cure Licensee's default and/or restore the premises, Licensor shall refund the excess to Licensee within thirty (30) days after the License is terminated. If Licensee has performed all of its obligations hereunder, the security deposit shall be returned to Licensee within fourteen (14) days after the License is terminated.

4. **Maintenance of Facility:**
   A.      Licensee shall keep Licensor's facility in a clean and sanitary condition, and yield up the facility to Licensor in as good condition as when Licensee took possession thereof, ordinary wear, tear and loss by unavoidable casualty expected.
   B.      Licensor shall keep and maintain in a clean and operable condition, the common areas, lighting and heating and ventilating equipment.

5.      Use and Operation of Facility: Licensee shall use Licensor's facility with reasonable care for the safety and persons and property at Licensor's premises, the facility and Licensee's guests and invitees. Licensee shall comply with all laws, ordinances and regulations of all duly constituted authorities whether Federal, State or local, in its use of Licensor's facility.

6.      Security: Licensor shall provide staff the day of the event to assist Licensee so as to help insure a safe and successful event for the Licensee, its guests and invitees. Licensor, however, shall have no responsibility to Licensee, its guests or invitees, in the event of any damage or claim of damage to persons or property unless such loss, damage or injury results from the gross negligence of the licensor, its officers, agent, employees or contractors.

7.      Licensee agrees to obtain and provide Licensor at least two weeks prior to the start of the Event a certificate or certificates of insurance (the "Certificate") evidencing insurance in the following coverages and amounts:

**Worker's Compensation & Employer's Liability Insurance**
   Workers' Compensation -- Statutory
   Employer's Liability:

|  |  |
|---|---|
| Bodily Injury by Accident: | $100,000 each accident |
| Bodily Injury by Disease: | $100,000 each employee |
|  | $100,000 policy limit |

**Simplified ISO Commercial General Liability Insurance**: Coverage on a primary non-contributing, occurrence basis including:
Premises – Operations coverage
Blanket contractual coverage
Competed Operations coverage
Broad Form Property Damage coverage

The following minimum limits will be in force:

**Bodily Injury and Property Damage**

   $2,000,000 Bodily Injury
   $200,000 Property Damage

**Commercial Automobile Liability Insurance**: Covering all owned, non-owned and hired automobiles of the Licensee and/or Licensee's employees attending the Event:

The Certificate of Insurance must state The First Cathedral and its affiliates are named as an additional insured per the terms and conditions of the required Commercial General Liability Insurance policy for their interest as owner of the Property.

8.      **Indemnification**

Indemnification: Licensee agrees to assume all risk of loss and to indemnify, defend and hold The First Cathedral and its affiliates, and its and their directors, officers, partners, against any and all losses, liabilities, claims, damages, cost, expenses, suits, administrative proceedings, penalties and judgments, including without limitation a) reasonable attorney's fees and costs; b) damages to vehicles participating in the Event, entering onto, driving on, exiting from or parking on the property during the period; c) losses attributed to theft or vandalism of vehicles located on the property during the period; e) personal injury (including death) to any or all of the participants in the Event during the period; f) damages or losses to or destruction of any property (real, personal or otherwise) owned, controlled or used by The First Cathedral or any of its affiliates where such damages, losses or destruction is attributable to or results from any activities, services or any other matters related directly to the Event and g) personal injury (including death) to any employee of The First Cathedral or any of its affiliates or any other person or damages or losses to or destruction of any of their property where such damages, losses or destruction is attributable to or results from the actions of any person, vehicle or other instrumentality that is on the property as a direct or indirect result of the Event; except to the extent caused by the negligence or willful misconduct of licensor, its officers, agents or employees.

Page 2                                                                                      A:/FIRST.DOC 2009

9.      Liens: Licensee shall not permit any lien or liens to be placed upon Licensor's property during the term hereof. In the event of the filing of any such lien, Licensee shall promptly pay and discharge, obtain a waiver of, or bond over the same.

10.     Licensor's Equipment: All of Licensor's furniture, fixtures and kitchen equipment (if applicable) shall be maintained by Licensee in good condition and repair.

11.     Licensee's Equipment: Any and all fixtures, equipment and personal property of Licensee shall remain the property of Licensee during the term of this Agreement.  Licensee shall remove the same from the Licensor's facility at the termination of this Agreement and shall repair all damage caused by such removal. If Licensee does not remove such property within ten (10) days after termination, such property shall be deemed abandoned, and Licensor may remove such property at Licensee's expense, and dispose of such property in such manner as Licensor deems appropriate.

