# Exhibit 54

**MINUTES ADOPTED AS PRESENTED 03/15/2010**

**ENFIELD TOWN COUNCIL**
**MINUTES OF A REGULAR MEETING**
**MONDAY, MARCH 1, 2010**

Search:

[go]

About
Enfield
Agendas/
Minutes
Alerts
Calendars
Contact Us
Court Case
Decisions
Departments
Directions
Enfield
Recycles
Events
Forms
Government
Job
Openings
Mail list
Project
Updates
Services
Surveys

**Calendar**
**4/26/2010:**
Zoning Board of
Appeals
**4/27/2010:**
DPW
Subcommittee
**5/3/2010:**
Town Council
Regular Meeting
More...

The Regular Meeting of the Enfield Town Council was called to order by Chairman Kaupin in the Council Chambers of the Enfield Town Hall, 820 Enfield Street, Enfield, Connecticut on Monday, March 1, 2010. The meeting was called to order at 7:08 p.m.

**PRAYER -** The Prayer was given by Councilman Mangini.

**PLEDGE OF ALLEGIANCE** – The Pledge of Allegiance was said.

**ROLL-CALL** – Present were Councilmen Bosco, Dumont, Edgar, Hall, Kaupin, Keller, Kiner, Lee, Mangini and Nelson. Councilman Crowley entered at 7:41 p.m. Also present were Town Manager, Matthew Coppler; Assistant Town Manager, Daniel Vindigni; Town Attorney, Kevin Deneen; Director of Public Works, Piya Hawkes

**FIRE EVACUATION ANNOUNCEMENT**

Chairman Kaupin made the fire evacuation announcement.

**MINUTES OF PRECEDING MEETINGS**

**MOTION #780** by Councilman Hall, seconded by Councilman Kiner to accept the minutes of the February 16, 2010 Special Meeting.

Upon a **SHOW-OF-HANDS** vote being taken, the Chair declared **MOTION #780** adopted 9-0-1, with Councilman Mangini abstaining.

**MOTION #781** by Councilman Nelson, seconded by Councilman Dumont to accept the minutes of the February 16, 2010 Regular Meeting.

Upon a **SHOW-OF-HANDS** vote being taken, the Chair declared **MOTION #781** adopted 9-0-1, with Councilman Mangini abstaining.

**MOTION #782** by Councilman Nelson, seconded by Councilman Hall to accept the minutes of the February 20, 2010 Special Meeting.

Upon a **SHOW-OF-HANDS** vote being taken, the Chair declared **MOTION #782** adopted 6-0-4, with Councilmen Edgar, Keller, Kiner and Mangini abstaining.

**SPECIAL GUESTS**

Senator John Kissel was present as a special guest.

Senator Kissel stated the Governor released today her 2010 Deficit Mitigation Plan. He noted his first review of this document doesn't show anything that hurts Enfield as far as funding for the current fiscal year that ends June 30th.

He stated beginning July 1st, the Governor proposes reducing municipal aide by $45 million dollars. He noted it's not necessarily indicated which funding streams this would impact.

He noted it's anticipated that the revenue shortfall for the current fiscal year is about $504 million dollars.

Senator Kissel stated he provided the Council a document which shows the 2010-2011 budget adjustments proposed by the Governor in her projections. He noted at this time the Governor's office is projecting approximately a $684 million dollar shortfall for the

Discussion followed about the pros and cons of cleaning and sealing the roof or totally replacing the shingles.

It was the consensus of the Council to replace the roof with the same red cedar shingles and to connect the new concrete sidewalk around the gazebo to the monument. It was noted there's $25,000 in this account. Chairman Kaupin suggested also shoring up the bricks and mortar on the deck and stairs.

## TOWN ATTORNEY REPORT AND COMMUNICATIONS

Attorney Deneen stated he had no formal report this evening.

## REPORT OF SPECIAL COMMITTEES OF THE COUNCIL

Councilman Mangini stated she and Councilman Hall attended the radio refarming meeting on February 23rd, and they're waiting for the results of the Phase II study. She noted she's going to the National League of Cities in Washington, D.C., and she will be lobbying for $7 million dollars for this project.

Councilman Hall stated the Clean Energy Committee met, and they're doing a challenge between the Town buildings to see who can save the most energy. She noted this is being done for Earth Day. She explained they will choose a month and compare that month to last year's bills to see how much can be saved. She stated they're also going before the Board of Education to offer the same challenge for the students to participate at each of the schools. She pointed out West Hartford did such a challenge, and they saved 30% in their power bills for a month.

Councilman Hall stated she attended her first subcommittee meeting for the refarming, and she found it very interesting and very complex. She noted she learned that along with the $7.5 million dollars, they came up with another plan involving rebanding their present UHF channels. She explained instead of $7.5 million dollars, they're looking at $2.5 million dollars. She noted at the subcommittee meeting, presentations will be put together for both plans, and that will come before the Town Council.

Councilman Mangini stated one of the main themes that came up at the refarming meeting is that they want to look at the dollars and the long range cost savings, and they should know more after that next meeting.

## OLD BUSINESS

All appointments remained tabled.

Items C, D, and E. remained tabled.

**MOTION #784** by Councilman Mangini, seconded by Councilman Nelson to remove Item F from the table.

Upon a **SHOW-OF-HANDS** vote being taken, the Chair declared **MOTION #784** adopted 11-0-0.

## DISCUSSION RE: COVERING OF ATHLETIC FIELDS FOR EVENT USE

Mr. Coppler stated the Council has before them the figures for the four different options. He noted the Council already discussed Options 1 through 3, and the new option involves one site for two days. He noted the concept would be a sufficiently sized tent that could seat 2,000 people at one site, along with all the necessary amenities. He stated they'd first have to find a location for the event. He noted this is estimated at about $13,766. He stated there would still be staff time for stage set-up and breakdown. He noted they'd also need an electric service connection. These additional charges would amount to $3,500 for the two days. He added they'd still need the contingent of police officers for the two days,

and that cost is the same as if they were doing different sites, and that amounts to $3,845. He noted the total cost for one site for two days is estimated at $21,170.

Chairman Kaupin stated his belief they were to forward these options and estimates to the Board of Education so they can use this information for their decision-making.

Councilman Crowley stated if they decide to hold the graduation off-site, does the event stay in Enfield, or can they go anywhere they wish. Mr. Coppler noted the one site concept they looked at would be at a site within Enfield that meets the parameters of accessibility and parking.

Councilman Lee questioned what the Town has budgeted currently for this activity. Chairman Kaupin stated the Town has labor responsibility, and the Board of Education covers the rest of the expense.

Mr. Coppler stated he will pass this information to the Board of Education.

**MOTION #785** by Councilman Lee, seconded by Councilman Keller to remove this item from the agenda.

Councilman Crowley wanted it to be clear that the Town Council isn't sending a message that the Town is purchasing a covering for the field. Chairman Kaupin noted that is their understanding. Mr. Coppler stated the only thing budgeted for this event relates to any employees that are working regular time. He noted overtime isn't budgeted for this, nor is anything budgeted for the purchase of any of the field protection or tent rental.

Councilman Crowley questioned if this information can be posted on the Town's website, and Chairman Kaupin pointed out as soon as the minutes are posted on the Town's website, this information will be available.

Upon a **SHOW-OF-HANDS** vote being taken, the Chair declared **MOTION #785** adopted 11-0-0.

**NEW BUSINESS**

**RESOLUTION #786** by Councilman Nelson, seconded by Councilman Hall.

WHEREAS, the Town of Enfield has received a request from Attorney Thomas W. Fahey, dated January 5, 2010 to abandon the undeveloped right-of-way between Barrett and South Road; and

WHEREAS, the Council must refer this proposed transaction to the Planning and Zoning Commission for a report in conformance with the requirements of Connecticut General Statute 8-24;

NOW, THEREFORE, BE IT RESOLVED, that the proposed abandonment described above be referred to the Planning and Zoning Commission in conformance with the requirements of Connecticut General Statute 8-24.

Mr. Coppler stated there was a question regarding if Council forwards this to Planning & Zoning if he could do a letter to Planning & Zoning to let them know that once the property is approved to sell, it be done through public auction. He noted he can put this memo together and forward it.

Councilman Nelson stated the public should have the right to know what the Town's intent is regarding this.

Councilman Edgar questioned whether the Town should abandon this. He noted with the new development going into that area, this is a road that could be used for emergency access by EMS and the fire and police departments. He stated his belief the Town should

(c) Upon a police or other emergency services response to a false alarm at a Protected Property, a notice of such response shall be left at the property or mailed to the property owner as shown on the Assessor's records of the Town of Enfield, noting the date and time of the response and that a false alarm was noted. Said notice shall also include a notification of the penalties that may be imposed as set forth below.

(d) The town will charge the subscriber of an alarm system a penalty of $15.00 for the first emergency services or police response to a false alarm, and a penalty of $90.00 for each subsequent false alarm for a registered protected property, and a penalty of $90.00 for the first and any subsequent false alarm for any unregistered protected property.

(e) The provisions of this ordinance shall not apply to alarms owned or used by the Town of Enfield or its agencies, including the Board of Education, the State of Connecticut or the United States of America.

Sec. 34-34. Right to appeal.

Any person issued a citation pursuant to this section shall be entitled to a hearing to contest the citation pursuant to the provisions of G.S. § 7-152c. The Town Manager shall appoint a hearing officer. The hearing officer shall not be a police officer or any other town employee.

Sec. 34-35. Payment of fines.

(a) All fines payable under this article will be made to the Town of Enfield and, unless appealed pursuant to section 34-34, will be due and payable immediately upon the issuance of the citation, subject to the abatement and waiver provisions as set forth in section 34-33. If a registrant or property owners fails to pay any fine within thirty (30) days of when it is due, the levied fine shall be increased by $100.00.

(b) Continued failure to pay the fine may result in an Infraction (State/Court ticket) being issued to the registrant or property owner for failure to comply with a Town ordinance.

Sec. 34-36. Administration and enforcement.

The chief of police will enforce and administer this article and any rules and regulations promulgated. The chief of police shall also report to the town council on an annual basis.

Sec. 34-37. Violation of article.

A violation of this article shall be an infraction pursuant to G.S. § 51-164p.

**Site Map   Print   Disclaimer   Privacy   Accessibility   Glossary**
© Copyright 2006 Town of Enfield, Connecticut. All Rights Reserved.

Exhibit 55

APPROVED MINUTES OF A REGULAR MEETING OF THE
WINDSOR BOARD OF EDUCATION
APRIL 24, 2001

THE MINUTES HAVE BEEN DULY APPROVED BY THE WINDSOR BOARD
OF EDUCATION ON MAY 15, 2001 AS AGENDA ITEM 01-61g.

01-50    SUPERINTENDENT'S REPORT

a.    Last Day of School and Graduation - Friday, June 22, 2001

Superintendent Silverman reported the last day of school and the date of the Windsor
High School Graduation are both Friday, June 22, 2001.

Windsor High School Principal John Burruto and Vice Principal Anne Ford made a
recommendation to the Board regarding the rental of the First Cathedral in Bloomfield at
a cost of $4,500 for the WHS graduation this year. Ms. Ford discussed what is included
in the cost for First Cathedral and other options that were considered. Questions,
comments and concerns from Board members followed.

President Kenneson questioned the possibility of using the Windsor Police and Windsor
Police Explorers at the Windsor High School graduation. Mr. Eichner asked if WIN-
TV has been contacted to coordinate acquisition of tapes from graduation or to provide a
crew for the graduation ceremony.

