# Exhibit 76

# Journal Inquirer.com
### NORTH-CENTRAL CONNECTICUT'S ■ HOMETOWN NEWSPAPER

**Towns > South Windsor**

## SW schools won't use First Cathedral for graduation

**By Kory Loucks**
**Journal Inquirer**
Published: Friday, December 18, 2009 12:42 PM EST

⌐ Print Page

SOUTH WINDSOR — In a close 5-4 vote during a special Board of Education meeting this week, members decided to switch the high school's graduation venue from First Cathedral in Bloomfield to the Hartford Convention Center.

The decision was prompted by a freedom of information request from the American Civil Liberties Union and the Americans United for the Separation of Church and State.

Republican board Chairwoman Lisa M. Maneeley and Vice Chairwoman Janice A. Snyder, David S. Joy, and Richard J. Mabey, all fellow Republicans, voted no during Tuesday's meeting. Republican Timothy P. Kennefick voted with Democrats Sheila Appleton, Diane F. Behler, Caroline M. Driscoll, and Brian L. Salerno to move the location.

"I did not vote for it," Mabey said Thursday. "The discussion never revolved around church and state, but did around the potential litigation."

Mabey said High School Principal Daniel P. Sullivan recommended the convention center as the best option.

While the majority of board members wanted to avoid the possibility of litigation, Mabey said he held out on principle.

"Maybe it is the social studies teacher in me," Mabey said of his job in West Hartford. "I think there are some things that are worth fighting for, and not let groups come in and dictate how we go about our business."

Recently the ACLU and Americans United requested FOI documents from area schools including East Hartford, Enfield, Windsor, and the Metropolitan Learning Center in Bloomfield about the use of First Cathedral as a graduation site.

Americans United and the ACLU also sent a letter this month to Enfield's school board lawyers advising that the organizations plan to sue if the board continues to hold graduations at First Cathedral. Enfield has until January to make a decision.

Mabey said the high school football field was considered, but because of the potential for inclement weather, the board decided to go with an indoor venue.

While he said he had some logistical concerns about using the Convention Center, because it has a flat ground interior and lacks of television cameras.

There will be a parking fee of between $5 and $10, he said, whereas First Cathedral did not charge for parking.

On the plus side, there is greater seating capacity at the Convention Center, with room for about 4,000, allowing for more guests, while First Cathedral has a seating capacity of about 3,500.

The Convention Center was available June 22 so there was no need to change the graduation date, School Superintendent Robert E. Kozaczka said Thursday. The new venue is going to cost the town $10,500 compared with the $5,000 fee for First Cathedral.

Kozaczka said the board already has paid First Cathedral $5,000 but is hopeful it will get most of that money back.

"We will have to find the money in the budget," to pay for the Convention Center, Kozaczka said, adding, "We don't have any choice. … It is early enough in the year so that there should not be a problem."

Kozaczka said Sullivan and he considered several locations before they opted for the Convention Center.

Sullivan's decision to switch venues was driven by concern for the graduating seniors, Kozaczka said, particularly with the potential of litigation and the possibility of an injunction against using the Christian facility.

"I have questions about the validity of the ACLU's case," Mabey said.

Alex J. Luchenitser, senior litigation counsel for Americans United, said Thursday that he was pleased about the board's vote.

"This is very good news," Luchenitser said. "We are thrilled" with the decision.

The Metropolitan Learning Center, a Capitol Region Education Council magnet school, also has opted out of using the First Cathedral as its graduation site.

"We are very much hopeful that the other school districts will follow the example of South Windsor and CREC," Luchenitser said.

Copyright © 2010 - Journal Inquirer

[x] Close Window

# Exhibit 77

Hello Visitor LOGIN OR REGISTER          JOBS   CARS   APARTMENTS   REAL ESTATE   PLACE AN AD   PETS   E-COURANT   HOME DELIVERY   OBITUARIES

Hartford Courant



37° F          JAN          7

HOME   NEWS   TOWNS   SPORTS   HUSKIES   ENTERTAINMENT   MONEY   LIFE + FAMILY   HEALTH   OPINION          Search          Go!

FIND YOUR TOWN   SUBMIT ARTICLE   LIST EVENT   HARTFORD   MANCHESTER   WEST HARTFORD   BRISTOL   MIDDLETOWN   ENFIELD

HOT TOPICS | Chris Dodd | Airline Security | Northampton Fires | Medicare And HIV | Skull & Bones Auction | NYE Pictures | CT Stories Of The Decade

NETFLIX   Watch Movies From Netflix   FREE TRIAL!   click here
Real (500) Days of Summer today!

Home > Towns > South Windsor
SOUTH WINDSOR

# South Windsor, Under Pressure, Moves Graduation Out Of Cathedral

**Topics**

The First Cathedral

Baptist

High Schools

See more topics »

Ads by Google

**God's True Church**
Did you know that God has one True Church? Here is how to prove where!
www.TheRCG.org/TrueChurch

**New York City Church**
Looking for a church in Manhattan The Journey is a casual NYC church
www.JourneyMetro.com

**Watch Joel Osteen Online**
Watch Joel Osteen & Lakewood Church free online at Lightsource.com
www.Lightsource.com

By JOSEPH A. O'BRIEN
Special to The Courant
11:19 p.m. EST, December 30, 2009

E-mail   Print   Share   Text Size

SOUTH WINDSOR — - The board of education has sidestepped a legal fight over the separation of church and state by changing the location of South Windsor High School's 2010 graduation.

Public high schools in Enfield, South Windsor, Windsor and East Hartford and the Metropolitan Learning Center Magnet School were put on notice in November that holding a public school graduation in a Christian cathedral violates limits placed on government entities, including school boards, by the Constitution.

The South Windsor board has voted to change the venue for the June 22 graduation from The First Cathedral in Bloomfield to the Connecticut Convention Center in Hartford.

The American Civil Liberties Union of Connecticut and Americans United for Separation of Church and State have promised legal action, starting with Enfield, if the practice is not stopped.

Greg Stokes, chairman of the Enfield Board of Education, said Wednesday that it may discuss and vote on the 2010 graduation sites for its two high schools, Enrico Fermi and Enfield, sometime in January. He said the South Windsor decision could be a factor in the Enfield deliberations.

"Everything plays into our decision-making," Stokes said. "That will obviously be on our minds."

The Enfield board meets in regular sessions on Jan. 12 and Jan. 26.

Alex J. Luchenitser, senior litigation counsel at Americans United for Separation of Church and State on Wednesday praised the South Windsor school board's decision, saying it "respects the rights of religious minorities."

The ACLU became involved after learning that Enfield's school board had selected the cathedral in Bloomfield as the site where members of Enrico Fermi High School's Class of 2007 would receive their diplomas. The ACLU voiced its concerns in a December 2008 letter to the school board chairwoman at the time, Sharon Racine. The graduation was held at the cathedral in June 2007 and in 2008 and 2009. Enfield High School's graduations have taken place there in 2008 and 2009.

In that letter, ACLU staff attorney Sam Brooke said holding a public school function in a Christian cathedral violates the "establishment clause" of the First Amendment, which prohibits government entities, including schools, from acting in a way that could be viewed as endorsing a religion.

In November, the ACLU notified the Enfield school district that it had been "retained to file litigation" on behalf of Enfield school students and parents to stop the use of the cathedral for graduations because it violates the Constitution and the "rights of religious minorities." That letter was signed by Luchenitser and attorneys for the ACLU.

Luchenitser said school officials in South Windsor and at the Metropolitan Learning Center, a magnet school in Bloomfield run by the Capitol Region Education Council, have agreed to stop using the cathedral. Luchenitser said he hopes that those in Enfield, Windsor and East Hartford will do the same.

Luchenitser said the issue is not unique to Connecticut.

"It is a widespread issue," he said. "We've received lots of complaints from across the country."

He said Americans United, a nonpartisan coalition that came together in 1947 as several proposals to extend government aid to private religious schools were pending in Congress, has gone to court in several states including

iTOWNS
connect to your towns, your neighbors, your life

**All-Courant Fall Sports**

Today we present our annual salute to the athletes of the fall season. Be sure to check out our players of the year as well as All-Courant teams in each of the eight fall sports. Plus, look back at each sport's season, championship scores, final ratings, and great photos of our players of the year.

Submit your:
articles          event listings          photos
cover art nominations          birth announcements
contact us


**Rockville: Local Mom Makes $77/hr Online!**
Unemployed mom makes $6,495/month working online. Read how she did it. Read More


**Rockville - Mom Lost 46lbs Following 1 Rule**
I cut down 46lbs of stomach fat in a month by obeying this 1 rule Read More

Florida and Wisconsin to end the practice of holding graduations in churches.

"We try to resolve these matters without filing suit," Luchenitser said, adding that reason is less expensive than litigation, which usually "gets people's emotions going."

Luchenitser said his organization and the ACLU have received more complaints about the issue in recent years. He surmised that it may relate to the increased number of large evangelical churches across the country that, like every other religious group, need money to sustain their facilities and operations.

The First Cathedral, at 1151 Blue Hills Ave. Bloomfield, is a nondenominational Christian ministry with deep Baptist roots. In was founded in Hartford in 1968. The ministry became known as the First Baptist Church of Hartford in 1979.

Construction began on the 120,000-square-foot edifice in 1997 and it opened two years later.

"Economically, it makes sense," Luchenitser said of church officials' decision to rent out the Bloomfield cathedral for graduations, adding that the rental fees charged have ranged from $7,400 or $8,000. "They can make money and get free or discount advertising."

Its large sanctuary can hold several thousand people, who are clearly reminded of what those who worship there believe. Visitors are greeted with the message: "THIS IS GOD'S HOUSE WHERE JESUS CHRIST IS LORD."

"Another, perhaps unintended message is also made clear," Brooke, of the ACLU, wrote in 2006 of the cathedral's use for graduations.

"It unequivocally tells Christian students, especially those who are Baptist, that they are 'insiders,' 'favored members of the political community,' those who are of a different religion or no religion at all, are told they are 'outsiders.'"

School officials in South Windsor and at the magnet school made "the responsible decision," Luchenitser said. "We hope that Enfield, Windsor and East Hartford follow their example, comply with the Constitution and respect the rights of religions minorities."

•Staff writer Shawn Beals contributed to this story.

Copyright © 2010, The Hartford Courant

**Related stories**

From other Connecticut sources
• School drops graduation at church | wnh.com



E-mail    Print    Digg    Twitter    Facebook    StumbleUpon    Share



I can
afford to
bail out a...

a. major bank

b. auto company

c. child slave

World Vision
worldvision.org



**Real Estate Transactions**

*Search the Courant's real estate transactions data by keyword, locality or date.*

Keyword: [            ]
Year: [2009] and Month: [January]
Choose a City: [            ]   [Search]

• Visit the Connecticut Real Estate Transactions search page for more details about this database.
• Data provided by The Warren Group in Boston, publisher of the Commercial Record.

**COMMENTS (39) | Add Comment**

As a SW resident with 2 HS grads under my belt, and 2 more heading that way, I commend the Bd of Ed for a sound decision, based BOTH on principle and practicality.

As a former intern with the Conn. Civil Liberties Union, I had first-hand experience with the "whack jobs" there. They are dedicated, low-paid, highly principled and extremely smart attorneys, who have stood up for the free speech of right wing "whack jobs" (the Klan), advised white males who call, ranting about minority hiring preferences, on precisely how to file their claims with the State Equal Opportunities Commission, among other things. In other words, they base their actions on what the Constitution requires, using legal precedents, careful analysis and concern for all--as opposed to the will of the majority. This is called "democracy in action", as opposed to "mobocracy" or "theocracy."

Finally, as a Jew, I can personally attest to moments of discomfort when attending public meetings in churches, as well as at our town's annual Christmas choir concert, where the entire audience rises when Handel's "Messiah" is sung (I know its based historically on the actions of a British royal, but still...). And I'm a non-practicing, agnostic Jew. Of course, I have full respect for all other religions, and have not engaged in any war on Christmas or the Easter Bunny.
*MediaSavvy (01/01/2010, 10:36 PM )*

Report Comment

considering that over 90% of south windsor students go on to college, this high school graduation isnt really an end to their schooling. All the students that feel that the change in venue was wrong should not attend and have their diplomas mailed to them. How would the ACLU feel when only a few dozen students attend their own graduation because of their meddling? Sure, a high school graduation ceremony at the time is a big part of a students life, but looking back, a college ceremony means a whole lot more. This is one of the first times that a high school student can stand up for themselves. Its fun to share the ceremony with friends, so maybe the graduating students can have their own ceremony at a friends house.
*cccp1955 (01/01/2010, 11:13 AM )*

Report Comment

This has become a wonderful teaching moment. In one quick moment, the students have learned what a bunch of whack jobs the ACLU is. A better learning experience will not occur in their lifetimes.
*bobol1111 (01/01/2010, 6:52 AM )*

Report Comment



Pictures: 2010 First Night
In Hartford

More Photos



**Hartford Courant Photographers' Best Photos of 2009**



**Pictures: Precision Camera Repair Facility**



**Pictures: 'We Are The Children' Christmas Party**



**Pictures: Corsair Restoration**

## News

Breaking
Connecticut
Education
Health
Nation & World
Photos
Politics
Special Reports
Traffic
Video
Weather
Weird News

### Towns

Find Your Town
List Event
Submit Article
Submit Photo

## Sports

Racing
Baseball
Basketball
College
Connecticut Sun
Football
Golf
High Schools
Hockey
Minor League Baseball
Red Sox
Yankees
Other Sports

### UConn Huskies

UConn Men
UConn Women
UConn Football

## Business

Connecticut Business
Consumer
Personal Finance
Real Estate
Shopping
Stocks
Technology

### Life + Family

Crossword
Food
Green Living
Home + Garden
Horoscopes
Parenting
Pets
Style
Travel

## Entertainment

Attractions
Bars & Clubs
Books
Celebrity
Events
Movies
Movie Times
Museums
Music
Outdoors
Restaurants
Shopping
Arts & Theater
Television
TV Listings

## Opinion

Blogs
Caption Contest
Cartoon
Courant Columnists
Editorials
Letters To The Editor
Today's Buzz

### Classified

Apartments
Cars
Courant Jobs
Items For Sale
Jobs
Pets
Place An Ad
Real Estate
Weddings

## Obituaries

### Services

Archives
Coupons
E-Courant
Email Alerts
Lottery
Media Kit
Mobile Alerts
Mobile News
Mortgage Rates
Newspaper Ads
Public Notices
Reprints
RSS
Send News Tips
Special Sections
Subscribe
Topic Galleries
Twitter Feeds

Hartford Courant

Terms Of Service | Privacy Policy | About Us | Contact Us | Advertise Online |
Baltimore Sun | Chicago Tribune | Daily Press | Hartford Courant | Los Angeles Times | Orlando Sentinel | Sun Sentinel |
The Morning Call |
Hartford Courant, 285 Broad Street, Hartford, CT 06115

*A Tribune Web site*

# Exhibit 78

# Journal Inquirer.com
### NORTH-CENTRAL CONNECTICUT'S ■ HOMETOWN NEWSPAPER

**Towns > East Hartford**

## Cost, not principle, prompts EH school board to move graduation ceremony        Print Page

**By Matthew Engelhardt**
Journal Inquirer
Published: Wednesday, January 20, 2010 12:50 PM EST

EAST HARTFORD — On principle, members of the Board of Education said they would have liked to fight a potential lawsuit over using a church to hold high school graduation ceremonies.

