UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

_____
                                              )
DOES 1, 2, 3, 4, and 5,                       )
                                              )
      *Plaintiffs*,                        )
                                              )
  v.                                         )  Case No.
                                              )
ENFIELD PUBLIC SCHOOLS,                       )
                                              )
      *Defendant*.                         )
_____ )

### [PROPOSED] ORDER GRANTING
### PLAINTIFFS' MOTION FOR LEAVE TO PROCEED USING PSEUDONYMS

      Plaintiffs filed this case using pseudonyms on May 4, 2010 and simultaneously filed a Motion for Leave to Proceed Using Pseudonyms.  The Court having considered the arguments and papers in support thereof and opposition thereto, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

      It is further ORDERED that:

      1.  Plaintiffs may proceed with this action using pseudonyms, and they need not disclose their identities to anyone, except the Court (if the Court so orders).

      2.  If it appears that Plaintiffs' anonymous status will cause difficulties in discovery or in other proceedings in this action, the parties shall confer in good faith on the terms of an appropriate protective order that addresses any such difficulties while continuing to give sufficient protection to the confidentiality of Plaintiffs' identities.

      3.  Furthermore, if any director, officer, employee, agent, or attorney of the Enfield

Public Schools knows, learns, or suspects the identity of any of the Plaintiffs, he or she is hereby prohibited from disclosing that information in any manner, directly or indirectly, to any other person or entity, except as may be permitted in accordance with any further order of the Court, including any protective order entered in accordance with paragraph 2 above.

IT IS SO ORDERED.

_____          Date: _____
United States District Judge