# AFFIDAVIT

I, GT Stokes, of full age, being duly sworn upon my oath according to law, depose and state that the following facts set forth are true and correct to the best of my knowledge and belief:

1. I am the presently the Chairman of the Enfield Board of Education and hereby set out the reasons that the Enfield Board of Education voted to choose First Cathedral as the site for its High School graduation ceremony this year:

2. The Enfield School system set a budget for the 2010 graduation in June of 2009 at $32,000.00, which is equal to the amount set in previous years when we went to First Cathedral.

3. The cost is the lowest of all available facilities and provided the best amenities such as: ample seating and parking capacity, a set up and prep room for the students, visual ability with large screen projection and plasma televisions throughout, air conditioning for safety in extremely hot weather, accessibility for disabled individuals, parking lot attendants and local police assistance for traffic ingress and egress, and high quality video recording and DVD production available.

4. The public desire for this location is high as many people have attended Board of Education meetings to request that we return the graduation to First Cathedral. Student representatives from both Enfield High School and Fermi High School have stated to the Board that after polling the vast majority of students wanted to hold the graduation this year at an out of town venue and named First Cathedral as their first choice. The Students at Fermi High School submitted a petition to the Board of Education with over 600 signatures on it requesting an off site venue.

5. The prior practice of holding graduation ceremonies on football fields has been unattainable financially with the cost to cover the artificial grass for graduation traffic ranging from $40,000 to $72,000.

6. Time to research any longer has been exhausted as graduation is scheduled within the next two months.

7. Other venues that we have explored include:

    a. Hartford Convention Center where the estimate that we were given

        was $40,000;
- b. Massachusetts Mutual Center in Springfield, Massachusetts where the estimate was $28,000;
- c. Mohegan Sun where the estimate was $90,000;
- d. Comcast Theatre where the estimate was $49,000.
- e. The Bushnell where the estimate was $46,000.
- f. \Symphony Hall which did not meet our criteria because there were seating limitations, there was obstructed viewing for many of the attendees, disabled people would have to go through a back door and the elevator holds only a small number of people. Also, there would be traffic congestion at that time from the Springfield work force trying to leave town and importantly there is no prep room for graduates while waiting. Cathedral has a prep room where all the students can sit in the order they will proceed in.
- g. The graduation programs distributed to guests will include the following disclaimer: "The selection of The First Cathedral as the site for Fermi's [or Enfield's] graduation was made because the venue offered the best facilities for our needs at an acceptable cost, and the selection of this venue in no way represents an endorsement by the Enfield School District of a specific religion or religion in general."
- h. As has occurred in previous years, an Enfield School District official will read the above disclaimer to the audience prior to the commencement of each graduation ceremony.

8. All other venues were not able to handle our number of anticipated attendees.

This is the 13th day of May, 2010

_____
GT Stokes
Chairman of the Board of Education of Enfield


Sworn and subscribed before me this
the 13 day of April, 2010.

_____
Notary Public//Commissioner of Superior Court

My Commission expires: _____

CHRISTOPHER J. DREZEK
*NOTARY PUBLIC*
My Commission Expires Feb. 28, 2015