# AFFIDAVIT

I, LeRoy Bailey, Jr., being duly sworn, depose and say:

1. I am over the age of eighteen.

2. I understand and believe in the obligation of an oath.

3. I base the following upon my personal knowledge, and the facts set forth below are true to the best of my belief.

4. I am presently an Archbishop, conferred by the International Bishops Conference.

5. When the Church was first designed around 1994, I was primarily involved in planning the design of the structure with the assistance of the architect, Tom Gregory of TMA, Inc. International of Valdosta, Georgia.

6. The complaint against the Town of Enfield makes a number of claims that certain design features in the Church are symbolic of religious themes. I will address four of these claims in this Affidavit which demonstrate that religious imagery and messages will be minimized for the graduations.

    a. <u>The 5 crosses on the Church entrance</u>. The four windows comprising the façade of the Church do not contain crosses. Nor, despite the appearance of the middle window, did we intend during construction of the church, for the support beams to be a cross.

    b. <u>The chandelier</u>. The cone-shaped chandelier is suspended from the lobby ceiling. It is not a religious symbol, and was never intended to have any religious significance. The Church just wanted a large, impressive fixture.

    c. <u>The fountain</u>. Also in the lobby is a small pool with a recessed fountain. The frame (about 2 feet high), is a geometric shape and was never intended to represent or symbolize a tomb or any other religious structure.

    d. <u>The balconies</u>. The balconies were never intended to represent either heaven or heaven on earth. The balconies were created for a functional purpose, which was primarily to accommodate members of the congregation during Church services. Any information to the contrary was unauthorized by me, who is and has been since the inception of the Cathedral, its spiritual leader.

7. <u>The lobby banner</u>. The banner in the lobby will be removed in time for the graduation.

8. <u>Vertical banners</u>.  The two vertical banners with Scriptural quotations will be covered during the graduation.

9. <u>Carpet symbols</u>.  There are no religious symbols in the carpet of the Church.

Dated May 13, 2010.

_____
Archbishop LeRoy Bailey, Jr.


STATE OF CONNECTICUT   )
                       )   ss. Bloomfield
COUNTY OF HARTFORD     )


Personally appeared LeRoy Bailey, Jr., signer of the foregoing Affidavit, and made oath to the truth of the same, before me this 13th day of May, 2010.

_____
Commissioner of the Superior Court/
~~Notary Public~~
~~My Commission Expires:~~