UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOES 1, 2, 3, 4, and 5, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-00685-JCH |
| ) | |
| ENFIELD PUBLIC SCHOOLS, ) | Date:  May 19, 2010 |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' EXHIBIT LIST FOR MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs intend to offer the following exhibits into evidence in support of the pending Motion for Preliminary Injunction:

Exhibit 1: Outside and inside pictures of the First Cathedral, obtained from individuals who took the pictures and from the internet.

Exhibit 2: Pictures taken by Doe 1 during the 2009 Enfield High School graduation ceremony at the First Cathedral.

Exhibit 3: Pictures of the First Cathedral during graduations and other events, obtained from the internet.

Exhibit 4: Declaration of DeWilton Dallas Timberman.

Exhibit 5: Declaration of Doe 1 in support of Motion for Preliminary Injunction.

Exhibit 6: Declaration of Doe 2 in support of Motion for Preliminary Injunction.

Exhibit 7: Declaration of Doe 3 in support of Motion for Preliminary Injunction.

Exhibit 8: Declaration of Doe 4 in support of Motion for Preliminary Injunction.

Exhibit 9: Declaration of Doe 5 in support of Motion for Preliminary Injunction.

Exhibit 10: Bishop LeRoy Bailey, Jr., *Welcome to the First Cathedral: A Church for All People*, obtained from the internet.

Exhibit 11:   The First Cathedral, *Archbishop Bailey*, http://www.firstcathedral.org/pages.asp?pageid=20219 (last visited May 2, 2010).

Exhibit 12:   The First Cathedral, *History*, http://www.firstcathedral.org/pages.asp?pageid=20857 (last visited May 2, 2010).

Exhibit 13:   The First Cathedral, *Member's Handbook*, http://www.firstcathedral.org/pages.asp?pageid=21247 (last visited May 2, 2010).

Exhibit 14:   The First Cathedral, *New Member's Process*, http://www.firstcathedral.org/pages.asp?pageid=22277 (last visited May 2, 2010).

Exhibit 15:   The First Cathedral, *Mission/Vision*, http://www.firstcathedral.org/pages.asp?pageid=18258 (last visited May 2, 2010).

Exhibit 16:   The First Cathedral, *Youth Ministry*, http://www.firstcathedral.org/pages.asp?pageid=18266 (last visited May 2, 2010).

Exhibit 17:   The First Cathedral, Brochure, *Conference and Meeting Facilities: A Meeting Place for All People*, obtained at the First Cathedral.

Exhibit 18:   Enfield Public Schools, *Schools*, http://www.enfieldschools.org/schools/ (last visited May 2, 2010).

Exhibit 19:   Connecticut Department of Education, Enfield School District: Enrollment by School (2007-08), obtained from the Department's website.

Exhibit 20:   Enfield Public Schools, Calendar: 2009-2010, http://www.enfieldschools.org/UserFiles/Servers/Server_899572/File/Calendars/2009-2010%20School%20Calendar.pdf (last visited May 2, 2010).

Exhibit 21:   Enfield Public Schools, Board of Education, Policy 8110: *Definition—Role of the Enfield Board of Education*, available at http://enfieldschools.sharpschool.com/cms/One.aspx?portalId=899659&pageId=976610 (last visited May 2, 2010).

Exhibit 22:   Enfield Public Schools, Board of Education, Policy 2450: *Review of Administrative Decisions*, available at http://enfieldschools.sharpschool.com/cms/One.aspx?portalId=899659&pageId=976222 (last visited May 2, 2010).

Exhibit 23:   Enfield Public Schools, Board of Education, Policy 2110: *Performance Responsibilities (Superintendent Job Description)*, available at http://enfieldschools.sharpschool.com/cms/One.aspx?portalId=899659&pageId=976222 (last visited May 2, 2010).

Exhibit 24:   Town of Enfield, Annual Budget 2009-2010, *Executive Summary*, *available at* http://www.enfield-ct.gov/content/2795/19572/default.aspx (last visited May 2, 2010).

