Exhibit 144

Dear Enfield High School,

As you may have heard, the ACLU has threatened to sue our school system if our graduation is held at the Cathedral in Bloomfield. Due to this threat of legal action, the Board of Education has decided that we will not graduate at the Cathedral and the ceremony could possibly take place at Enfield High School.  While there could be some positives to this, there are negatives.  Each member of the graduating class may have to limit the number of family members in attendance, as well as dealing with the weather conditions, parking, and such.  By signing this petition, you are respectfully disagreeing with this motion and wish to graduate at a venue other than the Cathedral or Enfield High School.  Thank you for your help.

CCLE000886

Exhibit 144, page 1

403



Exhibit 144, page 2

34.
35.
36.
37.
38.
39.
40.
41.
42.
43.
44.
45.
46.
47.
48.
49.
50.
51.
52.
53.
54.
55.
56.
57.
58.
59.
60.
61.
62.
63.
64.
65.
66.
67.
68.
69.
70.
71.
72.
73.
74.
75.

CCLE000888



76.
77.
78.
79.
80.
81.
82.
83.
84.
85.
86.
87.
88.
89.
90.
91.
92.
93.
94.
95.
96.
97.
98.
99.
100.
101.
102.
103.
104.
105.
106.
107.
108.
109.
110.
111.
112.
113.
114.
115.
116.
117.





CCLE000891

Exhibit 144, page 6



CCLE000892

Exhibit 144, page 7



225.
226.
227.
228.
229.
230.
231.
232.
233.
234.
235.
236.
237.
238.
239.
240
241
242
243
244
245
246
247
248
249

CCLE000893



CCLE000894

Exhibit 144, page 9



CCLE000895

Exhibit 144, page 10



300.
301.
302.
303.
304.
305.
306.
307.
308.
309.
310.
311.
312.
313.
314.
315.
316.
317.
318.
319.
320.
321.
322.
323.
324.

325.
326.
327.
328.
329.
330.
331.
332.
333.
334.
335.
336.
337.
338.
339.
340.
341.
342.
343.
344.
345.
346.
347.
348.
349.





CCLE000898

Exhibit 144, page 13

375.
376.
377.
378.
379.
380.
381.
382.
383.
384.
385.
386.
387.
388.



384

389.
390.
391.
392.
393.
394.
395.
396.
397.
398.
399.

Exhibit 144, page 14

425.
426.
427.
428.
429.
430.
431.
432.
433.
434.
435.
436.
437.
438.
439.
440.
441.
442.
443.
444.
445.
446.
447.
448.
449.



450.
451.
452.
453.
454.
455.
456.
457.
458.
459.
460
461.
462.
463.
464.
465.
466.
467.
468.
469.
470.
471.
472.
473.
474.

Exhibit 144, page 16

 **ENFIELD BOARD OF EDUCATION**

# Class of 2009
# Graduation Site Interest Survey

The Enfield Board of Education wants to poll the seniors as to their preference for the site of the 2009 graduation ceremony. The purpose of the poll will be to provide the Board with information so they can finalize the location. Understand that the final decision will be made by the Board of Education.

The Board is asking your preference on one of two locations. Please place an "X" next to your choice, fill in the necessary information, and return this slip to your Homeroom Teacher.

I would prefer to have graduation at:

*(Vote for one location only)*

_____ First Cathedral in Bloomfield

_____ School Fields *(weather permitting)* / Gym *(inclement weather)*

Name _____

Home Room _____

EHS · 2009

First Cathedral ~ 11

Not sure (both) - 1

Blank ~ 3

EnField High - 118

133

Exhibit 144, page 18

**Zalucki, Kathryn**

| | |
|---|---|
| **From:** | Brown, Brien |
| **Sent:** | Monday, October 16, 2006 2:40 PM |
| **To:** | Kelleher, Robert; Birchall, Bridgette; Gallacher, John; Torre, Tony; Zalucki, Kathryn; 'wbowker@cox.net'; 'bbowker@websterbank.com'; 'wdatiyeh@cox.net'; 'nmaxellon@aol.com'; Atiyeh, Wendy; Newton, Paul |
| **Subject:** | Student Survey |

Hello-

A subcommittee comprising Robert Kelleher, William Bowker and Nicole Maxellon worked to develop surveys of student and of parent opinion in regards to potential sites.

