Exhibit 138

Search



Welcome **Guest**!    **Login**

Home     Schools     Calendar     News/Alerts     Activities     Departments     School Contacts     About EFHS

**May 2010**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

**Go to Main Calendar**

**Principal: Paul Newton**

**Tel:(860) 763-8800**

**Fax:(860) 763-8810**

Sign up for the EFHS
Email Newsletters





Website
Suggestions

## Enrico Fermi High School's Mission Statement

In partnership with the community, the mission of Enrico Fermi High School is to educate our students to be productive and responsible individuals and citizens in a global society. We teach students to use their minds effectively, to demonstrate integrity and respect, and to become lifelong learners.



"Responsible Citizens-Lifelong Learners"

## Quick Links

- **Principal's News**
- **Staff Directory**
- **Alerts**
- **Directions to School**
- **Library Media Resources**
- **Medical Staff**
- **Athletics**
- **Contact Us**

## News & Events

**Today at EFHS**
more

**School Lunch Menu**
more

**Principal's Message**
more

**EENS Directions**
Enfield Public Schools will be implementing an Email Emergency Notification System through our website.

Exhibit 138, page 1

Home | About ESE | Media | Contact Us    [Search     ] [GO]

- The Big E
- Year Round Events
- Agriculture
- ESE Horse Show
- Area Info
- Storrowton Village
- ESE Foundation

## Eastern States Exposition

1305 Memorial Avenue (Rte. 147)
West Springfield, MA 01089
Phone: (413) 737-2443
Fax: (413) 787-0127
Info Line: (413) 205-5115

General questions or comments may be directed to: info@thebige.com
We will respond in writing to all emails containing complete name and address information.

 For questions regarding Big E **advance tickets:** boxoffice@thebige.com

For questions regarding **entertainment** buying: jjuliano@thebige.com

Click here for questions regarding Food Concessions

Click here for questions regarding Product Concessions (i.e., booth space)

## Storrowton Village Museum

*located on the grounds of Eastern States Exposition*
1305 Memorial Avenue
West Springfield, MA 01089

Village programs, events, tours:
Phone: 413-205-5051
Fax: 413-205-5054 Gift Shop: 413-205-5052

Hold your wedding in the Village's picturesque Meetinghouse or Gazebo:
Contact Betsy Goyette at 413-205-5052 or bgoyette@thebige.com

## Agriculture and Education

Livestock Office Phone: 413-205-5011
Agriculture Information Desk: 413-205-5196
aginfo@thebige.com

## The ESE Horse Show

Prize List: 413-205-5016
C-Barn Office: 413-205-5084
email: ckeller@thebige.com

Exhibit 138, page 2



Sorry! When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the Printer-Friendly button.



**Starting Location**
**124 N Maple St**
Enfield, CT 06082-3941



**Ending Location**
**1305 Memorial Ave**
West Springfield, MA 01089-3578

Total Travel Estimates: **21 minutes**  /  **12.29 miles**   Fuel Cost: **Calculate**



**124 N Maple St**
Enfield, CT 06082-3941
▼ Directions from A to B:

| | | | |
|---|---|---|---|
| START | **1:** Start out going **NORTH** on **N MAPLE ST/CT-192** toward **MOODY RD**. | | 0.7 mi |
| 220 | **2:** Turn **LEFT** onto **SHAKER RD/CT-220**. Continue to follow **CT-220**. | | 2.4 mi |
| I-91 | **3:** Merge onto **I-91 N** toward **SPRINGFIELD** (Crossing into **MASSACHUSETTS**). | | 5.8 mi |
| EXIT 3 | **4:** Take the **US-5 N** exit, **EXIT 3**, toward **RT-57/W**. **SPRINGFIELD**. | | 0.4 mi |
| 5 | **5:** Turn **SLIGHT RIGHT** onto **US-5**. | | 1.6 mi |
| RAMP | **6:** Take the ramp toward **RT-147 W/W**. **SPRINGFIELD/AGAWAM**. | | 0.2 mi |
| 147 | **7:** Enter next roundabout and take 3rd exit onto **MEMORIAL AVE/MA-147**. | | 1.3 mi |
| END | **8:** 1305 MEMORIAL AVE is on the **LEFT**. | | 0.0 mi |

**1305 Memorial Ave**
West Springfield, MA 01089-3578

All rights reserved. Use subject to License/Copyright   Map Legend

Exhibit 138, page 3

**Log In to My Subscril**

**THE BUSHNELL**

The 80th Anniversary Season
is sponsored by

**TRAVELERS J**
Insurance. In-synch.™

CONNECTICUT'S PREMIER
PERFORMING ARTS CENTER

HOME > Plan a Visit > Directions

## Directions

The Bushnell is located at 166 Capitol Avenue in Hartford, Connecticut.

**From I-91 North and Southbound**

Take Capitol Area Exit 29A. Go straight to the rotary. Go halfway around rotary, and bear right onto Elm Street. Take first left onto West Street. Take right onto Capitol Avenue. The Bushnell is one block on the right.

**From I-84 Eastbound**

Take Capitol Avenue/Asylum Street Exit 48B. Bear right for Capitol Avenue. At light, turn left onto Capitol Avenue. The Bushnell is one block down on the left.

**From I-84 Westbound**

Take exit 50, Main Street. At 2nd traffic light, make left onto Main Street. At 10th traffic light, make right onto Capitol Avenue. The Bushnell is three blocks down on the right.



DOWNLOADS

📄 Directions to The Bushnell: 22K PDF >>

© Copyright 2007 The Bushnell Center for the Performing Arts. All rights reserved.
The Bushnell, 166 Capitol Avenue, Hartford CT 06106 - Administration Offices 860-987-6000 - Toll-free 888-824-2874

  Sorry! When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the Printer-Friendly button.

 **Starting Location**
**124 N Maple St**
Enfield, CT 06082-3941

**Ending Location**
**166 Capitol Ave**
Hartford, CT 06106-1621

Total Travel Estimates: **29 minutes** / **22.26 miles**    Fuel Cost: **Calculate**



**124 N Maple St**
Enfield, CT 06082-3941
▼ Directions from A to B:

| | | |
|---|---|---|
| **START** | **1:** Start out going **SOUTH** on **N MAPLE ST/CT-192** toward **MAPLE HTS**. | 0.5 mi |
| | **2:** Turn **RIGHT** onto **NORTH ST**. | 0.4 mi |
| | **3:** Turn **SLIGHT LEFT** onto **ELM ST**. | 0.1 mi |
| | **4:** Turn **RIGHT** onto **HAZARD AVE/CT-190**. | 2.2 mi |
| | **5:** Merge onto **I-91 S** toward **HARTFORD**. | 18.0 mi |
| | **6:** Take **EXIT 29A** toward **CAPITOL AREA**. | 0.2 mi |
| | **7:** Merge onto **WHITEHEAD HWY**. | 0.5 mi |
| | **8:** Enter next roundabout and take 3rd exit onto **HUDSON ST**. | 0.2 mi |
| | **9:** Turn **RIGHT** onto **CAPITOL AVE**. | 0.2 mi |

Exhibit 138, page 5

**10: 166 CAPITOL AVE** is on the **RIGHT**.                                        0.0 mi

 **166 Capitol Ave**
Hartford, CT 06106-1621

All rights reserved. Use subject to License/Copyright    Map Legend

Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Exhibit 138, page 6



# UNIVERSITY OF HARTFORD

## SPORTS CENTER



- HOME
- FACILITIES
- HOURS
- MEMBERSHIP
- FITNESS CLASSES
- FREQUENTLY ASKED QUESTIONS
- CONTACT
- SUMMER HOURS
- UPCOMING EVENTS

**University of Hartford Sports Center**

**200 Bloomfield Ave.**

**West Hartford, CT 06117**

**Sports Center Office: 860-768-5050**

**Sports Center Front Desk: 860-768-5070**



Exhibit 138, page 7



# UNIVERSITY OF HARTFORD

### SPORTS CENTER

FACILITIES-Chase Arena at the Reich Family Pavilion

HOME

FACILITIES

HOURS

MEMBERSHIP

FITNESS CLASSES

FREQUENTLY ASKED QUESTIONS

CONTACT

SUMMER HOURS

UPCOMING EVENTS









Exhibit 138, page 8

**MAPQUEST**

Sorry! When printing directly from the browser your directions
or map may not print correctly. For best results, try clicking the
Printer-Friendly button.

