UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DOES 1, 2, 4, and 5, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-00685-JCH |
| ) | |
| ENFIELD PUBLIC SCHOOLS, ) | |
| ) | |
| *Defendant*. ) | |

# ~~[PROPOSED]~~ ORDER GRANTING MOTION TO FILE UNDER SEAL EXHIBIT 169 (SCREENSHOTS OF FACEBOOK COMMENTS) IN SUPPORT OF PLAINTIFFS' MOTION TO JOIN PARTIES

The Plaintiffs have moved to file under seal Exhibit 169 in support of their motion to join parties. The Court has considered the arguments and papers in support thereof, as well as any in opposition thereto. In light of this Court's order granting Plaintiffs leave to proceed using pseudonyms, the Protective Order entered by the Court in this case, and the fact that Exhibit 169 contains information that could be used to disclose one or more of the plaintiffs' identities, the Court finds good cause to seal this filing.

Accordingly, Plaintiffs' Motion to File Under Seal Exhibit 169 is GRANTED. The Clerk is directed to accept the document for filing under seal.

SO ORDERED.

Date: Sept. 16, 2010                    /s/ Janet C. Hall
                                        Janet C. Hall
                                        United States District Judge