12.     Damage to Licensor's Facility: If the Licensor's facility or any part thereof shall be damaged or destroyed by fire or other casualty, or Licensor shall be unable to provide its facility to Licensee as contemplated herein, Licensor's sole responsibility and liability to Licensee shall be to return the use charge and security deposit paid by Licensee.  The return of such use charge and security deposit by Licensor to Licensee shall discharge, in every respect, Licensor's responsibility to Licensee hereunder.

13.     Assignment: This Agreement may not be assigned by Licensee without the prior written consent of Licensor, which consent may be withheld for any reason whatsoever.

14.     Non-Waiver: One or more waivers of any covenant, condition or agreement herein contained shall not be construed as a waiver of a further breach of the same covenant, condition or agreement, or of any other covenant, condition or agreement, and the consent or approval by the Licensor to or of any act by the Licensee requiring the Licensor's consent or approval shall not be deemed to waive or render unnecessary the Licensor's consent or approval to any subsequent similar act by the Licensee.  The receipt by Licensor of any payments with knowledge of breach by Licensee of any covenant of this Agreement shall not be deemed a waiver of such breach.

15.     Notices: All notices hereunder shall be in writing and shall be given by personal delivery, certified or registered mail or prepaid private mail carrier, to Licensor and Licensee at their respective address set forth above, or to such other address as the party to receive notice shall specify in writing to the other.

16.     Severability: The invalidity or unenforceability of any provision of this Agreement shall in no way affect the validity or enforceability of any other provision.  Any invalid or unenforceable provision shall be deemed severed from this Agreement, and the balance of the Agreement shall be construed and enforced as if the Agreement did not contain the particular provisions held to be invalid and unenforceable.

17.     Excuse: Neither Licensor nor Licensee shall be required to perform any term, condition or covenant of this Agreement, so long as such performance is delayed or prevented by acts of God, strikes, lockouts, material or labor restrictions by any governmental authority, civil riot, floods, and any other cause not reasonably within the control of Licensor or Licensee and which by the exercise of due diligence, Licensor or Licensee is unable, wholly or in part, to prevent or overcome.

18. Relationship and Licensor's Right to Cancel: This Agreement is a limited License and is not to be construed as a lease of any portion of Licensor's premises.  This License is, by its terms, revocable and may be canceled by Licensor for any reason, whatsoever, with notice no later than ninety (90) days prior to the date Licensee's use of the facilities.  In the event Licensor cancels this Agreement, its sole obligation to Licensee hereunder shall be to return to Licensee any and all sums paid for either use charge or security deposit as provided herein.  In no event shall Licensor be liable for consequential damages or claims of any sort whatsoever by Licensee, based upon Licensor's cancellation hereof. Notwithstanding the above, the licensor and licensee shall act in good faith to reschedule the Event to another mutually convenient date.

19. Licensee's Right to Cancel: In the event of a cancellation by the licensee, the fees to be paid hereunder will be refunded in accordance with the following terms:

a.      A full refund of deposit shall be given if written request is received by the Licensor within thirty (30) days from the date of payment of the initial deposit, provided that the Agreement has been signed by Licensor;

b.      A fifty (50%) percent refund of deposit plus any additional payment shall be made in the event that a written request is received by the Licensor more than ninety (90) days prior to the date of the Event;

c.      Fifty (50%) percent of the total payment shall be refunded if a written request is received by the Licensor less than thirty (30) days prior to the date of the Event.

20. Miscellaneous:

a.      Licensor recognizes that the Licensee is conducting an Educational/community event and Licensor does not consider the exercise thereof objectionable.

b.      The Licensee shall provide the Licensor with a certificate of insurance on or before May 8, 2009, and shall name the Licensor as an additional insured on the policy(ies).

CCLE271

A:/FIRST.DOC 2009

c. Licensor shall defend, indemnify and hold harmless Licensee, its agents, representatives, employees, and contractors from and against any compensatory damages, including reasonable attorney's fees and count costs, resulting from or relating to any third party claims against the Licensee unless due to the Licensee's negligence or willful misconduct or breach of contract.

d. Notwithstanding anything to the contrary herein, the liability of both parties is limited to compensatory damages and all other remedies or damages (except for equitable remedies) are expressly waived. In no event shall either party be liable to the other for any incidental, consequential or punitive damages, lost profits or other business interruption damages.

e. The Licensor hereby approve video and audio recording and live streaming of the Event for any and all future purposes of the Licensee, provided that recording audio/video footage will not contain disparaging, derogatory, harmful, unlawful, or inappropriate statements or images that would discredit or reflect unfavorably upon the Licensor. Licensee shall ensure that the Licensor receives proper audio and/or video credit for such use, as appropriate.

f. In the event that there is any conflict between the terms and provisions of this Agreement, the terms and provisions of this Agreement and/ or any Addendum shall control.

g. Except as otherwise expressly set forth herein, the Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, the parties hereunto have caused this Agreement to be signed in duplicate by their duly authorized representatives as of the date first above written.