Exhibit 56

APPROVED MINUTES OF A REGULAR MEETING OF THE
WINDSOR BOARD OF EDUCATION
APRIL 22, 2003

THE MINUTES HAVE BEEN DULY APPROVED BY THE WINDSOR BOARD
OF EDUCATION ON MAY 20, 2003 AS AGENDA ITEM 03-138a.

a.      Last Day of School and Graduation – Thursday, June 19, 2003

Ms. Moreton made a motion, seconded by Mr. Perreault, that the last day of school land
graduation be Thursday, June 19, 2009.  *The motion was approved by a 9-0-0 vote.*

The Windsor High School graduation will be held at First Cathedral at 6:00 p.m. on June
19, 2003.  Some discussion followed, led by Mr. McDonald, regarding returning the
graduation ceremonies to the Windsor High School football field.

Exhibit 57

South Windsor Board of Education
Regular Meeting
Minutes

October 25, 2005

**Motion:** Motion to accept the final report on board of education 2004 – 2006 goals. (Snyder/Daugherty)
**Vote:** Motion passed unanimously.

B. Motion to Approve 457(b) Plan

Dr. Wood stated that the 457(b) deferred compensation plan is an option that can be provided to employees who wish to enhance their retirement options. There is no cost to the board. He indicated that the motion will cover the required reading of the resolution.

**Motion:** Move to authorize establishment of a 457(b) plan. (Daugherty/Joy)
**Vote:** Motion passed unanimously.

C. Committee Reports

1. Review of Report to Re-energize Elementary Schools Initiative
   Mr. Joy stated that forum meetings are being scheduled to obtain public input on the direction of the next elementary referendum. Confirmed meeting dates are November 1 for community residents with a rebroadcast on November 8, and a meeting for the business community on November 4 at the Chamber of Commerce. The board agreed on a third meeting date of December 6 for community residents. Chairman O'Connor urged the citizens of the town to participate in the forums.

2. Review Report of Graduation Subcommittee
   Ms. Daugherty summarized the rationale for the committee's need to locate an alternative graduation site. She reviewed the report and stated that the committee determined First Cathedral to be an ideal venue. Discussion ensued with regard to setting graduation date.

   **Motion:** Move to establish June 21 as the graduation date for the Class of 2006 and that First Cathedral be the venue. (Daugherty/McCulloch)
   **Vote:** Motion passed unanimously.

   Ms. Daugherty stated the number of schools that are using alternative sites for graduation is growing. She proposed that the board set the June 2007 and June 2008 graduation dates now, which is permitted by state law to be set on the 185 day.

   **Motion:** Place on the agenda setting graduation date for 2007 and 2008. (Daugherty/Stahr)

   Ms. Daugherty clarified that she was asking to set the date of graduation, not the venue.

   **Motion:** Table this. (Fornuto/Egan)
   **Vote:** In favor (6)
   Opposed (3) (Katz, Stahr, Daugherty)
   Motion approved.

3. Review Report of Budget Subcommittee
   Mr. Joy stated that the committee met with Mr. Mercure and developed a forecasting model for use in review of the budget. The committee deliberated in an attempt to identify directives to guide the superintendent in the budget development. The board came to consensus that the superintendent would use the four guidelines, as outlined in the report.

Exhibit 58



P.O. #7002127

### USE OF FACILITY AGREEMENT

THIS AGREEMENT is made as of Monday, October 16, 2006 by and between First Baptist Church of Hartford, Inc., a Connecticut corporation with its principal place of business at 1151 Blue Hills Avenue, Bloomfield, Connecticut 06002 (hereinafter referred to as "Licensor") and Windsor High School of 50 Sage Park Road Windsor, CT. (hereinafter referred to as "Licensee").

WHEREAS, Licensor and/or its affiliates are the owners of certain improved real property in the Town of Bloomfield and County of Hartford and State of Connecticut, and which is identified for purpose of mail delivery as 1151 Blue Hills Avenue, Bloomfield, CT 06002.

WHEREAS, Licensee desires to use the Sanctuary, Multipurpose Room, and Fellowship Hall at the facilities located on the Property of The First Cathedral on Wednesday, June 13 and Thursday, June 14, 2007. In connection with Windsor High School's Class of 2007 Graduation Ceremony; and

WHEREAS, Licensor has agreed to permit Licensee to use the Property for the event during the period based on the terms and conditions contained herein.

NOW THEREFORE, in consideration of The First Cathedral's agreement to permit User to use the Property for the event, The First Cathedral and User agree as follows:

1.     License: Subject to the terms and conditions herein contained, Licensor grants to Licensee, and Licensee accepts from Licensor the right to use the maintained by Licensor at The First Cathedral, 1151 Blue Hills Avenue, Bloomfield, Connecticut on Wednesday, June 13, 2007, from 9:00 a.m. to 12:00 noon and Thursday, June 14, 2007, from 9:00 a.m. to 12:00 noon and 4:30 p.m. to 9:00 p.m. for the following purposes:

- June 13th dress rehearsal at 9:00 a.m.
- June 14th dress rehearsal at 9:00 a.m. and graduation exercise at 6:00 p.m. for a maximum of 3,000 people

***In the event of snow days, both parties will work together to agree on a mutual date._____

If a further description of this license is needed, see Exhibit A attached hereto and made a part hereof.

2.     Occupancy Charge: For Licensee's use as aforesaid, Licensee shall pay to Licensor a charge of $6,500 (Please note that the fee includes Bloomfield Police expenses, but does not include your security deposit or video reproduction expenses). Should the licensee fail to exit the facility by 9:00 p.m. on Thursday, June 14th, a $500.00 surcharge will be assess per hour starting at 9:15 p.m. and every hour thereafter. Any package left in the facility after your event will be discarded within 24 hours unless arrangements where made prior to the event. If package(s) are stored within the facility more than 24 hours after the date of your event, a $250 surcharge will be assess per day. Said charge shall constitute Licensee's payment for Licensee's use of Licensor's facility. Said sum shall be paid as follows:

$3,500 upon the signing of this Agreement.
$4,000 which includes the security deposit of $1,000.00 no later than May 12, 2007. If Licensee shall fail to make any of the above payments as required, this Agreement shall be terminated and shall be of no further force and effect, without notice. In addition, Licensor and Licensee acknowledge that a breach by Licensee will make it difficult for Licensor to effectively license the use of the facility. As a result, all payments made by Licensee to Licensor hereunder, (excluding security deposit) shall, in the event of a default by Licensee, be retained by Licensor as liquidated damages. Licensee acknowledges that this is not a penalty and is fair and reasonable.

3.     Security Deposit: To insure Licensee faithfully and fully performs its obligations hereunder, Licensee shall pay to Licensor a security deposit of $1,000.00. Said security deposit shall be paid at the time provided in Paragraph 2 hereof. If Licensee fails to pay said security deposit, this Agreement shall terminate, and be void and of no further force and effect, without notice, as provided in Paragraph 2.

After Licensee's use of Licensor's facility has terminated, Licensor shall inspect its facility to insure Licensee has performed its obligations hereunder. In the event Licensee has failed to perform its obligations hereunder, or in the event Licensor's facility has suffered damage as a result of Licensee's use thereof, Licensor shall be entitled to use said security deposit to restore its facility to the condition it was in prior to Licensee's use thereof or to enforce Licensee's obligations thereunder. In the event said security deposit is not sufficient to cure Licensee's default and/or restore the premises, Licensee shall remain liable to Licensor for the deficiency. If said security deposit is more than sufficient to cure Licensee's default and/or restore the premises, Licensor shall refund the excess to Licensee within thirty (30) days after the License is terminated. If Licensee has performed all of its obligations hereunder, the security deposit shall be returned to Licensee within seven (7) days after the License is terminated.

A:/FIRST.DOC October 2, 2003

P175

A. Licensee shall keep Licensor's facility in a clean and sanitary condition, and yield up the facility to Licensor in as good condition as when Licensee took possession thereof, ordinary wear, tear and loss by unavoidable casualty excepted.

B. Licensor shall keep and maintain in a clean and operable condition, the common areas, lighting and heating and ventilating equipment.

5. Use and Operation of Facility: Licensee shall use Licensor's facility with reasonable care for the safety and persons and property at Licensor's premises, the facility and Licensee's guests and invitees. Licensee shall comply with all laws, ordinances and regulations of all duly constituted authorities whether Federal, State or local, in its use of Licensor's facility.

6. Security: Licensor shall provide staff the day of the event to assist Licensee so as to help insure a safe and successful event for the Licensee, its guests and invitees. Licensor, however, shall have no responsibility to Licensee, its guests or invitees, in the event of any damage or claim of damage to persons or property and Licensee shall indemnify and hold Licensor harmless of and from any such claims.

7. Licensee agrees to obtain and provide Licensor at least two weeks prior to the start of the Event a certificate or certificates of insurance (the "Certificate") evidencing insurance in the following coverage's and amounts:

Worker's Compensation & Employer's Liability Insurance
Workers' Compensation – Statutory
Employer's Liability:

Bodily Injury by Accident:          $100,000 each accident
Bodily Injury by Disease:           $100,000 each employee
                                    $100,000 policy limit

Simplified ISO Commercial General Liability Insurance: Coverage on a primary non-contributing, occurrence basis including:
Premises – Operations coverage
Blanket contractual coverage
Competed Operations coverage
Board Form Property Damage coverage

The following minimum limits will be in force:

Bodily Injury and Property Damage

$1,000,000 Bodily Injury
$100,000 Property Damage

Commercial Automobile Liability Insurance: Covering all owned, non-owned and hired automobiles of the Licensee and/or Licensee's employee's attending the Event;

The Certificate of Insurance must state The First Cathedral and its affiliates are named as an additional insured per the terms and conditions of the required Commercial General Liability Insurance policy for their interest as owner of the Property.

8. Indemnification

Indemnification: Licensee agrees to assume all risk of loss and to indemnify, defend and hold The First Cathedral and its affiliates, and its and their directors, officers, partners, against any and all losses, liabilities, claims, damages, cost, expenses, suits, administrative proceedings, penalties and judgments, including without limitation a) reasonable attorney's fees and costs; b) damages to vehicles participating in the Event, entering onto, driving on, exiting from or parking on the property during the period; c) losses attributed to theft or vandalism of vehicles located on the property during the period; e) personal injury (including death) to any or all of the participants in the Event during the period; f) damages or losses to or destruction of any property (real, personal or otherwise) owned, controlled or used by The First Cathedral or any of its affiliates where such damages, losses or destruction is attributable to or results from any activities, services or any other matters related directly or indirectly to the Event and g) personal injury (including death) to any employee of The First Cathedral or any of its affiliates or any other person or damages or losses to or destruction of any of their property where such damages, losses or destruction is attributable to or results from the actions of any person, vehicle or other instrumentality that is on the property as a direct or indirect result of the Event; incurred by The First Cathedral or any of its affiliates as a result of or in connection with the Event or any activities that take place at the Event, unless caused by the sole negligence or willful misconduct of The First Cathedral, its officers, agents, or employees.

9. Liens: Licensee shall not permit any lien or liens to be placed upon Licensor's property during the term hereof. In the event of the filing of any such lien, Licensee shall promptly pay and discharge, obtain a waiver of, or bond over the same.

Page 2

A:FIRST.DOC October 2, 2003

applicable) shall be maintained by Licensee in good condition and repair.

11. **Licensee's Equipment:** Any and all fixtures, equipment and personal property of Licensee shall remain the property of Licensee during the term of this Agreement. Licensee shall remove the same from the Licensor's facility at the termination of this Agreement and shall repair all damage caused by such removal. If Licensee does not remove such property within ten (10) days after termination, such property shall be deemed abandoned, and Licensor may remove such property at Licensee's expense, and dispose of such property in such manner as Licensor deems appropriate.