However, the reality of the cost to fight the American Civil Liberties Union was just too high, prompting the board to vote unanimously Tuesday to move spring's commencement from First Cathedral in Bloomfield.

"It's a real shame that they're making such an issue of something that wasn't religious at all in nature," board Chairwoman Mary Alice Dwyer Hughes said following Tuesday's meeting.

East Hartford was one of several local school systems threatened with a joint lawsuit by the ACLU, the ACLU of Connecticut, and the Americans United for Separation of Church and State. In November, the groups filed a joint freedom of information request for documents related to holding graduation at First Cathedral, a 3,000-seat Baptist church.

Last year, East Hartford moved its commencement ceremonies to First Cathedral following years of holding graduation on the University of Hartford campus in West Hartford.

High school Principal Matthew Ryan said parents, students, and other guests had nothing but praise for the ceremony at First Cathedral.

The church offered indoor seating, air conditioning, indoor parking, and good audio and visual technology for $10,000 less than other options, including the the Bushnell in Hartford.

Ryan said First Cathedral's base cost for rental was $8,500, which was more than $12,000 less than the base fee charged by the University of Hartford. For years, residents had complained about the college's facilities, and in contrast, Ryan said, there was nothing but kudos for the ceremony at First Cathedral.

Other school systems, including Enfield, South Windsor, and Windsor, also held their ceremonies at the church. Windsor, for example, has used the facility for every high school graduation but one since 1999.

Concerns over violations to the constitution and offending minority religious groups prompted the ACLU to file the FOI request. Further, East Hartford School Superintendent Mark F. Zito said that if the graduation wasn't moved this year, the ACLU's lawyers had threatened that a lawsuit would follow.

Similar information requests and litigation threats were made to Enfield, South Windsor, Windsor, and Capital Region Education Council schools that have held graduation ceremonies at First Cathedral.

Zito said that no parents or students had complained to the school system about using the church.

In December, South Windsor became the first school system to respond to the possible litigation. The school board voted 5-4 to move this year's commencement from First Cathedral to the Hartford Convention Center.

The Enfield school board has publicly discussed the ACLU's actions, but have yet to vote on how to proceed. Windsor is scheduled to discuss graduation at tonight's school board meeting.

In a document Zito prepared recommending that the East Hartford board move graduation to an alternate site, he wrote that the projected costs for legal defense could be significant.

The board didn't take long to come to a decision, voting 9-0 to move the graduation. As a result, the search committee that recommended First Cathedral last year against will consider its options and examine the cost

for other venues.

"We just basically need to do another search," Ryan said.

Dwyer Hughes said last year's ceremony was "dignified."

During the ceremony, there weren't any references to Christianity.

"We just don't have the funding to fight this battle, as much as we may want to on principle," Dwyer Hughes said.

Ram Aberasturia, the school board's liaison to the high school, said the cost to fight a legal battle would outweigh the expense of moving graduation.

"Even if we win, we lose, because of excess cost in attorney's fees in defending the use of the cathedral," Aberasturia said.

Copyright © 2010 - Journal Inquirer

[x] Close Window

# Exhibit 79

# Journal Inquirer.com
## NORTH-CENTRAL CONNECTICUT'S ■ HOMETOWN NEWSPAPER

**Towns > Enfield**

### Enfield school board votes to hold graduations at its high schools ◆" not First Cathedral

Print Page

**By Christine McCluskey**
**Journal Inquirer**
Published: Wednesday, January 27, 2010 1:11 PM EST

ENFIELD — Enfield and Fermi high schools' senior classes will graduate at their schools this June.

The Board of Education voted 6-3 Tuesday to return the graduations to the high schools, with the decision coming after a discussion of the estimated costs of several locations including the high schools, the MassMutual Center in Springfield, and the La Renaissance banquet hall in East Windsor.

The board also heard Tuesday from a few members of the public who urged it to keep the graduations at First Cathedral in Bloomfield, where the ceremonies have been held for the past few years.

But board members said they did not want to spend the time and money that would be involved in fighting a potential lawsuit from the American Civil Liberties Union and Americans United for Separation of Church and State.

In November the two groups threatened to sue the board if it did not move its high school graduations from First Cathedral, saying graduations in a church are unconstitutional and violate the rights of religious minorities.

Ray Peabody of Washington Road said he had attended a graduation at First Cathedral and was impressed by the venue. He said the graduations should be held indoors so that those who attend, particularly students' older relatives, could avoid June's heat and humidity.

Peabody suggested the board enlist the help of an organization that would financially support a legal fight against the ACLU and Americans United for Separation of Church and State. He said there are several conservative organizations that would help with such an effort.

"Other communities have capitulated and I feel that's wrong," Peabody said.

Since the lawsuit threat, South Windsor and East Hartford's school boards have decided not to have their high schools' graduations at First Cathedral any more. Windsor's school board is still discussing the issue.

Patricia Wright of Oakwood Street said she has two children at Fermi, one a senior and one a freshman, as well as one in elementary school.

"I really, really hope you guys decide to fight this," Wright said.

She said having enough space for all her family members to attend graduation was important to her.

The board's student representative from Fermi, senior Meghan Ruff, said many students were asking why the board couldn't fight the lawsuit.

"The information we have through legal counsel is a lot more extensive than we can talk about here and in the newspapers," board Chairman Gregory T. Stokes said.

Board member Judith Apruzzese-Desroches said after the meeting that the board's lawyer had advised the members, who could be held personally liable in a lawsuit, not to discuss the matter publicly.

"He's told us we can't," she said.

Costs compared

Case 3:10-cv-00685-JCH   Document 6-10   Filed 05/05/10   Page 13 of 85

Board member Peter Jonaitis researched a variety of potential graduation locations, and Apruzzese-Desroches added up the additional costs of items such as diplomas, flowers, chairs, field coverings, and police to arrive at overall costs to the town and school system for each place.

Apruzzese-Desroches said Tuesday that holding the graduations on the high school football fields would cost about $51,000; holding them on grass at the schools would cost about $40,500; La Renaissance would cost about $36,900; and the MassMutual Center about $32,000.

She said it cost a total of about $32,000 to have the graduations at First Cathedral last year.

All these estimates included ceremonies on two different days, except the estimate for the MassMutual Center, which would be too expensive to rent on different days, Jonaitis said. If the MassMutual Center were chosen, one high school's graduation there would have to be followed later in the day by the other high school's ceremony.

That would cause big problems for the schools' Safe Graduation party plans, Fermi's Safe Graduation Committee chairwoman, Lisa Reda, said. She said the committee's plans counted on two separate graduation nights.

Board member Thomas J. Sirard said the board should consider not only the cost of each location, but what it would get for the money, noting the limited seats that would be available to families if the ceremonies were held at the schools and weather forced them inside.

Jonaitis said that in good weather, graduations at the schools were a nice tradition, but he was concerned about the effect of rain or heat on the ceremonies if they were to be held at the schools.

Vote taken

Board Vice Chairman Charles L. Johnson III said he didn't think the board was ready to make a decision Tuesday. He made a motion to adjourn in the middle of the meeting to end the discussion for the night, but the motion failed with every other board member besides Johnson voting against it.

"I think it's time to be done with this," Stokes said, and he called for a vote on whether to hold the graduations at the schools.

Johnson, Jonaitis, and Sirard voted against the motion, and the remaining six board members voted for it.

The motion didn't specify exactly where the graduations would happen at the schools or how the football fields might be covered.

Stokes said that at another meeting the board will take a vote on keeping the graduations at the schools for good, so it doesn't have to deal with the issue every year.

Copyright © 2010 - Journal Inquirer

[x] Close Window

# Exhibit 80

# Journal Inquirer.com
### NORTH-CENTRAL CONNECTICUT'S HOMETOWN NEWSPAPER

**Towns > Windsor**

## Windsor BOE moves graduation ceremony to Hartford concert site

Print Page

**By Matthew Engelhardt**
Journal Inquirer
Published: Wednesday, February 24, 2010 11:38 AM EST

WINDSOR — A long night of debate and frustration ended early this morning when the Board of Education voted to move high school graduation to a Hartford venue.

Members voted 4-3 with one abstention to move the ceremony to the Comcast Theater and away from First Cathedral in Bloomfield.

Residents packed Town Hall on Tuesday to speak on the decision. The majority of speakers asked that the board not move the ceremony, others argued against a possibly expensive legal battle with the American Civil Liberties Union.

The board decided the site on the same night it passed along a budget for council consideration that includes significant staff cuts to school personnel.

"I'm a believer in fighting for principle, but I want those teachers back in the classroom," former board member Elizabeth Kenneson said.

The school board defeated a related motion to rescind a previous vote to move the ceremony away from First Cathedral. The large Baptist church has long hosted Windsor's graduation ceremony, as well as commencements for high schools including Enfield, Fermi of Enfield, East Hartford, and South Windsor.

School officials estimate that it will cost about $19,000 to hold the ceremony at the Comcast Theater. The move is tentative depending on the availability of the venue and funding.

In comparison, it cost the board $8,000 to hold graduation at First Cathedral.

Superintendent of Schools Elizabeth Feser said the board would get $2,000 back on its deposit to book First Cathedral, losing another $2,000.

Board Republicans have maintained that First Cathedral offers an inexpensive, classy graduation venue that is secular during school functions. Democrats have said they're upset over interference by the ACLU, but worry about the possible cost and time it would take to fight a lawsuit.

The ACLU and Americans United for the Separation of Church and State have threatened suits against towns considering holding spring graduation at First Cathedral.

Democrat Christopher Watts said there wasn't time to fight a potential lawsuit or injunction. However, if the board wanted to choose First Cathedral next year and explore options early in anticipation of a legal challenge, he would back that decision.

It was after midnight by the time the board voted to move the ceremony. The audience that had gathered at the start of the meeting was gone by the time the vote took place.

During the earlier public comment, resident Bernie Caliendo said he was disgusted by the situation and asked the board not to move the ceremony.

"This isn't a wedding," Caliendo said. "It's a special event for the graduates and their parents."

Byron Washington, who was class president when Windsor held its graduation at First Cathedral in 2001, said the board should let the situation "bother you and trouble you.

"To sell your constituents short is very much what you're going to do," Washington said.

Copyright © 2010 - Journal Inquirer

[x] Close Window

# Exhibit 81

courant.com/community/enfield/hc-enfield-school-0224.artfeb23,0,1612181.story

# Courant.com

## ENFIELD SCHOOL GRADUATIONS

# Enfield School Board Rescinds Decision To Hold Graduations At Schools

By SHAWN R. BEALS

February 24, 2010

ENFIELD —

The board of education Tuesday night overturned its January decision to hold graduation ceremonies at the high schools this year after dozens of parents and students at the last two board meetings asked members to reconsider.



**Acai Berry EXPOSED (CDW Reports)**
Washington Warning! Health Reporter Discovers The Shocking Truth!

The board voted 5-3 to rescind its decision, leaving the district once again with no graduation site. Judith Apruzzese-Desroches, Joyce Hall and Vincent Grady voted against the motion to rescind.



**DONT Pay For White Teeth**
Washington Mom discovers one simple trick to turn yellow teeth white from home for under $5.

At least 100 people attended the meeting Tuesday night, and more than 20 said they wanted the board to consider off-site graduations.

"There is an overwhelming interest in holding the event at an [off-site] venue," said Andrew Silva, a senior at Enrico Fermi High School.

The school board has been trying to pick a graduation site since the American Civil Liberties Union and Americans United for the Separation of Church and State threatened to sue the district in November if it did not stop holding graduations at First Cathedral in Bloomfield.

Many said they prefer an indoor, off-site location because it allows more guests to attend the ceremony and eliminates weather concerns.

Rachel Zeni, senior class president of Enfield High School, said many people thought students at her school were not in favor of an off-site ceremony.

"It is evident that this is not the case," Zeni said. "This is a common view between the two high schools."

Board Vice Chairman Charles Johnson said the board acted too quickly in January in voting to have the graduations at each high school. There was very little board discussion on the vote, but board member Peter Jonaitis said the board would continue to review prices for other locations.

Copyright © 2010, The Hartford Courant

# Exhibit 82

Tuesday, March 02, 2010



FLAG PROTOCOL
Full staff

# JournalInquirer.com
### NORTH-CENTRAL CONNECTICUT'S HOMETOWN NEWSPAPER


43°F
more...


JI marketplace

Enter Keywords | Sort by ▼ | Search

Andover*Bolton*Coventry*East Hartford*East Windsor*Ellington
Enfield*Hebron*Manchester*Somers*South Windsor*Stafford
Suffield*Tolland*Vernon*Windsor Locks

Home  Photos  Archives  Obituaries  TV Listings  Movies  Classifieds  Place Ad  Contact Us  Send News Tips  Subscribe  About Us

## Savings Institute Bank & Trust
### Feel Good. Bank Smart.

Member FDIC
Equal Housing Lender

**Archives > Towns > Enfield**

🖨 Print | ✉ E-mail | 💬 Comment (7 comment(s)) | ☆☆☆☆☆ Rate | Text Size

# Manager gives council estimates of costs for in-town graduations

**By Kala Kachman**
**Journal Inquirer**
Published: Tuesday, March 2, 2010 12:09 PM EST

ENFIELD — Town Manager Matthew Coppler presented cost options at Monday's Town Council meeting for holding Enfield and Fermi high schools' graduations this June at the schools or on another field in town.

The newest option, utilizing another field in town and renting a tent for the two ceremonies, would cost about $21,170, Coppler said.

Each school would pay about $5,000 for the tent rental, about $1,200 for portable toilets, $1,900 to hire police officers, and about $1,250 for the 2,000 rental chairs. The remainder would be used to pay for the labor it would take to set up and clean up.

Mayor Scott R. Kaupin said it would cost about $10,600 per school.



Town Council members Clemence Dumont, Carol A. Hall, and Mayor Scott R. Kaupin at Monday's Town Council meeting, where Town Manager Matthew Coppler discussed the costs for the high school graduations if they were held on school grounds or at an alternative field in town. (Kala Kachman / Journal Inquirer)

Town officials have been scrambling to find alternative graduation sites since the American Civil Liberties Union threatened to sue if the school board once again held the graduations at First Cathedral, a large Baptist church in Bloomfield. The ACLU contends use of that building constitutes a violation of the separation of church and state.

Coppler said that if a location in town is used, officials would need to find an open space that meets parking and accessibility requirements. Among the possible locations mentioned at Monday's meeting were Asnuntuck Community College and John F. Kennedy Middle School.

Other options, which the council discussed last month, include renting or purchasing coverings for the new turf athletic fields at Fermi and EHS so the graduation ceremonies could be held on their grounds.

Renting a field protection system for both Fermi and EHS would cost about $29,000, and would include renting the system, installation and breakdown costs, chair rental, police security, and setting up indoors in case of bad weather.

Another option is purchasing a field protection system, which would cost about $74,000. The cost of the tarp and an interlocking surface system is about $55,000, according to information provided by Coppler. It would cost about $9,500 per school for the labor and indoor setup, police security, and chairs.

Another field protection system option would be purchasing three-quarters-inch tongue and groove plywood and tarp, which would cost a total of $55,250. The materials alone would cost $35,000, and the rest would be labor, setting up indoors, chair rentals, and police security.

"This type of system takes longer to set up so the labor is higher," Kaupin said.

Kaupin said the decision of where to hold graduations is ultimately up to the Board of Education.

He said the board also may decide to have the ceremonies at a private, indoor facility, like the MassMutual Center in Springfield.