Exhibit 25:   Town of Enfield, Annual Budget 2009-2010, *General Fund Summary—Revenues*, *available at* http://www.enfield-ct.gov/content/2795/19572/default.aspx (last visited May 2, 2010).

Exhibit 26:   Town of Enfield, Annual Budget 2009-2010, *General Fund Summary—Expenditures (Summary of Expenditures by Function)*, *available at* http://www.enfield-ct.gov/content/2795/19572/default.aspx (last visited May 2, 2010).

Exhibit 27:   Enfield Public Schools, *2007/09 BOE Members*, http://www.enfieldschools.org/board_of_education/boe_members/2007_09 (last visited May 2, 2010).

Exhibit 28:   Enfield Board of Education, Minutes, June 13, 2006, received in response to a Freedom of Information Act request.

Exhibit 29:   Enfield Board of Education, Minutes of graduation-site advisory committee, Oct. 11, 18, and 25, 2006, received in response to Freedom of Information Act request.

Exhibit 30:   Enfield Board of Education, Minutes, Nov. 27, 2007, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/boe_minutes___2007_08/ (last visited May 2, 2010).

Exhibit 31:   Enfield Board of Education, Minutes, Jan. 22, 2008, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/boe_minutes___2007_08/ (last visited May 2, 2010).

Exhibit 32:   Enfield Board of Education, Minutes, Feb. 26, 2008, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/boe_minutes___2007_08/ (last visited May 2, 2010).

Exhibit 33:   Enfield Board of Education, Minutes, Mar. 11, 2008, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/boe_minutes___2007_08/ (last visited May 2, 2010).

Exhibit 34:   Enfield Board of Education, Minutes, Oct. 14, 2008, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/boe_minutes___2008_09/ (last visited May 2, 2010).

Exhibit 35:   Enfield Board of Education, Minutes, Oct. 28, 2008, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/boe_minutes___2008_09/ (last visited May 2, 2010).

Exhibit 36:   Enfield Board of Education, Minutes, Nov. 18, 2008, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/boe_minutes___2008_09/ (last visited May 2, 2010).

Exhibit 37:   Enfield Board of Education, Minutes, Nov. 17, 2009, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/b_o_e_minutes_-_2009-10/ (last visited May 2, 2010).

Exhibit 38:   Enfield Board of Education, Minutes, Jan. 26, 2010, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/b_o_e_minutes_-_2009-10/ (last visited May 2, 2010).

Exhibit 39:   Enfield Board of Education, Minutes, Feb. 23, 2010, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/b_o_e_minutes_-_2009-10/ (last visited May 2, 2010).

Exhibit 40:   Enfield Board of Education, Minutes, Mar. 23, 2010, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/b_o_e_minutes_-_2009-10/ (last visited May 2, 2010).

Exhibit 41:   Enfield Board of Education, Minutes, Apr. 13, 2010, *available at* http://www.enfieldschools.org/board_of_education/boe_meeting_minutes/b_o_e_minutes_-_2009-10/ (last visited May 2, 2010).

Exhibit 42:   *Alternative Facilities for Enfield High School and Enrico Fermi High School Graduations*, May 3, 2010, report prepared by Heidi A. Lewis for the ACLU of Connecticut.

Exhibit 43:   Driving directions from Enfield High School to the First Cathedral, accessed on MapQuest (Nov. 17, 2009).

Exhibit 44:   Driving directions from Enrico Fermi High School to the First Cathedral, accessed on MapQuest (Nov. 17, 2009).

Exhibit 45:   Enfield Public Schools, *Calendar (Enfield High School graduation 2009)*, accessed on http://www.enfieldschools.org/ (Oct. 2, 2009).

Exhibit 46:   Enrico Fermi High School, *Calendar (2009 graduation)*, http://enricofermi.sharpschool.com/cms/One.aspx?pageId=903406&portalId=903321&objectId.63985=3946335&contextId.63985=914144&returnTo=914146 (last visited May 2, 2010).