A senior class meeting was held at Fermi this morning, at which the pros and cons of some potential sites in Enfield were presented as well at the pros and cons of selecting a site out of Enfield. Students were asked to turn in responses to Brien Brown by the end of the day.

As of this point, these are the results:

| | |
|---|---|
| Best available site, even if it is out of town. | 45 |
| Only a site in Enfield. | 54 |

Of potential Enfield sites:

| | |
|---|---|
| Lower student Parking Lot at Fermi | 16 |
| Enfield High School | 4 |
| JFK | 2 |
| Asnuntuck | 14 |
| Town Green | 23 |

Sites suggested by respondents:

| | |
|---|---|
| Cathedral | 1 |
| Springfield Symphony Hall | 8 |
| "Church in Bloomfield" | 3 |
| High Meadow | 2 |
| Civic Center | 1 |
| Six Flags | 1 |
| UCONN | 2 |
| Springfield Civic Center | 2 |
| Not Enfield High School | 4 |
| Powder Hollow Barn | 1 |
| Mansfield Drive In | 1 |
| Big E Coliseum | 1 |
| WNEC | 2 |
| The Meadows | 1 |
| Basketball Hall of Fame | 1 |
| Knights of Columbus in WL | 1 |
| The Bushnell | 1 |

If any late surveys come in, I will add them to the totals.

I have retained the student surveys if anyone would like to look at them

A similar survey is being mailed home to the parents of all seniors, with the Interim Progress Reports. They have been asked to respond by next week. As we get results from that survey, I will pass them along too.

Brien Brown

Torre, Tony

| From: | Gallacher, John |
| --- | --- |
| Sent: | Thursday, October 30, 2008 12:44 PM |
| To: | vinnygrady@cox.net; andregreco@cox.net; chuck.johnson@thanatos.com; gtstokessr@aol.com; jmphall@cox.net; judy.desroches@cox.net; lavelli@snet.net; pjdroney@gmail.com; tomarnone@cox.net |
| Cc: | Duffy, Thomas; Newton, Paul; Torre, Tony; Drezek, Christopher; Sargalski, Steve; Santiesteban, Yvette; Brown, Brien; Coccia, John; Ellis, Chad |
| Subject: | Graduation Site Survey |

The High School Principals conducted the graduation site survey with the seniors during their homeroom this morning. The survey required the student to sign his name and write in his homeroom number. The students had two options: First Cathedral or their school. The results, based on returned surveys, are:

Fermi: 178 chose First Cathedral and 62 chose Fermi High. This is an approximate return rate of 91% of the 264 seniors;

Enfield: 130 chose Enfield High and 14 chose First Cathedral. This is an approximate return rate of 73% of the 197 seniors;

Both schools combined: 192 chose First Cathedral and 192 chose the high school. The combined total of 384 surveys returned is a return rate of approximately 83% of the 461 seniors. Some chose not to vote and some were absent.

I am treating the results as public information. I've had three parents to date ask for them.

Be advised that Mr. Newton reported several irate parents over the decision to poll the students.

The High School principals have the surveys for their school.

I am leaving now for meetings at JFK.................JG

CCLE000515

Exhibit 144, page 20



*tduffy@enfieldschools.org*

TO:        Dr. Gallacher

FROM:    T. E. Duffy

DATE:    02-04-08

RE:        EHS GRADUATION SITE

RESULTS FROM SENIOR SURVEYS - 01-31-08 (ATTACHED)

(SURVEY DESIGNED AT GRAD. COMMITTEE MEETING ON 01-29-08. Survey administered in extended HomeRoom with one senior/grad. committee member in each room for discussion/questions.)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STUDENTS IN FAVOR OF "ON-SITE AT EHS"        -- 103  (+1 DOUBLE PREF.)
        -- FLEXIBLE TIME; INDOORS AT FERMI!!        TOTAL=   104