**Starting Location**
**1264 Enfield St**
Enfield, CT 06082-4947

**Ending Location**
**200 Bloomfield Ave**
West Hartford, CT 06117-1545

Total Travel Estimates: **25 minutes** / **18.33 miles**    Fuel Cost: **Calculate**



**1264 Enfield St**
Enfield, CT 06082-4947
 Directions from A to B:

| | | |
|---|---|---|
| START | **1:** Start out going **SOUTH** on **ENFIELD ST/US-5** toward **SOUTH RD**. Continue to follow **US-5**. | 1.9 mi |
| I-91 | **2:** Merge onto **I-91 S** toward **HARTFORD**. | 10.3 mi |
| 35B EXIT | **3:** Take the **CT-218** exit, **EXIT 35B**, toward **WINDSOR/BLOOMFIELD**. | 0.3 mi |
| 218 | **4:** Turn **RIGHT** onto **CT-218/PUTNAM HWY**. Continue to follow **CT-218 W**. | 3.8 mi |
| 189 | **5:** Turn **LEFT** onto **CT-189/BLOOMFIELD AVE**. | 2.0 mi |
| END | **6: 200 BLOOMFIELD AVE** is on the **LEFT**. | 0.0 mi |

**200 Bloomfield Ave**
West Hartford, CT 06117-1545

All rights reserved. Use subject to License/Copyright    Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its
suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Exhibit 138, page 9

My Ticketmaster | Gift Cards | Retail Outlets | Help

Enter Artist, Team, or Venue

**United States**

Change Location

**Welcome.** Sign In

Print Page 



# Comcast Theatre

61 Savitt Way, Hartford, CT  06120

♥ Add to Favorites   Share 📘 📧 🐦

View a Seating Chart

## Tickets

| | | |
|---|---|---|
| •MAY•<br>**23**<br>SUN | **Sugarland**<br>07:30 PM | Find Tickets » |
| •MAY•<br>**23**<br>SUN | **VIP Club**<br>07:30 PM | Find Tickets » |
| •MAY•<br>**23**<br>SUN | **VIP Fast Lane**<br>07:30 PM | Find Tickets » |
| •MAY•<br>**23**<br>SUN | **VIP Parking: Sugarland**<br>07:30 PM | Find Tickets » |
| •MAY•<br>**23**<br>SUN | **VIP Party Box: Sugarland**<br>07:30 PM | Find Tickets » |
| •MAY•<br>**28**<br>FRI | **Comcast Theatre VIP Parking: Dave Matthews Band**<br>08:00 PM | Find Tickets » |
| •MAY•<br>**28**<br>FRI | **Dave Matthews Band**<br>08:00 PM | Find Tickets » |
| •MAY•<br>**28**<br>FRI | **VIP Club**<br>08:00 PM | Find Tickets » |
| •MAY•<br>**28**<br>FRI | **VIP Fast Lane**<br>08:00 PM | Find Tickets » |
| •MAY•<br>**29**<br>SAT | **Comcast Theatre VIP Parking: Dave Matthews Band**<br>07:00 PM | Find Tickets » |
| •MAY•<br>**29**<br>SAT | **Dave Matthews Band**<br>07:00 PM | Find Tickets » |
| •MAY•<br>**29**<br>SAT | **VIP Club**<br>07:00 PM | More Info »<br>currently not on sale |
| •MAY•<br>**29**<br>SAT | **VIP Fast Lane**<br>07:00 PM | Find Tickets » |

### Venue Information

Directions<br>to Venue     Weather     Nearby<br>Dining

BROUGHT TO YOU BY Ask

**Directions:**
From points East – Boston
Take I-84 West to Exit 50 (Main Street) At end of the ramp take a right onto Market Street. Theater is located one mile up on the left. Follow signs for free Comcast Theatre parking.

From points South – Stamford/NY
Take I-95 North to New Haven. At Exit 48 merge onto I-91 North. Follow to Exit 32B (Trumbull Street) At end of ramp take right onto Market Street. Theater is located one mile up on the left. Follow signs for free Comcast Theatre parking -or –
Take the Merritt Parkway North until it ends in Meriden, CT. Merge on to I-91 North. Take Exit 32B (Trumbull Street). At end of ramp take right onto Market Street. Theater is located one mile up on the left. Follow signs for free Comcast Theatre parking.

From points North – Springfield, MA
Take I-91 South to Exit 33 (Jennings Road) At the end of the ramp take a right. At first light take a left onto Weston Street. Theater is located 1 mile up on the right. Follow signs for free Comcast Theatre parking .

From points West - Danbury
Take I-84 East to Exit 50 (Main Street) At end of ramp take a left onto Windsor Street and an immediate right onto Pleasant Street. At the next light, take a left onto Market Street. Theater is located one mile up on the left. Follow signs for free Comcast Theatre parking .

**Parking:**
VIP Parking is available for purchase in advance or on the day of the show (subject to availability) for most events. VIP Parking is located in the Main Lot. Entrance to this lot is at the end of Savitt Way. Advance purchase is available through Ticketmaster; hang tags for parking entrance will be sent by the venue directly to the customer 10 days prior to event. Hang tag will be required for entry.

Day of show purchases are at the entrance to the lot and are cash only. Rate will vary according to the event. Motorcycle and Limousine parking are available in the VIP Parking lot for a fee and are available for purchase on the day of show at the entrance to the main lot – cash only. Rates will vary according to event.

**Box Office Numbers:**
Comcast Admin and box office questions during season :
860-548-7370
Box office info off season - 203-265-1501

Admin questions off season- 203-269-8721

Exhibit 138, page 10



Sorry! When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the Printer-Friendly button.

**Starting Location**
**124 N Maple St**
Enfield, CT 06082-3941

**Ending Location**
**61 Savitt Way**
Hartford, CT 06120-1528

Total Travel Estimates: **26 minutes**  /  **20.13 miles**    Fuel Cost: **Calculate**



©2009 MapQuest  Portions ©2009 NAVTEQ, Intermap

**124 N Maple St**
Enfield, CT 06082-3941
▼ Directions from A to B:

| | | |
|---|---|---|
| START | **1:** Start out going **SOUTH** on **N MAPLE ST/CT-192** toward **MAPLE HTS**. | 0.5 mi |
| | **2:** Turn **RIGHT** onto **NORTH ST**. | 0.4 mi |
| | **3:** Turn **SLIGHT LEFT** onto **ELM ST**. | 0.1 mi |
| 190 | **4:** Turn **RIGHT** onto **HAZARD AVE/CT-190**. | 2.2 mi |
| 91 | **5:** Merge onto **I-91 S** toward **HARTFORD**. | 15.9 mi |
| 33 EXIT | **6:** Take the **JENNINGS ROAD** exit, **EXIT 33**. | 0.3 mi |
| | **7:** Turn **SLIGHT RIGHT** onto **JENNINGS RD**. | 0.2 mi |
| | **8:** Turn **LEFT** onto **WESTON ST**. | 0.4 mi |
| | **9:** Stay **STRAIGHT** to go onto **REVEREND MOODY**. | 0.1 mi |

Exhibit 138, page 11

Case 3:10-cv-00685-JCH    Document 81    Filed 05/26/10    Page 13 of 46

 **10:** Turn **RIGHT** onto **SAVITT WAY**. 0.2 mi

**11: 61 SAVITT WAY** is on the **LEFT**. 0.0 mi

**61 Savitt Way**
Hartford, CT 06120-1528

All rights reserved. Use subject to License/Copyright    Map Legend

Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Exhibit 138, page 12



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HOME | ABOUT US | GALLERY | PLANNERS | EXHIBITORS | VISITORS | NEWS | DIRECTIONS | CONTACT US |



Map data ©2010 Google -

## upcoming events

**5/29/10**
35th Annual ICNA-MAS
Convention

**6/10/10**
CT Business Expo

**6/14/10**
Connecticut Bar Association

**6/18/10**
24th Annual AAW
Symposium

**6/22/10**
South Windsor High School
2010 Graduation

## DIRECTIONS

Directions to CTCC

Loading Dock Directions

Parking

Traffic Alerts

**VIRTUAL TOUR**
Visit the Connecticut
Convention Center virtually
through a short overview
video showcasing our
facility and location.