(As Agent for The First Cathedral)                    Enfield Public Schools

By: Venton Forbes                                     By: _Christopher J Drezek_

Title: Special Events Coordinator                     Title: _Business Manager_

Date: January 14th, 2009                              Date: _2/7/04_

Signature: _Venton Forbes_                            Signature _Christopher J Drezek_

A:/FIRST.DOC 2009

Exhibit 52

 # ENFIELD PUBLIC SCHOOLS

### OFFICE OF THE SUPERINTENDENT OF SCHOOLS

| | | |
|---|---|---|
| **To:** | **Enfield Board of Education** | 04/13/10 |
| **From:** | **John Gallacher** | |
| **Re:** | **Discussion on Graduation Sites and Action, if any** | |

Mr. Duffy and Mr. Newton investigated several potential graduation sites in the Hartford-Springfield area and the Town Council provided information on holding graduation at the high schools or another in-town outdoor venue. Those reports are in your packet.

The Board may wish to discuss the various options. The high school principals are present to answer any questions. As a reminder, the budget has $32,000.00 total in graduation costs ($15,000 for EHS and $17,000 for FHS). Those funds include everything associated with the ceremonies (i.e. diplomas, honor tassels, flowers, bus rental for bands, etc.) not just facility rental costs.

Therefore, the Enfield Board of Education may discuss the graduation sites and take any action(s) deemed appropriate.

## Possible Graduation Sites for Enfield/Enrico Fermi Public Schools:  same day-4:00/7:00 p.m.

(two separate day costs for each site are approximately double the facilities cost indicated below)

| Site | $Cost$- 1 day | $Cost$- 2 day | Availability | Capacity | Comments |
|---|---|---|---|---|---|
| Mohegan Sun | 40,000 facility<br>4,500 associated | plus<br>40,000<br>4,500 | 23-Jun | 10,000 | Free covered parking garage |
| Comcast Theater | 28,900 | plus<br>20,000 | 23-Jun | 6200 | Quoted time s 2:00-4:00/ 6:00-8:00<br>Includes videography, tickets,<br>Parking on site : lawn/gravel<br>Backstage room for reception |
| The Bushnell | 26000 | plus<br>20,000 | TBD | 2800 | Parking a question: main lot across the street is primarily used by CSDE dept employees during the day |
| CT Convention Center Ballroom | 13,000 facility<br>3,800 associated | plus<br>10.00<br>2800 assoc | 23-Jun | 3200 | Does not include videography<br>$7.00 per car parking fee (covered parking garage) elevators from garage to CC |
| XL Center | previous quote | ?? | TBD | 13,000+ | Indicated that they had already responded to an Enfield request for a price/quote. |
| Tent Rental | 31,900 | plus<br>6600 | 23-Jun<br>(but requires 3-days) | # of chairs 1800 | 100' x 250' CT Rental Center<br>Includes chairs: set up and break-down<br>Includes Damage waiver & sales tax. |
| Trinity College | | | | | No parking avaible on site or nearby |
| Bernie's Warehouse | | | | | Needs a great deal of cleanup and "dress up" |
| La Renaissance | | | | | Too small for FHS |
| Univ of Hartford | | | | | Possibly too small for FHS |
| | | | | | Diplomas, Jackets; Flowers, Medals, etc. are not included in above quotes. |
| | | | | | Date availibility as of 03-08-2010 |

CCLE258

Massachusetts Graduation Site Research Report

## Western New England College:

WNEC has the dates June 21, 22, and 23 available. They could possibly have June 24 or 25 also available but they prefer to use the beginning of the week. The graduation would be held in their Alumni Healthful Living Center (AHLC). This is a very large gymnasium that is fully air-conditioned. They hold their own graduation here. The facility holds 2000 people in the bleachers and they could put 1000+ chairs on the floor. We would need to rent the chairs for $1.10 each from Taylor Rental but WNEC could make the arrangement for us. The rental fee for the facility is $1800 but the costs for police and security ($2000 est.) and set up/clean up ($1000 est.) is additional. The total cost for the rental would be $6200 if both schools graduated on the same day. If the graduation were held on separate days you'd pay the facility rental fee twice but the police/security and set up/clean up costs would be similar since they are done on an hourly basis. They might be a bit more but not much. The chair rental fee is also only paid once. They contract with Valley Communication for rental of large screens and video projection and taping. If we wanted those services they would need to be contracted separately but WNEC is happy to allow us to bring them in. The facility is fully handicapped accessible with ample restrooms for the public. There is plenty of free parking on campus in the lots surrounding the facility. If we choose WNEC their "internal" committee will have to approve our request for facility use.