12. **Damage to Licensor's Facility:** If the Licensor's facility or any part thereof shall be damaged or destroyed by fire or other casualty, or if for any reason, Licensor shall be unable to provide its facility to Licensee as contemplated herein, Licensor's sole responsibility and liability to Licensee shall be to return the use charge and security deposit paid by Licensee. The return of such use charge and security deposit by Licensor to Licensee shall discharge, in every respect, Licensor's responsibility to Licensee hereunder. In no event shall Licensor be liable to Licensee for consequential damages or any damages whatsoever as a result of its inability to provide Licensee the use of its facility.

13. **Assignment:** This Agreement may not be assigned by Licensee without the prior written consent of Licensor, which consent may be withheld for any reason whatsoever.

14. **Non-Waiver:** One or more waivers of any covenant, condition or agreement herein contained shall not be construed as a waiver of a further breach of the same covenant, condition or agreement, or of any other covenant, condition or agreement, and the consent or approval by the Licensor to or of any act by the Licensee requiring the Licensor's consent or approval shall not be deemed to waive or render unnecessary the Licensor's consent or approval to any subsequent similar act by the Licensee. The receipt by Licensor of any payments with knowledge of breach by Licensee of any covenant of this Agreement shall not be deemed a waiver of such breach.

15. **Notices:** All notices hereunder shall be in writing and shall be given by personal delivery, certified or registered mail or prepaid private mail carrier, to Licensor and Licensee at their respective address set forth above, or to such other address as the party to receive notice shall specify in writing to the other.

16. **Severability:** The invalidity or unenforceability of any provision of this Agreement shall in no way affect the validity or enforceability of any other provision. Any invalid or unenforceable provision shall be deemed severed from this Agreement, and the balance of the Agreement shall be construed and enforced as if the Agreement did not contain the particular provisions held to be invalid and unenforceable.

17. **Excuse:** Neither Licensor nor Licensee shall be required to perform any term, condition or covenant of this Agreement, so long as such performance is delayed or prevented by acts of God, strikes, lockouts, material or labor restrictions by any governmental authority, civil riot, floods, and any other cause not reasonably within the control of Licensor or Licensee and which by the exercise of due diligence, Licensor or Licensee is unable, wholly or in part, to prevent or overcome.

18. **Relationship and Licensor's Right to Cancel:** This Agreement is a limited License and is not to be construed as a lease of any portion of Licensor's premises. This License is, by its terms, revocable and may be canceled by Licensor for any reason, whatsoever, with notice no later than thirty (30) days prior to the date Licensee's use of the facilities. In the event Licensor cancels this Agreement, its sole obligation to Licensee hereunder shall be to return to Licensee any and all sums paid for either use charge or security deposit as provided herein. In no event shall Licensor be liable for consequential damages or claims of any sort whatsoever by Licensee, based upon Licensor's cancellation hereof.

IN WITNESS WHEREOF, the parties have caused this Agreement to be signed in duplicate by their duly authorized representatives as of the date first above written.

(As Agent for First Cathedral)

By: Venton Forbes

Title: Special Events Coordinator

Date: October 16, 2006

Signature: _Venton Forbes_

Windsor High School

By: _Frank Williams_

Title: _Director of Business Services_

Date: _4/27/06_

Signature: _F Williams Jr_

A:/FIRST.DOC October 2, 2003

P177

# Exhibit 59

Home | About | Events | Employment | CREC Leadership | CREC Foundation

CREC Programs A-Z

# Magnet Schools

About The Division Of Magnet Schools          CREC Magnet Schools          Contact

Metropolitan Learning
Center

About
How to Apply
Staff
Calendar
09-10 School Calendar
Newsletter
Service Learning Packet
Guidance Department
Medical Forms
Student/Parent Handbook
Lunch Menu
School Closings
Transportation
News / Events
Global Activities
Summer Reading List
Contact
Galleries

## News / Events

## Upcoming/Past Events at MLC

As the month of June approaches, our thoughts turn to the culminating event of the year, the graduation exercises for the class of 2007. This class calls itself, "The Last of the Dragons" because they were the last class to spend time at the old Bloomfield junior high school building. They certainly have come a long way and we are all very proud of them. Graduation is truly a joyous occasion. MLC and CREC have gone to great lengths to make this night a very special one for the students, the parents, families, and the staff members.

Graduation will be held on June 18th at the First Cathedral in Bloomfield at 6:00pm. Each student will receive ten tickets for the occasion.

The Metropolitan Learning Center hosted its 2006 graduation at the Lincoln Center in West Hartford on the University of Hartford Campus. Please view the graduation photos in our galleries section.

## Students and Teachers visit Quito, Ecuador - Raise International Knowledge



Seventeen students from the Metropolitan Learning Center (MLC), a school whose main focus is international studies, went to Quito, Ecuador from February 15-24, 2007. The group was led by Tania Thibault, accompanied by Henry Munoz, Brenda Royce, Lee Noury and Nancy Geffken all staff members at MLC. A parent also

attended Araceli Salazar. Students that participated were Kenny Cortavarria (Hartford), Xianni Santiago (Hartford), Samantha McAllister (Windsor) Jennifer Salazar (Windsor), Emily Thompson (Windsor), Mary Lynn Ezirike (Windsor) Bethany Sieber (Windsor), Chelsea Heath (Windsor) Emily Anglin (Windsor) Brian Gale (Windsor) Cameron Porter (Windsor) Meghan Hussey (Windsor Locks) Malcolm Little (Windsor Locks) Shannay Ferguson (Bloomfield), Rashad Banks (Bloomfield ) Xavier Fowler (Bloomfield) and Austin Jennings (Bloomfield). As many people have already realized, our world is growing smaller by the day. In the business world, so much is handled internationally these days. The main goal of this exchange was to raise international knowledge among the MLC students to learn about the geography, culture and language of this country as well as perform community service. Our world has become increasingly interdependent and we must all recognize that we are transitioning towards a global community. The future of our community depends upon our self-knowledge as well as the importance of mutual understanding and respect among diverse cultures. While on the trip Metropolitan Learning Center Students set up a relationship with a school in Quito, Ecuador called **Rafael Larrae Colegio Basico y Bachillerato.** Students raised funds to donate school supplies to this school. They also created an email and pen pal system with the local students so those who went on the trip could have the opportunity to create stronger international ties and maintain friendships with those which began from their trip. These ties, as we know, are extremely important to a person once entering the business world, a one in which in these days everything is dealt with internationally. Students also brought clothing items and supplies to an at risk group home called **Albergue La dolorosa.** MLC students bonded with children at both of these establishments through sharing stories, playing games and attending classes with them. This was surely a memorable multicultural experience for all and even resulted in our students expressing strong interest in going back to Quito Ecuador to further their experiences with the orphanages, schools and people they have come to know.

## MLC Early Releases/No School for May/June - 2007
Monday, May 28th No School - Memorial Day
Wednesday, June 13th - Early release 12:00 Noon - Exam Day
Thursday, June 14th - Early release 12:00 Noon - Exam Day
Friday, June 15th - Early release 12:00 Noon - Exam Day
Monday, June 13th - Early release 12:00 Noon - Last Day of School

## Information Related to Service Learning

All Metropolitan Learning Center students are required to complete service learning hours each year. The ammount of hours of service per year is related to their grade level.(i.e. Grade 6 = 6 hours, Grade 7 = 7 hours ..etc.) Their service learning should be recorded and signed by an adult/advisor and the form returned to guidance office upon completion.

Upload Service Learning form Here

## Special MLC News

**Fifteen students and one staff member from MLC** participated in the 3rd Annual Latinas and Power Symposium on October 13th at the Connecticut Convention Center. Tania Thibault, (Transition Coordinator/ School Counselor) along with Kristen Negron, Luz Marie Maldonado, Elizabeth Ibarra, Amanda Vivican, Xiana Clarke, Keyla Resto(grade 11) Tina Guzman, Angeline Rodriguez, Carleen Alvarado, Ariana Burgos, Cassandra Cabezudo, Michelle Sosa (Grade 10) Ashley Medina, Chelsey Garcia, Xianni Santiago (grade 9) all attended. The symposium included the Young Latinas Forum (YFL). High school and young college aged women had the opportunity to participate in a workshop designed by them and for them. Twelve young woman from Hartford area schools participated in a six month leadership session with staff and volunteers from Ethnic Marketing Solutions to design a workshop title *"Realizing your dreams"*. The focus

emphasized on the current crisis among Young Latinas as it relates to substance abuse, pregnancy and high school drop-out rates. "We want them to know that there are other options and that there other ways out" said Elba Ramos, a volunteer, single mom and a full-time student who also holds down a job as an executive assistant in a law office. Other highlights included a preliminary session titled: *Latinas in Film and Television: In front and Behind the scenes.* The power packed and dynamic panel of speakers discussed the image and stereotypes of Latinas in the film and television industry as well as some of the milestones achieved. One of the vendors that we spent time with and was interested in learning more about us was The Latino American Lifestyle Authority www.babbalu.com , which will help MLC establish a Latina Youth Group.

**Babbalu.com**
The Latino American Lifestyle Authority

## Saturday Detentions / Extended Detentions

Saturday School and Extended Detentions are in effect. If your child is assigned a Saturday School Detention, he/she will be required to attend from 8:30 –11:30 a.m. Extended detentions generally are Mondays and Wednesdays from 3:00 p.m. to 5:30 p.m. Failure to complete their assignment or failure to show up will result in a parent conference and a possible out-of-school suspension.

For more information contact:
Barry Davis, Assistant Principal   or   Wanda Broaden, Dean of Students
Email: badavis@crec.org             wbroaden@crec.org
Phone: (860)242-7834 x 2382        (860)242-7834 x2315

Metropolitan Learning Center (860) 242-7834

# Exhibit 60

# THE UPDATE

**#08-17**

**DT:**    May 2, 2008

**TO:**    Board of Education

**FR:**    Elizabeth E. Feser, Ed.D

**GRADUATION SITE FINALIZED** – The Mass Mutual Center (MMC) will be the site for graduation on June 13th.  During the week of vacation Don Sierakowski, some high school staff and Laura Soll visited the site and all were very pleased.  According to Don, the MMC is more than adequate.  The facility is spacious, bright, and pleasant.  There will be eight tickets per graduate, with the same request procedure for additional tickets as in the past.  The cost for the Center is $12,990, which includes a $4,000 arena rental charge.  The $12,990 figure is an estimated figure in that the ancillary costs have to be finalized, though Frank Williams was assured by the MMC sales manager that any variance – up or down – in the cost would be minimal.  By mid-May we will receive the list of ancillary charges.  The final deposit check is due June 2nd.  WHS is planning to send a letter to parents of WHS seniors with details of graduation.  As for First Cathedral, Frank spoke to the Special Events Coordinator with respect to our deposit and was told that the Cathedral will release $2,000 of the $4,000 deposit.

# Exhibit 61

APPROVED BY (Ex. 16)
BOARD OF EDUCATION

**REGULAR MEETING**
**EAST HARTFORD BOARD OF EDUCATION**

MONDAY,
**APRIL 6, 2009**

A Regular Meeting of the East Hartford Board of Education was held on Monday, April 6, 2009, at the Connecticut International Baccalaureate Academy, 857 Forbes Street, East Hartford, CT. The meeting was called to order at 7:00 P.M. by Chairperson Mary Alice Dwyer Hughes.

| | |
|---|---|
| **PRESENT** | Chairperson Mary Alice Dwyer Hughes, Secretary Ram Aberasturia, Robert Damaschi, Dorese Roberts, Karen Howe, Anita Morrison, Marcus Oladell, IV, Hilde Mayranen-O'Brien |
| **ALSO PRESENT** | Debbie Kaprove, Interim Superintendent of Schools<br>Christopher Wethje, Director of Human Resources<br>Jody Lefkowitz, Director of Pupil Personnel<br>Paul Mainuli, Director of Business Services<br>Kimberly Barrington, Student Representative<br>Rebecca Lacosse, Student Representative |
| **ABSENT** | Bryan Hall – away on business |

Chairperson Mary Alice Dwyer Hughes recognized and welcomed members of the Child Plan Committee - Parents Support Excellent Education Week.