Kaupin said school officials wouldn't have to hire police officers if they went with an indoor facility.

« Previous Article
Hebron hires Therrien as town manager

Next Article »
3rd person charged in burglary

**Article Rating**

Current Rating: 0 of 0 votes!    Rate File: Select Rating

**Reader Comments**

The following are comments from the readers. In no way do they represent the view of journalinquirer.com.

UnReal wrote on Mar 2, 2010 2:49 PM:
" >> "This type of system takes longer to set up so the labor is higher," Kaupin said.

Doesn't take a genius to see that some on Council and BOE have tried their best to make sure a graduation will never, ever, ever, be held at the high schools again. They've dragged their heels on purchasing the protective cover when they knew it was needed shortly after the fields were completed. And the longer they wait, the more expensive the cover becomes.

Say it out loud guys (and gals), you just don't want the graduations at the high schools as they were for zillions of years. Its such a shame that something as simple as a high school graduation becomes such a production in Enfield. Ya don't see other surrounding towns having this discussion.

Ok wrote on Mar 2, 2010 4:45 PM:
" Nothing like JFK after a rainstorm...little wet what we say..... "

Tell Us Something New wrote on Mar 2, 2010 6:35 PM:
" > Kaupin said the decision of where to hold graduations is ultimately up to the Board of Education.

BOE is merely a mouthpiece for some school administrators and principals. Council just buries its head in the sand and repeats, "we wanted it back at the schools, but its not our call" ... blah .... blah .... blah. "

Penny Pincher wrote on Mar 3, 2010 7:16 AM:
" Given all the expenses being tossed about, how is it the Town of Enfield hasn't gone broken decades ago by holding in-school and on-school-grounds graduations? Someone, please explain how the Town, without any issue or comments, was able to hold graduations @ EHS and @ Fermi for many generations. What's changed aside from the surface of the ballfields? "

Curious wrote on Mar 3, 2010 12:34 PM:
" > Kaupin said school officials wouldn't have to hire police officers if they went with an indoor facility.

Ever think how this may impact the Enfield Police since this was likely overtime that they counted on for their families. Same with the EMS on duty, and the public school and public works laborer who set up and took down after each graduation. Whattya trying to do, Council, break the unions in Enfield?

PS - the new Fermi fields are like sponges after a rainstorm. walking across the various practice fields to get to football field is hazardous to one's health. and Fermi fields are a darn sight newer than JFK's. "

Penny Whiner Pincher wrote on Mar 3, 2010 12:53 PM:
" Nothing has changed. It has always cost the same amount (obviously increased with inflation). There just happen to be less expensive alternatives. If you're such a "penny pincher" I would imagine you would embrace cheaper alternatives. Guess somebody's a hypocrite. "

Penny Pincher wrote on Mar 4, 2010 12:22 PM:
" > There just happen to be less expensive alternatives.

Oh yeah, right, like going to a church and causing a lawsuit as a result. Yeah, that's a whole lot cheaper and makes so much sense. NOT.

Again, put some folding chairs on the gym floors, invite parents, and be done with this endless debate over something so trivial to the majority of other towns and their schools. Only Enfield can make a mountain out of a molehill. "

## Submit a Comment

We encourage your feedback and dialog, all comments will be reviewed by our Web staff before appearing on the Web site.

Name:

Email:
(optional)
Comments:

Image Verification: (Case sensitive)

Post Comment

News | Sports | Living | Connecticut/Region | Towns | Business | Editorials & Comment | Letters to the Editor | Keith Burris Columns | Chris Powell Columns | Randy Smith Columns | More Sports Columnists | Obituaries | Airline | Richard Tambling Columns | Tom Wolff Columns | Engagements/Weddings | Connecticut Lottery Numbers | Massachusetts Lottery Numbers | Movie Listings | Connecticut Connections | Town Internet Sites | Jobs at the JI | Classifieds | Photo Galleries | TV Listings | Place Your Ad | Subscribe | Contact Us | About

# Exhibit 83

courant.com/community/enfield/hc-enfield-graduation-0414.artapr13,0,6061776.story

# Courant.com

**ENFIELD GRADUATIONS**

## Enfield Sticking With Cathedral As Graduation Site

By SHAWN R. BEALS

April 14, 2010

ENFIELD —

The board of education voted 6-3 Tuesday night to hold this year's high school graduations at First Cathedral in Bloomfield and challenge a lawsuit threat by two civil liberties organizations.



The American Civil Liberties Union and Americans United for Separation of Church and State last year threatened to sue the district if it continued to hold ceremonies at First Cathedral.

"We're not picking a fight. We simply want to graduate and do honor to our students," said Chairman Gregory Stokes. "The decision is based on the fiscal situation of the district and not the ideological situation of the district."

The two groups demanded that the district choose a secular site for the ceremonies, but officials said other sites were either more expensive or offered fewer seats for family members and guests.

"First Cathedral seems to be the first choice that people wanted to go to; this truly is saving us money," said board member Peter Jonaitis.

Board members Judith Apruzzese-Desroches, Vincent Grady and Joyce Hall voted against First Cathedral as a graduation site.

Copyright © 2010, The Hartford Courant

# Exhibit 84

Wednesday, April 14, 2010

 FLAG PROTOCOL
Full staff

# JournalInquirer.com
### NORTH-CENTRAL CONNECTICUT'S · HOMETOWN NEWSPAPER

56°F
more...



| Enter Keywords | Sort by --- |
| | Search |

Andover*Bolton*Coventry*East Hartford*East Windsor*Ellington
Enfield*Hebron*Manchester*Somers*South Windsor*Stafford
Suffield*Tolland*Vernon*Windsor*Windsor Locks

Home  Photos  Archives  Obituaries  TV Listings  Movies  Classifieds  Place Ad  Contact Us  Send News Tips  Subscribe  About Us

# Savings Institute Bank&Trust
### Feel Good. Bank Smart.
Member FDIC
Equal Housing Lender

## JI marketplace
▶ CT Jobs
▶ Auto Dealer Ads
▶ All Classified Advertising
▶ Place a Classified Ad
▶ Submit a Display Ad
▶ JI Homes Online
▶ JI Homes Plus
▶ JI Coupon Clipper
▶ JI Snow Sports Directory
▶ Home Journal West
▶ Home Journal East
▶ Yellow Pages

Archives > Towns > Enfield

🖶 Print | ✉ E-mail | 💬 Comment (26 comment(s)) | ☆☆☆ Rate | Text Size

## Back to Bloomfield
## Enfield school board votes to hold graduations at First Cathedral despite threat of a lawsuit

By Kala Kachmar
Journal Inquirer
Published: Wednesday, April 14, 2010 1:10 PM EDT

ENFIELD — The Board of Education Tuesday voted 6-3 to designate First Cathedral in Bloomfield as the site of this year's high school graduations, despite the threat of a lawsuit from two organizations.

Voting in favor of the First Cathedral site was Republicans Gregory T. Stokes, Peter A. Jonaitis Jr., Donna H. Szewczak, Charles L. Johnson III, Thomas J. Sirard, and Democrat Stacey L. Thurston. Democrats Joyce P. Hall, Judith A. Apruzzese-Desroches, and Vincent M. Grady voted against it.

In November, the American Civil Liberties Union and Americans United for Separation of Church and State said they'd sue the school board if it continued to hold graduations at First Cathedral.

The organizations said holding the graduations at the large Baptist church violates the constitutional principles of the separation of church and state.

Andrew Schneider, executive director of the ACLU of Connecticut, said today that his organization plans to meet with Americans United for Separation of Church and State to determine a course of action.

Schneider said he won't know until after the meeting whether the organizations to sue separately or together.

Schneider said he was surprised the school board approved holding Enfield's graduations at First Cathedral.

"This is disrespectful to students and their parents who adhere to minority religions," Schneider said. "We thought the Enfield school board was going to respect the students and parents who felt the church was an inappropriate place to hold a graduation."

Just over two months ago, on Jan. 26, the school board had voted 6-3 to return the graduations to the high schools' athletic fields, with the decision coming after a discussion of the estimated costs of several locations, including Fermi and Enfield high schools, the MassMutual Center in Springfield, and the La Renaissance banquet hall in East Windsor.

But in February, the board rescinded its decision to hold the graduations at the high schools after students spoke out in opposition.

At the March 24 school board meeting, residents and students spoke in favor of bringing graduation back to First Cathedral, despite the looming threat of a lawsuit.

Fermi High School has held its graduations at First Cathedral since 2007 and Enfield High School has used the venue for the last two years.

Stokes confirmed last month that the American Center for Law and Justice offered to represent Enfield against an ACLU lawsuit "pro bono" or for free.

Apruzzese-Desroches said at Tuesday's meeting that although the organization would represent the board for free, the board would still have to pay court fees and would be liable if it lost.

"There's more costs than just representation," she said.

Johnson commented that the American Center for Law and Justice said the court fees would cost the town between $7,000 and $8,000.

Stokes said the board is up against a budget constraint, and that First Cathedral is a logical place to have the graduations.

The school board has to stay within its $32,000 budget for the graduations, which means $15,000 for Enfield High and $17,000 for Fermi.

Having the graduations at First Cathedral would cost about $8,200 each, Stokes said.

Last month, the two high schools' principals explored other facilities where the graduations could be held.

They included Springfield locations such as Western New England College, which would cost about $6,200 for two graduations, Springfield Symphony Hall, which would cost about $8,700, and the MassMutual Center, which would cost about $11,700.


CLICK HERE
TO FOLLOW
OUR UPDATES

BUSINESS
PROFILES

More ADS

Three Hartford sites explored were the Comcast Theatre, which would cost about $48,900, the Bushnell, which would be about $46,000, and the ballroom at the Connecticut Convention Center, which would be about $23,000.

Enfield High's graduation is set for June 23 and Fermi's is June 24.

"We simply have a budget, it's a fiscal decision," Stokes said. "Our students deserve a graduation site that is good for them."

According to Apruzzese-Desroches, there is a possibility that if a lawsuit is filed a court could order an injunction, which would bar Enfield from holding its graduations at First Cathedral until the case is settled.

Grady was concerned about the possibility of losing the $5,000 deposit on the site if there was an injunction. He was also concerned with additional court and other fees the board might incur, especially if the town won a potential lawsuit and the ACLU appealed.

"Do we take a crapshoot and have the possibility of no graduation site?" Grady said.

Stokes said last month he didn't think officials with the American Center for Law and Justice would take the case if they didn't think they could win. He added that the organization said using First Cathedral is not an infringement of separation of church and state, it's just renting a space.

If the ACLU decides to interfere with the decision, the school board would vote to retain the legal services of the American Center for Law and Justice. The board would meet with the lawyer in executive session and go from there.

Schneider said that a poll of Enfield High School students last year showed that 90 percent thought graduation shouldn't take place in the church.

He said there were many other local secular venues that would be similar in cost for the graduations rather than First Cathedral.

"They clearly had alternatives, very reasonable alternatives," Schneider said.

---

( ← Previous Article )                                                                ( Next Article → )
Robbery at car wash investigated                                    Murder charge to be filed after Enfield man dies of injuries

## Article Rating

| Current Rating: 0 of 0 votes! | Rate File: | Select Rating: |
| --- | --- | --- |

## Reader Comments

The following are comments from the readers. In no way do they represent the view of journalinquirer.com.

**What** wrote on Apr 14, 2010 2:16 PM:
" > The Board of Education Tuesday voted 6-3 to designate First Cathedral in Bloomfield as the site of this year's high school graduations, despite the threat of a lawsuit from two organizations.

Talk about a bunch of lemmings. Can't believe you people were voted in office. Hope you have deep pockets to pay for all of this yourselves when you lose the lawsuit.

If BOE was so sure of this, why didn't you elect to go there months ago when all of this ACLU started?

What a bunch. Its downright scary. "

**Independent Voter** wrote on Apr 14, 2010 2:24 PM:
" > Stokes said last month he didn't think officials with the American Center for Law and Justice would take the case if they didn't think they could win.

How naive can one person be? But then again, isn't he a minister? So very irresponsible for these elected officials. They should be asked to step down for this foolish decision. They're playing Russian roulette with the students graduation. Students could end up with a ceremony in the school parking lot when court injunction occurs.

A public school graduation doesn't belong in a church. Everyone knows that. Hope Enfield loses big time and it cost them a lot of money. They've already lost a lot of credibility. If Reps keep up this foolishness, the Dems will be back in business after next election. "

**Reality Check** wrote on Apr 14, 2010 2:36 PM:
" Its already mid-April and the Town of Enfield is still pondering their 2010 graduation site issue? What a bunch of loonytoons up there. Ya don't see Town of South Windsor or Town of Windsor venturing back to the Bloomfield's church, do ya? Does Enfield think they're smarter than other towns? They ain't. Enfield has a big "L" plastered on its forehead.

Hope someone sends it into OReilly Factor - Town trying to force public school kids into a church so that they'll behave better. "

**parent** wrote on Apr 14, 2010 3:48 PM:
" How dare the Rep. BOE members risk graduation this year with such a last minute decision. If you were so sure the Town would win the lawsuit, why didn't you start this sooner? What if the Town loses? What will happen to the Class of 2010's graduation? "

**Sensible** wrote on Apr 14, 2010 8:33 PM:
" OMG! Talk about a major blunder. You guys wait until now, middle of April, to accept someone's free legal representation? Where do you people come up with these brainstorms? This town is doomed because of the stupidity of their elected officials.

Why the attachment to this church - who's got stock in it? Do they pay the BOE & principals a kickback on the rental?

Go to Western New England College. Its a beautiful campus and only 15 minutes from Fermi. Its also not a religious venue. & being on a college campus may inspire some of those graduating seniors. Whats this church inspire? "

**Left Enfield** wrote on Apr 15, 2010 7:22 AM:
" What would you expect from this group when your BOE chair is a pastor. You folks are already mixing religion with the business of running the public schools. Knuckleheads. "

**EHS Alumni** wrote on Apr 15, 2010 9:68 AM:
" > Fermi High School has held its graduations at First Cathedral since 2007 and Enfield High School has used the venue for the last two years.

Where was the 2006 Fermi graduation? On the Fermi football field, during the initial field renovations. Funny how no one seems to talk about that.

Convenient amnesia, huh?

Recall too when the Enfield seniors voted 90% in favor of having their graduation on the school grounds, and the BOE turned a deaf ear. Also recall how some BOE members said the Fermi students misbehaved during past ceremonies at their school, and thus their graduations should be moved to the church where the students would behave better.

Talk about using religion to strong-arm students to behave "better". Who's the BOE to be commenting on behavior. Hypocrites. The BOE is using religion to their advantage, but this is a public school. Leave religion out of public schooling. "

**Pay Attention** wrote on Apr 15, 2010 10:04 AM:
" The reason they waited until now is because the ACLJ only recently agreed to represent the Board. As far as the BOE chair being a pastor, Mr. Stokes' credibility and character are above reproach. If you recall, he last year was a no vote for having the graduation at the Cathedral.

As far as the other towns, Windsor is possibly going to revisit the issue after Enfield's board has the intestinal fortitude to fight these left-wing nutjobs.