Exhibit 47:   Rental agreement for 2007 graduation ceremony between Enrico Fermi High School and the First Cathedral, received in response to a Freedom of Information Act request to the Enfield Public Schools.

Exhibit 48:   Rental agreement for 2008 graduation ceremony between Enfield High School and the First Cathedral, received in response to a Freedom of Information Act request to the Enfield Public Schools.

Exhibit 49:   Rental agreement for 2008 graduation ceremony between Enrico Fermi High School and the First Cathedral, received in response to a Freedom of Information Act request to the Enfield Public Schools.

Exhibit 50:   Rental agreement for 2009 graduation ceremony between Enfield High School and the First Cathedral, received in response to a Freedom of Information Act request to the Enfield Public Schools.

Exhibit 51:   Rental agreement for 2009 graduation ceremony between Enrico Fermi High School and the First Cathedral, received in response to a Freedom of Information Act request to the Enfield Public Schools.

Exhibit 52:   Report from John Gallacher to Enfield Board of Education, Apr. 13, 2010, re: graduation sites, received in response to a Freedom of Information Act request to the Enfield Public Schools.

Exhibit 53:   Enfield Public Schools, documents submitted by school officials to the Enfield Board of Education concerning graduation-site options, received in response to a Freedom of Information Act request to the Enfield Public Schools.

Exhibit 54:   Enfield Town Council, Minutes, Mar. 1, 2010, http://enfield-ct.gov/content/85/840/618/22826/23993.aspx (last visited May 2, 2010).

Exhibit 55:   Windsor Board of Education, Minutes, Apr. 24, 2001, received in response to Freedom of Information Act request.

Exhibit 56:   Windsor Board of Education, Minutes, Apr. 22, 2003, received in response to Freedom of Information Act request.

Exhibit 57:   Windsor Board of Education, Minutes, Oct. 25, 2005, received in response to Freedom of Information Act request.

Exhibit 58:   Rental agreement for 2007 graduation ceremony between Windsor High School and the First Cathedral, received in response to Freedom of Information Act request.

Exhibit 59:   Metropolitan Learning Center, *Newsletter* (2007 graduation), accessed on Capitol Region Education Council website (Oct. 2, 2009).

Exhibit 60:   Memo from Elizabeth E. Feser to Windsor Board of Education, May 2, 2008, received in response to Freedom of Information Act request.

Exhibit 61:   East Hartford Board of Education, Minutes, Apr. 6, 2009, received in response to Freedom of Information Act request.

Exhibit 62:   South Windsor High School, webpage, *Class of 2009 Graduation Ceremony*, received in response to Freedom of Information Act request.

Exhibit 63:   Larry Smith, *Site Selected for Graduation: Committee Recommends Cathedral in Bloomfield for 2007 Fermi Ceremony*, HARTFORD COURANT, Nov. 15, 2006, at B3.

Exhibit 64:   Larry Smith, *Board Chooses Graduation Site: Construction Rules Out Athletic Fields; Bloomfield Facility Top Pick as Alternative*, HARTFORD COURANT, Nov. 29, 2006, at B3.

Exhibit 65:   Mike Cummings, *Board selects First Cathedral for Fermi graduation*, JOURNALINQUIRER.COM, Nov. 29, 2006.

Exhibit 66:   Larry Smith, *Graduation Plans Draw ACLU Fire: Schools Find Room, and Controversy, in Church*, HARTFORD COURANT, Dec. 13, 2006, at A1.

Exhibit 67:   Larry Smith, *School Board OKs Contract with Church: No Comment from Officials on Request from State ACLU to Find a Different Venue for High School's Graduation Ceremonies*, HARTFORD COURANT, Jan. 24, 2007, at B3.

Exhibit 68:   Larry Smith, *Fermi Ceremony to Be at Cathedral*, HARTFORD COURANT, Jan. 25, 2008, at B3.