STUDENTS IN FAVOR OF "OFF-SITE: CATHEDRAL" --   33  (+1 DOUBLE PREF.)
                                                                        (+1 EMAIL PREF.)
                                                                        TOTAL=   35

# Exhibit 145



# ENFIELD PUBLIC SCHOOLS

## OFFICE OF THE SUPERINTENDENT OF SCHOOLS

January 18, 2007

Mr. Charles A. Frazier, Jr.
Executive Director of Operations
The First Cathedral
1151 Blue Hills Avenue
Bloomfield, CT  06002

Re:  Graduation Ceremonies at First Cathedral

Dear Mr. Frazier:

I am writing in concert with my fellow superintendents on behalf of the boards of education in our three communities – Enfield, Windsor and South Windsor – concerning the prospective graduation ceremonies of our high schools at the First Cathedral Baptist Church.  As you are aware, the Connecticut Chapter of the American Civil Liberties Union ("ACLU") has recently challenged the decision we made to utilize your facility for our graduation ceremonies.  While we believe that the use of First Cathedral for our high school graduation ceremonies is not a violation of the Establishment Clause, nonetheless, the ACLU's claim has created uncertainty concerning ceremonies that, from the perspective of both our school districts and First Cathedral, must be scheduled and planned well in advance of the actual event.

We have discussed this matter at length with our legal counsel as to ways for our school districts to reduce the risk and uncertainty presented by the ACLU challenge.  Based on those discussions, we have developed a proposal that we believe will significantly reduce the threat posed by ACLU's objection to holding our graduation ceremonies at First Cathedral.  Specifically, we respectfully request that the two large banners that hang at the front of your Auditorium (containing the messages "Jesus is Lord" and "I am God") be covered or removed for our graduation ceremonies.  We have been advised that taking this action will significantly reduce the likelihood that the ACLU will prevail in its challenge, and may actually forestall a formal challenge altogether.

Based on previous conversations with you, we are aware that given the location and size of the banners, this is not a simple proposition for First Cathedral.  Accordingly, our three school districts are willing to jointly reimburse First Cathedral for any costs it incurs in complying with this request.  We simply ask that we receive an estimate of such cost in advance so that we can know the expense before authorizing such action.

We believe that taking this action will significantly reduce or eliminate the uncertainty presented by ACLU's challenge without placing undue financial burdens on your facility.  We appreciate your thoughtful consideration of our proposal and look forward to First Cathedral's response.  Please do not hesitate to contact us if you have questions or wish to discuss our proposal further.  Thank you.

Sincerely,

*John Gallacher*

Dr. John Gallacher, Ph.D.
Superintendent

Exhibit 145

Exhibit 146



**Invoice Number:** Enfield High School
2009 Graduation Reception

**Date:** July 29, 2009

**To:** Phyllis Morrow
Enfield Public Schools
27 Shaker Road
Enfield, CT 06082

| SUBJECT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---------|-------------|------------|--------|
| | **2009 Enfield Public Schools Graduation Ceremony – June 17 & 19, 2009** | | |
| | **Reception Menu for 80 people per school (160):** | $7.25 | $1,160 |
| | Assorted Juices, Bottle Water, Coffee & Tea | | |
| | Cheese Platter, Fruit Platter, Vegetable Platter & Assorted Chips | | |
| | **Please make check payable to The First Cathedral** | | |
| | SUBTOTAL | | $1,160.00 |
| | DEPOSIT | | $0.00 |
| | TOTAL DUE | | $1,160.00 |

*Fennui: $580.00*
*EHS $580.00*

If you have any questions concerning this invoice, please contact Venton Forbes at
860-243-6520 ext. 109

THANK YOU FOR YOUR BUSINESS!