**PHOTO GALLERY**
View our image gallery
and take a look at what
the Convention Center
and the Hartford area
have to offer.

**ORDER SERVICES**
Exhibitors now can order
services online. Click here
to get started today!

# DIRECTIONS

**Connecticut Convention Center**
**100 Columbus Boulevard, Hartford, CT 06103**
**Phone: 860-249-6000 Fax: 860-249-6161**

Click Here For a Detailed Map

### Traveling on I-91 North

- Take I-91 North to  EXIT 29A - Capitol Area/Convention Center (Left Exit)
- Stay in right lane
- Take first exit on right - Columbus Boulevard/Convention Center
- Turn RIGHT on Columbus Boulevard
- The convention center and its attached parking garage are located immediately on the right

### Traveling on I-91 South

- TakeI-91 South to EXIT 29A - Capitol Area/Convention Center (Right Exit)
- Stay in right lane
- Take first exit on right - Columbus Boulevard/Convention Center
- Turn RIGHT on Columbus Boulevard
- The convention center and its attached parking garage are located immediately on the right

### Traveling on 84 East

- Take I-84 East to EXIT 52 to I-91 South, toward New Haven
- Take EXIT 29A - Capitol Area/Convention Center (Right Exit)
- Take first exit - Columbus Boulevard/Convention Center (Right Exit)
- Turn RIGHT onto Columbus Boulevard
- The convention center and its attached parking garage are located immediately on the right

### Traveling on 84 West/Route 2 West

- Take I-84 West/ route 2 West to EXIT 54/Downtown Hartford (Left Exit)
- Stay in left lane over the Founders Bridge
- At the bottom of the bridge, turn left onto Columbus Boulevard
- The convention center and its attached parking garage are on the left side of Columbus Blvd.

### Traveling on Interstate 95 North

- Take I-95 North to EXIT 48 to I-91 North, toward Hartford (Left Exit)
- Take EXIT 29A/Capitol Area (Left Exit)
- Stay in right lane
- Take first exit on right - Columbus Blvd/Convention Center
- Turn RIGHT onto Columbus Boulevard
- The convention center and its attached parking garage are located



**DINING**
Experience Hartford
Dining! Click here to
learn more



**NITE LIFE**
Experience Hartford
Nite Life! Click here
to learn more



**GO GREEN**
Cick here to find out
more about the
Center's efforts to go
Green!

Exhibit 138, page 13



Sorry! When printing directly from the browser your directions
or map may not print correctly. For best results, try clicking the
Printer-Friendly button.

**Starting Location**
**124 N Maple St**
Enfield, CT 06082-3941



**Ending Location**
**100 Columbus Blvd**
Hartford, CT 06103-2806

Total Travel Estimates: **27 minutes** / **21.58 miles**    Fuel Cost: **Calculate**



©2009 MapQuest Portions ©2009 NAVTEQ, Intermap

**124 N Maple St**
Enfield, CT 06082-3941
▼ Directions from A to B:

| | | |
|---|---|---|
| START | **1:** Start out going **SOUTH** on **N MAPLE ST/CT-192** toward **MAPLE HTS**. | 0.5 mi |
| | **2:** Turn **RIGHT** onto **NORTH ST**. | 0.4 mi |
| | **3:** Turn **SLIGHT LEFT** onto **ELM ST**. | 0.1 mi |
| | **4:** Turn **RIGHT** onto **HAZARD AVE/CT-190**. | 2.2 mi |
| | **5:** Merge onto **I-91 S** toward **HARTFORD**. | 18.0 mi |
| | **6:** Take **EXIT 29A** toward **CAPITOL AREA**. | 0.2 mi |
| | **7:** Merge onto **WHITEHEAD HWY**. | 0.1 mi |
| | **8:** Take the **COLUMBUS BLVD** exit. | 0.1 mi |
| | **9:** Turn **RIGHT** onto **COLUMBUS BLVD**. | 0.0 mi |

Exhibit 138, page 14

 **10: 100 COLUMBUS BLVD** is on the **RIGHT**.                                        0.0 mi

**100 Columbus Blvd**
Hartford, CT 06103-2806

All rights reserved. Use subject to License/Copyright    Map Legend

Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Exhibit 138, page 15

11/17/2009 1:24 PM



## Contact & Directions
*Send Email*            *Home Page*

**Our Office Hours are *Monday* through *Saturday*, 9am to 5pm. On *Tuesday*, 5pm to 7pm by Appointment**





View Larger Map

From Points North or South: I-91 North or South to Exit 44, Route 5, East Windsor. Take a left at the end of the exit. We are less than 1/4 mile on the left. (You'll see a long white fence on the left; our entrance is just at the end of the fence.)

From Points East or West: From the Mass Pike, I-90 or from I-84, proceed to 91 North or South; and follow directions above.

53 Prospect Hill Road, Route 5(I-91 exit 44)
East Windsor, CT 06088

**860-623-9861**

888-741-9861 *from MA*

Exhibit 138, page 16



**MapQuest**

**Trip to 53 Prospect Hill Rd**
East Windsor, CT  06088-3605
**9.27 miles - about 14 minutes**

Notes

---

**124 N Maple St, Enfield, CT 06082-3941**

| | | |
|---|---|---|
| **START** | 1. Start out going **SOUTH** on **N MAPLE ST / CT-192** toward **MAPLE HTS**.  Map | go 0.5 mi |
| | 2. Turn **RIGHT** onto **NORTH ST**. | go 0.4 mi |
| | 3. Turn **SLIGHT LEFT** onto **ELM ST**. | go 0.1 mi |
| | 4. Turn **RIGHT** onto **HAZARD AVE / CT-190**. | go 2.2 mi |
| | 5. Merge onto **I-91 S** toward **HARTFORD**. | go 5.2 mi |
| | 6. Take the **US-5 S** exit, **EXIT 44**, toward **E. WINDSOR**. | go 0.7 mi |
| | 7. Turn **LEFT** onto **PROSPECT HILL RD / US-5**. | go 0.2 mi |
| | 8. **53 PROSPECT HILL RD** is on the **LEFT**. | go 0.0 mi |

**53 Prospect Hill Rd, East Windsor, CT 06088-3605**
**Total Travel Estimate : 9.27 miles - about 14 minutes**

**Route Map** Hide

Exhibit 138, page 17



All rights reserved. Use subject to License/Copyright | Map Legend

Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Exhibit 138, page 18

5/11/2010 6:15 PM



## Parking

**MassMutual Center**
1277 Main Street
Springfield, MA 01103
(413) 787-6610 (phone)
(413) 787-6645 (fax)

Northeast USA      Pioneer Valley, MA      Springfield, MA

Click above images to view larger

You will leave travel troubles behind when you meet in the Pioneer Valley. We are located at the crossroads of New England, the intersection of I-91 and I-90, an easy drive from any point in New England. Bradley International Airport is just 18 miles away and is served by all major airlines. Amtrak provides scheduled rail service to the city center and Peter Pan Bus Lines is headquartered here, offering daily service to the Northeast and beyond.