## Springfield Symphony Hall:

A number of Massachusetts schools graduate from this facility. The facility is available throughout the entire week of June 21 – 25. The cost would be $5700 a day for separate graduations ($11,400) or $8700 if we held the graduations back to back on the same day. If we held the graduation on the same day we'd be looking at something like 3:00 PM – 5:00 PM for the first and 7:00 PM – 9:00 PM for the second. Parking is nearby at a cost of $3.00 per vehicle. These costs include one police officer and ushers / security personnel supplied by Symphony Hall. If we want to hire additional officers they can be contracted at a cost of $180 per event per officer. This facility seats 2611 including graduates and spectators. We would likely need to limit each graduate to 8 tickets each but that should not be a huge issue. Symphony Hall would only allow individuals with tickets to enter the facility. There is no ability to video tape the production as there are union issues within the facility that make this extremely difficult. The facility is air conditioned and fully handicapped accessible with ample restrooms for the public. The facility requires a certificate of insurance from us.

## The Mass Mutual Center in Springfield, Massachusetts

A number of schools and colleges use this facility for their graduation ceremonies. The facility is available the entire week of June 21 – 25. The rental fee for the facility is $6000. There is an additional fee of $5700 which includes the full event staff, police, security, set up, clean up, and operation of the PA system. This would bring the cost to $11,700 inclusive of everything. This cost is the same for one graduation on a day or if we held two graduations on the same day. The cost would however double to $23,400 if we held separate graduations on two days. The facility seats 6600. Only the graduation staging (included) and the graduates would occupy the arena floor. Spectators would sit in the arena seating. Parking is available at the attached garage at a cost of $7.00 per car. Video presentation (on the large overhead video screens) and a single DVD taping of the ceremony is available for an additional charge of $2000 per day (if both graduations were on the same day we would only be charged the $2000 fee once). The facility is air conditioned and fully handicapped accessible with ample restrooms for the public. The facility requires a certificate of insurance from us. If we held graduations on the same day we would be looking at a schedule similar to that at Symphony Hall. The Mass Mutual Center did seem to be more flexible than Symphony Hall in terms of the timing of the graduations.

Massachusetts Graduation Sites

# Quick Facts At A Glance

| | Western New England College | Springfield Symphony Hall | Mass Mutual Center |
|---|---|---|---|
| Dates Available | June 21, 22, 23 | June 21, 22, 23, 24 | June 21, 22, 23, 24 |
| Rental Cost of Facility | $1,800 | $5700 - one graduation / $8700 - two graduations | $6,000 |
| Parking Costs | 0 | $3.00 / car | $7.00 / car |
| Cost for Security / Police | $2,000 | 1 included / $180 ea. Add'l | Included below |
| PA / Sound System Costs | Included | Included | Included below |
| Set Up - Clean Up Costs | $1000 (est.) | Included | Included below |
| Other Associated Costs | Chair Rental $1400 (est.) | None | $5,700 |
| Total Cost from Facility | $6,200 | $5700 / $8700 | $11,700 |
| Toilet Availability | Yes | Yes | Yes |
| Seating Capacity | 2000 - bleachers / 1000 floor | 2611 | 6600 |
| Video Taping Available | They use Valley Communication | No | Yes - $2000 |
| Handicapped Accessible | Yes | Yes | Yes |
| Staging Area Available | Yes | Yes | Yes |
| Facility Demands / Requirements | Certificate of Ins. | Certificate of Ins. Printing of Tickets | Certificate of Ins. |
| Reception Area Available | Yes | No | Yes |
| Catering Available | Yes | No | Yes |

CCLE291

**One Site 2 Days**                                        $   21,170

Tent Rental for two days                    10,000    Includes set up and take down as well as chairs
Porta-Johns                                  1266    Rental/Service of 12 assorted Porta-a-potties
Rental for Chairs                            2500    rental of 2,000 chairs

      Total                    13,766

| Outdoor Graduation Site | Quantity/hours | Cost/unit | Total Cost | Comments |
|---|---|---|---|---|
| Stage Setup. etc | 32 | 37.48 | 1,199 | 8 B&G employees on straight time |
| Satge Breakdown, etc. | 28 | 37.48 | 1,049 | 7 B&G employees on straight time |
| During Events | 18 | 45.00 | 810 | 3 B&G employees on overtime |
| Electric Service Connection | | | 500 | B&G Parts & Labor est. |