## AMENDMENTS TO AGENDA - None

## APPROVAL OF MINUTES

**MOTION**    By Robert Damaschi
Seconded by Ram Aberasturia
To approve the following Minutes:
Special Meeting, March 16, 2009
Motion unanimously carried.

**MOTION**    By Robert Damaschi
Seconded by Anita Morrison
To approve the following Minutes:
Regular Meeting, March 16, 2009
Motion unanimously carried.

**MOTION**    By Robert Damaschi
Seconded by Anita Morrison
To approve the following Minutes, as corrected:
Special Meeting, March 26, 2009 (5:07 P.M.)
Page 2 – should be **abstain** not obtained
Motion unanimously carried.

-6-

REGULAR MEETING                                    MONDAY,
EAST HARTFORD BOARD OF EDUCATION                   APRIL 6, 2009

<u>To Remove from Table and Approve Policy 6162.51 – Surveys of Students (Student Privacy)</u>
(Mary Alice Dwyer Hughes, Chair, Policy & Audit Committee)
MOTION            By Ram Aberasturia
                  Seconded by Dorese Roberts
                  To remove from table and approve Policy 6162.51  - Surveys of
                  Students (Student Privacy)
                  Motion unanimously carried

<u>To Remove from Table and Approve Policy 9311 – Formulation, Adoption, Amendment, Deletion of Policies</u>
(Mary Alice Dwyer Hughes, Chair, Policy & Audit Committee)
MOTION            By Ram Aberasturia
                  Seconded by Anita Morrison
                  To remove from table and approve Policy 9311 – Formulation,
                  Adoption, Amendment, Deletion of Policies
                  Motion unanimously carried.

<u>NEW BUSINESS</u>

<u>To Approve 2009 Graduation Dates:</u>
          CIBA – June 17, 2009
          Synergy – June 18, 2009
          EHHS – June 19, 2009
(Debbie A. Kaprove, Interim Superintendent)
MOTION            By Karen Howe
                  Seconded by Ram Aberasturia
                  To approve the following 2009 graduation dates:
                  CIBA – June 17, 2009
                  Synergy – June 18, 2009
                  EHHS – June 20, 2009
                  Motion unanimously carried.

<u>To Approve Site for EHHS 2009 Graduation</u>
(Nate Quesnel, Vice Principal, EHHS)
(Michelle Marion, Vice Principal, EHHS)
(Yesinia Hernandez)
(Liz Saunders)
(Darlene Bryant)
MOTION            By Ram Aberasturia
                  Seconded by Anita Morrison
                  To approve site for EHHS 2009 Graduation to be
                  held at First Cathedral Church, Bloomfield, CT
                  on Saturday, June 20, 2009
                  Motion unanimously carried.

-7-

REGULAR MEETING

MONDAY,

EAST HARTFORD BOARD OF EDUCATION

APRIL 6, 2009

<u>To Approve Copier Bid</u>
(Paul Mainuli, Director of Business Services)

MOTION      By Robert Damaschi
Seconded by Marcus Oladell, IV
To send the copier bid back to Finance & Audit Committee
Motion unanimously carried.

<u>To Approve Food Service Bid</u>
(Paul Mainuli, Director of Business Services)

MOTION      By Ram Aberasturia
Seconded by Robert Damaschi
To approve food service bid and award to Sodexho.
Motion unanimously carried.

<u>To Approve Certified Staff Member's Use of Sick Bank</u>
(Christopher Wethje, Director, Human Resources)

MOTION      By Ram Aberasturia
Seconded by Anita Morrison
To approve certified staff member's use of sick bank
Motion unanimously carried.

<u>To Approve Capital Improvement Plan – FY 2009-10</u>
(Al Costa, Director of Facilities

MOTION      By Robert Damaschi
Seconded by Marcus Oladell, IV
To approve Capital Improvement Plan – FY 2009-10
Motion unanimously carried.

<u>To Table for First Read Policy 5131.911 – Bullying</u>
(Mary Alice Dwyer Hughes, Chair, Policy & Audit Committee

MOTION      By Ram Aberasturia
Seconded by Marcus Oladell, IV
To **table** for first read Policy 5131.911 – Bullying
Motion unanimously carried.

<u>To Table for First Read Policy 6141.323 – Internet Acceptable Use:  Filtering</u>
(Mary Alice Dwyer Hughes, Chair, Policy & Audit Committee

MOTION      By Ram Aberasturia
Seconded by Marcus Oladell, IV
To **table** for first read Policy 6141.323 – Internet Acceptable
Use:  Filtering
Motion unanimously carried.

# Exhibit 62

Case 3:10-cv-00066-JCH Document 56-13 Filed 05/05/10 Page 27 of 70

Ex. K

## South Windsor High School *Class of 2009* Graduation Ceremony

**Date:** *Thursday, June 18, 2009*  **Time:** *6:30 P.M.*

**Venue:** *The First Cathedral*  **Directions:** *Bissell Bridge to 91 North*
*1151 Blue Hills Avenue*  *Exit 36 (Park Road)*
*Bloomfield, CT 06002*  *Left at end of exit onto Rte. 178*
*1.8 miles to Cathedral*

The selection of First Cathedral as the site for graduation offers the best facility for our needs at an acceptable cost. The selection of this venue in no way represents an endorsement by the school district of a specific religion or religion in general.

**Expectations:**
As we celebrate our graduates and their accomplishments, please be respectful of the venue and the graduates. Balloons, silly string, air horns, confetti, etc. are not allowed. Students or guests who violate expectations will be escorted from the premises.

**Transportation for graduates:**
Seniors need to be at the high school by 3:30 p.m. and will be transported by bus from South Windsor High School to the venue. Parents will be responsible for transporting graduates home from the ceremony. If you anticipate a problem transporting your graduate home, please contact Ms. Mawhinney at tmawhinney@swindsor.k12.ct.us by June 15.

**Parking for guests:**
Parking is available on the premises.

**Tickets/Caps and Gowns:**
Each senior who is eligible to graduate will receive five (5) General Admission tickets. Although there are no assigned seats, tickets will be randomly assigned by floor (first or second). You may request up to two (2) additional tickets by notifying Mrs. Mazzonna via e-mail (smazzonna@swindsor.k12.ct.us) by May 29 with your name, the name of your graduating senior, your phone number and the number of additional tickets requested. If the number of requests exceeds the number of available tickets, a lottery will be held. Additional tickets may not be on the same floor as your other tickets.
Tickets may be picked up at the high school by a parent or a senior on Wednesday, June 10 from 3:00 -6:30 p. m. or on Thursday, June 11 from 3:00 - 6:30 p. m. Please be prepared to show appropriate identification.
Caps and gowns will also be available for pickup at these times. To receive caps and gowns, seniors must have cleared all financial liabilities including graduation fees, textbooks, media center materials, or other school property considered lost or damaged and belonging to South Windsor Public Schools. Caps and gowns will belong to the graduate and do not have to be returned.

**Special Needs Seating:**
The venue has a limited number of seats available for those with special needs. If you require special seating for any of your guests, please notify Ms. Mawhinney by May 29 via e-mail at tmawhinney@swindsor.k12.ct.us. Please specify whether or not the guest will be seated in a wheelchair and if they would like a companion seated with them. Special seating tickets are included as part of the five tickets per graduate. The seats will be reserved in your name.

CCLE000007

# Exhibit 63

Westlaw.

11/15/06 HARTFORDCRNT B3

11/15/06 The Hartford Courant (Conn.) B3
2006 WLNR 19846203

Hartford Courant
Copyright 2006 The Hartford Courant Co.

November 15, 2006

Section: CONNECTICUT

SITE SELECTED FOR GRADUATION
COMMITTEE RECOMMENDS CATHEDRAL IN BLOOMFIELD FOR 2007 FERMI CEREMONY
LARRY SMITH
Courant Staff Writer

ENFIELD -- An advisory committee is recommending that **Enrico Fermi** High School's 2007 **graduation** be held at **First Cathedral** in Bloomfield.

Members of the committee told the board of education Tuesday that First Cathedral was the best choice out of four final options they investigated. The three other locations considered were Springfield Symphony Hall, Asnuntuck Community College and the Enfield Town Green.

Committee members said First Cathedral offers the most room, accommodations and services of any site, all  for about $6,500  -- less than the  usual cost of the ceremony.

First Cathedral ``is our choice of choices,''  said committee member William Bowker, who is a parent of a high school student.

The committee was formed to find an alternative location because the athletic fields where the graduation is  usually held will be unavailable because of a construction project. The school auditorium has been ruled out because it is too small and not air-conditioned, officials said.

Brien Brown, a Fermi assistant principal and committee member, said the seven-member panel held four meetings, with community members attending three. There were also two meetings  with the senior class to get  its input and keep the students informed,  he said.

Brown said the committee also did one survey of parents and two surveys of students.

Wendy Atiyeh, a parent member of the committee, said Asnuntuck's outdoor site would require additional expenses such as tents, temporary toilets, chairs, off-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

site parking, and town and Asnuntuck staff.

The town green also would require tents, chairs and off-site parking, Atiyeh said.

Robert Kelleher, a Fermi teacher, said Springfield Symphony Hall would cost significantly less than either outdoor site. There would be enough room for 2,025 people to attend and parking next door, he said.

However, there would be a charge for parking, and the hall does not allow such things as Silly String and balloons.

If there were any balloons let go into the rafters or Silly String in the auditorium, the school system would be charged for cleaning it up, Kelleher said.

Bowker said First Cathedral has 3,000 seats, 1,300 free parking spaces and audio-visual capabilities that would allow the ceremony to also be seen on big-screen televisions.

Ashley Nyman, Fermi's student representative to the board, said although the senior class had wanted the graduation in town once they saw pictures of First Cathedral they were impressed.

``I think it's a great site,'' Nyman said. ``The majority of the kids want it.''

Board members decided to vote on the choice at their Nov. 28 meeting.

Contact Larry Smith at lsmith@courant.com.

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Education (1ED85))

Language:  EN

OTHER INDEXING:  (ASNUNTUCK; ASNUNTUCK COMMUNITY COLLEGE; BLOOMFIELD; CATHEDRAL; ENFIELD; ENRICO FERMI HIGH SCHOOL; FERMI; SILLY STRING)  (Ashley Nyman; Atiyeh; Bowker; Brien Brown; Brown; Contact Larry Smith; Kelleher; Nyman; Robert Kelleher; SITE SELECTED; Springfield; Springfield Symphony Hall; Symphony Hall; Wendy Atiyeh; William Bowker)

EDITION: 3 ENFIELD/NORTH CENTRAL

Word Count: 527
11/15/06 HARTFORDCRNT B3
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# Exhibit 64

11/29/06 The Hartford Courant (Conn.) B3
2006 WLNR 20663947

Hartford Courant
Copyright 2006 The Hartford Courant Co.

November 29, 2006

Section: CONNECTICUT

BOARD CHOOSES GRADUATION SITE
CONSTRUCTION RULES OUT ATHLETIC FIELDS; BLOOMFIELD FACILITY TOP PICK AS ALTERNAT-
IVE
LARRY SMITH
Courant Staff Writer

ENFIELD -- **Enrico Fermi** High School's graduating class will receive their diplomas during ceremonies next year at **First Cathedral** in Bloomfield.