Lastly, I hope O'Reilly does look into it...he's more likely to come down on the side of the BOE than the ACLU. And genius as far as "forcing" the kids into a church, both high schools seniors overwhelmingly want their graduation at the Cathedral. A few naysayers shouldn't dictate what the majority want. "

**parent** wrote on Apr 15, 2010 11:48 AM:
" I'm so glad the Town has waited so long to find someone to give them free legal advise and fight this matter. So what if the Town loses, at least we tried. Even if the other area towns elected not to.
I think kids do act better when they're in a church.
Everyone does. "

**Taxpayer Too** wrote on Apr 15, 2010 11:57 AM:
" Hey "Pay",

If the majority should dictate than how come the 90% @ EHS who voted NOT to go to the church, had to go to the church last year? That majority was completely ignored. And from sound of it, your chairman flips flops - no, yes, no, yes. Wanna bet the Fermi principal helped him out again with his decision (its happened before).

So there. Ya got so many loopholes in your defense of this church. + tend to doubt OReilly thinks any public school kids should have to be in church so that they behave properly. OReilly went to a catholic school. Read his book.

> A few naysayers shouldn't dicate what the majority want. "

> Schneider said that a pol of Enfield High School students last year showed that 80 percent thought graduation shouldn't take place in the church. "

**legal eagle** wrote on Apr 15, 2010 12:03 PM:
" > there is a possibility that if a lawsuit is filed a court could order an injunction, which would bar Enfield from holding its graduations at First Cathedral until the case is settled.

Does the Town of Enfield BOE fully understand what a court injunction is? They're taking a wicked big gamble here. Can't believe your Town attorney was OK with this @ this late date. Best have a back-up plan for your schools' June graduation sites or you'll be mailing diplomas home to kids. "

**Tired of This** wrote on Apr 15, 2010 1:33 PM:
" Its unfortunate the town fathers aren't as concerned about ensuring every senior does graduates, as opposed to a graduation location. they continue to focus on the fluff and not on the really important issues like graduation rate and test scores. "

**Was a Republican** wrote on Apr 15, 2010 1:42 PM:
" > If you recall, he last year was a no vote for having the graduation at the Cathedral.

And the year before that?
He certainly picked a heck of time to change his mind on this. Why the change? Why now? Is he feelin' particularly lucky? Gawd help Enfield students if fighting this lawsuit now, ruins their graduation day.

This is better than a TV soap opera. "

**Taxpayer Doo Doo** wrote on Apr 15, 2010 1:51 PM:
" Joyce Hall made that comment last year....she voted no this year, so bye bye "better behaved" argument. And last year was last year. 90% may have voted last year, but it was the same in the opposite direction this year. And yeah, I'm sure the Fermi principal strong-armed ALL the seniors at Fermi AND Enfield.....you make no sense. "

**Senior** wrote on Apr 15, 2010 6:02 PM:
" I'm a senior and I can't weight to have graduation in the church. Its to hot outside. "

**Sensible** wrote on Apr 15, 2010 6:08 PM:
" > And last year was last year. 90% may have voted last year, but it was the same in the opposite direction this year.

Comical how some use this year's vote to your advantage, but not last year? Especially when this year's vote included every class year - not just the graduating seniors. Who cares what freshmen want, now, 3 years away?

Talk about manipulating the system to get the results you want. The ACLU will pick your argument to mincemeat cuz you make no sense. Trust me there's a large group of taxpayers who do not want their tax dolars used to support that out-of-town church. "

**Enough is Enough** wrote on Apr 15, 2010 10:58 PM:
" We're so sick & tired of reading about it. Every town has a graduation, but only Enfield seems to be in the news week after week. There are far more important issues in Enfield. Enough. "

8200 vs 8200 wrote on Apr 16, 2010 7:13 AM:
" I'm very confused. Why is the Town electing a lawsuit w/ACLU when the college location is cheaper than the church location? By $2000. And the hall is but $500 more. The Town's argument makes no sense if they indeed found locations for less money, or equal. Doesn't this confirm what ACLU is saying, that the Town indeed has other non-religious options?

I live on state line, and traveling to Springfield is
a heck of a lot easier than going south towards Hartford during evening commute.

What's the Town's back-up plan in the event they lose this case? Would think this article would have mentioned the back-up bcuz who in their right mind would take such a gamble w/o one. Please let us know the back-up plan.

> Having the graduations at First Cathedral would cost about $8,200 each, Stokes said.

> They included Springfield locations such as Western New England College, which would cost about $6,200 for two graduations, Springfield Symphony Hall, which would cost about $8,700, "

miscellanous wrote on Apr 16, 2010 7:23 AM:
" Chairman Stokes certainly seems a nice enough fellow but in previous years he has freely admitted he and some other Rep. BOE members were swayed in their location votes by a principal's preference. Just because he's now the chair of BOE doesn't mean he's all of sudden making up his own mind. He's a man of the cloths and I wouldn't necessarily follow him into "a battle". Nor does he strike me as the "battle" kind of guy.

A lawsuit with ACLU could get nasty & costly, and not sure he and the other BOE members have the stamina for it. May have bitten off more than they can chew. Love how the Council is just sitting back here. Time will tell if this was the correct decision or not. "

MiddleAger wrote on Apr 16, 2010 10:55 AM:
" ENOUGH! NO ONE CARES ABOUT THIS?
Enfield is a town of what, 45,000 or so. There are what, maybe 500 seniors graduating in both high schools. Pretty small percentage compared to total number of residents dealing with other issues to deal with.

Very few people care where kids are graduating. So why all the coverage in the news? Turn the spotlight to more pressing issues - businesses leaving town, houses for sale and up for foreclosures, rising gas prices, declining enrolments. Anything but graduation sites. "

Minutes Reader wrote on Apr 16, 2010 12:16 PM:
" > " Joyce Hall made that comment last year.

Believe Ms Hall commented earlier than last year. Believe its why the BOE initally embraced the church location for Fermi graduation. Hoping the religious environment would curtail the rowdy behavior exhibited at previous Fermi graduation. Since their principal couldn't control the students, moving it to a location where they would be less rambunctious.

Clearly the Enfield BOE was using the religious aspect of the location to control student behavior. They could have opted to go elsewhere in 2007, but selected the church. Interesting choice for an interesting reason.

Hopefully the ACLU will call Ms Hall to the stand so she can share her feelings. The fact she voted "no" this time was just political jousting. If Rep voted "yes", the Dems, voted "no". Ms Hall probably still believes a church is a better environment if it prevents beach balls and silly string from appearing during the ceremony. "

mmmm wrote on Apr 16, 2010 12:32 PM:
" Greg Stokes flip flops more than anyone I have ever seen. Lets remember some of his big ones......

Last year- hartford choice kids -yes- recinde vote- hartford choice no.

Graduation- In Town, In Town, nope recinde the vote vote er ah oh, yes to the Cathedral. He think he is a great leader but I think he should get a job at IHOP. They like someone who can flip flip. "

Educated Voter wrote on Apr 16, 2010 10:51 PM:
" Have attended college graduations @ WNEC. Spectacular. Have attended law school graduations at Symphony Hall. What a wonderful setting for such. If these locations are worthy of college graduations, they are certainly more than good enough for a public school graduation.

Went to church for a Fermi grad, and it was no big deal. They had misspelled announcements on their trin-a-tron screen, and asked folks not use video equipment (pretty bizarre request for a graduation).

If WNEC location is less money than the church, and closer, why would Enfield BOE
settle for the church? If they're just looking for a fight w/the ACLU, that's totally foolish. "

Another Taxpayer wrote on Apr 18, 2010 9:30 PM:
" If the Town wins, the First Cathedral gets lots more business. Why doesn't the First Cathedral parish kick in the Town's legal fees. "

Masses wrote on Apr 19, 2010 11:12 AM:
" > Why doesn't the First Cathedral parish kick in the Town's legal fees. "

That's a question many have asked. From day one of this dilemma.

Our guess is this church doesn't believe it could win, and that's why ya didn't see them "fighting" this lawsuit w/their money or their legal representation. This church is very happy to sit back and let Town of Enfield spend their time and someone else's money, + risk the Enfield seniors' graduation day. "

This church will survive even if they can't rent out their facility to public schools. "

enfield rex wrote on Apr 20, 2010 7:17 AM:
" Would feel a whole lot more confident about the outcome of the case if the other towns initaly involved, S Windsor and Windsor, were also part of this. "

## Submit a Comment

We encourage your feedback and dialog, all comments will be reviewed by our Web staff before appearing on the Web site.
Name:
[            ]

Email:
(optional) [            ]
Comments:

Image Verification: (Case sensitive)

FJQ96

Post Comment

Return to: Enfield « | Home « | Top of Page ^

News | Sports | Living | Connecticut/Region | Towns | Business | Editorials & Comment | Letters to the Editor | Keith Burris Columns | Chris Powell Columns | Randy Smith Columns | More Sports Columnists |
Obituaries | Airtime | Richard Tambling Columns | Tom Wolff Columns | Engagements/Weddings | Connecticut Lottery Numbers | Massachusetts Lottery Numbers | Movie Listings | Connecticut Connections |
Town Internet Sites | Jobs at the JI | Classifieds | Photo Galleries | TV Listings | Place Your Ad | Subscribe | Contact Us | About

# Exhibit 85

# Journal Inquirer.com
### NORTH-CENTRAL CONNECTICUT'S HOMETOWN NEWSPAPER

Towns > East Hartford

## School board sets graduation dates for EHHS, CIBA

Print Page

**By Matthew Engelhardt**
**Journal Inquirer**
Published: Tuesday, April 20, 2010 12:23 PM EDT

EAST HARTFORD — The Board of Education on Monday scheduled commencement ceremonies for its two high schools, drawing to a close a recent First Amendment controversy.

Seniors from the Connecticut International Baccalaureate Academy will graduate June 21 at a site not yet determined. The board will consider holding the ceremony at East Hartford Middle School, where it has been in the past, or East Hartford High School or the Goodwin College auditorium.

CIBA, an award-winning magnet high school, draws students from throughout the region and has a much smaller graduating class than East Hartford High. Thirty-five students graduated from CIBA last year.

East Hartford High had a 2009 graduating class of more than 400 students. Last year, First Cathedral, a Baptist church in Bloomfield, was the commencement site, and the board had considered returning to the venue this year.

That all changed this winter, when the American Civil Liberties Union threatened to sue East Hartford, Enfield, South Windsor, and Windsor for violating the First Amendment by not respecting the separation of church and state. The threat prompted all of the school systems to reconsider their plans, and only Enfield still intends to return to First Cathedral this year.

In East Hartford, a committee reviewed venues before settling on the Bushnell in Hartford, which will be more expensive than First Cathedral. Two weeks ago, the committee estimated expenses to be about $19,000 to hold the ceremony in Mortensen Hall, the Bushnell's largest venue.

The school board voted unanimously Monday to hold the ceremony at the Bushnell. East Hartford High School graduation is scheduled for Wednesday, June 23.

The board chose the ceremony date to coincide with Project Graduation, an all-night party for the grads that will be held at Nomad's Adventure Quest in South Windsor.

Copyright © 2010 - Journal Inquirer

[x] Close Window

# Exhibit 86



...to encourage and strengthen the family.

**RESOURCES**
- Take Action
- Support FIC
- Read Our Blog
- Join Our Mailing List
- Articles of Interest
- For Religious Leaders
- For Legislators
- Contact Your Legislator
- Write a Letter to the Editor

**VOTER EDUCATION**
- Voter Education
- View a Voter's Guide
- Register to Vote

**PROTECT MARRIAGE**
- Two Ways to Protect
- The Marriage Initiative
- Why It Matters
- Marriage Pledge
- Support Materials

**CT CONSTITUTIONAL CONVENTION**
- What Is It?
- How You Can Help

**ABOUT FIC**
- About FIC
- Our Values
- Our Agenda

## About FIC

FIC is composed of three distinct organizations. *FIC Action* is a 501(c)(4) social welfare organization. Political lobbying in defense of marriage and the family is conducted by FIC Action. Given that we have increasingly seen common-sense family values attacked and undermined in our state government, we have increasingly focused on being a strong voice for the family at our capitol. Given that focus, we created a 501 (c)(4) organization in 2004 to increasingly concentrate on lobbying our legislators. This website is maintained by FIC Action. Because of our ability to use your contributions to lobby our legislature, donations to FIC Action are NOT tax-deductible.

*The Family Institute of Connecticut Action Committee* is a registered state political action committee. FIC Action Committee was also created in 2004 to help support pro-family candidates to our state government. This organization is governed by state campaign finance laws, and contribution are limited to $1000.00 per individual per calendar year. Contributions are NOT tax-deductible and we can not accept corporate or business contributions.

*The Family Institute of Connecticut* is a 501 (c)(3) non-profit educational organization founded in 1989. The Family Institute of Connecticut focuses on marriage strengthening projects, educational efforts, and research. Contributions to the Family Institute of Connecticut are tax-deductible.

These three organizations allow us to fulfill our mission to encourage and strengthen the family as the foundation of society and to promote sound ethical and moral values in our culture and government.

### Vision

Never before have the family and family life been in such jeopardy and disarray. This crisis is most evident in America's cities -- Connecticut's among them -- where poverty, racial discord and broken families are too often the norm. Our communities, schools and prisons, as well as the moral and ethical fabric of our business community, are all affected by this disturbing trend.

- In spite of recent improvements in some of the trends that we monitor, in the last three decades:
- Births outside of marriage have increased by over 500%;
- The illegitimacy rate now stands at nearly one out of every three (live) births;
- The percentage of children living with single parents has tripled;
- Teen suicide rates have more than tripled;
- Schools are increasingly the scenes of violent crime;
- Rape and child abuse have increased to alarming levels.

And yet, at a time when laws should be passed to strengthen the family structure -- and when failed laws that have weakened the family should be repealed -- measures are being implemented in Connecticut and nationally that are further undermining the family.

We face a crisis of values. A society which has traded absolute truth for relativism will not escape the consequences as its foundations -- of ethics, morality and family -- crumble.

These growing problems are compounded by the lack of widespread and effective involvement by individuals, organizations, churches and synagogues on behalf of traditional Judeo-Christian family values. Lack of clear information, poorly executed activism and an ever-more intransigent bureaucracy at both state and federal level have all discouraged civic involvement by caring people.

Please send us an **e-mail** so that we might add your name and address to our mailing list and that we might contact you in response to an inquiry. You will also receive our newsletter and notices about future FIC forums dealing with issues pertinent to Connecticut families, and how you can get involved.

    **Click to view a list of our staff, board, and advisors.**
    **Click to contact FIC.**
    **Click to join FIC.**
    **Click to support FIC.**

This is the website of Family Institute of Connecticut Action, Family Institute of Connecticut Action Committee, and the Family Institute of Connecticut.

# Exhibit 87



...to encourage and strengthen the family.

**RESOURCES**
Take Action
Support FIC
Read Our Blog
Join Our Mailing List
Articles of Interest
For Religious Leaders
For Legislators
Contact Your Legislator
Write a Letter to the Editor
**VOTER EDUCATION**
Voter Education
View a Voter's Guide
Register to Vote
**PROTECT MARRIAGE**
Two Ways to Protect
The Marriage Initiative
Why it Matters
Marriage Pledge
Support Materials
**CT CONSTITUTIONAL CONVENTION**
What is it?
How You Can Help
**ABOUT FIC**
About FIC
Our Values
Our Agenda

## Our Values

The vision of the Family Institute of Connecticut is to see citizens, institutions and government acknowledge and encourage the vital role of the family and to once again see the Judeo-Christian principles that are articulated in the Declaration of Independence and U. S. Constitution, re-employed in our society and its public policy.