Exhibit 69:   Mary Johnson, *Blurring the Line Between Prayer and Profit: A Bloomfield nondenominational megachurch converts to corporate behaviors*, HARTFORD BUSINESS JOURNAL, Feb. 18, 2008, *available at* http://www.hartfordbusiness.com/news4578.html.

Exhibit 70:   Larry Smith, *Grads May Grace Lawn: School Board Mulling Proposal*, HARTFORD COURANT, Mar. 1, 2008, at B3.

Exhibit 71:   Larry Smith, *Board Votes on Graduation: Although Students Prefer Local Ceremony, Panel Chooses Otherwise*, HARTFORD COURANT, Mar. 12, 2008, at B3.

Exhibit 72:   Linda M. Chojnicki, Letter to the Editor, *Let Enfield Kids Graduate in at Enfield School*, HARTFORD COURANT, Apr. 7, 2008, at B3.

Exhibit 73:   Shawn R. Beals, *2 Schools, 2 Opinions on Graduate Site*, HARTFORD COURANT, Nov. 16, 2008, at H14.

Exhibit 74:   *Metropolitan Learning Center Grad 061509*, JOURNALINQUIRER.COM, June 15, 2009, http://journalinquirer.mycapture.com/mycapture/enlarge.asp?image= 24175341&event=777855&CategoryID=22698&picnum=1&move=B#Image.

Exhibit 75:   Christine McCluskey & Kala Kachmar, *2 groups threaten to sue Enfield school board if it continues to hold high school graduations at Baptist church*, JOURNALINQUIRER.COM, Nov. 19, 2009.

Exhibit 76:   Kory Loucks, *SW schools won't use First Cathedral for graduation*, JOUNRALINQUIRER.COM, Dec. 18, 2009.

Exhibit 77:   Joseph A. O'Brien, *South Windsor, Under Pressure, Moves Graduation Out of Cathedral*, HARTFORD COURTANT, Dec. 30, 2009, *available at* http://articles.courant.com/2009-12-31/news/09123112529241_1 (under the title, *Town: No Ceremony at First Cathedral*).

Exhibit 78:   Matthew Engelhardt, *Cost, not principle, prompts EH school board to move graduation ceremony*, JOURNALINQUIRER.COM, Jan. 20, 2010.

Exhibit 79:   Christine McCluskey, *Enfield school board votes to hold graduations at its high schools, not First Cathedral*, JOURNALINQUIRER.COM, Jan. 27, 2010.

Exhibit 80:   Matthew Engelhardt, *Windsor BOE moves graduation ceremony to Hartford concert site*, JOURNALINQUIRER.COM, Feb. 24, 2010.

Exhibit 81:   Shawn R. Beals, *Enfield School Board Rescinds Decision to Hold Graduations at Schools*, HARTFORD COURANT, Feb. 24, 2010, *available at* http://articles.courant.com/2010-02-23/community/hc-enfield-school-0224.artfeb23_1_graduation-site-board-rescinds.

Exhibit 82:   Kala Kachmar, *Manager gives council estimates of costs for in-town graduations*, JOURNALINQUIRER.COM, Mar. 2, 2010.

Exhibit 83:   Shawn R. Beals, *Enfield Sticking with Cathedral as Graduation Site*, HARTFORD COURANT, Apr. 14, 2010, *available at* http://www.courant.com/community/ enfield/hc-enfield-graduation-0414.artapr13,0,6061776.story.

Exhibit 84:   Kala Kachmar, *Back to Bloomfield: Enfield school board votes to hold graduations at First Cathedral despite threat of a lawsuit*, JOURNALINQUIRER.COM, Apr. 14, 2010.

Exhibit 85:   Matthew Engelhardt, *School board sets graduation dates for EHHS, CIBA*, JOURNALINQUIRER.COM, Apr. 20, 2010.

Exhibit 86:   Family Institute of Connecticut, *About FIC*, http://www.ctfamily.org/about.html (last visited May 2, 2010).