Exhibit 146, page 1

07/08/2008  09:18   8602867019        THE FIRST CATHEDRAL               PAGE  01/02



**Invoice Number:** Fermi High School
2008 Graduation Ceremony

**Date:** June 21, 2008

To: Paul Newton                          *17041*
Fermi High School
124 North Maple Stret
Enfield, CT 06082

| SUBJECT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---------|-------------|------------|--------|
| | **2008 Graduation Ceremony ~ June 26, 2008** | | |
| | Two (2) Wheelchair Accessable Ramps | $500 | $1,000 |
| | Reception Menu for 75 people: | $6.80 | $510 |
| | Assorted Juices, Bottle Water, Coffee & Tea | | |
| | Cheese Platter, Fruit Platter, Vegetable Platter & Assorted Chips | | |
| | Please make check payable to The First Cathedral | | |

|  |  |
|--|--|
| SUBTOTAL | $1,510.00 |
| DEPOSIT | $0.00 |
| **TOTAL DUE** | **$1,510.00** |

*100 - 82 - 0100 - 0362 - 02490 - 0610 - 00*

*Pd 7-16-08   Pd# 801,911  $1200.00*
*CK502934            CK502982 - 310.00*

If you have any questions concerning this invoice, please contact Venton Forbes at
860-243-6520 ext. 109

THANK YOU FOR YOUR BUSINESS!

*CK502982*
JUL 1 6 2008
*$ 310.00*
ENFIELD PUBLIC SCHOOLS
BUSINESS OFFICE

FC INVOICE VBF '05                    CCLE000454

Exhibit 146, page 2

# INVOICE

Invoice Number: Enfield High School
2008 Graduation Ceremony

Date: June 21, 2008

To: Chris Drezek
    Enfield Public Schools
    27 Shaker Road
    Enfield, CT 06082

*17841*

*CK 502983*
*JUL 1 6 2008*
*510.00*
ENFIELD PUBLIC SCHOOLS
BUSINESS OFFICE

| SUBJECT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **2008 Enfield Graduation Ceremony – June 25, 2008** | | |
| | Reception Menu for 75 people: | $6.80 | $510 |
| | Assorted Juices, Bottle Water, Coffee & Tea | | |
| | Cheese Platter, Fruit Platter, Vegetable Platter & Assorted Chips | | |
| | Please make check payable to The First Cathedral | | |
| | SUBTOTAL | | $510.00 |
| | DEPOSIT | | $0.00 |
| | TOTAL DUE | | $510.00 |

*100 - 82 - 6000 - 0361 - 62490 - 561 - 00*

If you have any questions concerning this invoice, please contact Venton Forbes at
860-243-6520 ext. 109

THANK YOU FOR YOUR BUSINESS!



JUL 1 6 2008
ENFIELD PUBLIC SCHOOLS
BUSINESS OFFICE

# PURCHASE ORDER

*Graduation*
*FHS*

P.O. NO. *801,911*

**ENFIELD PUBLIC SCHOOLS**
**BOARD OF EDUCATION**     (860) 253-6500
**BUSINESS OFFICE – ADMINISTRATION BUILDING**
27 SHAKER ROAD, ENFIELD, CT 06082

DATE *6/30/08*

THE BOARD OF EDUCATION WILL NOT BE RESPONSIBLE FOR ANY
MERCHANDISE ORDERED WITHOUT APPROVED PURCHASE ORDER
SIGNED BY THE BUSINESS MANAGER.

1) SHOW P.O. NUMBER ON ALL
   INVOICES & SHIPPING NOTICES.
2) PREPAID-INSIDE DELIVERY.
3) SEND DUPLICATE INVOICES TO
   BUSINESS OFFICE.

TO • *FIRST Cathederal*

SHIP TO • *Fermi*

VENDOR NO. _____

ATTENTION— _____

| QUANTITY & UNIT | DESCRIPTION | PRICE UNIT | TOTAL PRICE | ACCOUNT NUMBER |
|---|---|---|---|---|
| | *handicapp ramp / set-up* | | *1,200* | *100-3-0-3062-8490-010-00* |

FEDERAL EMPLOYER IDENTIFICATION NO. 06-6001997.
THE TOWN OF ENFIELD IS TAX EXEMPT.
The undersigned hereby certifies that the organization named above is exempt from
State and local taxes under Connecticut Statute 12-411 and 12-412, Section 9., on all
its purchases. The vendor must retain a copy of this purchase order to substantiate
the exempt sale.