**Directions:**

The MassMutual Center is located in Springfield's Downtown section, minutes from hotels, bus and train stations.  Patrons should enter the MassMutual Center at the entrance on the corner of Dwight Street and Falcons Way.

Traveling North on I-91, take Exit 6 (Springfield Center), onto East Columbus Avenue.  Continue up East Columbus Avenue (about ¼ mile) to Court Street.  Take a right onto Court Street and proceed past Symphony Hall, City Hall and Sovereign Bank.  The MassMutual Center is located at the corner of Court and Main Street across from Court Square.

Traveling South on I-91, take Exit 7 (Springfield Center Columbus Avenue).  Turn left at the light at the end of the ramp.  Circle under the highway and go straight through one light.  Take a right at the second light onto Main Street.  The MassMutual Center is located at 1277 Main Street across from Court Square.

Traveling West on Rt. 90, take Exit 6 off the Mass. Turnpike to Rt. 291.  From Rt. 291 take Dwight Street Exit.  Turn left at the end of the ramp and follow Dwight Street to the MassMutual Center.

Traveling East on Rt. 90, take Exit 4 onto I-91 South.

**Parking**

The MassMutual Center doesn't own or operate any local parking facilities.  However, there are several parking lots and garages in the area.

**Civic Center Parking Garage**

This garage is located directly across from the MassMutual Center on Falcons Way.  Per request of the MassMutual Center parking for all events is only $7.  For more information call (413) 732-3120.

**Columbus Avenue – South Garage**

This garage is located on Columbus Avenue just two blocks from the MassMutual Center. For more information call the Springfield Parking Authority at (413) 787-6118.

Exhibit 138, page 19

 Sorry! When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the Printer-Friendly button.

★ **Starting Location**
**124 N Maple St**
Enfield, CT 06082-3941

★ **Ending Location**
**1277 Main St**
Springfield, MA 01103-1901

Total Travel Estimates: **17 minutes** / **10.74 miles**    Fuel Cost: **Calculate**



★ **124 N Maple St**
Enfield, CT 06082-3941
▼ Directions from A to B:

| | | | |
|---|---|---|---|
| START | **1:** Start out going **NORTH** on **N MAPLE ST/CT-192** toward **MOODY RD**. | 0.7 mi |
| 220 | **2:** Turn **LEFT** onto **SHAKER RD/CT-220**. Continue to follow **CT-220**. | 2.4 mi |
| 91 | **3:** Merge onto **I-91 N** toward **SPRINGFIELD** (Crossing into **MASSACHUSETTS**). | 6.8 mi |
| EXIT | **4:** Take **EXIT 6** toward **SPRINGFIELD CENTER**. | 0.2 mi |
| ⬆ | **5:** Stay **STRAIGHT** to go onto **E COLUMBUS AVE**. | 0.4 mi |
| ↱ | **6:** Turn **RIGHT** onto **COURT ST**. | 0.1 mi |
| ↱ | **7:** Turn **RIGHT** onto **MAIN ST**. | 0.0 mi |
| END | **8:** 1277 MAIN ST is on the **LEFT**. | 0.0 mi |

★ **1277 Main St**
Springfield, MA 01103-1901

All rights reserved. Use subject to License/Copyright    Map Legend

Exhibit 138, page 20

  

**Events**          **Box Office**          **Information**          **Subscriptions**          **Support Us**

**BOX OFFICE:**

**Box Office phone:**(413) 788-7033
**Box Office fax:**     (413) 781-8207
**Box Office e-mail:**tickets@citystage.symphonyhall.com

**CityStage & Symphony Hall Box Office is located at:**
One Columbus Center, Springfield, MA 01103
(between Bridge & Worthington Streets, behind The Federal Building)

**Summer Hours (effective April 21, 2009)**
Monday through Friday
10 am - 3 pm

**CityStage & Symphony Hall Box Office Hours (during the season):**

Monday - Friday 10 a.m.- 6 p.m. & Saturday 10 a.m.- 3 p.m.

Saturday Hours on CityStage performance days 10 a.m. - 8 p.m.

Sunday Hours on CityStage performance days 12 noon - 3 p.m.

**THE BOX OFFICE LOCATED AT SYMPHONY HALL IS OPEN ONE HOUR PRIOR TO PERFORMANCE TIMES.**

**Special Needs:** Accessible seating, hearing impaired devices, TTY system

---

**ADMINISTRATIVE OFFICES:**

**Administrative Office phone:**(413) 788-7646
**Administrative Office fax:**     (413) 737-9991

**CityStage & Symphony Hall Administrative Offices are located at:**
One Columbus Center, Springfield, MA 01103

**Office Hours:**

Summer Hours
Monday–Friday 9:00 a.m. - 4:30 p.m.

Regular Season Hours:
Monday - Friday 9:00 a.m. - 5:00 p.m.

**EMAIL:**

**Cindy Anzalotti**, President *(extension 102)*

**Tina D'Agostino**, Director of Marketing *(extension 101)*

**Chad LaBumbard**, Technical Director *(extension 103)*

**Sue Burris**, House Manager *(extension 116)*

**Garrett Nolan**, Box Office Manager *(extension 112)*

**Julia Weisgerber**, Administrative Assistant (extension 107)

Exhibit 138, page 21



Sorry! When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the Printer-Friendly button.

**Starting Location**
**124 N Maple St**
Enfield, CT 06082-3941

**Ending Location**
**1 Columbus Ctr**
Springfield, MA 01103-1418

Total Travel Estimates: **17 minutes**  /  **10.84 miles**    Fuel Cost: **Calculate**



©2009 MapQuest  Portions ©2009 NAVTEQ, Intermap

 **124 N Maple St**
Enfield, CT 06082-3941
▼ Directions from A to B:

| | | |
|---|---|---|
| START | **1:** Start out going **NORTH** on **N MAPLE ST/CT-192** toward **MOODY RD**. | 0.7 mi |
| 220 | **2:** Turn **LEFT** onto **SHAKER RD/CT-220**. Continue to follow **CT-220**. | 2.4 mi |
| 91 | **3:** Merge onto **I-91 N** toward **SPRINGFIELD** (Crossing into **MASSACHUSETTS**). | 6.8 mi |
| EXIT | **4:** Take **EXIT 6** toward **SPRINGFIELD CENTER**. | 0.2 mi |
| ↑ | **5:** Stay **STRAIGHT** to go onto **E COLUMBUS AVE**. | 0.7 mi |
| END | **6:** 1 COLUMBUS CTR. | 0.0 mi |

 **1 Columbus Ctr**
Springfield, MA 01103-1418

All rights reserved. Use subject to License/Copyright    Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Exhibit 138, page 22

MOBILE ALERTS    SHOWS    ADVERTISE WITH US    CONTACT US    FAQ    🔊 RSS



HOME    NEWS    WEATHER    ENTERTAINMENT    LIFESTYLE    FUN STUFF    HEALTH    ON FOX CT

Search

EVENTS    RESTAURANTS    CT DINING BLOG    MUSIC    MOVIES    TV    DAYTRIPPERS    CELEBRITY NEWS    PICTURES    TIME WASTERS    CYBERGUY

FIND LOCAL  |  Restaurants  |  Bars & Clubs  |  Events  |  Music  |  Art & Museums  |  Theater & Stage  |  Community Events  |  Family & Kids  |  Sports & Outdoors  |  Deals