      Total                    $   3,559

| Common Costs | Quantity/hours | Cost/unit | Total Cost | Comments |
|---|---|---|---|---|
| Public Safety- Day 1 | 40 | 48.06 | 1,922 | 10 Officers at Special Assignment rate for 4 hours |
| Public Safety- Day 2 | 40 | 48.06 | 1,922 | 10 Officers at Special Assignment rate for 4 hours |

      Total                    $   3,845

## Option 1 - Rental of Field Protection System $ 29,035

**Fermi High School** $ 14,518

| Outdoor Graduation Site | Quantity | Cost/unit | Total Cost |
|---|---|---|---|
| Field Protection System Rental | 1 | 5,000 | 5,000 |
| Field Protection System Installation | 9 hours | 33.88 | 305 |
| Field Protection System Breakdown | 9 hours | 33.88 | 305 |
| **Installation/Field setup** | **32 hours** | **37.48** | **1,199** |
| **Breakdown/Field setup** | **28 hours** | **45** | **1,260** |
| Total | | $ | 8,069 |

| Indoor Graduation Site | | | |
|---|---|---|---|
| **Installation** | **20** | **31.98** | **640** |
| **Installation** | **4** | **37.48** | **150** |
| **During Event** | **6** | **31.98** | **192** |
| **During Event** | **9** | **45** | **405** |
| **Breakdown** | **20** | **31.98** | **640** |
| Total | | | 2,026 |

| Common Costs | | | |
|---|---|---|---|
| Chair Rental | | | 2,500 |
| Public Safety | 40 hours | 48.06 | 1,922 |
| Total | | $ | 4,422 |

**Enfield High School** $ 14,518

| Outdoor Graduation Site | Quantity | Cost/unit | Total Cost |
|---|---|---|---|
| Field Protection System Rental | 1 | 5,000 | 5,000 |
| Field Protection System Installation | 9 hours | 33.88 | 305 |
| Field Protection System Breakdown | 9 hours | 33.88 | 305 |
| **Installation/Field setup** | **32 hours** | **37.48** | **1,199** |
| **Breakdown/Field setup** | **28 hours** | **45** | **1,260** |
| Total | | $ | 8,069 |

| Indoor Graduation Site | | | |
|---|---|---|---|
| **Installation** | **20** | **31.98** | **640** |
| **Installation** | **4** | **37.48** | **150** |
| **During Event** | **6** | **31.98** | **192** |
| **During Event** | **9** | **45** | **405** |
| **Breakdown** | **20** | **31.98** | **640** |
| Total | | | 2,026 |

| Common Costs | | | |
|---|---|---|---|
| Chair Rental | | | 2,500 |
| Public Safety | 40 hours | 48.06 | 1,922 |
| Total | | $ | 4,422 |

omments
Field tarp and rigid interlocking surface system
9 employees during regular work schedule for field cover
9 employees during regular work schedule for field cover
**8 B&G employees on straight time**
**7 B&G employees on overtime**

**5 Custodial eployees on straight time**
**2 B&G employees on straight time**
**2 Custodial employees on straight time**
**3 B&G employees on overtime**
**5 Custodial employees on straight time**

2,000 Chairs
10 Officers at Special Assignment rate for 4 hours

Comments
Field tarp and rigid interlocking surface system
9 employees during regular work schedule for field cover
9 employees during regular work schedule for field cover
**8 B&G employees on straight time**
**7 B&G employees on overtime**

**5 Custodial eployees on straight time**
**2 B&G employees on straight time**
**2 Custodial employees on straight time**
**3 B&G employees on overtime**
**5 Custodial employees on straight time**

2,000 Chairs
10 Officers at Special Assignment rate for 4 hours

## ption 2 - Purchase of Field Protection System          $ 74,035.20

Field Protection System          1     55,000     55,000     Field tarp and rigid interlocking surface system

**erml High School**                              $     9,518

| Outdoor Graduation Site | Quantity | Cost/unit | Total Cost | Comments |
|---|---|---|---|---|
| Field Protection System Installation | 9 hours | 33.88 | 305 | 9 employees during regular work schedule for field cover |
| Field Protection System Breakdown | 9 hours | 33.88 | 305 | 9 employees during regular work schedule for field cover |
| Installation/Field setup | 32 hours | 37.48 | 1,199 | 8 B&G employees on straight time |
| Breakdown/Field setup | 28 hours | 45 | 1,260 | 7 B&G employees on overtime |
| Total | | | $   3,069 | |

| Indoor Graduation Site | | | | |
|---|---|---|---|---|
| Installation | 20 | 31.98 | 640 | 5 Custodial eployees on straight time |
| Installation | 4 | 37.48 | 150 | 2 B&G employees on straight time |
| During Event | 6 | 31.98 | 192 | 2 Custodial employees on straight time |
| During Event | 9 | 45 | 405 | 3 B&G employees on overtime |
| Breakdown | 20 | 31.98 | 640 | 5 Custodial employees on straight time |
| Total | | | 2,026 | |

| Common Costs | | | | |
|---|---|---|---|---|
| Chair Rental | | | 2,500 | 2,000 Chairs |
| Public Safety | 40 hours | 48.06 | 1,922 | 10 Officers at Special Assignment rate for 4 hours |
| Total | | | $   4,422 | |