The board of education Tuesday chose the facility from among four reviewed by an advisory committee of parents, students and faculty members. First Cathedral was also the committee's choice.

The committee was created to find a different location because the athletic fields where graduation ceremonies are traditionally held will be unavailable because of a construction project. The school auditorium has been ruled out as too small and not air-conditioned, officials said.

Committee members said First Cathedral offers the most room, accommodations and services of any site, all for about $6,500 -- less than the usual cost of the ceremony.

The board gave tentative approval because it cannot finalize the graduation date until after April 1. School officials must know how many snow days have been used before deciding the end of the school year, Superintendent John Gallacher said.

Committee member William Bowker said representatives of First Cathedral said they have agreements with other schools that take into account the need to change graduation dates because of snow days extending the school year.

Bowker said the church slides the schedules down to accommodate changes. At this point, all of the dates suggested by Fermi are open, he said.

Gallacher said the town attorney and risk manager will have to look at any contract to ensure that it meets the insurance and liability needs of the town.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Board Chairwoman Sharon Racine said she wants to make sure that all of the graduating students can be bused to the ceremony to prevent any potential problems from students driving on the highway. Assistant Principal Brien Brown said the school system could make arrangements.

Board member Susan Lavelli-Hozempa said she had received a number of phone calls from the community about having the graduation out of town. Lavelli-Hozempa said reaction was mixed.

``Some people felt very strongly they didn't want to move graduation out of town,'' Lavelli-Hozempa, who voted in favor of First Cathedral, said. ``It's a tough call.''

Racine said she had received a number of phone calls as well, all but two of them in support of having the ceremony at First Cathedral.

The three other locations considered were Springfield Symphony Hall, Asnuntuck Community College and the Enfield Town Green.

Contact Larry Smith at lsmith@courant.com.

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Education (1ED85))

Language:  EN

OTHER INDEXING:  (ALTERNATIVE; ASNUNTUCK COMMUNITY COLLEGE; ENFIELD; FERMI) (Assistant Principal; Board; BOARD CHOOSES GRADUATION SITE CONSTRUCTION RULES; Bowker; Brien Brown; Contact Larry Smith; Enrico Fermi High; Gallacher; Hozempa; John Gallacher; Racine; Sharon Racine; Springfield Symphony Hall; Susan Lavelli-Hozempa; William Bowker)

EDITION: 3 ENFIELD/NORTH CENTRAL

Word Count: 494
11/29/06 HARTFORDCRNT B3
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# Exhibit 65

Ex.27

# Journal inquirer.com
### NORTH-CENTRAL CONNECTICUT'S HOMETOWN NEWSPAPER

11/29/2006

## Board selects First Cathedral for Fermi graduation

By-Mike Cummings, Journal Inquirer

ENFIELD - Fermi High School's graduating seniors will travel to Bloomfield in June to receive their diplomas.

The Board of Education voted unanimously with one abstention Tuesday to hold the graduation ceremony at the First Cathedral in Bloomfield.

The approval is tentative because state law bars the school board from setting a firm graduation date until after April 1.

Booking the First Cathedral requires establishing a firm graduation date. Typically, the high schools have floating graduation dates that are adjusted to accommodate snow days.

Tuesday's vote authorizes school officials to book a date at the Bloomfield facility, which would be formalized with another vote in April.

William Bowker, the parent of a Fermi High School senior and a member of a special committee that researched potential graduation sites, said the cathedral is currently available on June 20, 21, 22, 27, 28, and 29.

In a Nov. 21 e-mail to School Superintendent John Gallacher, Fermi Principal Paul Newton recommended scheduling the first available date so that graduation ceremonies can follow the 180th school day as soon as possible.

Newton said in the e-mail that he recommended booking the 181st day, if available, with First Cathedral, then working with the facility to arrange a backup date to adjust for any possible snow days the school system might encounter this school year.

School board members agreed with Newton's reasoning.

Traditionally, the graduation ceremonies are held on Fermi's football field. But the field is expected to be under renovation next year and unsuitable for the ceremonies, forcing school officials to find an alternative site.

Originally, school officials believed Enfield High School's athletic fields also would be under renovation in June. The renovations have been delayed, meaning Enfield High's fields will be available in June.

The school board decided to establish an advisory committee in July to review and recommend potential graduation sites within and outside of Enfield. The decision followed negative public reaction to an initial proposal in June to hold the graduation at the First Cathedral.

The committee, composed of parents, students, teachers, and an administrator, conducted an in-depth study of four potential sites: Asnuntuck Community College, the town green, Springfield Symphony Hall, and the cathedral.

Two weeks ago, it formally recommended the cathedral to the school board.

Several area public high schools hold graduation ceremonies at the cathedral, including Windsor and South Windsor.

It seats up to 3,000 people, has 1,300 free parking spaces, and is air-conditioned.

The facility is equipped with 20 flat-screen televisions to provide the audience with excellent views of the graduates.

While the cathedral is a church, all religious items would be removed before the ceremony, Bowker said in a presentation to the school board two weeks ago.

Bowker said renting the facility would cost $6,500. The traditional ceremony on the football field costs more than $8,500.

Several school board members said they'd received largely positive public feedback about moving the ceremony to Bloomfield.

School board member Susan Lavelli-Hozempa said she'd received "a mixed bag" of opinions.

"Some people really feel strongly that they didn't want the graduation ceremony to move out of town," she said.

Lavelli-Hozempa said booking the cathedral was the most economically feasible solution, but she acknowledged moving the graduation out of town was a "tough call."

Sharon Racine, school board chairwoman, asked school officials to consider busing students to the cathedral on graduation day.

Racine said she was nervous about having the graduates drive themselves down Interstate 91 to Bloomfield. She said students participating in the annual Safe Graduation party would require busing from the ceremony regardless.

Assistant Principal Brian Brown, a committee member, said he would make arrangements with Smyth Bus Company.

School Board member Albert Harrison, president of the local police union, abstained from the vote, citing potential issues involving police overtime.



Advertisement

UNIVERSITY OF BRIDGEPORT

NOW OFFERING

Bachelor of Science in Communications

Learn more

Click here

NETFLIX

©Journal Inquirer 2006

# Exhibit 66

12/13/06 The Hartford Courant (Conn.) A1
2006 WLNR 21513928

Hartford Courant
Copyright 2006 The Hartford Courant Co.

December 13, 2006

Section: MAIN

GRADUATION PLANS DRAW ACLU FIRE
SCHOOLS FIND ROOM, AND CONTROVERSY, IN CHURCH

Contact Larry Smith at lsmith@courant.com.
LARRY SMITH
Courant Staff Writer

ENFIELD -- For **Enfield** school officials, **First Cathedral** of Bloomfield offered a solution to a problem: a place big enough to hold the **graduation** ceremony for **Enrico Fermi** High School's Class of 2007.

But the American Civil Liberties Union of Connecticut says a church is the wrong venue for a high school graduation.

On Monday, the ACLU sent letters asking school officials in **Enfield**, and in South **Windsor**, which has held **graduations** at the **church**, to find religiously neutral facilities.

The organization contends that holding the ceremonies at First Cathedral violates the ``establishment clause'' in the First Amendment to the Constitution.

``We are writing you today to inform you that it is unconstitutional for **Enrico Fermi** High School to hold its **graduation** ceremony at the **First Cathedral Church** as planned,'' states the letter written by ACLU staff attorney Sam Brooke.

First Cathedral offers its facilities for corporate and community groups to hold conferences, meetings and other events, according to a brochure.

Brooke said the establishment clause -- ``Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof'' -- prohibits government entities, including public schools, from taking any action that a reasonable observer would interpret as endorsing a particular religion or endorsing the practice of religion generally.

ACLU officials didn't return a call, and it could not be determined why they are

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

filing the letter now. Both towns are considering the letter, but have made no decision.

Other school districts across the country have dealt with the sensitive issue of holding commencement exercises in churches.

Earlier this year, a senior at Palm Bay High School in Palm Bay, Fla., sued the Brevard County School Board over its decision, made despite objections, to hold its graduation in a church.

In her federal lawsuit, the student was represented by Americans United for Separation of Church and State, which asked a federal judge to stop four Brevard County high school graduation ceremonies from taking place in Cavalry Chapel, a large church in Melbourne, Fla.

The organization charged that holding the graduations at the church would be unconstitutional because alternative secular facilities were available and because the church refused to conceal religious symbols inside the building, according to published reports.

In June 2005, Montgomery Blair High School in Silver Spring, Md., ended several years of graduations at the Jericho City of Praise after parents complained that the church was inappropriate because of the display of Christian icons and symbols, according to the Washington Post.

Enfield Superintendent of Schools John Gallacher said he would give copies of the ACLU letter to school board members at their Tuesday meeting and ask the school district's attorney, Tom Mooney, to review it.

``We'll leave this up to the attorney,'' Gallacher said.

Robert Kozaczka, superintendent of South Windsor schools, said Tuesday that he had just received the letter and needed to do some research before responding. South Windsor made the decision to use the cathedral for graduation before Kozaczka's appointment as superintendent last spring.

The Enfield Board of Education on Nov. 28 chose First Cathedral from among four facilities reviewed by an advisory committee of parents, students and faculty members. First Cathedral was the committee's choice, too; it also considered Springfield Symphony Hall, Asnuntuck Community College and the Enfield Town Green.

The committee was created because the athletic fields where graduation ceremonies traditionally are held will be unavailable because of construction and because the school auditorium is too small and not air-conditioned, officials said.

Committee members said First Cathedral offered the most room and services for less than the usual cost of the ceremony. It has seating for 3,000 and parking spaces for 1,300 vehicles. Members said they were told religious artifacts would be re-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

moved from the church for the graduation.

Gallacher said he contacted the school's attorney in June and was told there were no problems with using First Cathedral.

Although the school board gave tentative approval to using the church -- because it cannot finalize a graduation date until after April 1 -- there is no formal agreement, Gallacher said.

In South Windsor, large class sizes forced school officials to look around for a bigger place to hold  graduation. They checked several venues, including Central Connecticut State University, the Hartford Civic Center, the Connecticut Convention Center and the University of Connecticut's Jorgensen Auditorium, but First Cathedral was ``the only place that was cost-effective,'' said Janice Snyder, chairwoman of the board of education.

``We didn't want to go and pay a large amount of money for a venue -- it's taxpayers' money,'' Snyder said.

School board member Kathleen S. Daugherty said the high school gymnasium holds 800 people. With about 400 students in the graduating class, students would be limited in how many guests they could invite.

That would not be a problem at First Cathedral, she said.

Daugherty said board members received one complaint about holding graduation at a religious institution. But otherwise, she said, she heard overwhelmingly positive comments.

In **Windsor**, where the high school has held **graduations** at **First Cathedral** for five years, Superintendent of Schools Elizabeth Feser said that a few parents have raised the  issue of using a religious facility, but that the ACLU has never gotten involved.

Feser said Tuesday that she pointed out to parents who expressed concern the benefits of using the church, including its large capacity so more family members can attend, large television screens to view graduates as they receive diplomas, improved handicapped access, abundant parking, seating comfort, air conditioning and affordability.

``It's a church, but no one is proselytizing. The feedback we have received from graduates and their parents has been positive,'' she said. ``In no way are we holding it there for the religious aspect. It's accessible, magnificent and far less expensive than the Bushnell.''

A discussion of this story with Courant Staff Writer Larry Smith is scheduled to be shown on New England Cable News each hour today between 9 a.m. and noon.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Courant Staff Writers David Owens and Steven Goode contributed to this story.