In response to the need for a cultural and moral renewal, our vision foresees:

- A restored consensus that the family consists of people related by marriage, birth or adoption, and which recognizes the vital role of both mother and father in nurturing and supporting children;
- A community committed to racial reconciliation and compassion for all families, especially single-parent and needy families;
- A society committed to helping family, church, synagogue and community meet the needs of its members without undue dependence upon government;
- A culture that recognizes the indisputable link between the sanctity of life at every stage and the dignity of every person;
- A government that weighs the impact on the family of its policies and laws. Linked to this vision we see a need and opportunity for building consensus and progress by focusing upon the broad and unifying goal of strengthening families. We realize that this is not a "quick-fix" effort, but a journey that will require visionary leadership, moral courage, compassionate commitment -- and the blessings of Providence.

We place a strong emphasis on education, and we network with **pro-family groups** around the state and throughout the nation. Examples include the Connecticut Federation of Catholic School Parents, the **Institute for American Values**, and other organizations that support better schools and traditional family values.

Click to contact FIC.
Click to join FIC.
Click to support FIC.

This is the Web site of Family Institute of Connecticut, Family Institute of Connecticut Action, and Family Institute of Connecticut Action Committee. Learn more about the distinction between these components of the Family Institute of Connecticut .

# Exhibit 88



...to encourage and strengthen the family.

**RESOURCES**
- Take Action
- Support FIC
- Read Our Blog
- Join Our Mailing List
- Articles of Interest
- For Religious Leaders
- For Legislators
- Contact Your Legislator
- Write a Letter to the Editor

**VOTER EDUCATION**
- Voter Education
- View a Voter's Guide
- Register to Vote

**PROTECT MARRIAGE**
- Two Ways to Protect
- The Marriage Initiative
- Why It Matters
- Marriage Pledge
- Support Materials

**CT CONSTITUTIONAL CONVENTION**
- What Is It?
- How You Can Help

**ABOUT FIC**
- About FIC
- Our Values
- Our Agenda

## Our Agenda

**Abortion/Euthanasia.** The Family Institute of Connecticut believes in the sanctity of life from the moment of conception until natural death.

**Child Care.** We support policies which will enhance the ability of parents to care for their own children. While there are exceptions, we believe that the overwhelming majority of parents are best suited to make key decisions concerning the welfare and upbringing of their children.

**Marriage and Divorce.** The Family Institute of Connecticut supports **Marriage Savers**, a nationwide movement designed to prevent divorce through pre-marital counseling and other helpful preventative measures. (A recent study has found that in the 114 counties where a Marriage Savers Community Policy exists, divorce rates have dropped by nearly 18 percent from 1996, compared to only a nine percent drop in comparable counties with no such policy.) We also support public policies that limit the current no-fault divorce laws and believe that adults should make every effort toward reconciliation before considering divorce. Other worthwhile links on marriage:

FIC Marriage Resources:

> **Why Marriage Matters: Twenty One Conclusions from the Social Sciences** - *Institute for American Values*
>
> **The Top Ten Myths of Marriage** David Popenoe, The National Marriage Project

**Education.** We endorse school choice. Initially, Connecticut could institute choice programs as a local option. If such programs succeed, then choice could be instituted more widely. Giving parents greater freedom to choose successful schools will tap into the benefits of competition, resulting in a stronger public education system.

**Family Structure.** The two-parent family (a man and a woman united in marriage) is the best environment for rearing children. The Family Institute of Connecticut encourages public policies which support the two-parent family.

FIC Family Resources:

> **Transcript of Brian Brown's Prepared Testimony on HB 5001 and 5002 to the House Judiciary Committee, February 10, 2002**

If you would like to help us with our mission, have a question about Connecticut public policy (insofar as it relates to the Family), or just want more information about us, please call us toll-free at 877-33-FAMILY, fax us at 860-548-9545, or e-mail us at **info@ctfamily.org**. All donations to the Family Institute of Connecticut are tax-deductible. Thanks for your interest.

✉ **Click to contact FIC.**
👥 **Click to join FIC.**
✍ **Click to support FIC.**

This is the Web site of Family Institute of Connecticut, Family Institute of Connecticut Action, and Family Institute of Connecticut Action Committee.
Learn more about the distinction between these components of the Family Institute of Connecticut .

# Exhibit 89

- Home
- About
- [                    Search          ]

# FIC Blog

Subscribe
  E-mail
  Posts
  Comments

## Enfield Victory: The Inside Story

April 15th, 2010 by Peter

The Enfield Board of Education (BOE) voted 6-3 Tuesday night to return graduation ceremonies to First Cathedral. This is a victory for religious liberty and common sense—and it would not have happened without the Family Institute of Connecticut (FIC)!

The BOE had previously voted to NOT hold graduations at First Cathedral. Enfield residents—including FIC members —persuaded the BOE to rescind that decision at a February meeting, putting all options back on the table. It was at this point that FIC swung into action.

We contacted the American Center for Law and Justice (ACLJ), Archbishop LeRoy Bailey and BOE Chairman Greg Stokes. It was FIC's involvement that brought these three parties into contact with each other for the first time.

Archbishop Bailey said the Cathedral wished to continue hosting the graduations, the ACLJ said they would represent Enfield pro bono if the town was sued and Chairman Stokes said that he would now support returning the graduations to First Cathedral.

Heartened by this progress, FIC began an e-mail campaign to the BOE asking them to go back to First Cathedral. But Mary Ann Turner, chairman of the Enfield Republican Town Committee, took to the airwaves to oppose FIC's efforts. (Her motivations remain a mystery. When I called her, she refused to discuss it with me.)

By the day of the Mar. 23rd BOE meeting, inside sources were telling us we would lose by one vote. We responded by sending out an emergency e-mail blast seven hours before the meeting—and three dozen FIC members immediately called all nine members of the BOE.

Several of our members then called me and reported the feedback they were getting from the BOE, allowing me to target my speech specifically to the BOE's concerns. That night, we turned certain defeat into a reprieve—the graduation vote was delayed until the BOE's April 13th meeting.

In the intervening three weeks I met with several BOE members to address their concerns. We secured the votes necessary to return graduations to First Cathedral but did not reveal it publicly until Tuesday—when it was too late for our opponents to respond. Although some board members came under tremendous pressure in the hours after I appeared on the Dan Lovallo program Tuesday, they stuck to their commitment and voted for First Cathedral.

The BOE based its decision on fiscal—rather than constitutional—issues. Nevertheless, the drama playing out in Enfield affects religious liberty throughout Connecticut.

Having failed to get payback against the Catholic Church for its opposition to same-sex "marriage," Connecticut's cultural Left has now trained its personal vendetta on First Cathedral, a Protestant megachurch whose pastor, Archbishop LeRoy Bailey, fought hard for traditional marriage. The ACLU has bullied several communities into withdrawing their graduations from First Cathedral on the basis of very weak legal threats.

If Enfield had not resisted, it would have increased the power of aggressive secularism and caused further harm to the proper

role of faith communities in our state. With Enfield's willingness to stand up, others may now do the same. The message from Enfield is that people of faith will not be silent; we will stand up against efforts to bully or intimidate us.

FIC will continue to monitor the situation with First Cathedral—and we are monitoring several other potential threats to religious liberty. Watch for more information.

We thank God for Tuesday's victory. We thank our members who called, wrote, prayed and attended the BOE meetings. We thank our allies: the ACLJ, for being willing to represent Enfield and FRC Action, for alerting its own Connecticut membership. And we thank Chairman Greg Stokes, whose steady support made last night's victory possible.

## Leave a Reply

[_____] Name (required)

[_____] Mail (hidden) (required)

[_____] Website

[ Submit Comment ]

- ## Polls

### Will the legislature pass direct initiative?

- ○ Yes, 65% of CT voters want it, according to the Courant/UConn poll and a legislature with a 66% disapproval rating would be foolish not to enact it.
- ○ No, because the constitutional convention vote lost, direct initiative will not happen.

[ Vote ]

View Results

Loading ...

- ## Links

  - ### Connecticut

    - Blog Net News
    - Capitol Watch
    - Concerned Catholics for Connecticut and Friends
    - Consent of the Governed
    - CT Knights of Columbus
    - Don Pesci's Red Notes
    - Pray Connecticut
    - Radio Free W. Hartford
    - The Everyday Republican

# Exhibit 90



## ChristianNewsWire™



## WELCOME
We are the most effective way to get your press release into the hands of reporters and news producers. Check out our client list.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Featured News Outlets        View All





✉ Sign up to Receive Press Releases:

[                    ] [SUBMIT]

## Family Institute of Connecticut Persuades Enfield Board of Education to Defy ACLU

Contact: Peter Wolfgang, Executive Director, Family Institute of Connecticut,

MEDIA ADVISORY, April 15 /Christian Newswire/ -- The Family Institute of Connecticut (FIC), the state's largest and best known pro-life, pro-marriage and family organization, persuaded the Enfield Board of Education this week to defy a legal threat from the ACLU and send graduation ceremonies back to First Cathedral. Enfield's vote capped a two-month effort by FIC to persuade the town to stand up in defense of the First Amendment.

FIC executive director Peter Wolfgang stated, "The ACLU is surprised by events in Enfield for two reasons: 1) this was a dead issue until the Family Institute of Connecticut got involved; and 2) the ACLU is an organization that is unaccustomed to being defied. Until Enfield's brave decision this week, the ACLU held free reign in Connecticut -- trampling the rights of students and school boards with legal threats. But FIC fought back. We were the only organization to take up this battle and to put the key parties in touch with one another. We took the time to talk with board members and students and to attend meetings. We reached into the local community, identified allies, put boots on the ground and altered the course of events. FIC showed families and regular citizens that they can stand up to the bullies, that there is help out there."

Thanks to FIC's intervention, the American Center for Law and Justice has offered free legal representation to the Town of Enfield, if the ACLU should carry out its threat to sue the town for holding its high school graduations on church premises. Enfield made its decision based on fiscal -- not constitutional -- issues. Nonetheless, we hope their willingness to defy the ACLU will cause other boards of education to consider returning graduations to First Cathedral in Bloomfield. Enfield has put all of Connecticut on notice that a threatening letter from the ACLU should not be greeted with panic. People can fight back.

*The Family Institute of Connecticut is a non-profit, non-partisan organization dedicated to creating a family-friendly environment in our state. We are working to encourage and strengthen the family as the foundation of society and to promote sound ethical and moral values in our culture and government. You can learn more*

about the Family Institute of Connecticut at our web site,
www.ctfamily.org, or by calling our Hartford office at (860)
548-0066 or toll-free (877) 33-FAMILY.

SERVICES    |    RELEASES    |    SEND RELEASES    |    NEWS SOURCES    |    RSS    |

# Exhibit 91



**To:** David McGuire
**Subject:** FIRST ONE FEB 22



Action

**Stand Up for Religious Liberty! Tell the Enfield Board of Ed. To Fight the ACLU!**

In 2009, Connecticut's secular Left targeted the Catholic Church. Now they are going after one of our state's most prominent pro-family Protestant churches. We need your help to stop them!

Tomorrow, the Enfield Board of Education will consider a motion to rescind its decision to not hold graduations at the First Cathedral in Bloomfield.

FIC needs its members in Enfield to attend the Board of Education meeting and tell the BOE to stand up to the ACLU and vote "yes" on the motion to rescind.

The Enfield Board of Education meeting will be held at 7:30 PM at the Enfield Town Hall, which is located at 820 Enfield Street, Enfield, CT 06082. Please ask everyone you know in Enfield to attend!

FIC members who are residents and taxpayers of Enfield are encouraged to address comments to the Board of Education during the public comment section of the meeting. Please note that you will need to limit your comments to three minutes, but have a second chance to address the BOE, once everyone has had a turn to speak.

Several school districts in Hartford County, including Enfield, have capitulated in the face of an ACLU threat to sue them over holding graduations at First Cathedral. In Enfield, citizens, parents, and students overwhelmingly favor holding graduations at First Cathedral. Citizens want to see graduations occur at First Cathedral because graduation ceremonies at First Cathedral offer better accommodations and cost less.

Protests by students and citizens at the most recent Enfield Board of Education meeting have forced the BOE to reconsider its decision to stop holding graduations at First Cathedral.

The ACLU's threatened lawsuit against the Enfield BOE has no basis at all. It is a tactic that the ACLU has used to try to get their way out of Boards of Education and trample the popular will. It is "legal bullying motivated by intolerance", _wrote Paul Panos in last Sunday's Hartford Courant_. Panos, a member of the Windsor Board of Education illustrates the absurdity of the ACLU's position when he notes that if we follow the ACLU's argument to its logical end, "most major public museums, which display religious works of art, would be in violation of the First Amendment."

The consequences for not standing up to the ACLU's bullying are significant. As Chris Powell observed in _The Journal Inquirer_, "a school board that capitulates only to avoid the expense of litigation here is advertising wimpiness, advertising that it does not have the courage of its convictions and thus inviting a lot more litigation over grievances far less serious than this one."

Make no mistake about it: the secular left wants to punish Christian churches for their prophetic voice. The battle over graduations is simply the newest front in a war to silence and marginalize churches.

It is imperative for FIC members to show up at the Enfield BOE meeting, challenge them to draw a line in the sand and stand up to ACLU bullying!

Click here to support the Family Institute of Connecticut!

**From Jeremiah Rankin: iFIC Meeting Tomorrow!**

FIC's youth wing will be hearing from **Jason Welsh** tomorrow. He is running for State Senate in the 31st district (which includes Plymouth, Plainville, Bristol, Harwinton, and a few other towns). Jason Welsh is a lawyer and a home school father as well. He will be talking to us about who he is and what he stands for. We will also be hearing from other candidates at future meetings.

After Jason Welsh speaks, we are going to have a **discussion on how to defend the pro-life, traditional family values' side.** Joe Henares, a member of the youth wing, will share his experiences debating traditional family values with his secular friends on facebook and other venues. He will have a print out of such debates at the meeting.  We will discuss how to respectfully and logically respond to people with opposing views. If you've ever experienced anything like Joe has, please print it out and bring it to the meeting.

We hope you all can make it!

_When: February 23rd_
_Time: 7:00-8:30 PM_
_Where: The FIC office (77 Buckingham Street, Hartford CT, 06106-1710). Please enter through the back of the building, the office is on the second floor._
_Please bring a notebook for the discussions_
_Please bring a friend!_

If you are planning on attending, **please RSVP with me as soon as possible.** You can reach me on my cell at 860) 335--0021, or give me an email at JSR2911@gmail.com.

Also, iFIC recently published its second newsletter! Please read it here. It's an awesome newsletter with spectacular articles written by our youth.

I'll see you all tomorrow.

In His Grace,
Jeremiah Rankin

Click here to support the Family Institute of Connecticut!

# Exhibit 92

To: David McGuire
Subject: FEB. 24

 Family Institute of Connecticut *Action*

### Victory in Enfield!

We are happy to report that the Enfield Board of Education voted last night to rescind its previous decision to move graduations to their schools. FIC's email blasts ahead of the vote "went around like wildfire," we've been told, and our Enfield members showed up and spoke (along with many students). FIC congratulates the Enfield BOE for listening to their!

This means that all options for graduation venues are back on the table. FIC is already coordinating with key players to persuade Enfield to return to First Cathedral.

Last year, the enemies of religious liberty targeted the Catholic Church in Connecticut. This year they are targeting the Protestant First Cathedral. Just like last year's bishop removal bill, the ACLU's attempt to bully school districts out of holding their graduations at First Cathedral is an attack on the religious liberty of all. And just like last year, FIC will fight back. Watch for more information on what you can do to help.