Exhibit 87:   Family Institute of Connecticut, *Our Values*, http://www.ctfamily.org/values.html (last visited May 2, 2010).

Exhibit 88:   Family Institute of Connecticut, *Our Agenda*, http://www.ctfamily.org/agenda.html (last visited May 2, 2010).

Exhibit 89:   *Enfield Victory: The Inside Story*, posting to FIC Blog by Peter (Apr. 15, 2010), http://www.ctfamily.org/blog/2010/04/15/enfield-victory-the-inside-story/.

Exhibit 90:   *Family Institute of Connecticut Persuades Enfield Board of Education to Defy ACLU*, CHRISTIAN NEWS WIRE, Apr. 15, 2010, http://www.christiannewswire.com/news/5864313633.html.

Exhibit 91:   Family Institute of Connecticut, *Stand Up for Religious Liberty! Tell the Enfield Board of Ed. To Fight the ACLU!*, Feb. 22, 2010, obtained from a recipient of FIC's email alerts.

Exhibit 92:   Family Institute of Connecticut, *Victory in Enfield*, Feb. 24, 2010, obtained from a recipient of FIC's email alerts.

Exhibit 93:   Family Institute of Connecticut, *In Enfield, A Call to Arms!*, Mar. 9, 2010, obtained from a recipient of FIC's email alerts.

Exhibit 94:   Family Institute of Connecticut, *Help FIC Defeat New Attack on Religious Liberty!*, Mar. 17, 2010, obtained from a recipient of FIC's email alerts.

Exhibit 95:   Family Institute of Connecticut, *Emergency in Enfield!*, Mar. 23, 2010, obtained from a recipient of FIC's email alerts.

Exhibit 96:   Family Institute of Connecticut, *Victory Possible in Enfield!*, Mar, 24, 2010, obtained from a recipient of FIC's email alerts.

Exhibit 97:   Family Institute of Connecticut, *The Resurrection of Truth*, Apr. 4, 2010, obtained from a recipient of FIC's email alerts.

Exhibit 98:   Family Institute of Connecticut, *Enfield Will Decide of Graduations TONIGHT!*, Apr. 13, 2010, obtained from a recipient of FIC's email alerts.

Exhibit 99:   Family Institute of Connecticut, *FIC Takes ACLU By Surprise!*, Apr. 15, 2010, obtained from a recipient of FIC's email alerts.

Exhibit 100:  American Center for Law and Justice, *About ACLJ*, http://www.aclj.org/About/ (last visited May 2, 2010).

Exhibit 101: Cornerstone Bible Church—East Windsor, CT, *Introducing Our Staff*, http://cornerstonechurch-ct.org/staff.php (last visited May 2, 2010).

Exhibit 102: Greg Stokes, *The Stokes Report*, blog, http://gregtstokes.blogspot.com/ (last visited May 2, 2010).

Exhibit 103: Letter of Dec. 11, 2006, from ACLU of Connecticut to South Windsor Board of Education.

Exhibit 104: Letter of Dec. 11, 2006, from ACLU of Connecticut to Enfield Board of Education.

Exhibit 105: Letter of Jan. 17, 2007, from Dr. Elizabeth Feser, Superintendent of Windsor Public Schools, to Mr. Charles A. Frazier, Jr., Executive Director of Operations for the First Cathedral, received in response to Freedom of Information Act request.

Exhibit 106: Letter of May 12, 2009, from Americans United for Separation of Church and State to Enfield Public Schools.

Exhibit 107: Freedom of Information Act request of Oct. 22, 2009, from Americans United for Separation of Church and State, ACLU of Connecticut, and ACLU Program on Freedom of Religion and Belief, to Enfield Public Schools.

Exhibit 108: Freedom of Information Act request of Oct. 22, 2009, from Americans United for Separation of Church and State, ACLU of Connecticut, and ACLU Program on Freedom of Religion and Belief, to East Hartford Public Schools.