## CONDITIONS - READ CAREFULLY

1. Show P.O. NUMBER on all invoices, packages, shipping notices, and correspondence.
2. All shipments must be prepaid. Orders will be paid when complete.
3. The right is reserved to reject and return at the risk and expense of the seller such portion of any shipment which may be defective or fail to comply with specifications.
4. The right is reserved to cancel this order if not filled within 30 days, unless otherwise specified.
5. Acceptance of this order includes acceptance of all terms, prices, delivery instruction, specifications and conditions stated.
6. If revised or corrected prices increase total order above amount shown, write Business Office for further approval before filling this order.
7. All vendors who are providing a service or performing maintenance of equipment must sign the Service Log located in each school. Failure to sign the Service Log may result in forfeiture of payment for services rendered.

Requested by: *P. West*

Approved by: _____
Business Manager, Board of Education

CCLE000456

Exhibit 146, page 4

**VENDOR'S COPY**

# Exhibit 147

# ENFIELD PUBLIC SCHOOLS
## FY2010 BUDGET
## SUMMARY

| | 2007-2008 Budget | 2007-2008 Actual | 2008-2009 Budget | 2010 Budget Adopted |
|---|---|---|---|---|
| CERTIFIED SALARIES | 36,461,513 | 35,957,291 | 37,492,297 | 36,724,050 |
| CERTIFIED SALARY RELATED | 591,638 | 513,519 | 562,286 | 497,837 |
| NON-CERTIFIED SALARIES | 7,316,804 | 7,619,407 | 7,414,215 | 4,675,117 |
| NON-CERTIFIED SALARY RELATED | 586,276 | 461,684 | 536,435 | 370,119 |
| SUPPLEMENTAL CERTIFIED SALARY | 804,607 | 1,013,793 | 754,146 | 1,158,556 |
| EMPLOYEE BENEFITS | 10,985,228 | 10,973,644 | 11,143,374 | 9,182,743 |
| PROPERTY/LIABILITY INSURANCE | 287,278 | 287,278 | 287,278 | 348,200 |
| STUDENT TRANSPORTATION | 3,452,295 | 3,396,270 | 3,372,117 | 3,398,100 |
| UTILITIES | 2,713,936 | 2,231,448 | 2,593,936 | 75,000 |
| SPECIAL EDUCATION TUITION | 1,431,785 | 1,650,997 | 1,167,020 | 1,470,000 |
| EDUCATIONAL SUPPLIES | 1,140,736 | 1,147,256 | 1,134,336 | 1,009,416 |
| EDUCATIONAL SERVICES PROGRAM | 1,346,238 | 1,262,082 | 1,688,296 | 1,400,741 |
| ATHLETICS | 793,144 | 791,381 | 822,872 | 611,870 |
| ADMIN & BOARD EXPENSES | 425,553 | 540,111 | 460,962 | 438,666 |
| NEW EQUIPMENT | 284,015 | 292,189 | 291,015 | 361,050 |
| EQUIPMENT MAINTENANCE | 163,627 | 164,233 | 163,627 | 48,000 |
| PLANT MAINTENANCE | 924,063 | 1,201,738 | 809,645 | - |
| HEALTH SERVICES & SUPPLIES | 22,150 | 18,745 | 22,150 | 21,500 |
| NUTRITION SERVICES | (135,000) | (135,000) | (165,000) | (165,000) |
| SPECIAL REVENUE | | | (340,000) | |
| TECHNOLOGY | | | | 1,085,042 |
| **********GRAND TOTAL********** | 69,595,886 | 69,388,067 | 70,211,007 | 62,711,007 |

Page 4

CCLE000808

Exhibit 147

Exhibit 149, a DVD containing a video recording of the Enfield Board of Education's March 23, 2010, meeting, was received by Plaintiffs only on May 19. Due to the time necessary to make copies of a DVD, Plaintiffs intent to provide the Court with the DVD at the May 21 pre-hearing conference. Defendant already has the DVD as it was Defendant that produced it.

Exhibit 150, a DVD containing a full video recording of Enfield High School's 2008 graduation ceremony, was received by Plaintiffs only on May 19. Due to the time necessary to make copies of a DVD, Plaintiffs intent to provide the Court with the DVD at the May 21 pre-hearing conference. Defendant already has the DVD as it was Defendant that produced it.