Blazing Internet | Dazzling TV | Award-Winning Phone  COX  from as low as $99.99 for 12 months!*  Bundle online! Double your Savings!  ORDER NOW ►  *Click for details

Search **Find Local**    What: ex: pizza or dancing    Where: ex: West Hartford or 06107    **Search**

You are here: Find Local > New Britain > Community Genres > Central Connecticut State University, Welte Auditorium

Add Your Photo



Map data ©2010 Google -

[+] View Larger Map

# Central Connecticut State University, Welte Auditorium

**860-832-3200**

1615 Stanley St., New Britain, CT 06053

Get Directions

Rate it:

Avg User Rating

(0 ratings)

Powered by    Metromix

ADVERTISEMENT



Blazing Internet | Dazzling TV Award-Winning Phone  from as low as... $99.99 for 12 months!  Bundle online! Double your Savings!  Choose the MAX Bundle that's right for you!  ORDER NOW ►  COX  *Click for details

## What's Nearby?

| Restaurants | |
| --- | --- |
| The Dawg House | 0.6 miles |
| Bella Gourmet Pizzeria | 1.1 miles |
| Meadowland Restaurant | 1.2 miles |
| Whinstone Tavern | 1.2 miles |
| Cracovia Restaurant | 1.5 miles |

More to do in: New Britain
Restaurants | Bars | Events

Know something we don't?

Update Listing

Print    Email    Share

Write a Review

Did you know? You can share lists of your favorite places and events. Include Central Connecticut State University, Welte Auditorium in your list and it will be added to this page.

Create a List

## New Lists

STAFF

**St.Patrick's Day Events in Downtown Hartford**
picks by saraashley

**Anniversary Weekend**
picks by cartdogs

See All: Staff Lists | User Lists

## Recent User Reviews

**Monte Alban**
posted by diannekisses

Ive eaten Mexican food all over mexico and the usa and I have to tell you to run the other... Read Full Review »

**Su Casa**
posted by TTHH

Let me start by saying that I have been to a lot of Mexican Restaurants and this one is not...
Read Full Review »

**Sierra Hull and Highway 111**

## more...

# Find Events

MAY

| S | M | T | W | T | F | S |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |

# Today's Top Events

**The Carlotta Festival of New Plays**    Top Pick
Iseman Theater

**Tappy Hour**    Top Pick
Wood-n-Tap Bar & Grill

**A Doll's House**    Top Pick
Long Wharf Theatre

**LesbianRap**    Top Pick

Exhibit 138, page 23



**Trip to 1615 Stanley St**
New Britain, CT  06053-2439
**30.97 miles - about 40 minutes**

Notes



---

⭐ **124 N Maple St, Enfield, CT 06082-3941**

| | | | |
|---|---|---|---|
| START | 1. Start out going **SOUTH** on **N MAPLE ST / CT-192** toward **MAPLE HTS**. | Map | go 0.5 mi |
| ↱ | 2. Turn **RIGHT** onto **NORTH ST**. | | go 0.4 mi |
| ↰ | 3. Turn **SLIGHT LEFT** onto **ELM ST**. | | go 0.1 mi |
| ↱ 190 | 4. Turn **RIGHT** onto **HAZARD AVE / CT-190**. | | go 2.2 mi |
| ↱ 91 | 5. Merge onto **I-91 S** toward **HARTFORD**. | | go 17.1 mi |
| 32A 84 | 6. Merge onto **I-84 W / US-6 W** via **EXIT 32A** toward **WATERBURY**. | | go 6.9 mi |
| 39A 9 | 7. Merge onto **CT-9 S** via **EXIT 39A** toward **NEWINGTON / NEW BRITAIN**. | | go 2.6 mi |
| 29 EXIT | 8. Take the **ELLA GRASSO BLVD** exit, **EXIT 29**, toward **CT-175 / NEWINGTON**. | | go 0.2 mi |
| ↱ | 9. Turn **RIGHT** onto **ELLA GRASSO RD**. | | go 0.0 mi |
| ↑ | 10. **ELLA GRASSO RD** becomes **ELLA T GRASSO BLVD**. | | go 0.9 mi |
| ↰ 71 | 11. Turn **LEFT** onto **CT-71 / STANLEY ST**. | | go 0.2 mi |
| END | 12. **1615 STANLEY ST** is on the **LEFT**. | | go 0.0 mi |

---

🅱 **1615 Stanley St, New Britain, CT 06053-2439**

**Total Travel Estimate : 30.97 miles - about 40 minutes**

**Route Map** Hide

Exhibit 138, page 24



All rights reserved. Use subject to License/Copyright | Map Legend

Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Exhibit 138, page 25



## Contact Us

One Civic Center Plaza
Hartford, CT 06103
(860) 249-6333
xlcenterinfo@xlcenter.com

Exhibit 138, page 26



**Sorry!** When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the **Printer-Friendly button.**

⭐ **Starting Location**
**124 N Maple St**
Enfield, CT 06082-3941

⭐ **Ending Location**
**1 Civic Center Plz**
Hartford, CT 06103-1504

Total Travel Estimates: **28 minutes**  /  **21.18 miles**    Fuel Cost: <u>**Calculate**</u>



⭐ **124 N Maple St**
Enfield, CT 06082-3941
🔽 Directions from A to B:

| | | |
|---|---|---|
| START | **1:** Start out going **SOUTH** on **N MAPLE ST/CT-192** toward **MAPLE HTS**. | 0.5 mi |
| | **2:** Turn **RIGHT** onto **NORTH ST**. | 0.4 mi |
| | **3:** Turn **SLIGHT LEFT** onto **ELM ST**. | 0.1 mi |
| 190 | **4:** Turn **RIGHT** onto **HAZARD AVE/CT-190**. | 2.2 mi |
| I-91 | **5:** Merge onto **I-91 S** toward **HARTFORD**. | 17.1 mi |
| EXIT | **6:** Take the **TRUMBULL STREET** exit, **EXIT 32B**. | 0.4 mi |
| | **7:** ramp becomes **TRUMBULL ST**. | 0.4 mi |
| | **8:** Turn **RIGHT** onto **ASYLUM ST**. | 0.1 mi |
| END | **9:** **1 CIVIC CENTER PLZ**. | 0.0 mi |

Exhibit 138, page 27

**1 Civic Center Plz**
Hartford, CT 06103-1504

All rights reserved. Use subject to License/Copyright    Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Exhibit 138, page 28



**Consumer Shows, Tradeshows, Concerts, Business Meetings and More.**

| home | calendar | facility tour | exhibitor info | location | about us | contact |

Event Calendar

**Current Event**



January 9-10, 2010
11TH Annual Northeast
Motorcycle Expo

**Upcoming Events**
. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . .
01/16/10 (Sat)
25th Annual CT Bridal Show
. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . .
01/22/10 (Fri)
Liquidation Sale Aroma Senses
. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . .
02/05/10 (Fri)
51st Frank Maratta's
Auto & Cycle Show
. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . .
View other events at CT Expo Center

Home > Contact Us



**Contact Information**

CONNECTICUT EXPO CENTER

**265 Reverend Moody Overpass, Hartford, CT 06120**
**Phone: (860) 493-1300 |**
**Fax: (860) 493-1304**

At the Connecticut Expo Center, we take great pride in offering hands-on, one-on-one, exceptional service to our clients and guests. So please don't hesitate to contact our executive team if you have any questions. You can use the contact information listed or fill out the form below to reach us.