**nfield High School**                              $     9,518

| Outdoor Graduation Site | Quantity | Cost/unit | Total Cost | Comments |
|---|---|---|---|---|
| Field Protection System Installation | 9 hours | 33.88 | 305 | 9 employees during regular work schedule for field cover |
| Field Protection System Breakdown | 9 hours | 33.88 | 305 | 9 employees during regular work schedule for field cover |
| Installation/Field setup | 32 hours | 37.48 | 1,199 | 8 B&G employees on straight time |
| Breakdown/Field setup | 28 hours | 45 | 1,260 | 7 B&G employees on overtime |
| Total | | | $   3,069 | |

| Indoor Graduation Site | | | | |
|---|---|---|---|---|
| Installation | 20 | 31.98 | 640 | 5 Custodial eployees on straight time |
| Installation | 4 | 37.48 | 150 | 2 B&G employees on straight time |
| During Event | 6 | 31.98 | 192 | 2 Custodial employees on straight time |
| During Event | 9 | 45 | 405 | 3 B&G employees on overtime |
| Breakdown | 20 | 31.98 | 640 | 5 Custodial employees on straight time |
| Total | | | 2,026 | |

| Common Costs | | | | |
|---|---|---|---|---|
| Chair Rental | | | 2,500 | 2,000 Chairs |
| Public Safety | 40 hours | 48.06 | 1,922 | 10 Officers at Special Assignment rate for 4 hours |
| Total | | | $   4,422 | |

**Option 3 - Puchase of Field Protection System**  $ 55,254.88

Field Protection System            1    35,000    35,000    Field tarp, 3/4" tongue and groove plywood

**:mi High School**                          $    10,127

| Outdoor Graduation Site | Quantity | Cost/unit | Total Cost | Comments |
|---|---|---|---|---|
| Field Protection System Installation | 18 hours | 33.88 | 610 | 9 employees during regular work schedule for field cover |
| Field Protection System Breakdown | 18 hours | 33.88 | 610 | 9 employees during regular work schedule for field cover |
| **Installation/Field setup** | **32 hours** | **37.48** | **1,199** | **8 B&G employees on straight time** |
| **Breakdown/Field setup** | **28 hours** | **45** | **1,260** | **7 B&G employees on overtime** |
| **Total** | | | $    3,679 | |

| Indoor Graduation Site | | | | |
|---|---|---|---|---|
| **Installation** | 20 | 31.98 | 640 | **5 Custodial eployees on straight time** |
| **Installation** | 4 | 37.48 | 150 | **2 B&G employees on straight time** |
| **During Event** | 6 | 31.98 | 192 | **2 Custodial employees on straight time** |
| **During Event** | 9 | 45 | 405 | **3 B&G employees on overtime** |
| **Breakdown** | 20 | 31.98 | 640 | **5 Custodial employees on straight time** |
| **Total** | | | 2,026 | |

| Common Costs | | | | |
|---|---|---|---|---|
| Chair Rental | | | 2,500 | 2,000 Chairs |
| Public Safety | 40 hours | 48.06 | 1,922 | 10 Officers at Special Assignment rate for 4 hours |
| **Total** | | | $    4,422 | |

**Enfield High School**                      $    10,127

| Outdoor Graduation Site | Quantity | Cost/unit | Total Cost | Comments |
|---|---|---|---|---|
| Field Protection System Installation | 18 hours | 33.88 | 610 | 9 employees during regular work schedule for field cover |
| Field Protection System Breakdown | 18 hours | 33.88 | 610 | 9 employees during regular work schedule for field cover |
| **Installation/Field setup** | **32 hours** | **37.48** | **1,199** | **8 B&G employees on straight time** |
| **Breakdown/Field setup** | **28 hours** | **45** | **1,260** | **7 B&G employees on overtime** |
| **Total** | | | $    3,679 | |

| Indoor Graduation Site | | | | |
|---|---|---|---|---|
| **Installation** | 20 | 31.98 | 640 | **5 Custodial eployees on straight time** |
| **Installation** | 4 | 37.48 | 150 | **2 B&G employees on straight time** |
| **During Event** | 6 | 31.98 | 192 | **2 Custodial employees on straight time** |
| **During Event** | 9 | 45 | 405 | **3 B&G employees on overtime** |
| **Breakdown** | 20 | 31.98 | 640 | **5 Custodial employees on straight time** |
| **Total** | | | 2,026 | |

| Common Costs | | | | |
|---|---|---|---|---|
| Chair Rental | | | 2,500 | 2,000 Chairs |
| Public Safety | 40 hours | 48.06 | 1,922 | 10 Officers at Special Assignment rate for 4 hours |
| **Total** | | | $    4,422 | |