---- INDEX REFERENCES ----

COMPANY: COMPASS BANCSHARES INC

NEWS SUBJECT:  (Education (1ED85))

REGION:  (Connecticut (1CO13); USA (1US73); Americas (1AM92); New England (1NE37); North America (1NO39))

Language:  EN

OTHER INDEXING:  (ACLU; AMERICAN CIVIL LIBERTIES; BREVARD COUNTY SCHOOL BOARD; CENTRAL; CHRISTIAN; CHURCH; CONNECTICUT CONVENTION CENTER; CONNECTICUT STATE UNIVERSITY; ENFIELD; ENFIELD BOARD OF EDUCATION; ENGLAND CABLE NEWS; ENRICO FERMI HIGH SCHOOL; MONTGOMERY BLAIR HIGH SCHOOL; SCHOOL; SPRINGFIELD SYMPHONY HALL AS-NUNTUCK COMMUNITY COLLEGE; UNIVERSITY OF CONNECTICUT)  (Brooke; Cathedral; Courant Staff Writers; Daugherty; David Owens; Elizabeth Feser; Feser; Gallacher; GRADU-ATION PLANS DRAW ACLU FIRE SCHOOLS; Janice Snyder; John Gallacher; Kathleen S. Daugherty; Kozaczka; Larry Smith; Robert Kozaczka; Sam Brooke; Snyder; Steven Goode; Tom Mooney)

EDITION: 5 NORTHWEST CONNECTICUT/SPORTS FINAL

Word Count: 1287
12/13/06 HARTFORDCRNT A1
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Exhibit 67

1/24/07 The Hartford Courant (Conn.) B3
2007 WLNR 1409569

Hartford Courant
Copyright 2007 The Hartford Courant Co.

January 24, 2007

Section: CONNECTICUT

SCHOOL BOARD OKS CONTRACT WITH CHURCH
NO COMMENT FROM OFFICIALS ON REQUEST FROM STATE ACLU TO FIND A DIFFERENT VENUE FOR
HIGH SCHOOL'S GRADUATION CEREMONIES
LARRY SMITH
Courant Staff Writer

ENFIELD -- The board of education Tuesday unanimously approved entering into a
contract with **First Cathedral** of Bloomfield to hold **Enrico Fermi** High
School's **graduation** there in June.

Board members approved the agreement without comment and did not discuss a request
from the American Civil Liberties Union of Connecticut last month to find another
place for the ceremony.

The state ACLU sent a letter to the school system last month, saying a church is
the wrong venue for a high school graduation. The organization contends that hold-
ing the ceremonies at First Cathedral violates the ``establishment clause'' in the
First Amendment to the Constitution.

School Superintendent John Gallacher said the board's attorney and the town's risk
manager reviewed the contract for insurance purposes to ensure it is in compliance
with the school system's requirements.

In December, Gallacher said he had checked with the board's attorney in the summer
to see whether there would be any problems with holding a graduation at First
Cathedral.

First Cathedral offers its facilities for corporate and community groups to hold
conferences, meetings and other events, according to a brochure.

The school board on Nov. 28 chose First Cathedral from among four facilities re-
viewed by an advisory committee of parents, students and faculty members.

First Cathedral was the committee's choice; it also considered Springfield Sym-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

phony Hall, Asnuntuck Community College and the Enfield town green.

The committee was created to find a location for graduation ceremonies this year.

The athletic fields will be unavailable because of construction, and the school auditorium is too small and not air-conditioned, officials said.

Committee members said First Cathedral offered the most room and services for $6,500, less than the usual cost of the ceremony.

The church has seating for 3,000, and parking spaces for 1,300 vehicles. Members said they were told religious items would be removed from the church for the graduation.

Contact Larry Smith at lsmith@courant.com.

---- INDEX REFERENCES ----

COMPANY: VENUE

NEWS SUBJECT:  (Education (1ED85))

Language:  EN

OTHER INDEXING:  (AMERICAN CIVIL LIBERTIES; BOARD; ENFIELD; ENRICO FERMI HIGH SCHOOL; SCHOOL; SCHOOL BOARD; SPRINGFIELD SYMPHONY HALL ASNUNTUCK COMMUNITY COLLEGE; VENUE)  (Contact Larry Smith; Gallacher; John Gallacher)

EDITION: 3 ENFIELD/NORTH CENTRAL

Word Count: 406
1/24/07 HARTFORDCRNT B3
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# Exhibit 68

Westlaw.                                                        NewsRoom

1/25/08 The Hartford Courant (Conn.) B3
2008 WLNR 1492475

                         Hartford Courant
             Copyright 2008 The Hartford Courant Co.

                         January 25, 2008

                      Section: CONNECTICUT

                 FERMI CEREMONY TO BE AT CATHEDRAL
                            LARRY SMITH
                       Courant Staff Writer

ENFIELD -- For the second straight year, **Enrico  Fermi** High School's **graduation** will be held at **First   Cathedral** in Bloomfield.

The board of education voted Tuesday to hold the graduation there. Last year, Fermi's graduation was held at First Cathedral because the school's athletic fields were being worked on.

Board Chairman Andre Greco said officials agreed that success of that graduation convinced them to hold it there again.

"We've had nothing but positive feedback from anybody who attended last year's graduation," Greco said.

The cost of renting the facility is about $7,400, Chris Drezek, business manager, said in a memo.

Some parents and students had advocated having the graduation in the newly renovated football stadium. However, officials have said using the field would create an extra expense in trying to protect the synthetic surface.

In a memo to school officials, the project's engineering contractor said Field Turf, which makes the synthetic turf, recommends covering the surface with vinyl tarps and a layer of plywood.

Greco said it's also tough to plan an outdoor graduation because there are associated costs that the school district would have to pay whether it rains or not. At First Cathedral, there are no parking restrictions, no attendance restrictions and the ceremony is taped, Greco said.

"It's really a wonderful venue to have a graduation," Greco said.

Work on Enfield's athletic fields is scheduled to be done this year, and the 2008

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

graduation will have to be moved to another location. Enfield held its 2007 gradua-
tion in the football stadium.

Superintendent of Schools John Gallacher said Enfield Principal Thomas Duffy has
formed a graduation site advisory committee and will be giving a report at the
board's next meeting.

Gallacher said school officials will have to let **First Cathedral** know in February
what days they would want for Fermi's and possibly **Enfield's graduations**.

In December 2006, the American Civil Liberties Union of Connecticut sent a letter
to the school system saying that a church is the wrong venue for a high school
graduation. The organization contended that holding the ceremonies at First
Cathedral violates the "establishment clause" in the First Amendment to the Con-
stitution.

In April 2007, the ACLU decided not to take any legal actions. The school system
agreed to put a disclaimer on its website and graduation programs that it does not
endorse a specific religion by holding graduation at First Cathedral.

Contact Larry Smith at   lsmith@courant.com.

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Education (1ED85))

Language:  EN

OTHER INDEXING:  (ACLU; AMERICAN CIVIL LIBERTIES; BOARD; CATHEDRAL; CEREMONY; EN-
FIELD; FERMI)  (Andre Greco; Chris Drezek; Contact Larry Smith; Field Turf; Gal-
lacher; Greco; John Gallacher; Superintendent; Thomas Duffy)

EDITION: 6 METRO

Word Count: 502
1/25/08 HARTFORDCRNT B3
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# Exhibit 69

## Hartford Business.com

↻ SHARE   ＂⊠◨  COLLECTION BASKET

# Blurring The Line Between Prayer And Profit
## A Bloomfield nondenominational megachurch converts to corporate behaviors

By Mary Johnson
Hartford Business Journal Staff Writer
02/18/08

Nearing the end of Sunday services at The First Cathedral church in Bloomfield, Archbishop and church CEO LeRoy Bailey Jr. invites the congregation of more than 1,000 up to the pulpit. He wants to bless their wallets and pocketbooks and make them bountiful, so he asks the men and women to squish up front and raise their money-holders to the heavens.



Photo/Steve Laschever

As the church goers stand, arms and accessories raised, the archbishop initiates a mass blessing, calling on God to make their financial woes fade away. Trust in God, he advises, and may he fill your empty pockets. After all, First Cathedral has dubbed 2008 the year of abundant overflow.

The blessing complete, the congregation lowers its purses and wallets. Now, it's time for the offering.

But while the First Cathedral pushes the power of prayer on its congregation, it isn't leaving its own finances entirely up to God.

The main area inside The First Cathedral has a capacity of 3,000 and has cost area high schools from $6,000 to $6,500 to rent for graduation ceremonies. The space was purposely designed with seats rather than pews to make it more appealing to the community at large.

To support its size and mission, First Cathedral, a megachurch with upwards of 11,000 members, behaves less like a tax-exempt nonprofit and more like a full-fledged business — a national trend that's raising gritty tax issues across the country.

The First Cathedral is registered not only as a 501(c)3, but also as a nonprofit business entity — under the name First Cathedral Development Corp. — with the Secretary of State's office since 1994.

According to the cathedral's amended certificate, "The corporation is formed solely for nonprofit purposes and not for pecuniary profit or gain."

That nonprofit status means the church is tax exempt, but only for services related to its mission; anything unrelated is deemed taxable.

## Nontraditional Model

However, according to church officials, everything is related to its spiritual purpose. "Whatever we do is always leading back our mission," said Charles Frazier, executive director of operations at First Cathedral.

The broad definition of "mission" is a trend among megachurches and something current tax laws are not equipped to deal with, said Scott Thumma, a megachurch expert and professor at the Hartford Seminary. Although it may look like a side business to most, it's all part of the "mission" to the church.

"It's a very fine line," said Thumma. "It's a model that doesn't fit the traditional framework of what a church is."

For First Cathedral, the ultimate mission is "really to make a difference in the community," Frazier said. And to do that, the church offers several community-enhancing and money-making services.

The church bookstore, The First Connection, is open seven days a week and is plugged repeatedly in the church service flyer, giving the word of God a shot of "act now" advertising.

Women are encouraged to buy the next book-of-the-month-club book at The First Connection "as soon as possible" because "this book will bless you." Teens are "challenged" to read Martin Luther King Jr.'s autobiography, a copy of which can also be found in-house. And just in case anyone needs one, "all bibles are still 15 percent off!"

For those suffering from obesity, the church's The Good Life Wellness Center pushes a weekly health tip in the flyer. But if turning to God instead of food doesn't seem to help, the center offers health products for sale Sundays, Tuesdays and Thursdays.

The church's in-house catering company, First Harvest, offers an after-service feast for church members but also caters to events outside the confines of the church.

Frazier maintains that the church's biggest source of income is donations from parishioners, but the other services do provide extra income. Still, the mission, he asserts, remains intact.

The bookstore provides inspiration and professional development for their members and the community. The wellness center promotes better health in the community. And the catering company brings healthy eating to life.

## Rental Income

On top of smaller endeavors, First Cathedral's 120,000-square-foot, 3,000-capacity facility is available for rent — a facet of operations that Frazier also confirms is part of the church's mission because it's providing a space for the community in which to gather.

The church doesn't advertise facility rental prices, nor would its special events coordinator confirm specifics because prices vary. But last summer, South Windsor High School and Enrico Fermi High School in Enfield both rented the First Cathedral to host graduation services. The facility cost the schools $6,000 and $6,500, respectively.

The First Cathedral also rents its adjoining athletic fields and courts, which include basketball courts, a tennis court and a softball field. And prices range from $150 to $5,000 a day.

Weddings will also cost, with a minimum rate of $500.

In contrast, the Holy Family Catholic Church in Enfield hosted 19 weddings and 71 baptisms last year — and made a total of $746.

"This is not a mom-and-pop operation," said Frazier of First Cathedral. "It takes a lot of skills and resources to run this operation."