Defending your liberty: The Family Institute of Connecticut!

# Exhibit 93



To: David McGuire
Subject: MAR. 9

 **Family Institute of Connecticut Action**

**In Enfield, A Call to Arms!**

Last year, Connecticut's anti-family forces failed in their attempts at payback against the Catholic Church. Now, they are targeting one of the most prominent Protestant churches in our state.

There is a drama playing out in Enfield that has wider implications for all denominations. Last year, Senator Andrew McDonald and Representative Michael Lawlor put forth S.B. 1098, the bishop-removal bill that would have restructured the Catholic Church and removed the governing authority of bishops. It quickly became clear that McDonald and Lawlor intended S.B. 1098 to be payback to the Catholic Church for its staunch opposition to same-sex "marriage". Of course the effort backfired, culminating in a rally that brought more than 4,000 people to the state Capitol.

Now the ACLU has bullied several school districts into ending their practice of holding graduation ceremonies at First Cathedral in Bloomfield, New England's largest Protestant church. First Cathedral's pastor, LeRoy Bailey was one of the most visible Protestant clergymen to oppose same-sex "marriage" in our state. We believe that the ACLU's targeting of his church is part of a continuing effort of payback by the cultural Left. We can stop them—with your help.

Two weeks ago, FIC won a key victory in Enfield when the Board of Education rescinded its resolution to hold graduations in town.

However this action is the beginning-- not the end of the battle. First Cathedral is only one of several venues under consideration by the BOE. It is by far the cheapest off-site venue. Unfortunately, the threat of a lawsuit from the ACLU has unfairly cast a cloud over First Cathedral.

FIC contacted our friends at the American Center for Law & Justice (ACLJ) and they have offered to represent the Board of Education (BOE) at no cost. FIC needs its members in Enfield to click the link at the bottom of this message to contact the members of the BOE and tell them to have the courage to keep graduations at First Cathedral and if necessary accept the offer of pro-bono representation from the ACLJ. If you know anyone in Enfield, please forward this message to them.

Additionally, we are asking members to mark your calendars for 7:30 PM on March 23. At the regular Enfield BOE meeting held at that time, the BOE will select the graduation site.

After the failure of last year's clumsy attacks, anti-family forces have renewed their vendetta against the churches with far more stealth and sophistication. Last year, forces on the anti-family left attempted to get their way by legislative and administrative fiat. Having been defeated in these tactics, they now seek to trample religious liberty by default.

Most boards of education capitulated in the face of a lawsuit threat, a result the ACLU was banking on, even though they have no case. However, the ACLU failed to account for the massive popular outcry that occurred in Enfield—hundreds overwhelmingly preferred having graduations at First Cathedral and turned out at BOE meetings to express that sentiment.

Support the one group leading the fight for the religious liberty of ALL Connecticut's churches: the Family Institute of Connecticut!

Of all the communities threatened by the ACLU, Enfield is the only one that has rescinded its motion to hold graduations on-site. Therefore, it is vital for FIC members in Enfield to contact their BOE members and attend the March 23 BOE meeting. This is our only opportunity to ensure that religious liberty is not trampled by default!

Click below to contact Enfield's BOE members:

Click the link below to log in and send your message:
http://www.votervoice.net/link/target/fict/c46lqW5t.aspx

# Exhibit 94



To: David McGuire
Subject: MAR. 17



**Help FIC Defeat New Attack on Religious Liberty!**

In the week since FIC's last e-mail alert on this topic, there has been tremendous progress in our fight to get the Enfield Board of Education (BOE) to stand up to the ACLU and return its graduation ceremonies to First Cathedral, Connecticut's largest Protestant church. But the outcome is still in doubt. We need your help to ask Enfield's BOE to VOTE YES for returning graduation to First Cathedral at the BOE's March 23rd meeting!

Enfield BOE chairman Greg Stokes, who was on vacation in Florida at the time, called Peter Wolfgang shortly after last week's FIC e-mail alert was sent. Stokes had been unaware of the pro-bono legal representation that was available to Enfield if the town chose to defy the ACLU's threats. Stokes, in fact, has been a pastor for 30 years and his father was involved in the early days of the moral majority movement. He was not afraid to stand up to the ACLU but wanted to make sure first that it would not hurt the taxpayers of Enfield.

<u>Please support Family Institute of Connecticut: Fighting for the Liberty of ALL Connecticut's Churches!</u>

In the week since Pastor Stokes and Peter Wolfgang first spoke there has been significant progress toward getting a Mar. 23rd vote restoring graduation at First Cathedral. But the vote could still go either way. That is why we need your help.

All of Connecticut had a stake in last year's attack on the Catholic Church--and all of Connecticut now has a stake in the ACLU's attack on one of Connecticut's largest Protestant churches. Please click the link below to send a message to the members of the Enfield BOE asking them to VOTE YES on returning graduations to First Cathedral. If you know anyone in the town of Enfield, please forward this message to them. Enfield BOE members should know that the whole state is watching--but they will be especially attentive to Enfield residents. We also encourage as many of our members as possible to come to the Enfield BOE meeting on Tuesday, Mar. 23rd at 7:30 pm at the Enfield Town Hall. Thank you!

Click the link below to log in and send your message:
<u>http://www.votervoice.net/link/target/fict/F4Fq8B2G.aspx</u>

# Exhibit 95

To: David McGuire
Subject: MAR. 23



Family Institute of Connecticut Action

**Emergency in Enfield!**
The Enfield Board of Education (BOE) will meet TONIGHT at 7:30 pm at Enfield Town Hall (820 Enfield Street) to decide if graduations will be moved back to First Cathedral. Inside sources tell FIC that we are now likely to LOSE tonight by one vote! And you will be shocked to learn why!

We need as many FIC members as possible to attend tonight's meeting in Enfield to ask the Board of Education to stand up to the ACLU! We need you to call each member of the BOE at the numbers listed below RIGHT NOW to ask them to vote tonight to return graduations to First Cathedral. And we need you to click on the link at the bottom of this message to send an e-mail to the BOE asking them to do the right thing--and then forward this message to all your friends and ask them to do likewise.

Shortly after FIC's first e-mail blast about Enfield, BOE chairman Greg Stokes interrupted his Florida vacation to call Peter Wolfgang. Greg told Peter that if the American Center for Law and Justice would state publicly that it would represent Enfield pro-bono, Greg would have the votes to return graduations to First Cathedral. But although Peter and ACLJ delivered those assurances, tonight's vote remains in doubt.

Support the one group leading the fight for the religious liberty of ALL Connecticut's churches: the Family Institute of Connecticut!

We are being told that factions within the Enfield Republican Party are pressuring the Republican BOE members to capitulate to the ACLU. You read that right: There are some within the Enfield REPUBLICAN Party that do not want to stand up for religious liberty and against the ACLU, even though pro-bono representation is available to the town.

Two weeks ago Peter Wolfgang appeared on the Dan Lovallo program to tell Dan's listeners about the progress being made in Enfield. Immediately afterwords Mary Ann Turner, chairman of the Enfield Republican Town Committee, called in to blast Peter, suggesting he hadn't spoken with Greg Stokes (he had), saying it wasn't true that there was pro-bono representation available to Enfield (there is) and that Peter was the only one saying First Cathedral was cheaper than other venues (Lovallo gently pointed out that the price difference had been widely reported in the media).
There are two dramas playing out in Enfield that have repercussions for our whole state. The first is the attack on religious liberty. Having failed to get payback against the Catholic Church for its opposition to same-sex "marriage," Connecticut's cultural Left has now trained its personal vendetta on First Cathedral, a Protestant megachurch whose pastor, Archbishop LeRoy Bailey, fought hard for traditional marriage. The ACLU has bullied several communities into withdrawing their graduations from First Cathedral on the basis of very weak legal threats. If Enfield does not resist, it will increase the power of aggressive secularism and cause further harm to the proper role of faith communities in our state.

The other drama is the state of the Republican Party in Connecticut. There is a Republican majority on the Enfield BOE. What does it say to Connecticut's values voters if it is the GOP itself that takes the lead in giving in to the ACLU? Given everything that is at stake in the 2010 elections, is this really the year that the state's Republican establishment wants to tell Connecticut's social conservatives that there is no place for them in the party?

Please call the numbers below and ask the Enfield BOE's nine members to vote YES for returning the graduations to First Cathedral. Please also click on the link at the bottom of this message to e-mail those same BOE members. And please attend tonight's Enfield BOE meeting in the largest numbers possible!

Greg Stokes (860) 741-7349; Chuck Johnson (860) 745-1118; Peter Jonaitis (860) 763-3193; Tom Sirard (860) 741-6936; Donna Szewczak (860) 763-1872; Judy Apruzzese-Desroches (860) 253-9559; Joyce Hall
(860) 745-2343; Stacy Thurston (860) 253-0427; Vinny Grady (860) 930-1450.

Click the link below to log in and send your message:
http://www.votervoice.net/link/target/fict/FJqGJWb7.aspx

1 of 2

4/19/2010 1:44 PM

# Exhibit 96

To: David McGuire
Subject: MAR. 24




**Family Institute of Connecticut** *Action*

### Victory Possible in Enfield!

Late last night the Enfield Board of Education (BOE) chose to delay their vote on First Cathedral until their next meeting. This is a win for us. We would have lost if the vote had taken place last night. But several BOE members who were certain to vote against First Cathedral are now undecided and leaning our way.

The difference is you. A mere seven hours before last night's meeting, FIC sent out an emergency e-mail blast asking you to call and write to the Enfield BOE and to attend the meeting. In that short time about three dozen people called all nine members of the BOE. Many more e-mailed them and many FIC members showed up and spoke at last night's meeting.

Just as important, several of you--after calling and speaking with BOE members-- called Peter Wolfgang at FIC and told him what you were hearing from those BOE members. It was because of those calls that Peter was able to target his speech specifically to the concerns raised by BOE members.

Support the one group leading the fight for the religious liberty of ALL Connecticut's churches: the Family Institute of Connecticut!

Some BOE members told you they had never seen written documentation from the ACLJ saying it would represent Enfield probono--so Peter presented them with 10 copies of the Mar. 19th legal memorandum the ACLJ had sent to the BOE chairman stating exactly that. Some BOE members told you that they would be personally liable or raised other concerns about costs to the town. Peter was able to address each of these objections point by point--thanks to you!

Afterwords, a BOB member who was expected to vote against First Cathedral told Peter that they are now undecided. "This is all new information," the member said. "I had never heard any of this before tonight."

The BOE also heard from its own graduation task force, which praised First Cathedral and refused to recommend another venue. Instead, they presented the results of their investigation: other locations which will cost more, provide less and are further away than First Cathedral. As BOE member Judy Apruzzese-Desroches said, "It sounds like the only thing that will make everyone happy is going back to First Cathedral."

Ms. Apruzzese-Desroches' conclusion is the only logical one, given everything the BOE heard last night. Nevertheless, the result is still in doubt and we still need your help. A certain defeat has become a possible victory--thanks to you. Now we need to make it an actual victory.

Can you please click on the link at the bottom of this message to send an e-mail to all the members of the BOE? Even if you have already done so, we ask that you do it again. When you click through to the message you will be sending to the BOE, you will see that we have changed it to reference last night's developments.

And if you have not yet e-mailed or called the Enfield BOE--now is the time! We have two weeks to win them over. All of Connecticut has a stake in the battle for religious liberty in Enfield. Please call the numbers below and please click on the link at the bottom of this screen to send your e-mail. Thank you!

Peter Jonaitis (860) 763-3193 ; Tom Sirard (860) 741-6936; Donna Szewczak (860) 763-1872 ; Judy Apruzzese-Desroches (860) 253-9559; Joyce Hall (860) 745-2343; Stacy Thurston (860) 253-0427; Vinny Grady (860) 930-1450.

Click the link below to log in and send your message:
http://www.votervoice.net/link/target/fict/FMqbzRF3.aspx

Exhibit 97

file:///C:/Documents%20and%20Settings/dmcguire/Desktop/APR.%...

To: David McGuire
Subject: APR. 4




Family Institute of Connecticut *Action*

## The Resurrection of Truth

We want to wish a Happy Easter and a Happy Passover to all our members. It is thanks to you that we continue the fight for truth here in deep-blue Connecticut.

On Easter, in fact, we celebrate the resurrection of the One who is Truth Himself. Even in these difficult times, we are witnesses to the resurrection of truth.

Truth is on the march in many ways. In Enfield, we are making progress in our fight to turn back the ACLU's attack on First Cathedral. We will have more information next week on what you can do prior to the Board of Education's April 13th meeting.

Truth is also being proclaimed in books by two great clergy friends of FIC. Fr. John Waiss, a priest of Opus Dei, has just released Born to Love, a clear, solid presentation of Catholic teaching on homosexuality and related topics. We recommend it.

Pastor Rick McKinniss of Wellspring Church has just published Equally Yoked, which we also recommend. We invite you to attend the conference April 16–17 to launch his new book, which reclaims the biblical mandate for a full and equal partnership between the genders.

May God bless you all during this holiest of seasons.

4/19/2010 1:44 PM

Exhibit 98



To: David McGuire
Subject: APR. 13



Family **Institute of Connecticut** *Action*

**Enfield Will Decide on Graduations TONIGHT!**
The Enfield Board of Education (BOE) will meet TONIGHT at 7:30 pm at Enfield Town Hall (820 Enfield Street) to decide if graduations will be moved back to First Cathedral. Inside sources tell FIC that we are now likely to WIN by one vote! But anything can happen in Enfield---which is why your help is still needed.

At this point, we are no longer asking for you to call or e-mail the BOE members. We believe they have heard you and we appreciate their willingness to listen.
Instead, we are asking for two things. The first is prayer: That this likely victory for religious liberty becomes a reality tonight. Secondly, we ask that as many FIC members as possible attend tonight's meeting in Enfield and be prepared to make one last appeal to the Board of Education to return graduations to First Cathedral—just in case.
The drama playing out in Enfield has repercussions for the religious liberty of our whole state. The ACLU has bullied several communities into withdrawing their graduations from First Cathedral on the basis of very weak legal threats. If Enfield does not resist, it will increase the power of aggressive secularism and cause further harm to the proper role of faith communities in our state.

We may be on the verge of stopping them. Your prayers and your presence at tonight's meeting will determine the outcome. Thank you!
Support the one group leading the fight for the religious liberty of ALL Connecticut's churches: the Family Institute of Connecticut

# Exhibit 99



To: David McGuire
Subject: APR. 15

 **Family Institute of Connecticut Action**

**FIC Takes ACLU By Surprise!**

Yesterday, we gave you the inside story of how FIC made the Enfield victory happen. Today, we are pleased to tell you about the ACLU's befuddled reaction.

In yesterday's *Journal Inquirer* the ACLU admits that we surprised them but leaves the impression that a lawsuit is certain. In today's *Hartford Courant*, however, they backtrack from that position, saying only that they are unsure what their next step will be.

The *Courant* article—which also discusses FIC's role in the Enfield victory—can be viewed here. We encourage all our members to read the article and to vote "yes" in the *Courant* poll on whether graduations should be held at First Cathedral.

The ACLU is confused by events in Enfield for two reasons: 1) this was a dead issue until the Family Institute of Connecticut got involved; and 2) the ACLU is an organization that is unaccustomed to being defied.

We cannot do it without your financial support! Please click here to make your most generous contribution to FIC. Thank you!