Exhibit 109: Freedom of Information Act request of Nov. 4, 2009, from Americans United for Separation of Church and State, ACLU of Connecticut, and ACLU Program on Freedom of Religion and Belief, to Capitol Region Education Council.

Exhibit 110: Freedom of Information Act request of Nov. 4, 2009, from Americans United for Separation of Church and State, ACLU of Connecticut, and ACLU Program on Freedom of Religion and Belief, to South Windsor Public Schools.

Exhibit 111: Freedom of Information Act request of Nov. 4, 2009, from Americans United for Separation of Church and State, ACLU of Connecticut, and ACLU Program on Freedom of Religion and Belief, to Windsor Public Schools.

Exhibit 112: Letter of Nov. 18, 2009, from Americans United for Separation of Church and State, ACLU of Connecticut, and ACLU Program on Freedom of Religion and Belief, to Gary R. Brochu, counsel for Enfield Public Schools.

Exhibit 113: Letter of Dec. 2, 2009, from Gary R. Brochu to Americans United for Separation of Church and State.

Exhibit 114:   Letter of Dec. 11, 2009, from Gary R. Brochu to Americans United to Separation of Church and State.

Exhibit 115:   Letter of Dec. 17, 2009, from Gary R. Brochu to Americans United for Separation of Church and State.

Exhibit 116:   *Lemke v. Black*, Civil Action File NO. 74-C-114 (E.D. Wis. 1974): summary judgment order, notice of appeal, order of U.S. Court of Appeals for the Seventh Circuit dismissing as moot.

Exhibit 117:   *Reimann v. Fremont County Joint School District No. 215*, Civil No. 80-4059 (D. Idaho May 22, 1980).

Exhibit 118:   Video recording of Enrico Fermi High School's 2008 graduation ceremony, obtained from Enfield Public Library.

Exhibit 119:   Video recording (partial) of Enfield High School's 2008 graduation ceremony, obtained from Enfield Public Library.

Exhibit 120:   Video recording of Enfield High School's 2009 graduation ceremony, obtained from Enfield Public Library.

Exhibit 121:   Video recording of Enrico Fermi High School's 2009 graduation ceremony, obtained from Enfield Public Library.

Exhibit 122:   Video recording of Jan. 12, 2010, meeting of Enfield Board of Education, copied from a Town of Enfield cable-television broadcast.

Exhibit 123:   Video recording of Apr. 13, 2010, meeting of Enfield Board of Education, received in response to Freedom of Information Act request.

Exhibit 124:   Declaration of Doe 1 in support of Motion to Proceed Using Pseudonyms.

Exhibit 125:   Declaration of Doe 2 in support of Motion to Proceed Using Pseudonyms.

Exhibit 126:   Declaration of Doe 3 in support of Motion to Proceed Using Pseudonyms.

Exhibit 127:   Declaration of Doe 4 in support of Motion to Proceed Using Pseudonyms.

Exhibit 128:   Declaration of Doe 5 in support of Motion to Proceed Using Pseudonyms.

Exhibit 129:   WTNH NEWS 8, *ACLU Wants End to Graduations at Church*, Nov. 18, 2009, *available at* http://www.wtnh.com/dpp/news/hartford_cty/aclu-wants-end-to-graduations-at-church (including reader commentary).

Exhibit 130:   Shawn Beals, *ACLU Tells Enfield: Stop Using Cathedral For Graduations*, HARTFORD COURANT, Nov. 19, 2009 (reader commentary from http://www.courant.com, page one).

Exhibit 131:   Shawn Beals, *ACLU Tells Enfield: Stop Using Cathedral For Graduations*, HARTFORD COURANT, Nov. 19, 2009 (reader commentary from http://www.courant.com, page two).

Exhibit 132:   *Supplemental Report: Alternative Facilities for Enfield High School and Enrico Fermi High School Graduations*, May 18, 2010, report prepared by Heidi A. Lewis for the ACLU of Connecticut.

Exhibit 133:   Declaration of Félicie Ricque.