If you are a show manager and would like to receive more information on exhibition-hall or meeting-room rentals, please contact:

**Hannah Blood - Director of Sales and Events**
Phone: (860) 493-1300 ext. 101
E-Mail: dos@ctexpocenter.com

If you are exhibiting at an upcoming show or have a question about an upcoming event, please contact:

**Joy Shea, Business/Event Coordinator**
Phone: (860) 493-1300 x100
E-Mail: busmgr@ctexpocenter.com

**Here is a listing of our complete management team:**

**Victor J. Dellaripa Jr. , Executive Director**
(860) 493-1300 ext. 102,
gm@ctexpocenter.com

**Hannah Blood - Director of Sales and Events**
Phone: (860) 493-1300 ext. 104
E-Mail: dos@ctexpocenter.com

**Joy Shea, Business/Event Coordinator**
Phone: (860) 493-1300 x100
E-Mail: busmgr@ctexpocenter.com

All fields marked with an * are required.

**Contact Information**

First Name *                        Last Name *

E-mail *

Title                               Company

Address 1                           Address 2

City                                State/Province - Zip/Postal Code
                                    -
Country

Phone                               Fax

Alternate Phone                     Web Site Address

Exhibit 138, page 29

**MAPQUEST.**

Sorry! When printing directly from the browser your directions or map may not print
correctly. For best results, try clicking the Printer-Friendly button.

**A** **Starting Location**
**124 N Maple St**
Enfield, CT 06082-3941

**B** **Ending Location**
**265 Reverend Moody Opas**
Hartford, CT 06120-1508

Total Travel Estimate: **25 minutes** / **19.93 miles**    Fuel Cost: Calculate



**A** **124 N Maple St** Edit
Enfield, CT 06082-3941

| | | | |
|---|---|---|---|
| START | 1. | Start out going **SOUTH** on **N MAPLE ST/CT-192** toward **MAPLE HTS**. | 0.5 mi |
| | 2. | Turn **RIGHT** onto **NORTH ST**. | 0.4 mi |
| | 3. | Turn **SLIGHT LEFT** onto **ELM ST**. | 0.1 mi |
| | 4. | Turn **RIGHT** onto **HAZARD AVE/CT-190**. | 2.2 mi |
| | 5. | Merge onto **I-91 S** toward **HARTFORD**. | 15.9 mi |
| | 6. | Take the **JENNINGS ROAD** exit, **EXIT 33**. | 0.3 mi |
| | 7. | Turn **SLIGHT RIGHT** onto **JENNINGS RD**. | 0.2 mi |
| | 8. | Turn **LEFT** onto **WESTON ST**. | 0.4 mi |
| | 9. | Stay **STRAIGHT** to go onto **REVEREND MOODY**. | 0.1 mi |
| END | 10. | **265 REVEREND MOODY OPAS** is on the **RIGHT**. | |

Exhibit 138, page 30

**265 Reverend Moody Opas** Edit
Hartford, CT 06120-1508

Total Travel Estimate: **25 minutes**  /  **19.93 miles**  Fuel Cost: **Calculate**

Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest.

Exhibit 138, page 31

Exhibit 139

**Torre, Tony**

From:    Chuck.Johnson [chuck.johnson@thanatos.com]
Sent:    Saturday, March 29, 2008 10:06 AM
To:      Gallacher, John
Cc:      Torre, Tony
Subject: FW: fermi graduation and 1st amendment rights

Doctor
I wanted to make sure that you are aware of this.

As I understand it, the graduation ceremony is a 'gift' to the
students of the graduating class after they have completed their
secondary schooling, and also after they are no longer within the
school system.  The graduation ceremony is not mandatory, is not
required, and is not even necessary.  I recall, when I graduated from
EHS, participation was a privilege.  I don't understand how, if
someone is invited, and they choose not to go, how is that violating
their First Amendment rights?  Am I missing something?


Chuck

From: ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
Sent: Saturday, March 29, 2008 6:46 AM
To: jndesroches@enfieldschools.org; tomarrione@cox.net; jxdroney@enfieldschools.org; vinnygrady@cox.net; agreco@enfieldschools.org; jhall@enfieldschools.org; cjohnson@enfieldschools.org; ellhozampa@enfieldschools.org; gstokas@enfieldschools.org
Subject: fermi graduation and 1st amendment rights

This is just to inform you that my daughter has written and send this letter to Jody Roll, John Kissell, Karen
Jarmoo and Joe Courtney. She will be also sending this letter to the us department of education, and some
newspapers. For after some phone calls, I was told that it sounded like ▒▒▒▒'s First Amendment right were being
violated. This is the letter that was sent:


Dear Governor Roll,

I am a Senior for the year 2008 at Enrico Fermi High School in Enfield, here in Connecticut, who is due to
graduate in June. For many this may be a day filled with happiness and wonderful new memories, it is the day
when they finally get rewarded for twelve years of hard work and dedication. Unfortunately the same can not be
said for me because I am not going, and there is a good chance that many of my fellow classmates may not
attend their graduation either. I will not be attending my graduation even though it is a special moment that I have
been working towards since the very first day I started school in kindergarten. However, even though this moment
is a very special one, and it means the world to me to be able to walk down with my class, I am still not going, I
am not going because our Board of Education has decided that we will be graduating at the First Cathedral in
Bloomfield.

To many this may not seem like a very big deal, but to me it is a very big deal because I can not and will not bring
myself to enter a church or cathedral of any kind, my reasons for this being very personal one's that I would like to

3/31/2008

share with you. All my life since I turned eight years old, I have had an extremely severe case of depression which I have been fighting against for years. My depression started with the death of my cousin and became progressively worse with the passing of many of my relatives. After my dad passed away in ███ I swore that I would never set foot in another church again because although I was raised a Roman Catholic, my faith, my beliefs, and my feelings towards my religion and its churches have all changed due to the many deaths in my family. These deaths changed my beliefs and feelings because there is always that one part of each funeral where you have to go into a church and now because of that, every time I've attempted to enter a church I have broken down and cried because of the emotional impact those funerals have had on me, and I would hate to cry painful tears on my graduation day. Every time I have tried to start going back to church those painful memories of my loved ones funerals come flooding back to me, and the feelings I got are far too unbearably intense for me to overcome. Also most of my family, my mom, my sister, many of my cousins, have all graduated at Ferri except for one of my cousin's who had to graduate at the cathedral last year because they were redoing our fields.

The whole purpose for the redoing the fields was to rid them of the pesticides that were on them so we could play sports and so the next year we would be able to graduate on them. Well it's the next year and still we are not graduating on them simply because they do not want to ruin the fields which will get ruined when it rains and when sports are played on them anyway. They said that there is some sort of warranty that is only effective if the fields are ruined while sports are being played on them, and this warranty doesn't cover any damage if we decide to graduate on our fields. They said that it was also more expensive to graduate on the fields because they would have to purchase tarps to cover and protect the fields from damage, that plus the other expenses, I was told, would add up to about $12,000, but there is at least $200,000 left from redoing the fields that could be used. Our town council also said that they can supply our school with the $80,000 out of that $200,000 to use towards the materials they need to graduate on the fields at Ferri. There is also the fact that even if we don't graduate on our fields we still have our gymnasium and our auditorium, the fields at Asnuntuck Community College, or there is always the town green. We have all of these places we could go that are in Enfield and yet we are not going to use them? Yes it is true that the cathedral has air conditioning, they claim to remove any religious artifacts before the graduation ceremony, and you will be able to invite as many people as you want to. What people have to realize is that there is more to this situation then that, they have to realize that there are some things that are more important then air conditioning and inviting as many people as you want to your graduation, and just because they hide the religious places like the crosses does not take away from the fact that it is still, above all else, a church, a building of religious background and sentiment and a house of God.