Exhibit 53

## ENFIELD GRADUATION PROPOSAL

**2 Graduations on June 23, 2010**   *Symphony Hall*

**Fixed price for rental - $8,500 includes:**
- ➢ Facility
- ➢ Stagehands
- ➢ Ushers
- ➢ Admin
- ➢ 1 police officer
- ➢ 1 Emt
- ➢ Technical Director

**Additional Services would include, but not limited to (for both ceremonies):**
- ➢ Projection equipment - $550
- ➢ Video camera - $300
- ➢ Projection stagehands - $300
- ➢ Recording stagehands - $1,900

$3,050
+ 8,500

$11,550

*— this does not include company
to film & make D.V.D. costs
(which will prob. be recouped
in the sale of the D.V.D's)*

Subj:    **Revised Operational Cost Estimate**
Date:    1/5/2010 3:36:01 P.M. Eastern Standard Time
From:
To:
** High Priority **

Hi Peter,
I was just re-reading the operational  estimate and I noticed I over charged you so I have attached a
revised estimate ($1200.00 less).  I also got a chance to speak with my GM and we are willing to reduce
the rental down to $13,000.00.  We will also take 30% off the audio visual estimate (once we have it
available).  I hope this helps.  Let me know your thoughts.

Julia

Julia Miller
Catering Sales Manager
Connecticut Convention Center
100 Columbus Blvd.
Hartford, CT 06103
860.249.6000
D. 860.728.2609
F. 860.249.6161
www.ctconventions.com

LEGAL NOTICE
Unless expressly stated otherwise, the information contained in this message is confidential, may be
privileged, and protected from disclosure. If the reader of this message is not the intended recipient, or an
employee or agent responsible for delivering this message to the intended recipient, you are hereby
notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you
have received this communication in error, please notify the sender immediately by replying to the
message, permanently deleting it from your computer and/or destroy any copies/printouts of this
message.

## ESTIMATED ASSOCIATED CATERING EXPENSES

| | | | | | Date of Event: | |
|---|---|---|---|---|---|---|
| Town of Enfield/Gradutaion Ceremonies | | | | | 23-Jun-10 | |
| Date Produced: | 1/5/2010 | | Produced By: | Julia Miller | | |

### Event Schedule

| Day | Date | Space | Activity | Start Time | End Time | Total |
|---|---|---|---|---|---|---|
| Wednesday | 6/23/2010 | Ballroom | Graduation | 11:00AM | 2:00PM | 3.00 |
| Wednesday | 6/23/2010 | Ballroom | Refresh | 2:00PM | 6:00PM | 4.00 |
| Wednesday | 6/23/2010 | Ballroom | Graduation | 6:00PM | 9:00PM | 3.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Event Hours | 6 | | Total Move-in/Out Hours | | | |

### Event Staff

| Event Staff | | Cost/hr | Quantity | Hours | 20% Service Charge | 6% Sales Tax | Cost |
|---|---|---|---|---|---|---|---|
| Coat Check Attendant | | $15.00 | | | N/A | $0.00 | $0.00 |
| Building Engineer | | $60.00 | | | N/A | $0.00 | $0.00 |
| Set-up | | $25.00 | | | N/A | $0.00 | $0.00 |
| Environmental | | $25.00 | 4 | 12 | N/A | $0.00 | $1,200.00 |
| Logistics | | $25.00 | 4 | 12 | N/A | $0.00 | $1,200.00 |
| Security | | $25.00 | | | N/A | $0.00 | $0.00 |
| Traffic Police | 3:00PM-7:00PM | $65.00 | 2 | 4 | N/A | $0.00 | $520.00 |
| Nurse | Cient To Provide | $55.00 | | | N/A | $0.00 | $0.00 |
| Police | | $65.00 | 1 | 8 | N/A | $0.00 | $520.00 |

### Culinary Staff

| Culinary Staff | Cost/hr | Quantity | Hours | 20% Service Charge | 6% Sales Tax | Cost |
|---|---|---|---|---|---|---|
| Chef Attendant | $110.00 | N/A | N/A | N/A | $0.00 | $0.00 |
| Bartender | $75.00 | N/A | N/A | N/A | $0.00 | $0.00 |
| Servers | $25.00 | N/A | N/A | N/A | $0.00 | $0.00 |