The "operation" is currently a little more than halfway through development. Formerly the First Baptist Church of Hartford, First Cathedral shed its denomination when it moved to the Bloomfield from Hartford to broaden its appeal. It was built from scratch on a plot of land dotted with wetlands. The project was estimated to cost $4 million, but construction costs climbed to $5.7 million. Its sign alone, which streams a digital ticker of church events, cost $38,000.

The next phases of the project will add another 80,000 square feet to the main building plus an additional 80,000-square-foot family life center with an Olympic-sized pool.

With new endeavors may come the tricky issue of tax exemption.

"The question is how far can they go," said Dwight Merriam, an attorney with Robinson & Cole in Hartford who specializes in such issues.

Last April, when a religious organization in Stamford tried to claim an overarching mission, the state Court of Appeals sided with the city.

The National Spiritual Assembly of the Baha'i of the United States was claiming tax exemption for several parcels of land it owned in Stamford. The city didn't contest the exemption for the area where religious worship took place. It did, however, argue the tax exemption for parcels not used exclusively for religious purposes. The Court of Appeals agreed and sided with Stamford.

But it's all a question of angles, and First Cathedral remains firm that current endeavors are mission-specific. Frazier doesn't rule out, however, expansion into the for-profit sector in the future. The church has already collaborated with T-Mobile to erect a cell tower in the church steeple to provide better reception to the area. And First Cathedral does, Frazier asserts, pay taxes on that.

**Comments** | To post a comment, you must register. | View our Comment FAQ.
This article does not currently have any comments

┌─ Post A Comment ─────────────────────────────────────────────┐
│                                                               │
│   1. Message                                                  │
│      ┌─────────────────────────────────────────┐              │
│      │                                         │              │
│      │                                         │              │
│      │                                         │              │
│      └─────────────────────────────────────────┘              │
│                                                               │
└───────────────────────────────────────────────────────────────┘

┌─ Returning User? Please login. ──────────────────────────────┐
│                                                               │
│   1. Email:  ┌──────────────────────┐                         │
│   2. Password: ┌──────────────────────┐                       │
│                                                               │
│   Forgot your password?                                       │
│                                                               │
└───────────────────────────────────────────────────────────────┘

or

┌─ New to our site? Please create an account (Why?) ───────────┐
│                                                               │
│   1. First Name : ┌──────────────────┐                        │
│   2. Last Name :  ┌──────────────────┐                        │
│   3. User Name :  ┌──────────────────┐                        │
│   4. Create a Password : ┌──────────────────┐                 │
│   5. Reenter Password :  ┌──────────────────┐                 │
│   6. Email : ┌──────────────────┐                             │
│                                                               │
└───────────────────────────────────────────────────────────────┘

## Security Code

Please enter the code shown below
(this helps us prevent spam)

rb86sv

Post Comment

©2009 New England Business Media

Designed and Maintained by ForeSite

# Exhibit 70

3/1/08 The Hartford Courant (Conn.) B3
2008 WLNR 4220903

Hartford Courant

Copyright 2008 The Hartford Courant Co.

March 1, 2008

Section: CONNECTICUT

GRADS MAY GRACE LAWN
SCHOOL BOARD MULLING PROPOSAL
LARRY SMITH
Courant Staff Writer

ENFIELD -- Board of education members are considering a proposal to have Enfield High School's graduation on the front lawn of the school.

The proposal was presented by members of a student committee and Principal Thomas Duffy. School officials have to look for an alternative site because the athletic fields are being renovated, as Fermi High School's were last year. Fermi's graduation was held at First Cathedral in Bloomfield last year.

A survey of **Enfield** High's seniors found that 103 respondents favored the on-site location and 33 favored **First Cathedral**.

"They've had a year to really make up their minds," Duffy said. The committee had to work around limitations of the renovations and the gymnasium floor being replaced because of flooding in the school in January. Duffy said the committee also used information gathered by Fermi High School's search for a temporary place for graduation last year.

Duffy said the proposal includes having flexible start times for the graduation that would come into play if inclement weather is forecast for that night. The graduation would be started earlier to avoid the weather, he said.

There are a number of issues that have to be researched, such as parking and traffic flow, because the faculty and staff parking in front would be used for chairs for parents and guests, Duffy said. One option would be to have the school system ask Enfield Square for permission to use parts of its parking lots and then shuttle people back and forth to the high school, he added.

Duffy said the front lawn has recently been vandalized twice and needs to be repaired before any ceremony could be held there.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Board members have already decided to have Fermi's graduation at First Cathedral again because they've been told the new turf in the football stadium has to be covered with other materials to be used.

Board member Judith Apruzzese-Desroches said she believes that when people voted in favor of renovation, they believed that the project would allow the same activities to happen on the fields as in the past.

Board member Gregory Stokes said the graduation is splitting into issues, a short-term solution for Enfield High and a long-term solution for the use of both high schools' athletic fields.

"We need to look at long term bringing the students back home," Stokes said. "That's what they want."

Board Chairman Andre Greco said the board has to consider all sides of the issue before deciding where to hold the graduation.

"I'm not sure as we sit here now that we have enough information to make a decision," Greco said.

Contact Larry Smith at lsmith@courant.com.

---- INDEX REFERENCES ----

NEWS SUBJECT: (Education (1ED85))

Language: EN

OTHER INDEXING: (BOARD; ENFIELD; PROPOSAL; SCHOOL; SCHOOL BOARD) (Andre Greco; Contact Larry Smith; Duffy; Fermi; GRADS MAY GRACE; Greco; Gregory Stokes; Judith Apruzzese-Desroches; Stokes; Thomas Duffy)

EDITION: 3 ENFIELD/NORTH CENTRAL

Word Count: 520
3/1/08 HARTFORDCRNT B3
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# Exhibit 71

Westlaw.

3/12/08 The Hartford Courant (Conn.) B3
2008 WLNR 4920072

Hartford Courant
Copyright 2008 The Hartford Courant Co.

March 12, 2008

Section: CONNECTICUT

BOARD VOTES ON GRADUATION
ALTHOUGH STUDENTS PREFER LOCAL CEREMONY, PANEL CHOOSES OTHERWISE
LARRY SMITH
Courant Staff Writer

ENFIELD -- While the majority of seniors at **Enfield** High School students wanted to **graduate** in town this year, the board of education decided Tuesday to hold the ceremony at **First Cathedral** in Bloomfield.

The board of education voted 5-3 to hold the ceremony June 24 at the church in Bloomfield while Enfield High School's athletic fields are being renovated. Board members said while they wish they could grant the students' desire, there are too many logistical problems.

Board member Gregory Stokes, who made the motion to have the graduation at First Cathedral, said it is a hard decision for the board.

"The variables that could happen scare me," Stokes said.

A survey of Enfield High's seniors found that 103 respondents favored the on-site location and 33 favored First Cathedral.

Arianne Dilzer, Enfield High's student representative to the board, said all of her senior classmates want to graduate on the school premises.

Board member Vincent Grady said he thinks the board should support the students' overwhelming vote for the graduation to be on the school premises.

"They kind of put a lot of effort into this," Grady said. "I think we owe it to them as a board to do that."

Fermi High School is having its graduation at First Cathedral for the second year in a row because it has been determined the new athletic field would have to be covered in order to not void the warranty on the synthetic surface. Officials said the cost for such a covering would be about $30,000.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Enfield Principal Thomas Duffy said the seniors have had a tough year with the floods and fires in January and bomb threats earlier in the school year. The prospect of being able to vote to have the ceremony on the school grounds gave them something positive to hang on to, he said.

Duffy said if the ceremony was held on the school grounds and it rained then the school system would have to have an alternative site in town, which creates a different set of problems. Because Enfield High's gym was damaged during the January floods, an alternative site would have to be Fermi High School's gymnasium, which is smaller, officials said.

The students realize that the graduation is a board of education ceremony and a board decision, Duffy said.

"Our students are resilient," Duffy said. "Wherever the graduation is we'll be there and make it work."

However, board members said they want to make a commitment to have the graduations on the school's fields starting next year.

Contact Larry Smith at  lsmith@courant.com.

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Education (1ED85))

Language:  EN

OTHER INDEXING:  (BOARD; ENFIELD)  (Arianne Dilzer; Contact Larry Smith; Duffy; Fermi; Fermi High; Grady; Gregory Stokes; Stokes; Vincent Grady)

EDITION: 3 ENFIELD/NORTH CENTRAL

Word Count: 498
3/12/08 HARTFORDCRNT B3
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# Exhibit 72

4/7/08 The Hartford Courant (Conn.) B3
2008 WLNR 6511622

Hartford Courant
Copyright 2008 The Hartford Courant Co.

April 7, 2008

Section: CONNECTICUT

LET ENFIELD KIDS GRADUATE IN AT ENFIELD SCHOOL

Let's hear a resounding "boo hiss" for the Enfield Board of Education's 5-4 decision to send high school graduation ceremonies out of town.

Why, when three-fourths of Enfield High seniors voted to hold the most important day of their scholastic lives on high school grounds (103 favored the high school while 33 favored an out-of-town venue), did the board of education's Republican majority reject the seniors' request?

For decades, seniors at Enfield's two high schools have celebrated graduations on their high school grounds. Rain or shine, these monumental celebrations took place in Enfield. These ceremonies are such joyous occasions that the spirit of the day couldn't be dampened even for the few held in gymnasiums during inclement weather. For those who graduated from either Enfield High or Fermi High, there are long-standing traditions that can't be replicated at a Bloomfield "house of worship."

Has the board of education informed the families they would be sitting through the indoor ceremony, looking at the back of their graduation caps, not the seniors' faces? Did board of education members take into account that many seniors drive to their graduation ceremonies by themselves or with friends? Asking seniors to travel to Bloomfield is not only more time-consuming, but more expensive with skyrocketing gas prices.

Plus, after such an emotional event, these young drivers, teeming with excitement, are thrust back onto unfamiliar roads, headed where? Back to Enfield, where they're then ushered onto a shuttle bus for their local "safe night" graduation activities. Why doesn't the board of education shuttle students to and from Bloomfield?

Enfield's board of education would never have considered holding the graduation ceremonies out of town if it hadn't been for the much maligned Fermi High athletic field renovation. Last year, the reason for moving the Fermi ceremony was that the new football field wasn't completed in time for graduation. This year, the excuse is that the new field's "delicate" synthetic surface could be damaged by gradu-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

ation foot traffic and folding chairs. While that news came as a surprise to many, the town is willing to purchase a protective cover in time for the June ceremony. So why, then, do Fermi seniors have to leave their school grounds?

A high school graduation should be all about the graduating seniors. It's their day. And it's about traditions. While the wants of some parents, grandparents, friends and town officials may warrant a consideration, these individuals have already had their day. While trying to save a buck may appear the right motive for board of education Republicans, please reconsider and do the wise thing. Put a halt to the board of education partisanship and let Enfield's high school seniors have their graduation where they want it, in Enfield!   Linda M. Chojnicki Enfield

PHOTO: AT ENFIELD HIGH'S 2006 graduation, Alex Hodges and Melissa Hicks celebrated with their classmates and silly string. The board of education, in March votes, decided not to reverse earlier decisions to hold the **Enfield** and Fermi high school **graduation** ceremonies at **First Cathedral** in Bloomfield this year.

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Parents & Parenting (1PA25); Children (1CH89); Health & Family (1HE30); Education (1ED85))

Language:  EN

OTHER INDEXING:  (BLOOMFIELD; ENFIELD; ENFIELD BOARD; ENFIELD SCHOOL; PHOTO) (Alex Hodges; ENFIELD KIDS GRADUATE; Linda M. Chojnicki; Melissa Hicks; Put; Rain)

KEYWORDS: town talkback

EDITION: 6 metro/sports final

Word Count: 636
4/7/08 HARTFORDCRNT B3
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# Exhibit 73

11/16/08 The Hartford Courant (Conn.) H14
2008 WLNR 22900809

Hartford Courant

Copyright 2008 The Hartford Courant Co.