Until Enfield's brave decision this week, the ACLU held free reign in Connecticut—trampling the rights of students and school boards with legal threats. The ACLU does not care about these students. They only care about their anti-religious ideology and bullying others by issuing edicts and legal threats from on high. Indeed, the ACLU gives the impression that they were not even aware of the controversy that erupted in Enfield following the BOE's initial decision to give in to them. From their lofty heights, the ACLU sent their letter to Enfield and then forgot about the Carpet City.

But FIC did not forget. We were the only organization to take up this fight and to put the key parties in touch with one another. We took the time to talk with board members and students and to attend meetings. We reached into the local community, identified allies, put boots on the ground and altered the course of events.

We did it because we care about Connecticut's families. Our opponents issue edicts and obtain court diktats to further their anti-family ideology and then they move on. FIC is here for the long term to show families and regular citizens that they can stand up to the bullies, that there is help out there.

Peter Wolfgang has personally called and thanked the six members of the BOE who voted for First Cathedral: Greg Stokes, Chuck Johnson, Tom Sirard, Donna Szewczak, Peter Jonaitis and Stacy Thurston. They have earned the support and admiration of the whole state.

We hope that their bravery will stiffen the spine of the other boards of education that voted to give in to the ACLU's threats. Enfield has put all of Connecticut on notice that a threatening letter from the ACLU should not be greeted with panic. People can fight back.

We can fight back -- but only with your financial support! $50, $100, $250 -- every dollar helps! Major donors - $500, $1,000, $2,500 or more -- especially needed at this time. Donations may also be mailed to: Family Institute of Connecticut, 77 Buckingham Street, Hartford, CT 06106. Thank you and God bless you!

# Exhibit 100



Wednesday, April 28, 2010    TEXT SIZE T T    ON THE RADIO | ON TELEVISION | IN THE COURTS | SUPPORT OUR EFFORTS | INVITE FRIENDS

Sign up for the latest
updates from the ACLJ  [ Email Address ]  GO

## ACLJ
### American Center for Law & Justice

- HOME ★
- ABOUT ★
- ACLJ AT WORK
- ACLJ ON THE ISSUES ★
- JAY SEKULOW'S BLOG ★
- CONTACT THE ACLJ ★
- MULTIMEDIA ★
- MY ACLJ
- SOCIAL NETWORKING ★
- STORE
- SUPPORT ★
- SUPREME COURT ★
- SUPREME COURT VICTORY
- TAKE ACTION ★
- CHOOSING LIFE MOVIE ★
- ACLJ TOOLBAR ★

**MEMBER LOGIN:**
*Email
*Password
BECOME A MEMBER>  LOGIN

**SEARCH THIS SITE**
Enter a keyword(s) below to search
this site
[ Keyword(s) ]
SEARCH



SUPPORT our efforts
DONATE NOW!
ACLJ

**Don't discriminate against
Christian prayer**

First, a federal district court
declared the National Day of
Prayer UNCONSTITUTIONAL
— a one-day-a-year tradition
that has been part of
America's heritage since the
founding of our country.

Now, the attack on prayer
has become personal. The
Army's invitation to Franklin
Graham to lead the
Pentagon's National Day of
Prayer events has been
RESCINDED because he's not
appropriate enough -- not
"inclusive" enough -- in his
beliefs. He's been banned
because secularist groups
are doing anything they can
to tear Christianity from
America!

- **LEARN MORE**
- **SUPPORT OUR
  EFFORTS**

[ SIGN THE LETTER OF
PROTEST! ]

---

ACLJ Mission
About Chief Counsel
ACLJ Senior Attorneys

## About ACLJ

### Welcome from Jay Sekulow



The American Center for Law and Justice (ACLJ) focuses on constitutional law and is
based in Washington, D.C.

Through our work in the courts and the legislative arena, the ACLJ is dedicated to
protecting your religious and constitutional freedoms.

Our dedication to protecting your freedoms hasn't gone unnoticed.  The Chicago Tribune
says ACLJ has "led the way" in Christian legal advocacy.  BusinessWeek hailed ACLJ as
"the leading advocacy group for religious freedom."  Even Time Magazine notes Chief
Counsel Jay Sekulow is among the "25 Most Influential Evangelicals" and lists the ACLJ
as "a powerful counterweight" to the ACLU.

In addition to providing its legal services at no cost to our clients, the ACLJ focuses on
the issues that matter most to you – national security, protecting America's families,
and protecting human life.  You can learn more about our work through **Jay Sekulow
Live!** — our daily radio broadcast and through **ACLJ This Week** — a nationally
broadcast weekly television program.

While there is a wealth of information about our work online, you can also receive
up-to-date developments from the ACLJ on the most critical issues facing our country
today by signing up for our e-mail list.

Thank you for your interest in the American Center for Law and Justice.

Jay Sekulow

ACLJ Mission

About Chief Counsel

ACLJ Senior Attorneys

American Center for Law and Justice | Washington D.C. | Copyright © 2010, ACLJ | Privacy & Security Policy | Registration
The ACLJ is an organization dedicated to the defense of constitutional liberties secured by law.

# Exhibit 101

# CORNERSTONE

*Building a Community, One Person at a Time*



**About Us**

Welcome Message
About Cornerstone
Introducing Our Staff
Ministries
Service Schedule

**Quick Links**

Calendar of Events
Links of Interest
Listen To The Most Recent Sermon
Cornerstone Community



**Pastor Greg Stokes**
PastorStokes@cornerstonechurch-ct.org
Phone: 860-798-5011

Pastor Greg Stokes brings to Cornerstone Church over twenty years of pastoral experience. His pastoral experience includes churches in Kansas, Michigan, and Connecticut. Pastor Stokes uses many styles in his preaching and teaching, and every message is relevant to the needs of society. The Word of God is used in every service and is brought alive with illustrations, life experiences, and even humor.



**Youth Pastor Tony Swanger**
PastorTony@cornerstonechurch-ct.org
Phone: 860-508-1629

Youth Pastor Tony Swanger and his wife, Sara, have been a part of Cornerstone since its very beginning. Tony answered God's call to preach while a student at Bible college in Pensacola, Florida. They are involved in many areas at Cornerstone, but their true passion is helping teens discover God's love for them.

**Location**





**Contact Information**

**Meeting At Scout Hall Youth Center**
28 Abbe Rd. East Windsor, CT
Mapquest Directions

**Mailing Address:**
P.O. Box 663
Enfield, CT 06083
Phone: (860)798-5011

©2006 Cornerstone Bible Church
webmaster@cornerstonechurch-ct.org

# Exhibit 102

Report Abuse    Next Blog»                                          Create Blog   Sign In

# The Stokes Report

THIS IS A BLOG DEDICATED TO POLITICS, HUMAN INTEREST STORIES AND
CURRENT EVENTS IN ENFIELD, CONNECTICUT. GREG STOKES IS SENIOR
PASTOR OF THE CORNERSTONE CHURCH SERVING ENFIELD/EAST WINDSOR
AND SERVES ON THE ENFIELD BOARD OF EDUCATION. YOU CAN ALSO READ MY
COLUMN IN THE E-PRESS AT: HTTP://THEEPRESS.WEBS.COM

MONDAY, AUGUST 10, 2009

### BREAKING THE POLITICAL ADDICTION

My definition of addiction is "an ever increasing desire for something that has an
ever decreasing ability to satisfy". With that in mind I want to address a different
kind of addiction, the addiction to politics.Our society deals with all kinds of
addictions. From alcohol to drugs, to being consumed with work, leaving no room
for family, normally called "workaholics". We all have some sort of addiction.
Smoking is our cultures biggest addiction and millions are spent each year to
break that addiction. Then we must not forget "food addictions" and the billion
dollar industry of diet plans and supplements which we have all tried.

But, another addiction is political addiction, or also called the "political junkie
syndrome".Now, there is nothing wrong with having a healthy involvement with
politics. But many have become so overly consumed with this that it has led to
binging on the negative and living life for the next political story or maneuver.So
how can you tell if you are a "PA" (political addict)? Well, kind of like the old jokes
about knowing you're a Redneck, you know your a PA if:

1. Your home page on your computer is set to either the GOP web site or the
Democrat web site.

2. You have the Town Council meetings and Board of Education meeting schedules
written down on your calendar or in your palm pilot.

3. Your email address has words like, victory2009, rightwing, leftwing, forObama,
againstObama, and my favorite, IamrightUarewrong. All of these are real, but I
left out the aol.com, or yahoo.com to be nice to those people.

4. Your library is filled with books from Rush Limbaugh, Sean Hannity, Al
Franken, or Jane Fonda (this one has a pop up of Fonda on an tank).

5. You subscribe to magazines like either National Review or the ACLU Quarterly.
For me I prefer Mad Magazine.

6. You are encouraging your child to name their new baby daughter M. Jodi, while
trying to explain your grandson's name, Rowland.

7. Your cell phone has the "listener call in number" to a radio talk show on speed
dial.

PREVIOUS POSTS

BREAKING THE POLITICAL
    ADDICTION My definition of...

Government Overload One of the
    difficulties in...

Listening is key to good
    government Local governm...

"Voices for Thompsonville" a year
    old The town o...

THE CLASS OF 2009...WE ARE
    PROUD OF YOU! I want to ...

A Nervous Chris Dodd Okay, is it
    me or does it se...

FINAL ARTICLE ....THANK YOU I
    began writing this ...

2008 HAS ARRIVED...TIME TO
    WORK As has been my pra...

NEW YEAR AND NEW GOALS
    Next week we will turn th...

THE DREAM "I have a dream that
    one day this natio...

ARCHIVES

November 2005

December 2005

Greg Stokes

POSTED BY GREG STOKES AT TUESDAY, JULY 14, 2009 | 1 comments

✉

MONDAY, JUNE 22, 2009

## THE CLASS OF 2009...WE ARE PROUD OF YOU!

I want to take this time to congratulate each and every graduate for 2009. You have shown that you are ready for the life ahead. This will be the beginning of adult life and, all the rewards that go with it.Your parents, families, and friends are so proud of you.

As a parent who has observed my children receive High School Diplomas and even college degrees I can tell you that your parents are watching you through tear filled eyes.Many of you will go on to college. Some will go to job training for a career of your choosing. Many of you will enter the work force taking with you the work ethics you had during your high school days. No matter what you decide, I know you will be successful in all your endeavors.

Now for some advice as you transition from student to adult citizen.As you enter the arena of life as an adult there are some things that I hope you will remember. In the coming years you will have many opportunities to make a difference in world. I hope that as you journey through the years you will give back to your community.Here are some items to think about now that you are out of High School.

One, be involved in your community. I know that your career will take center stage, but the world around you needs your help. Offer your time and talent to better our society by helping charities. In Enfield we have so many worthy causes such as the Soup Kitchen, and the Enfield Food Shelf.Maybe join the volunteer Fire Departments and make a difference my serving your town by protecting its citizens. How about helping at the 4th of July Celebration, our towns best community event. No matter what you decide I know you will be a great addition to your community.

Two, get involved in the political process. It's your time to place your vote. More than just voting I would encourage you to get involved in politics. Who knows, maybe you will be the next Councilman, Board of Education Member, or even Mayor of Enfield. It is yours if you want it. Check out the Enfield Republican web page at www.ERTC.net

Third, keep God in your life. We are physical, emotional, and intellectual beings. However, we are also spiritual beings and in my opinion that is the most important part of our existence.Many of you were brought to church as children and teens. Now it is time for you to get involved in your faith and help to keep the church of your choice healthy and strong. You will find that prayer is the key to a successful life. In good times or in bad, prayer is the component that will strengthen your daily life.

Last, remember to be thankful. As you enter this new time of life remember to show your appreciation to your parents and teachers. Both of these groups have

assisted in your preparation for adult life. They taught you and watched out for you through your growing years.

Make sure you thank them for all they have done, so far. I have found that a thankful heart helps me deal with successes and failures. It keeps me humble because I know whatever I achieve in life it has been made possible by people around me. A thankful spirit will remind you that life is a community sport and you cannot do it alone.

POSTED BY GREG STOKES AT MONDAY, JUNE 22, 2009  |  0 comments

✉

THURSDAY, JUNE 18, 2009

## A Nervous Chris Dodd

Okay, is it me or does it seem that Senator Chris Dodd is little worried about an election seventeen month's away? For the past few weeks I have been bewildered by the number of television commercial's that Mr. Dodd has either ran himself, or been endorsed by organizations that have a stake in his success. There is even a commercial with President Obama crediting (no pun intended) the Senator from Connecticut for reinventing the way credit card companies will handle increasing their rate's.

So, the big question is why is Mr. Dodd starting so early in campaigning for an office that will not be up for grab's for a year and a half?

The answer is simple, fear. Mr. Dodd has become somewhat paranoid about his position in the U.S. Senate and the fact that he may not be keeping his frequent flyer miles up with traveling from Hartford to Washington D.C.

This is because of a number of negative developments that have surfaced over the past 12 months. It begin's with the banking industry and the eventual bailout. That was followed by the wording in the bailout document that allowed for corporate officers and executive to receive bonuses paid by the hard working citizen's of this country. Add to that the credit card fallout and the abuses allowed to happen by the banking committee. Now, we hear that he under reported the worth of his home in Ireland on financial disclosure statements. I can only imagine what is coming next.

Chris Dodd has gone from superstar and one time Presidential candidate to a man with many questions to answer.

No amount of television commercials will neutralize the negative press that has and will come his way. Anyone who is intelligent and objective will see through the soft tone and positive spin promoted in the ongoing T. V. blitz.

Here is my advise. Let's not allow a media campaign to substitute for open

http://gregstokes.blogspot.com

disclosure of the action's of our Senior Senator. Let's ask the questions about the banking system collapse, the bailout money, and the disclosure on financial statements. Only then can we truly know if he has served the people, or served self interest.

Could it be that with longevity of service in office Mr. Dodd has come to believe that he is entitled to the office? Could it be that, as with many politician's, he think's he is above answering question's? Maybe he has been in the beltway so long that he has forgotten about us back home who have had to tighten our belt's to make end's meet?

Many questions and no amount of warm and fuzzy commercial's will make them go away

POSTED BY GREG STOKES AT THURSDAY, JUNE 18, 2009   |   0 comments
▷➔

MONDAY, JANUARY 14, 2008

FINAL ARTICLE ....THANK YOU

I began writing this column over two years ago and it has been extremely rewarding. But, as we all know, all good things have to come to an end.

This will be my final article as a weekly columnist for the Enfield Press. I want to thank Tim Jensen for the opportunity to share my thoughts with the readers of Enfield. He is a great Editor and an even better friend.

I also want to thank you the reader for allowing me into your home each week through the Enfield Press. Over the past two years I have met so many people who have approached me about my writing, most of which have been positive and encouraging.

Two years ago, when I first began writing, I focused mostly on the political scene in Enfield. As the weeks went by I began to feel a need to balance the writing with personal stories, events in Enfield, and people and organizations making a difference in our great town.

I have covered everything from elections to the 4th of July Celebration, which I believe to be our greatest weekend in Enfield. I have written about the help Riley School of Dance gave to the victims of hurricane Katrina, as well as, our local Fire and Police personnel responding to the flood of 2005.

I have encouraged support for the Soup Kitchen and Enfield Food Shelve as their needs were high. I also covered issues on the State and National level when I felt the topic affected us in Enfield. There are even times that I just wrote for fun on

subjects like "How to know if you are a political addict." The most difficult and, humbling article I wrote was when I was asked to write the front page article on the passing of Mary Lou Strom. It will always mean something special to me.