Exhibit 134:   Declaration of Prof. Frank Kirkpatrick, with *curriculum vitae* attached.

Exhibit 135:   Documents relating to the costs of holding the Schools' 2010 high-school graduations in Enfield, received in response to Freedom of Information Act request.

Exhibit 136:   Documents relating to the cost of purchasing a cover for the high schools' athletic fields to allow graduations to take place on them, received in response to Freedom of Information Act request.

Exhibit 137:   Driving directions from Enfield High to various alternative facilities, obtained on MapQuest.com

Exhibit 138:   Driving directions from Enrico Fermi High to various alternative facilities, obtained on MapQuest.com

Exhibit 139:   Letters and e-mails of complaint about the graduations being held in the Cathedral, received in response to Freedom of Information Act request.

Exhibit 140:   Documents attesting to the number of students in the 2010 graduating classes of Enfield and Enrico Fermi Highs, received in response to Freedom of Information Act request.

Exhibit 141:   Documents relating to alternative facilities produced or received by the Enfield Schools, received in response to Freedom of Information Act request.

Exhibit 142:   December 2009 e-mail exchange between Board members regarding the possibility of moving the graduations away from the Cathedral, received in response to Freedom of Information Act request.

Exhibit 143:   *The First Cathedral*, http://en.wikipedia.org/wiki/The_First_Cathedral.

Exhibit 144:   High-school student petitions and surveys relating to the location of graduations, received in response to Freedom of Information Act request.

Exhibit 145:   January 18, 2007, letter from Superintendent Gallacher to Charles Frazier, Director of Operations of the Cathedral, received in response to Freedom of Information Act request.

Exhibit 146:   Documents relating to additional fees incurred by the Schools in using the Cathedral for receptions after graduations, received in response to Freedom of Information Act request.

Exhibit 147:   2010 budget summary for the Schools, received in response to Freedom of Information Act.

Exhibit 148:   Letter from Frances Ryan to Superintendent Gallacher, received in response to Freedom of Information Act.

Exhibit 149:   Video recording of Mar. 23, 2010, meeting of Enfield Board of Education, received in response to Freedom of Information Act request.

Exhibit 150:   Video recording (full) of Enfield High School's 2008 graduation ceremony, received in response to Freedom of Information Act request.

Respectfully submitted,

| /s/ Alex J. Luchenitser | /s/ David J. McGuire<br>/s/ Sandra J. Staub | /s/ Daniel Mach |
|---|---|---|
| Ayesha N. Khan (phv03992)<br>  Legal Director<br>Alex J. Luchenitser (phv03993)<br>  Senior Litigation Counsel<br>Devin Cain (phv03991)<br>  Steven Gey Fellow<br>Americans United for<br>  Separation of Church<br>  and State<br>518 C St. NE<br>Washington, DC 20002<br>phone: 202-466-3234<br>fax: 202-466-2587<br>*khan@au.org*<br>*luchenitser@au.org*<br>*cain@au.org* | Sandra J. Staub (phv03995)<br>  Legal Director<br>David J. McGuire<br>  Staff Attorney (ct27523)<br>ACLU of Connecticut<br>2074 Park St.<br>Suite L<br>Hartford, CT 06106<br>phone: 860-523-9146<br>fax: 860-586-8900<br>*sstaub@acluct.org*<br>*dmcguire@acluct.org* | Daniel Mach (phv03994)<br>  Director<br>ACLU Program on<br>  Freedom of Religion<br>  and Belief<br>915 15th St., NW<br>Washington, DC 20005<br>phone: 202-548-6604<br>fax: 202-546-0738<br>*dmach@aclu.org* |

May 19, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2010, a copy of foregoing Plaintiffs' Exhibit List for Motion for Preliminary Injunction was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Respectfully submitted,

/s/ Devin M. Cain
Devin M. Cain (phv03991)
Americans United for Separation of Church and State
518 C St., NE
Washington, DC 20002
phone: (202) 466-3234
fax: (202) 466-2587
*cain@au.org*