My mom took time out of her busy schedule to contact the State Department of Education about this subject. They told my mom that our school Board of Education is clearly violating our first amendment rights on a federal level. Our first amendment clearly states "Two clauses in the First Amendment guarantee freedom of religion. The establishment clause prohibits the government from passing legislation to establish an official religion or preferring one religion over another. It enforces the "separation of church and state." Some governmental activity related to religion has been declared constitutional by the Supreme Court. For example, providing bus transportation for parochial school students and the enforcement of "blue laws" is not prohibited. The free exercise clause prohibits the government, in most instances, from interfering with a person's practice of their religion." Due to the fact that I no longer consider my self a loyal follower of God, and because of my feelings towards the church and its religious practices I feel they are violating my rights and the rights of others who wish to graduate with their class but can't because it is taking place in a church, I strongly feel that I am being discriminated against, this feeling of discrimination grew after my mom and I sat in on one of the meetings being held by our Board of Education. The meeting was to discuss our graduation site, and during this meeting both my mom and I talked, taking the time to explain my feelings and my religious beliefs. It felt like they only seemed to pay attention to those who were in favor of graduating at the cathedral and they seemed to take no notice and didn't even care about those who were against it. Later on when they had a chance to readdress the subject they mentioned reconsidering Enfield High's graduation site but they never mentioned changing the graduation site for Ferri. I don't believe that what they are doing is fair because I have worked extremely hard, harder perhaps, than most of my classmate to come as far as I have while fighting my depression, and because of this I don't feel that I should be denied the privilege, which I feel I have earned, to graduate with my class. I thank you for taking the time to read this, because this is something that I feel very strongly about and I would like to see my graduation picture hanging on the wall with my mother's and sister's graduation pictures, I

CCLE000520

Page 3 of 3

would appreciate any help or advice you could offer me on this subject.

Sincerely,



Dear Board of Education —

I am a single mother of 4 daughters all attending Enfield High School. My 1st daughter to graduate will graduate this June. I would really love to see her graduate right here at the school she has spent the last 4 years at. I grew up in Enfield. I graduated from Fermi High as well as her siblings. There is no reason to change tradition. All this money that was spent on redoing the two fields they should be used for all the kids, not just for sports. My child really wants to graduate at Enfield High. She does not want to travel down to Bloomfield, where she has never been. This is her graduation, not mine, not yours. This class that is graduating has worked very hard for this very important day. Please reconsider this important decision. That these children will remember for the rest of their lives.

Thank You

CCLB000679

## CONNECTICUT REGIONAL OFFICE



CHAIR
NORMAN MOSES
BOARD HEADERS
JOEL ABRAMSON
EZLO ALBERT
KEITH KRAMER
DAVID AUL
MARTIN BERNHEIM
LAWRENCE BENSON
SUSAN BRODERICK
MARVIN BINDU
JOHN BUHOLCHSTEIN
AL LUNDOON
ARLENE BLANCHI
MARVIN BLANCHI
DAVID BOLTERI
JAY FORIGODOR
RUSSELL DENNIS
SHELLY STEINBAUM
DONALD GENSHAW
LARRY LEE GOLD
EVE GOLDBERG
MICHAEL GORDON
MICHAEL OBERLIN
LOUIS HUBER
EVA JURMAN
NATHAN JURMAN
SHEILA ISRAEL
SHEILA ISRAEL
SHELLY KASSEN
SHELLY KATZ
JOEL KAYE
MICHAEL LEOPOLD/ALFRED
ALAN LEVINSON
STEVEN LENKIN
REVEREND LEVY
DR. SCHULLEVY
ADAM LUSKI
STANLEY MOSKOWITZ
RON DALL
RABBI ROBERT ORKAND
A. SPENCER BRILLIANT
RABBI ERIC POLOKOFF
STEPHEN BALTERAN
DAVID SCHAEFER
PHILIP SCHLESINGER
BARBARA SCHWARTZ
HANS SCHWARTZ
TED SCHWEITZER
LAWRENCE GUMBAUM
HAROLD SHAW
DOUG SILVERSTONE
DOUG SILVERA
EILEEN BERNSTEIN
LIONEL BENTLEY
SUSELLA TOZER
HARVEY STANELMAN
JONATHAN TROOP
JAY LEVINE WEINER
EVA VERBECK
MARY VERBECK
MOSS MEYER
BRIAN WEINBERG
MITCHELL WEINBERG
JAY ZABIT
FRED ZEYTES
VAN MIZAD

Regional Director
DAVID E. WAREN
Assistant Director
DAVID WAREN

Director Development
VICTORIA LEVY
Associate Director Development
JOHN R. DAVID
Director Education
MARY HENRY/SHAPIRO
Director
AWARD OF DIFFERENCES World
REGINA HERSKOVICH
Assistant Director
AWARD OF DIFFERENCES World
DEBRA CUCCI
Nivard Leadership
EVELYN GRAY
GLEN R. LEVY
Nivard Director
ARI JUDAH TOBIN
Development
GUIFORD SCHECHER
Associate National Director
Hans Sieg Adler
KRYSTEN JACOBSON
Regional Operations
ROBERT THOMPSON

November 24, 2009

Greg Stokes
Chair, Board of Education
Enfield Public Schools
27 Shaker Road
Enfield, CT 06082

Dear Mr. Stokes:

The Anti-Defamation League is a 96-year old civil rights and human relations organization dedicated to fighting hate, building hope and safeguarding liberty for all people. As a part of our mission, ADL is deeply committed to preserving and promoting religious rights and liberties for all Americans. We believe that the separation of church and state, as embodied by the First Amendment of the United States Constitution, safeguards religious liberty because it enables Americans to practice their various religions freely, without government interference, endorsement, or support.

We are writing to express our concern about the fact that Enfield High School's graduation ceremony is held at the First Cathedral Baptist Church in Bloomfield. We understand that the sanctuary of the church includes visibly displayed Christian crosses, and the church's facilities rental brochure reflects a large cross displayed at the main entrance of the building.

It is our understanding that despite the availability of non-sectarian locations for the graduation ceremonies, Enfield decided to utilize the church. While we understand space limitations and the desire to invite as many guests to the graduation ceremony as possible, we are troubled by Enfield's decision, which compels those of other religious faiths to attend graduation in a highly sectarian environment.

Graduation is a central part of student life and students and their families should be able to attend graduation ceremonies without fear of religious coercion or exclusion. In particular, we are concerned that holding the ceremony at the church sends a message to the students that the school prefers one religion over others, and does not accept or include all students equally. In this context, students of other faiths may feel excluded and less a part of graduation, which should be a personally important and meaningful experience for all students.

Furthermore, in *Lee v. Weisman*, 505 U.S. 577 (1992), the Supreme Court held that a short non-denominational invocation and benediction at a high school graduation ceremony violated the Establishment Clause of the United States Constitution's First Amendment. The Court found that for practical purposes graduation is not voluntary, and therefore, the school district "compelled attendance and participation in an explicit religious exercise at an event of singular importance to every student." Similarly, in this case, the Enfield is compelling its students to attend an entire graduation ceremony within a sectarian and denominational environment.

Consequently, we urge Enfield High School to use a non-sectarian venue for this year's graduation and all future graduation ceremonies. We would welcome the opportunity to discuss this issue with you, and to serve as a resource in addressing how Enfield can resolve the matter in a way that is inclusive of all students. We look forward to speaking with you soon.

Sincerely,

David Waren
Regional Director

Randi B. Pincus
Assistant Director

cc:   John Gallacher, Superintendent, Enfield Public Schools
      Thomas Duffy, Principal, Enfield High School

CCLH000546

Exhibit 139, page 6

Gallacher, John

From     Charles McMillon █████████████████
Sent:    Wednesday, May 05, 2010 8:36 PM
To:      Superintendent
Subject: ACLU sues school district to stop graduation at Conn. church

"The Enfield, Conn., school board on April 13 reversed a previous decision not to hold commencement ceremonies at The First Cathedral, a Baptist megachurch in nearby Bloomfield. "

Wow - you have a PhD yet can't understand the concept of church-state separation.