### Inventory

| Inventory | Cost | Quantity | | | | Cost |
|---|---|---|---|---|---|---|
| Linen | $0.00 | | N/A | N/A | $0.00 | $0.00 |
| Table | $50.00 | | N/A | N/A | $0.00 | $0.00 |
| Stage | $0.00 | | N/A | N/A | $0.00 | $0.00 |

### Services

| Services | Cost | Quantity | Days | | | Cost |
|---|---|---|---|---|---|---|
| Telecommunications | $0.00 | | | $0.00 | $0.00 | $0.00 |
| Electrical | $0.00 | | N/A | N/A | $0.00 | $0.00 |
| Room Recore | $50.00 | | N/A | N/A | $0.00 | $0.00 |

### Misc.

| Misc. | Cost | | | | | Cost |
|---|---|---|---|---|---|---|
| Insurance Certificate | $175.00 | | | N/A | | $0.00 |
| Final Hall Clean Up | $0.00 | N/A | N/A | N/A | $0.00 | $0.00 |

| | |
|---|---|
| Subtotal: | $3,440.00 |
| Service Charge: | $0.00 |
| Tax: | $0.00 |
| Total Estimated Charges: | $3,440.00 |

Please note that all costs are subject to change as rates increase. Please confirm all costs prior to your event. Additional costs may apply as dictated by your event specs, state regulations and building policy. Plus applicable taxes.

Client Signature _____

Printed Name _____

Date _____

The La' Renaissance          Atul Vachhani
                             860-623-9861

Ball Room :
    1)  Will hold 1,500   -250 kids can be seated on the dance floor
                              -1,250 guests in a semi-circle, on 4 levels
                              -up to 100 on the stage ( BOE, teachers, admin., Val. & Sal.)
    2)  Cost:
            - 1 day = $4,000
            -2 days =$ 7,000

Cambridge Room :
    3)  Will hold 5,00    - additional seating ( if needed or desired )
            -1 day = $1,500
            -2 days = $2,500

THIS ALLOWS FOR  2,000  BODIES TO ATTEND-------------------------------------------

    4)  2 polices officers need to be hired-----------------our cost ( can use Enfield
       police )

    5)  Parking up to 500 spaces----------------------------prefer we bus kids in

    6)  We need to bring in our own AV equipment ( handle in-house )

    7)  Will need a big screen if using the Cambridge Room ( handle in-house )

    8)  We could hire an outside company to handle items 6 & 7 ( have contacted a
       company out of Chicopee, Ma. )

    9)  Coffee / cake/ water in the lobby apx. $1.80 per person, for 1,200.

    10) Clean up is $500 ( $1,000 ) , if done twice

    11) If done in one day, they need a 2 hour clean-up period in between graduations.

    12) Chair rental is $900, whether 1 day or 2 day.

    13) If we wanted the Cambridge room for just a place for snacks and pictures, cost
        is $500 . That means graduation(s) would be in the main ball room only.

    14) Possible times :   1-3    and    5-7     ( if only a 1 day event )
                         2-4    and    6- 8
                         3-5    and    7-9
    15) 2 graduations is apx. $2,000 more than doing it all on one day.

                                                  P. Jonaitis

# Graduation costs 2006 compared to 2009

|  | 2006 EHS | 2006 FHS |  | 2009 EHS | 2009 FHS |
|---|---|---|---|---|---|
| Diplomas/Invites/printing | 6,951 | 6,516 |  | 4,456 | 6,638 |
| Flowers | 1,157 | 392 |  | 408 | 947 |
| Custodians | 5,452 | 4,591 |  | 463 | 411 |
| Police | 2,757 | 2,068 |  |  |  |
| Chair Rental | 2,231 | 2,000 |  |  |  |
| Sound System | 750 | 750 |  |  |  |
| Port-a-Lets | 375 | 378 |  |  |  |
| Music/Video | 566 |  |  |  |  |
| Cathedral |  |  |  | 8,780 | 8,780 |
| Busing |  |  |  | 315 | 283 |
| TOTAL | 20,239 | 16,695 |  | 14,422 | 17,059 |

NOTE:

When comparing costs please note that additional expenses would be incurred by holding graduation at the individual schools. (See attached documents from March 2008 for details.) Additional costs would be incurred for additional bleacher seating and field coverage at both schools. These issues could increase the cost for each high school building by $20,000 to $50,000 based on March 2008 pricing.

2009-2010 budget

EHS 15K

FHS 17K