November 16, 2008

Section: iTOWNS

2 SCHOOLS, 2 OPINIONS ON GRADUATION SITE

SHAWN R. BEALS
sbeals@courant.com

ENFIELD A recent poll found that **Enrico** **Fermi** High School students want to **graduate** at **First** Cathedral in Bloomfield, but **Enfield** High School students would rather **graduate** at their school.

Though the schools were divided, the same number of votes were tallied at each - 192, according to board of education member Tom Arnone.

The board decided to poll the seniors after residents criticized an Oct. 14 board of education decision to hold the graduations in Bloomfield. Board members in attendance voted 6-2 for the cathedral, saying it eliminated weather concerns, lowered costs and maximized the number of guests able to attend. Both graduations were held there in June while athletic fields at both schools were under construction.

At Fermi, 74.2 percent of students who responded to the poll preferred to **graduate** at **First Cathedral**, compared with just 9.7 percent at **Enfield** high.

Ninety-one percent of seniors at Fermi filled out the survey. The return at Enfield High was 83 percent.

Arnone said he would still vote to have the graduations at First Cathedral.

"I was blown away by it," said Arnone, who attended the ceremonies in June. "It was just the most fantastic venue."

He also said he did not support more votes on the topic because the board shouldn't spend so much time on nonacademic issues.

Board member Vincent Grady said he hoped the poll results would change the board's decision. Based on the results, he said he would like to see the board change its decision for Enfield High School.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

"If Fermi wants to go to the cathedral, let them go to the cathedral," Grady said.

The board meets next on Nov. 18, and Chairman Andre Greco said that in order to change the location, a motion would have to be made to rescind the previous decision before another vote.

---- INDEX REFERENCES ----

NEWS SUBJECT: (Education (1ED85))

Language: EN

OTHER INDEXING: (BOARD; ENFIELD; ENRICO FERMI; FERMI) (Andre Greco; Arnone; Grady; Ninety; Tom Arnone; Vincent Grady)

EDITION: 3

Word Count: 355
11/16/08 HARTFORDCRNT H14
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# Exhibit 74



# JournalInquirer.com
### NORTH-CENTRAL CONNECTICUT'S ★ HOMETOWN NEWSPAPER

JI marketplace

Enter Keywords    Sort by ....
Search

**Andover*Bolton*Coventry*East Hartford*East Windsor*Ellington**
**Enfield*Hebron*Manchester*Somers*South Windsor*Stafford**
**Suffield*Tolland*Vernon*Windsor*Windsor Locks**

Home  Photos  Archives  Obituaries  TV Listings  Movies  Classifieds  Place Ad  Contact Us  Send News Tips  Subscribe  About Us

## Savings Institute Bank & Trust
### Feel Good. Bank Smart.
Member FDIC
Equal Housing Lender

▶ CT Jobs
▶ Auto Dealer Ads
▶ All Classifed Advertising
▶ Place a Classified Ad
▶ Submit a Display Ad
▶ JI Homes Online
▶ JI Homes Plus
▶ JI Coupon Clipper
▶ JI Snow Sports Directory
▶ Home Journal West
▶ Home Journal East
▶ Yellow Pages

Home | My Album | My Cart | FAQ | Registration/Login | Order Status | Search

**Categories**
Home
All Albums
News tab - Covers
Sports tab - Covers
Living tab - Covers
Opinion tab - Cartoons
Photo tab
Video tab art

**Bookmarks:**


Home > No Category > Metro Learning Center Grad 061509

Metro Learning Center Grad 061509
Date: 6/15/2009    ✉ Email Page to Friend    Save In My Album    Buy this Photo
View Gallery

◀◀  Photo 3 of 6  ▶▶  ▶



Buy this Photo

Caption: The procession of graduates at the 2009 Commencement Ceremony for the
Metropolitan Learning Center Interdistrict Magnet School for Global and International Studies
on Monday June 15, 2009 held at The First Cathedral in Bloomfield. (Leslloyd F. Alleyne/
Journal Inquirer)    Album ID: 777855    Photo ID: 24175341

This is a low-resolution representation of a high-resolution photo suitable for print
reproduction. If the image displayed above is color - the print will be color. If the image
displayed above is black and white - the print will be black and white. This preview does not
represent high image quality of the products that can be ordered from this site. Unauthorized
reproduction of this image prohibited by law. Watermarks do not appear on the final product.


powered by
mycapture
a secondstreet media solution

© MyCapture, Inc. - A Second Street Media, Inc. Solution All rights reserved.

FAQ | Terms of Use | Privacy Policy | Order Status

News | Sports | Living | Connecticut/Region | Towns | Business | Editorials & Comment | Letters to the Editor | Keith Burris Columns | Chris Powell Columns | Randy Smith Columns | More Sports Columnists |
Obituaries | Alrtime | Richard Tembing Columns | Tom Wolff Columns | Engagements/Weddings | Connecticut Lottery Numbers | Massachusetts Lottery Numbers | Movie Listings | Connecticut Connections |
Town Internet Sites | Jobs at the JI | Classifieds | Photo Galleries | TV Listings | Place Your Ad | Subscribe | Contact Us | About

# Exhibit 75

# Journal Inquirer.com
## NORTH-CENTRAL CONNECTICUT'S ■ HOMETOWN NEWSPAPER

Towns > Enfield

## 2 groups threaten to sue Enfield school board if it continues to hold high school graduations at Baptist church

Print Page

**By Christine McCluskey**
**and Kala Kachmar**
**Journal Inquirer**
Published: Thursday, November 19, 2009 11:34 AM EST

ENFIELD — The American Civil Liberties Union and Americans United for Separation of Church and State on Wednesday came one step closer to suing Enfield's school system over its practice of holding high school graduations at First Cathedral in Bloomfield.

The two organizations sent a letter Wednesday to the school system's lawyers demanding that the schools agree by Dec. 9 to stop holding graduations at the large Baptist church to avoid a lawsuit.

Holding the graduations of Enfield and Fermi high schools there "violates the U.S. Constitution and the rights of religious minorities," lawyers for the ACLU and Americans United for Separation of Church and State wrote in the letter.

The organizations recently filed freedom-of-information requests for information about the graduations that several area school systems, including Enfield, East Hartford, South Windsor, and Windsor, hold at First Cathedral.

But it appears Enfield is the only school system the two organizations have threatened with a lawsuit.

First Cathedral has indoor seating for about 3,000 people. Fermi's graduation was first held there in 2007, when renovations the school's athletic field was undergoing made it impossible for the graduation to be held on the field as it traditionally had been.

The Fermi graduation was held at First Cathedral again last year in order to avoid damaging the new field.

Enfield High School's graduation was held at First Cathedral for the first time last year. The school's football field was under renovation and its gymnasium was being repaired after a water main break.

In October of last year, the school board voted to hold both high schools' 2009 graduations at First Cathedral again, with the majority of board members saying last year's events had been well received.

Proponents of holding the ceremonies at First Cathedral have said it's the best location because of its ample seating and parking, air conditioning, and audiovisual equipment. They also said that the cost of holding graduations there is less than the cost of holding them on school grounds or at locations such as the town green or Asnuntuck Community College.

Poll results differed between schools

Opponents, though, have said it would be better to have the graduations on school grounds, or at a location that's not a house of worship. The opponents have included the vast majority of students at Enfield High School, according to a poll last year in which the students voted 130-14 in favor of graduating at their school.

Fermi students felt differently, though, with more of them favoring a First Cathedral graduation, by a 178-62 vote.

An advisory committee of parents, students, and teachers that Enfield's school board formed in 2006 as it considered holding Fermi's graduation at First Cathedral for the first time found that objections focused more on holding the ceremony out of town than on the religious nature of the site.

The ACLU has made its opposition to Enfield's and other school systems' graduations at First Cathedral known for years. In 2006, after Enfield's school board decided to hold Fermi's graduation at the church, the ACLU sent a letter saying the decision violated the Constitution.

In the latest letter, dated Wednesday, the ACLU and Americans United for the Separation of Church and State write that religious items in First Cathedral that were supposed to be covered up for the graduations were not covered.

"Religious symbolism is inherent in virtually every aspect of the cathedral, so secularizing the facility for school events would not appear to be possible," they wrote.

They wrote that those symbols include crosses, banners on which Bible verses are written, and, on the carpet, Biblical symbols such as fire, a fish, and a shepherd's crook.

Letter mentions church architecture

Even the architecture of the church has religious significance that makes it inappropriate for a public school graduation, the letter states, giving examples such as "the lower level of the cathedral represents the earth, while the middle level represents heaven. Thus, students and parents who sit in the lower level of the cathedral's sanctuary site on 'earth,' while those in the balcony level sit in 'heaven.'"

Those who attend graduations at First Cathedral "are coercively subjected to religious messages as the price of attending high-school commencement," the letter states.

Lower-cost alternatives for graduation sites include the high schools' athletic fields, the town green, Asnuntuck Community College, and the Big E Coliseum in West Springfield, the lawyers for the ACLU and Americans United for Separation of Church and State wrote.

They also listed sites more expensive than First Cathedral, such as the Bushnell Center for the Performing Arts in Hartford, the University of Hartford's Chase Arena, and the Comcast Theater in Hartford.

Board of Education Chairman Gregory T. Stokes said today that prior to the threat of the lawsuit, the board had plans to review this year's graduation site. However, he said it wasn't going to be a soon as it is now that there's a potential lawsuit looming.

"Every year, we usually set the graduation dates in April," Stokes said.

"I think every component of this is going to be looked at," he said.

Stokes said he doesn't know if a lawsuit would be more of a hassle than changing the graduation site.

"I think that you have to weigh out a lawsuit compared to the costs of covering bills," Stokes said, adding that having the graduation at the high schools is far more costly than at the cathedral.

School board to weigh options

"We're stewards over the taxpayer's money," he said. "Our responsibility is to set policy and set the spending."

Both high schools' football fields have artificial turf, Stokes said.

Stokes said the manufacturer of the turf said holding a graduation on that type of field would require a covering that protects it from being punctured or damaged.

"When you have graduations on the field, usually you have a double setup just in case of bad weather," Stokes said.

An additional setup in the gymnasium is costly, he said.

Stokes, who doesn't agree with the ACLU's premise, said the church does everything it can to make the location look as secular as possible.

Items that are not permanent fixtures are removed before the ceremonies, he said.

Aside from the cost, having the graduations at the church has benefits that other locations lack, Stokes said.

The cathedral has separate rooms with TVs if there is an overflow crowd, which allows students to invite grandparents, aunts, uncles, and friends, Stokes said. If the graduation sites were at the schools, students would be limited in the number of guests they can have.

"We always had enough room," Stokes said. "It was a nice location."

Stokes said each high school has between 250 and 280 graduates every year.

He said the board hasn't considered potential new locations.

The Board of Education, which welcomed four new members this week, is just getting up to speed on the issue, Stokes said.

"It's going to take the nine of us working together to review and go through the information and discuss this," Stokes said.

Stokes said in the past, there have been some complaints and concerns from parents about the location of the graduation, but there have also been some who are "truly in favor."

"We've received communication from both sides over the last couple of years," Stokes said.

School board member Vincent M. Grady said he recalls that students and parents at Enfield High School have always preferred to have graduation on their field.

Grady said he's weighing both sides of the issue and is on the fence. He does, however, believe students should have their graduation where they want it.

"We have to weigh our options with what we're going to do," Grady said.

Copyright © 2010 - Journal Inquirer

[x] Close Window