A number of times I took the liberty to write about my true vocation as Pastor of Cornerstone Church. By the way the web site for more information and driving directions is www.cornerstonechurch-ct.org , hmmmm there I go again.

A couple of weeks ago I wrote about setting new goals for the New Year. I mentioned evaluating priorities for each year and making adjustments where needed. Well, that's what I am doing by passing on the writing of the column.

My first love and responsibility is the fast growing congregation of Cornerstone Church. We are a different style then most churches with a casual setting and upbeat contemporary music. We use media and drama and are always making church alive and exciting for all ages.

My second responsibility is to the Enfield Board of Education. I want to again thank you for your confidence in me as a BOE member. I have already found that this appointment is more then a couple meetings a month. But, although it is time consuming, it is already proving to be a rewarding experience.

As I close this article/letter let me speak from my heart.

I have done my best to cover issues without insulting or demeaning people. I have tried to achieve balance in my writing and show respect for everyone, whether Republican or Democrat. I hope what can be said of me as I conclude my obligation as a weekly writer is that I did this with class and integrity.

I have made so many friends in the course of writing and I want to say that means the most to me. I also want to thank my wife, Dawn, for her wonderful support in all that I do....I could not do it without you!!!

I now focus more on my family, church and on the Board of Education.

Thank you once again for reading this column....I hope it was enjoyable.
Your Friend,Greg

POSTED BY GREG STOKES AT MONDAY, JANUARY 14, 2008 | 1 comments

FRIDAY, DECEMBER 28, 2007

## 2008 HAS ARRIVED...TIME TO WORK

As has been my practice, for the two years I have been writing this column, I

# Exhibit 103



*Ex. 1*

December 11, 2006

Janice A. Snyder, Chairperson
South Windsor Board of Education
1737 Main Street
South Windsor, CT  06074

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
OF CONNECTICUT
32 GRAND STREET
HARTFORD, CT 06106
T/860.247.9823
F/860.728.0287
WWW.ACLUCT.ORG



RE:   Use of First Cathedral Baptist Church for Graduation Ceremonies

Dear Chairperson Snyder:

It has come to our attention that the South Windsor Board of Education
elected to hold the June 2006 South Windsor High School graduation ceremony at
the First Cathedral Baptist Church in Bloomfield, and that the High School
website hosts a slide-show detailing that event.  The slide-show emphasizes the
religious context of the graduation, even zooming in at one point to highlight a
banner on the wall that proclaims "Jesus Christ is Lord."  We further understand
that the Board of Education intends to hold the June 2007 South Windsor High
School graduation ceremony at the same church.  There are numerous alternative,
religiously-neutral sites where the High School's graduation ceremony could be
held, and has been held in the past.  We are writing today to inform you that it is
unconstitutional for South Windsor High School to hold its graduation ceremony
at the First Cathedral Baptist Church as planned.

The Establishment Clause of the First Amendment to the United States
Constitution prohibits all government entities—including public schools—from
taking any action that a reasonable observer would interpret as endorsing a
particular religion, or endorsing the practice of religion generally.  See, e.g.,
County of Allegheny v. ACLU Greater Pittsburgh Chapter, 492 U.S. 573, 593-94
(1989); Altman v. Bedford Cent. Sch. Dist., 245 F.3d 49, 75 (2d Cir. 2001).  As
the Supreme Court explained, endorsement of religion is repugnant to the
Constitution "because it sends . . . [a] message to members of the audience who
are nonadherents 'that they are outsiders, not full members of the political
community, and an accompanying message to adherents that they are insiders,
favored members of the political community.'"  Santa Fe Indep. Sch. Dist. v.
Doe, 530 U.S. 290, 309-10 (2000) (citations omitted).  Such favoritism is
precisely what the Establishment Clause is designed to prohibit.

These concerns are especially poignant in the context of elementary and secondary schools, where courts have "heightened concerns with protecting freedom of conscience from subtle coercive pressure" since the influential minds of children and young adults are involved. Lee v. Weisman, 505 U.S. 577, 592 (1992); see also Skoros v. City of New York, 437 F.3d 1, 49–50 (2d Cir. 2006). Thus, courts have severely restricted the use by public schools of religiously-owned facilities. Most notable for present purposes, public schools cannot use religiously-owned facilities that display religious symbols and iconography without offending the Establishment Clause. See Porta v. Klagholz, 19 F.Supp. 2d 290, 303 (D.N.J. 1998) (allowing public school to lease rooms from religious organization because there is no "religious iconography," and students use a "separate entrance from the church's main entrance"); Thomas v. Schmidt, 397 F.Supp. 203, 207 (D.R.I. 1975) (same), aff'd without opinion, 539 F.2d 701 (1st Cir. 1976); see also Walker v. San Francisco Unified Sch. Dist., 46 F.3d 1449, 1456 (9th Cir. 1995) (mobile classrooms parked on parochial-school property permissible because of lack of religious symbols); Pulido v. Cavazos, 934 F.2d 912, 919–20 (8th Cir. 1991) (same); Spacco v. Bridgewater Sch. Dep't, 722 F.Supp. 834, 842–43 (D. Mass. 1989) (granting preliminary injunction because, although religious iconography in classrooms was covered, other religious iconography throughout school grounds "communicates to a reasonable observer . . . that the public school and the . . . Church are closely linked . . . [and that Church members] are preferred"). The message of these cases is simple and clear: the only time public schools may even consider using religious facilities is if the religious nature of such facilities—both inside and outside of the building—are removed or covered. The religious facility must be religiously neutral to be permissible. A church is obviously not a religiously neutral facility.

"Everyone knows that in our society and in our culture high school graduation is one of life's most significant occasions." Lee, 505 U.S. at 595. For this reason, the Supreme Court finds any situation which makes "religious conformity from a student . . . . the price of attending her own high school graduation" to be especially repugnant to the Constitution. Id. at 596. In Lee, the Supreme Court found that an invocation by a member of the clergy at a high school graduation ceremony was unconstitutional. Id. at 584–86. Holding the South Windsor High School graduation ceremony in the First Cathedral Baptist Church creates precisely the type of situation disfavored in Lee. It unequivocally tells Christian students, especially those who are Baptist, that they are "insiders, favored members of the political community"; those who are of a different religion, or of no religion at all, are told they are "outsiders." See Santa Fe, 530 U.S. at 309–10. Non-believers must choose whether to forego their conscientious beliefs and participate in this religious setting, or to forego "one of life's most significant occasions." See Lee, 505 U.S. at 595. This is an impermissible choice that violates the Establishment Clause of the Constitution.

Highlighting the 2006 graduation ceremony in the First Cathedral Baptist Church on South Windsor High School's website is also unacceptable. Emphasizing that the ceremony was held in a church makes clear to any reasonable observer that the High School clearly endorses the religious significance of the ceremony's location, which is unconstitutional.

For the foregoing reasons, the planned June 2007 graduation ceremony at the First Cathedral Baptist Church is not constitutionally permissible; nor is it constitutional for South

2

Windsor High School to continue showcasing its religious endorsement on its website. Accordingly, we ask you to immediately secure a religiously neutral location for the graduation ceremony, and that you do the same for any other schools in the district that may be planning to hold graduation ceremonies in religious institutions. We also ask you to remove the slide show from the High School's website. Because of the serious nature of this issue, we ask that you inform us of your plan by January 4, 2007.

Please also find enclosed a request pursuant to section 210 of the Freedom of Information Act seeking information related to the Board's decision to hold graduation ceremonies at the First Cathedral Baptist Church.

We look forward to your response.

Sincerely,

Sam Brooke
Staff Attorney

Enclosure

cc:    Dr. Robert Kozaczka, Superintendent, South Windsor Public Schools
       1737 Main Street, South Windsor, CT  06074

       John A. DiIorio, Principal, South Windsor High School
       161 Nevers Road, South Windsor, CT  06074

# Exhibit 104



Ex. 14

December 11, 2006

Sharon Racine, Chairperson
Enfield Board of Education
27 Shaker Road
Enfield, CT  06082-3100

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
OF CONNECTICUT
32 GRAND STREET
HARTFORD, CT 06106
T/860.247.9823
F/860.728.0287
WWW.ACLUCT.ORG

5

RE:   Use of First Cathedral Baptist Church for Graduation Ceremonies

Dear Chairperson Racine:

It has come to our attention that the Enfield Board of Education is planning to hold the 2007 Enrico Fermi High School graduation ceremony at the First Cathedral Baptist Church in Bloomfield.  There are numerous alternative, religiously neutral sites where the High School's graduation ceremony could be held.  We are writing today to inform you that it is unconstitutional for Enrico Fermi High School to hold its graduation ceremony at the First Cathedral Baptist Church as planned.

The Establishment Clause of the First Amendment to the United States Constitution prohibits all government entities—including public schools—from taking any action that a reasonable observer would interpret as endorsing a particular religion, or endorsing the practice of religion generally.  See, e.g., County of Allegheny v. ACLU Greater Pittsburgh Chapter, 492 U.S. 573, 593–94 (1989); Altman v. Bedford Cent. Sch. Dist., 245 F.3d 49, 75 (2d Cir. 2001).  As the Supreme Court explained, endorsement of religion is repugnant to the Constitution "because it sends . . . [a] message to members of the audience who are nonadherents 'that they are outsiders, not full members of the political community, and an accompanying message to adherents that they are insiders, favored members of the political community.'"  Santa Fe Indep. Sch. Dist. v. Doe, 530 U.S. 290, 309–10 (2000) (citations omitted).  Such favoritism is precisely what the Establishment Clause is designed to prohibit.

These concerns are especially poignant in the context of elementary and secondary schools, where courts have "heightened concerns with protecting freedom of conscience from subtle coercive pressure" since the influential minds of children and young adults are involved.  Lee v. Weisman, 505 U.S. 577, 592 (1992); see also Skoros v. City of New York, 437 F.3d 1, 49–50 (2d Cir. 2006).

Thus, courts have severely restricted the use by public schools of religiously-owned facilities. Most notable for present purposes, public schools cannot use religiously-owned facilities that display religious symbols and iconography without offending the Establishment Clause. See Porta v. Klagholz, 19 F.Supp. 2d 290, 303 (D.N.J. 1998) (allowing public school to lease rooms from religious organization because there is no "religious iconography," and students use a "separate entrance from the church's main entrance"); Thomas v. Schmidt, 397 F.Supp. 203, 207 (D.R.I. 1975) (same), aff'd without opinion, 539 F.2d 701 (1st Cir. 1976); see also Walker v. San Francisco Unified Sch. Dist., 46 F.3d 1449, 1456 (9th Cir. 1995) (mobile classrooms parked on parochial-school property permissible because of lack of religious symbols); Pulido v. Cavazos, 934 F.2d 912, 919–20 (8th Cir. 1991) (same); Spacco v. Bridgewater Sch. Dep't, 722 F.Supp. 834, 842–43 (D. Mass. 1989) (granting preliminary injunction because, although religious iconography in classrooms was covered, other religious iconography throughout school grounds "communicates to a reasonable observer . . . that the public school and the . . . Church are closely linked . . . [and that Church members] are preferred"). The message of these cases is simple and clear: the only time public schools may even consider using religious facilities is if the religious nature of such facilities—both inside and outside of the building—are removed or covered. The religious facility must be religiously neutral to be permissible. A church is obviously not a religiously neutral facility.

"Everyone knows that in our society and in our culture high school graduation is one of life's most significant occasions." Lee, 505 U.S. at 595. For this reason, the Supreme Court finds any situation which makes "religious conformity from a student . . . . the price of attending her own high school graduation" to be especially repugnant to the Constitution. Id. at 596. In Lee, the Supreme Court found that an invocation by a member of the clergy at a high school graduation ceremony was unconstitutional. Id. at 584–86. Holding the Enrico Fermi High School graduation ceremony in the First Cathedral Baptist Church creates precisely the type of situation disfavored in Lee. It unequivocally tells Christian students, especially those who are Baptist, that they are "insiders, favored members of the political community"; those who are of a different religion, or of no religion at all, are told they are "outsiders." See Santa Fe, 530 U.S. at 309–10. Non-believers must choose whether to forego their conscientious beliefs and participate in this religious setting, or to forego "one of life's most significant occasions." See Lee, 505 U.S. at 595. This is an impermissible choice that violates the Establishment Clause of the Constitution.

For the foregoing reasons, the planned 2007 graduation ceremony at the First Cathedral Baptist Church is not constitutionally permissible. Accordingly, we ask you to immediately secure a religiously neutral location for the graduation ceremony, and that you do the same for any other schools in the district that may be planning to hold graduation ceremonies in religious institutions. Because of the serious nature of this issue, we ask that you inform us of your plan by January 4, 2007.

Please also find enclosed a request pursuant to section 210 of the Freedom of Information Act seeking information related to the Board's decision to hold graduation ceremonies at the First Cathedral Baptist Church.

We look forward to your response.

2

Sincerely,

Sam Brooke
Staff Attorney

Enclosure

cc:    Dr. John Gallacher, Superintendent, Enfield Public Schools
       27 Shaker Road, Enfield, CT 06082-3100

       Paul Newton, Principal, Enrico Fermi High School
       124 North Maple Street, Enfield, CT  06082

# Exhibit 105

January 17, 2007

Mr. Charles A. Frazier, Jr.
Executive Director of Operations
The First Cathedral
1151 Blue Hills Avenue
Bloomfield, CT  06002

    Re:  <u>Graduation Ceremonies at First Cathedral</u>

Dear Mr. Frazier:

    I am writing in concert with my fellow superintendents on behalf of the boards of education in our three communities – Enfield, Windsor and South Windsor – concerning the prospective graduation ceremonies of our high schools at the First Cathedral Baptist Church.  As you are aware, the Connecticut Chapter of the American Civil Liberties Union ("ACLU") has recently challenged the decision we made to utilize your facility for our graduation ceremonies.  While we believe that the use of First Cathedral for our high school graduation ceremonies is not a violation of the Establishment Clause, nonetheless, the ACLU's claim has created uncertainty concerning ceremonies that, from the perspective of all three of our school districts and First Cathedral, must be scheduled and planned well in advance of the actual event.

    We have discussed this matter at length with our legal counsel as to ways for our school districts to reduce the risk and uncertainty presented by the ACLU challenge.  Based on those discussions, we have developed a proposal that we believe will significantly reduce the threat posed by ACLU's objection to holding our graduation ceremonies at First Cathedral.  Specifically, we respectfully request that the two large banners that hang at the front of your Auditorium (containing the messages "Jesus is Lord" and "I am God") be covered or removed for our graduation ceremonies.  We have been advised that taking this action will significantly reduce the likelihood that the ACLU will prevail in its challenge, and may actually forestall a formal challenge altogether.

    Based on previous conversations with you, we are aware that given the location and size of the banners, this is not a simple proposition for First Cathedral.  Accordingly, our three school districts are willing to jointly reimburse First Cathedral for any costs it incurs

in complying with this request.  We simply ask that we receive an estimate of such cost in advance so that we can know the expense before authorizing such action.

We believe that taking this action will significantly reduce or eliminate the uncertainty presented by ACLU's challenge without placing undue financial burdens on your facility.  We appreciate your thoughtful consideration of our proposal and look forward to First Cathedral's response.  Please do not hesitate to contact us if you have questions or wish to discuss our proposal further.  Thank you.

Sincerely,


Dr. Elizabeth Feser
Superintendent
Windsor Public Schools


458839 v.3