-- Charles McMillon

Zaluski, Kathryn

**From:**
**Sent:** Wednesday, March 24, 2010 2:56 PM
**To:** Apruzzese-Desroches, Judith; Grady, Vincent; Hall, Joyce; Johnson, Charles; Jonaitis, Peter; Girard, Tony; Stokes, Greg; Szowczak, Donna; Thurston, Stacy

**Subject:** Graduation's

Hello,
I am writing to you all as a taxpayer, a native of Enfield(Graduated from EHS    ) and a parent of a graduating senior. I am filled with dismay at this whole graduation fiasco. I whole heartedly am AGAINST having graduation ceremonies OUTSIDE of the town of Enfield.
There are many families this is a huge inconvenience, SO we make it so more can have more guests and too bad for those who find this a hardship?

Plain and simple to me, graduation should be held AT the School the students graduate from. If that can not be creatively accommodated, then there are plenty of other places IN TOWN that the ceremonies could be held. Mass? Having it in Mass? Really?
Have talked with many parents who were opposed to the ceremonies being in Bloomfield, for the mere fact that its Bloomfield, then add Church/State that the ACLU has taken up. Not sure who the JI talked to or how they just make a broad assumptions that Most parents prefer Cathedral, Well NOT this parent. Not this parent's peers either. I think its ludicrous to be truthful.
Well avoid the chaos and just have graduation IN town.
We are talking of cutting teachers?? But we go to the expense of holding ceremonies elsewhere than our own town? What about Asnuntuck? Or the town green? Or any other place, Kennedy? Why cant they be held at Fermi? Because of the new grass? Really? There is quite a bit of land there. We have been having our grads at the schools and it worked out fine.

My    has even spoke of families of    friends just not wanting to go.

When there are so many other important subjects the BOE can be tackling, we are in debate over where grad should be, in town.

Let's concentrate on our education so our children can get to graduation. Let's concentrate on keeping teachers!

Thanks for listening,

CCLB000745

OCT 2 8 2008

Chairman Andre Greco and all members of the Enfield School Board after reading the article in the Journal Inquirer we were shocked that the reason you are using for having the high school graduation in Bloomfield is that you did not hear any negative feedback from the community about last years graduation.

Well here it is and if need be it can be put to an editorial if the board feels necessary, Petition form-- what would you like?  How many must you hear from?

The students 60% of them stated that they wanted the graduation in town at their high school, as it was when we graduated 30 years ago from Enfield High.  It was a tradition, which will not continue because you didn't hear enough negative feedback. That's absolutely ridiculous.  We agree with board member's Stokes and Grady that we thought this was temporary.  Again, 60% means a majority, which should be heard.

What about the economic stimulus this would mean for Enfield?  There are many businesses that would benefit from the graduation's being held in town.  Area restaurants need the business -- just ask any of them.  This would affect many residents whom have worked and lived in this community all their lives.  In this economy we should be helping our town not hurting it.

Why would we pay to have the students graduate in Bloomfield? Again, most of the students prefer it be held in town.  Students, parents and all family members would need to travel to Bloomfield for this event and because of that some will not be able to attend.

How many complaints will it take to look into what the students again 60% say that they want?  We say that these students are to grow up and make adult decisions yet when they do they are shot down.  Bring back the tradition.

We wait to hear what needs to be done by the public to change the school board's decision on this subject.

Sincerely,

Steve & Donna Dubanoski

CCLE000680

Exhibit 139, page 9

12/15/2006  11:45  9697030010            FROM:                        PAGE  02/08

To: John Gallagher                           12/15/06
From: Brian Brown
Re: Records of Communication complaining about the decision

The only written communication, of which I am aware, expressing opinions which could be interpreted as "complaining about the decision to hold graduation ceremonies at the First Cathedral Baptist Church" would be in the parent and student responses to the surveys taken by the committee. These were all taken before the decision of the Board of Education. These were handed to Mrs. Ruelus at the BOE meeting of November 14. She has since told me that she passed the surveys along to you. .

I did have a student, ▓▓▓▓▓▓▓▓▓, come to me after each of the meetings with seniors to say that ▓▓ would not attend any graduation ceremony which took place outside of Enfield. ▓▓ also came to my office shortly after the meeting at which the BOE made its tentative decision, saying ▓▓ would not take part in the ceremony because it was not taking place in Enfield and that ▓▓ would refuse to pay for ▓▓ cap and gown. I told ▓▓ that ▓▓ would not have to pay for ▓▓ cap and gown. These costs would be deducted from ▓▓ class dues, ▓▓ further stated that ▓▓ would not go to or pay for Safe Grad. I told ▓▓ that Safe Grad was not part of ▓▓ dues and that it was run by a committee of citizens, not by the school. ▓▓ does not have to attend or pay for Safe Grad.

The next day, I got a phone call from ▓▓ mother, expressing the same thoughts and concerns. She was given the same information ▓▓▓▓▓▓ was given. Mrs. ▓▓▓▓ did say that ▓▓ believed that there may be church/state issues if we hold the graduation in a church. ▓▓▓▓ did not express these concerns to me. I told Mrs. ▓▓▓▓ that as religious artifacts are removed from the facility before the ceremony, we were in fact, merely renting a hall for a secular purpose, so I did not believe there would be any church/state issues.

To my knowledge, I have received no other communications complaining of the decision.

You will notice in the enclosed documents that there are no minutes for the meeting held on 10/30. As this meeting was dedicated completely to describing the potential sites to members of the Safe Grad Committee, Band Parents and Class Officers and no actions were taken, no minutes were taken. There were representatives of all three groups present at that meeting.

CCLE000128

Exhibit 139, page 10

Exhibit 140

**Zalucki, Kathryn**   # of 2010 Graduates - FHS

**From:**   Zalucki, Kathryn
**Sent:**   Wednesday, May 05, 2010 8:44 AM
**To:**   Newton, Paul
**Subject:** RE: Requested Information for FOI Request

Thanks Paul, 249 will be the number I give to them.
Kathy

> -----Original Message-----
> **From:** Newton, Paul
> **Sent:** Wednesday, May 05, 2010 6:23 AM
> **To:** Zalucki, Kathryn
> **Subject:** RE: Requested Information for FOI Request
>
> 249
>
> **From:** Zalucki, Kathryn
> **Sent:** Tue 5/4/2010 2:35 PM
> **To:** Duffy, Thomas; Newton, Paul
> **Cc:** Gallacher, John
> **Subject:** Requested Information for FOI Request
>
> Paul & Tom,
>
> Per an FOI Request, please let this office know via e-mail the number of expected 2010 graduates for both Enfield High and Enrico Fermi High.  This is a rush.  Thank you for your help.
>
> Kathy

**Zalucki, Kathryn**                          #oF 2010 Graduates-EHS

| | |
|---|---|
| **From:** | Zalucki, Kathryn |
| **Sent:** | Wednesday, May 05, 2010 8:38 AM |
| **To:** | Duffy, Thomas |
| **Subject:** | RE: Requested Information for FOI Request |

Thanks Tom, (202) will be the number I give to them.
Kathy

-----Original Message-----
From: Duffy, Thomas
Sent: Wednesday, May 05, 2010 8:16 AM
To: Zalucki, Kathryn; Newton, Paul
Cc: Gallacher, John
Subject: RE: Requested Information for FOI Request

We have 202 names on our list at this point.  A few are outplacements; there are always a
couple of last minute unknowns (until exams)...

-----Original Message-----
From: Zalucki, Kathryn
Sent: Tuesday, May 04, 2010 2:36 PM
To: Duffy, Thomas; Newton, Paul
Cc: Gallacher, John
Subject: Requested Information for FOI Request

Paul & Tom,


Per an FOI Request, please let this office know via e-mail the number of expected 2010
graduates for both Enfield High and Enrico Fermi High.  This is a rush.  Thank you for
your help.


Kathy

Exhibit 140, page 2